UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

_____
FEDERAL TRADE COMMISSION,    )
                             )
        Plaintiff,           )
                             )
        v.                   )
                             )
DIGITAL INCOME SYSTEM, INC., )
    a Florida corporation,   )
                             )
DEREK JONES FOLEY, aka Derek )
    Jones, individually and as an owner,)
    officer, and/or manager of )
    Digital Income System, Inc., )
                             )
WILLIAM FOLEY, individually and )
    as an owner, officer, and/or )
    manager of Digital Income )
    System, Inc.,            )
                             )
CHRISTOPHER BRANDON FRYE, )
    Individually,            )
                             )
JENNIFER HEDRICK,            )
    Individually, and        )
                             )
KAITLYN SCOTT,               )
    Individually,            )
                             )
        Defendants.          )
_____)

# EXHIBITS – VOLUME I

## DECLARATIONS OF FTC INVESTIGATOR AND FTC FORENSIC ACCOUNTANT

## VOLUME I: TABLE OF CONTENTS

**EXHIBIT 1:  DECLARATION OF MICHAEL LIGGINS, FTC Investigator**

**EXHIBIT 2:  DECLARATION OF EMIL GEORGE, FTC Forensic Accountant**

# PLAINTIFF'S EXHIBIT 1

# (PX  1)

## DECLARATION OF MICHAEL S. LIGGINS
### Pursuant to 28 U.S.C. § 1746

I, Michael S. Liggins, declare that I have personal knowledge of the facts set forth below.  If called as a witness before any court, I could and would testify as follows:

**A.**    <u>**Professional Experience and Background**</u>

1.  I am a citizen of the United States and am over the age of 18. I am employed as an Investigator with the Federal Trade Commission ("FTC") in the Southeast Regional Office. My office address is 225 Peachtree Street, N.E., Suite 1500, Atlanta, Georgia 30303. I have been employed with the FTC since 2000.

2.  I earned a Master of Arts degree from Luther Rice University in 2012 and Bachelor of Arts degree in Criminology from Saint Leo University in 1991. Prior to joining the FTC in 2000, I was employed as a Senior Investigator with the District Attorney's Office, White Collar Crime Unit, Atlanta Judicial Circuit, Atlanta, Georgia, and prior to that, I was enlisted in the US Army. During my enlistment with the US Army, I was assigned to Law Enforcement duties, first with the US Army Military Police Corps, then as a Special Agent with the US Army Criminal Investigation Command.

3.  As an Investigator with the FTC, my primary duties include, but are not limited to, the following: assisting in identifying patterns of unfair and deceptive

1

trade practices; conducting computer research using a variety of Internet search engines, public record and law enforcement databases, and computer software-based investigative tools; requesting, receiving, and examining information provided by third parties, including information provided by state regulatory authorities and other regulatory organizations; and analyzing data related to possible violations of the FTC Act and other laws enforced by the FTC. As part of my duties, I assisted in the investigation of the business practices of Digital Income System, Inc. ("Digital Income System") and its principals, Derek Foley and William Foley. I also assisted in the investigation of the business practices of Digital Income System promoters; Christopher Brandon Frye ("Frey"), Jennifer Hedrick ("Hedrick"), and Kaitlyn Scott ("Scott").

**B.      Corporate Structure and Ownership**

**Digital Income System, Inc.**

4. As part of this investigation, I reviewed the business records of Digital Income System, Inc. that are on file with, and are publicly available from, the Florida Department of State. Digital Income System filed its Articles of Incorporation (**Attachment A**) on November 26, 2018. Digital Income System's Registered Agent and Incorporator was Derek Foley, 6619 South Dixie Hwy, #329, Miami. Florida 33143. Derek Foley was also listed as the President of

2

Digital Income System and William Foley, 6800 SW 40th Street, #105, Miami, Florida 33155 was listed as Secretary of Digital Income System.   Derek Foley signed Digital Income System's 2020 annual report **(Attachment B)** as its registered Agent and President.

5. As part of this investigation, I researched the addresses listed on Digital Income System's Articles of Incorporation and Annual Report and discovered that both addresses; 6619 South Dixie Hwy, #329, Miami. Florida 33143 and 6800 SW 40th Street, #105, Miami, Florida 33155 are UPS Store commercial mailbox facilities.

## C.   <u>Civil Investigative Demands</u>

6. In the regular course of its activity, the FTC issued Civil Investigative Demands ("CIDs") to third parties with information about the Corporate Defendants' business practices. The CIDs are issued by the FTC, pursuant to Section 20 of the Federal Trade Commission Act, 15 USC § 57b-1, and the FTC maintains records of the responses to those CIDs from the recipients.

### a. **Domains By Proxy, LLC**

7. A CID was issued to Domains By Proxy, LLC, an internet company that afforded domain privacy services to Digital Income System, which provided  a response including a records certification affidavit **(Attachment C)**.

3

8.  Domain By Proxy's response also included account records relating to the website www.digitalincomesystem.com . These records identify William Foley, 6800 SW 40th Street, #105, Miami, Florida 33155, as Shopper ID203277936, and as the domain registrant, administrative, technical, and billing contact for the domain digitalincomesystem.com **(Attachment D)**.

### b.  GoDaddy, Inc.

9.  A CID was issued to GoDaddy, Inc., a company that provided domain registration and web hosting services to Digital Income System, which provided a response including a records certification affidavit **(Attachment E)**.

10.  GoDaddy's response also included records relating to the website www.digitalincomesystemreview.com.  These records identify Christopher Frye, 2910 S Greenfield Rd Unit 2081, Gilbert, Arizona 85295 as Shopper ID71021827 and that the domain name digitalincomsystemreview.com was created on April 14, 2019 and expires on April 14, 2021 **(Attachment F)**.

11.  GoDaddy's response also included records relating to the website www.digitalincomesystem.com.  These records identify William Foley, 6800 SW 40th Street, #105, Miami, FL 33155 as Shopper ID3551112 and the domain name digitalincomsystem.com was created on April 5, 2018 and expires on April 5, 2021 **(Attachment G)**.

4

### c. Wells Fargo Bank, N.A.

12.   A CID was issued to Wells Fargo Bank, N.A., which provided responses including a business records declaration (**Attachment H**) .

13.   Derek Foley signed the Business Account Application for accounts XXXXXX1589 and XXXXXX5873 as the sole signatory for Digital Income System on March 15, 2019 (**Attachment I**). He also signed, along with William Foley, two Addendum to Certificate of Authority for accounts XXXXXX1589 and XXXXXX5873, adding William Foley as a signatory. Derek and William Foley signed both addendums on March 22, 2019 (**Attachments J and K**).

14.   Derek Foley signed the Business Account Application for account XXXXXX2280 as the sole signatory for Online Profit Network Inc. on September 5, 2017 (**Attachment L**).

### d. Branch Banking and Trust Company (BB&T)

15.   A CID was issued to BB&T, which provided responses including a declaration of bank records (**Attachment M**).

16.   On September 19, 2013, William Foley opened a business account in the name of Legacy Marketing Systems, Inc., 6800 Bird Road, Suite 105, Miami, Florida 33155 with BB&T.  He signed the BB&T Signature Card along with a

5

Resolution and Agreement for Deposit Account form, for account XXXXXXXXX1582 as the president and sole signatory for Legacy Marketing Systems, Inc. **(Attachments N and O).**

17. On July 13, 2007, William Foley opened a business account in the name of BBL Mobile, Inc., 6800 SW 40th Street, #105, Miami, Florida 33155-3708 with Bank Atlantic, later acquired by BB&T. On September 19, 2013, he signed the BB&T Signature Card along with a Resolution and Agreement for Deposit Account form, for account XXXXXXXXX8312 as the president and sole signatory for BBL Mobile Inc. **(Attachments P and Q).**

18. On June 24, 2005, Deborah J. Foley opened a business account in the name of Biz Sites and Guides Inc., 8004 NW 154th Street, #379, Miami, Florida 33016 with Bank Atlantic, later acquired by BB&T. Deborah Jones Foley as president and William John Foley as an authorized signer, signed the Bank Atlantic Signature Card along with the Corporate Authorization Resolution form, for account XXXXXX3425 **(Attachments R and S).**

**D.**     **Defendants' Internet Captures**

19. Throughout the course of this investigation, I used a FTC computer located in the Southeast Region Office that is separate from the FTC network. This computer has various evidence-capture software tools.

6

### a. Website Captures

20.  On January 23, 2020, I logged onto the FTC computer to view the website located at www.digitalincomesystem.com and to preserve evidence of my online experience. To accomplish this task, I used a website capture program called "Adobe Acrobat Pro 9" which captures a website in a Portable Document Format (.pdf) file. I preserved and copied the website to the computer's hard drive. I also made printed copies of this website from the hard drive (**Attachment T**).

21.  On January 29, 2020, I logged onto the FTC computer to again view the website located at www.digitalincomesystem.com and to preserve evidence of my online experience. Specifically I wanted to preserve a video that was embedded within the website. To accomplish this task, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the website video to the computer's hard drive and onto a DVD disc (**Attachment U**).

22.  On October 21, 2020, I logged onto the FTC computer to view the website located at www.digitalincomesystem.com and to preserve evidence of my

7

online experience. To accomplish this task, I used a website capture program called "Adobe Acrobat Pro 9" which captures a website in a Portable Document Format (.pdf) file. I preserved and copied the website to the computer's hard drive. I also made printed copies of this website from the hard drive (**Attachment V**).

23.  On October 21, 2020, I logged onto the FTC computer to again view the website located at www.digitalincomesystem.com and to preserve evidence of my online experience. Specifically I wanted to preserve a video that was embedded within the website. To accomplish this task, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the website video to the computer's hard drive and onto a DVD disc (**Attachment W**).

24.  On October 26, 2020, I logged onto the FTC computer to again view the website located at www.digitalincomesystem.com and to preserve evidence of my online experience. Specifically I wanted to preserve my experience accessing the website by putting the website's address directly in the address bar of the web browser. This resulted in digitalincomesystem.com displaying only the customer login page, which was restricted by requiring a username and password. To

8

accomplish this task, I used a website capture program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format that allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the website video to the computer's hard drive and onto a DVD disc (**Attachment X**).

25.  On October 26, 2020, I logged onto the FTC computer to again view the website located at www.digitalincomesystem.com and to preserve evidence of my online experience. Specifically I wanted to preserve my experience of accessing Digital Income System's website by inputting for the name, "Digital Income System" into the Google Search Engine. This search subsequently resulted in having complete access to the Digital Income System's website. To accomplish this task, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the website video to the computer's hard drive in addition, onto a DVD disc (**Attachment Y**).

26.  On November 3, 2020, I logged onto the FTC computer to view the

9

website located at www.digitalincomesystemreview.com and to preserve evidence

of my online experience. To accomplish this task, I used a website capture program

called "Adobe Acrobat Pro 9" which captures a website in a Portable Document

Format (.pdf) file. I preserved and copied the website to the computer's hard drive.

I also made printed copies of this website from the hard drive (**Attachment Z**).

27.  On October 27, 2020, I logged onto the FTC computer to again view the

website located at www.digitalincomesystemreview.com and to preserve evidence

of my online experience. Specifically I wanted to capture, on video, when visitors

of the website click on "Learn More" and "Get More Details" tabs, the site

redirects them to the website www.digitalincomesystem.com website.

embedded within the website. To accomplish this task, I used a website capture

computer program called "Camtasia", which records a video of any action that

appears on the computer screen and saves the recording electronically in a

MPEG-14 (.mp4) digital multimedia format that allows you to play the video on

Window Media, RealOne Player, and other media software. I preserved and copied

the website video to the computer's hard drive and onto a DVD disc

(**Attachment AA**).

### b. YouTube Video Captures

28.  On January 30, 2020, I logged onto the FTC computer to search the

online video sharing platform, YouTube at www.youtube.com. Once on the site I did a search for Digital Income System and Brandon Frye. I located a YouTube video titled "Digital Income System Review: $12,500 in ONE DAY!?" which featured an individual who identified himself as Brandon Frye. The video upload date was September 17, 2019. To preserve my online experience and the video, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the YouTube video to the computer's hard drive and onto a DVD disc **(Attachment BB)**.

    29.  On February 4, 2020, I logged onto the FTC computer to search the online video sharing platform, YouTube at www.youtube.com. Once on the site I did a search for Digital Income System and Brandon Frye. I located a YouTube video titled "Digital Income System – NEW Digital Income System Changes Take Effect Soon!" which featured an individual who identified himself as Brandon Frye. The video upload date was November 8, 2019. To preserve my online experience and the video, I used a website capture program called "Camtasia", which records a video of any action that appears on the computer

11

screen and saves the recording electronically in a MPEG-14 (.mp4)

digital multimedia format that allows you to play the video on Window Media,

RealOne Player, and other media software. I preserved and copied the YouTube

video to the computer's hard drive and onto a DVD disc **(Attachment CC)**.

      30.  On February 6, 2020, I logged onto the FTC computer to search the

online video sharing platform, YouTube at www.youtube.com. Once on the site I

did a search for Digital Income System and Brandon Frye. I located a YouTube

video titled "Digital Income System Proof – My BIGGEST Check Yet!!" which

featured an individual who identified himself as Brandon Frye. The video upload

date was June 23, 2019. To preserve my online experience and the video, I

used a website capture computer program called "Camtasia", which records a

video of any action that appears on the computer screen and saves the recording

electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to

play the video on Window Media, RealOne Player, and other media software. I

preserved and copied the YouTube video to the computer's hard drive and onto a

DVD disc **(Attachment DD)**.

      31.  On March 4, 2020, I logged onto the FTC computer to search the

online video sharing platform, YouTube at www.youtube.com. Once on the site I

did a search for Digital Income System and Brandon Frye. I located a YouTube

video titled "Digital Income System Products – What Are They?" which featured an individual who identified himself as Brandon Frye. The video upload date was October 9, 2019. To preserve my online experience and the video, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the YouTube video to the computer's hard drive and onto a DVD disc **(Attachment EE)**.

32.   On August 13, 2020, I logged onto the FTC computer to search the online video sharing platform, YouTube at www.youtube.com. Once on the site I did a search for Digital Income System and Jennifer Hedrick. I located a YouTube video titled "Can You Make Money Online in 2020?? With This Automated System You Can" which featured an individual who identified herself as Jennifer Hedrick. The video upload date was January 14, 2010. To preserve my online experience and the video, I used a website capture program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format that allows you to play the video on Window Media,

RealOne Player, and other media software. I preserved and copied the YouTube video to the computer's hard drive and onto a DVD disc **(Attachment FF)**.

### c. Facebook Captures

33.  On October 27, 2020 and November 3, 2020, I logged onto the FTC computer to search the social media platform, Facebook at www.facebook.com. Once on the site I did a search for Brandon Frye and located his personal page. I determined that his Facebook page could be publicly viewed without me having to initiate electronic or personal interaction with Frye. I conducted a search of his Facebook page using the search terms, "Digital Income System" and "DIS", specifically searching for posts relating to Digital Income System. I located several posts relating to Digital Income System and to preserve my online experience and the posts, I used a website capture program called "SnagIt", which takes a screenshot of what is displayed on the computer screen and saves it in a Portable Document Format (.pdf) file. I preserved and copied twelve screenshots from Frye's Facebook page, dated between April 6, 2019 and April 21, 2020, to the computer's hard drive. I also made printed copies of this website from the hard drive **(Attachments GG thru RR)**.

34.  On October 27, 2020, I logged onto the FTC computer to search the social media platform, Facebook at www.facebook.com. Once on the site I did a

14

search for Jennifer Hedrick and located her personal page. I determined that his Facebook page could be publicly viewed without me having to initiate electronic or personal interaction with Hedrick. I conducted a search of her Facebook page using the search terms, "Digital Income System" and "DIS", specifically searching for posts relating to Digital Income System. I located several posts relating to Digital Income System and to preserve my online experience and the posts, I used a website capture computer program called "SnagIt", which takes a screenshot of what is displayed on the computer screen and saves it in a Portable Document Format (.pdf) file. I preserved and copied nine screenshots from Hedricks's Facebook page, dated between July 17, 2019 and August 22, 2019 to the computer's hard drive. I also made printed copies of this website from the hard drive **(Attachments SS thru AAA).**

35. On October 20, 2020, I logged onto the FTC computer to search the social media platform, Facebook at www.facebook.com. Once on the site I did a search for Brandon Frye and located his personal page. I determined that his Facebook page could be publicly viewed without me having to initiate electronic or personal interaction with Frye. I conducted a search of his Facebook page using the search terms, "Digital Income System" and "DIS", specifically searching for posts relating to Digital Income System. I located a post related to Digital

15

Income System, that included a video. To preserve my online experience and the video, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format that allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the Facebook post and video dated, April 8, 2019, to the computer's hard drive and onto a DVD disc **(Attachment BBB)**.

36. On October 20, 2020, I logged onto the FTC computer to search the social media platform, Facebook at www.facebook.com. Once on the site I did a search for Brandon Frye and located his personal page. I determined that his Facebook page could be publicly viewed without me having to initiate electronic or personal interaction with Frye. I conducted a search of his Facebook page using the search terms, "Digital Income System" and "DIS", specifically searching for posts relating to Digital Income System. I located a post related to Digital Income System, that included a video. To preserve my online experience and the video, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital

multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the Facebook post and video dated, April 13, 2019, to the computer's hard drive and onto a DVD disc (**Attachment CCC**).

37.   On October 20, 2020, I logged onto the FTC computer to search the social media platform, Facebook at www.facebook.com. Once on the site I did a search for Brandon Frye and located his personal page. I determined that his Facebook page could be publicly viewed without me having to initiate electronic or personal interaction with Frye. I conducted a search of his Facebook page using the search terms, "Digital Income System" and "DIS", specifically searching for posts relating to Digital Income System. I located a post related to Digital Income System, that included a video. To preserve my online experience and the video, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format which allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the Facebook post and video dated, May 29, 2019, to the computer's hard drive and onto a DVD disc (**Attachment DDD**).

38. On October 20, 2020, I logged onto the FTC computer to search the social media platform, Facebook at www.facebook.com. Once on the site I did a search for Brandon Frye and located his personal page. I determined that his Facebook page could be publicly viewed without me having to initiate electronic or personal interaction with Frye. I conducted a search of his Facebook page using the search terms, "Digital Income System" and "DIS", specifically searching for posts relating to Digital Income System. I located a post related to Digital Income System, that included a video. To preserve my online experience and the video, I used a website capture computer program called "Camtasia", which records a video of any action that appears on the computer screen and saves the recording electronically in a MPEG-14 (.mp4) digital multimedia format that allows you to play the video on Window Media, RealOne Player, and other media software. I preserved and copied the Facebook post and video dated, July 12, 2019, to the computer's hard drive and onto a DVD disc **(Attachment EEE)**.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2020.

**MICHAEL S. LIGGINS**

19

# ATTACHMENT A

# Electronic Articles of Incorporation For

P18000096533
FILED
November 26, 2018
Sec. Of State
ndmccleessam

DIGITAL INCOME SYSTEM INC

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

DIGITAL INCOME SYSTEM INC

## Article II

The principal place of business address:

6619 SOUTH DIXIE HWY
329
MIAMI, FL.  33143

The mailing address of the corporation is:

6619 SOUTH DIXIE HWY
329
MIAMI, FL.  33143

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

DEREK  FOLEY
6619 S. DIXIE HWY
329
MIAMI, FL.  33143

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:  DEREK FOLEY

P18000096533
FILED
November 26, 2018
Sec. Of State
ndmccleessam

## Article VI

The name and address of the incorporator is:

DEREK FOLEY
6619 SOUTH DIXIE HWY
329
MIAMI FL 33143

Electronic Signature of Incorporator:   DEREK FOLEY

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
DEREK  FOLEY
6619 S DIXIE HWY #1329
MIAMI, FL.  33143

Title:  S
WILLIAM  FOLEY
6800 SW 40 STREET #105
MIAMI, FL.  3315

## Article VIII

The effective date for this corporation shall be:

01/01/2019

PX 1, pg. 22

# ATTACHMENT B

## 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P18000096533

**Entity Name:** DIGITAL INCOME SYSTEM INC

**FILED**
**May 15, 2020**
**Secretary of State**
**5931445868CC**

**Current Principal Place of Business:**

6619 SOUTH DIXIE HWY
329
MIAMI, FL 33143

**Current Mailing Address:**

6619 SOUTH DIXIE HWY
329
MIAMI, FL 33143

**FEI Number:** 83-2852849                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FOLEY, DEREK
6619 S. DIXIE HWY
329
MIAMI, FL 33143 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | FOLEY, DEREK |
| Address | 6619 S DIXIE HWY #1329 |
| City-State-Zip: | MIAMI FL 33143 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: **DEREK JONES FOLEY**                    PRESIDENT                    05/15/2020
_____
Electronic Signature of Signing Officer/Director Detail                                          Date

**PX 1, pg. 24**

# ATTACHMENT C

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by Domains by Proxy, LLC, and that my office title or position is Admin-Legal II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Domains by Proxy, LLC.

I further state that:

1.      Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.      such records are kept in the course of a regularly conducted business activity;

3.      the business activity made such records as a regular practice; and

4.      if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this ⸻ day of April 2020.

Kimberly A. Groff
Admin-Legal II
Domains by Proxy, LLC
14455 North Hayden Road
Scottsdale, Arizona 85260

# ATTACHMENT D

# Domain Information for Shopper ID 203277936

| | |
|---|---|
| Shopper ID: | 203277936 |
| Domain Name: | DIGITALINCOMESYSTEM.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | 0 |

## Registrant Contact

| | |
|---|---|
| Name: | william foley |
| Company: | bizsites and guides, Inc |
| Email: | purchbybill@gmail.com |
| Address 1: | 6800 sw 40th street |
| Address 2: | 105 |
| City: | miami |
| State/Province: | Florida |
| Postal Code: | 33155 |
| Country: | United States |
| Phone: | +1.7863737942 |
| Fax: | |
| Modify Time: | 12/5/2018 10:20:46 PM |

## Technical Contact

| | |
|---|---|
| Name: | william foley |
| Company: | bizsites and guides, Inc |
| Email: | purchbybill@gmail.com |
| Address 1: | 6800 sw 40th street |
| Address 2: | 105 |
| City: | miami |
| State/Province: | Florida |
| Postal Code: | 33155 |
| Country: | United States |
| Phone: | +1.7863737942 |
| Fax: | |
| Modify Time: | 12/5/2018 10:20:46 PM |

## Administrative Contact

| | |
|---|---|
| Name: | william foley |
| Company: | bizsites and guides, Inc |
| Email: | purchbybill@gmail.com |
| Address 1: | 6800 sw 40th street |
| Address 2: | 105 |
| City: | miami |
| State/Province: | Florida |
| Postal Code: | 33155 |
| Country: | United States |
| Phone: | +1.7863737942 |
| Fax: | |
| Modify Time: | 12/5/2018 10:20:46 PM |

## Billing Contact

| | |
|---|---|
| Name: | william foley |
| Company: | bizsites and guides, Inc |
| Email: | purchbybill@gmail.com |
| Address 1: | 6800 sw 40th street |
| Address 2: | 105 |
| City: | miami |
| State/Province: | Florida |
| Postal Code: | 33155 |
| Country: | United States |
| Phone: | +1.7863737942 |
| Fax: | |
| Modify Time: | 12/5/2018 10:20:45 PM |

## Notes for Shopper ID 203277936
## 1/1/2018 to 4/23/2020

| Entered Date / By | Note |
|---|---|
| 11/30/2018 7:05:55 AM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | Shopper 203277936 accepted and agreed to the Universal Terms of Service and Privacy Policy |
| 11/30/2018 7:05:55 AM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New contact.address.address1: "6800 sw 40th street" \| New contact.address.address2: "105" \| New contact.address.city: "miami" \| New contact.address.country: "US" \| New contact.address.postalCode: "33155" \| New contact.address.state: "FL" \| New contact.fax: "" \| New contact.nameFirst: *** \| New contact.nameLast: *** \| New contact.organization: "bizsites and guides, Inc" \| New contact.phoneHome: "" \| New contact.phoneMobile: "" \| New contact.phoneWork: "+1.7863737942" \| New contact.phoneWorkExtension: "" \| contact.timeZone Old: "AMERICA/CHICAGO", New: "America/Chicago" \| email Old: ***, New: *** \| preference.allowedCommunicationTypes Old: "['PHONE']", New: "['EMAIL_PROMOTIONAL','PHONE']" \| New preference.currency: "USD" |
| 11/30/2018 7:05:55 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain DIGITALINCOMESYSTEM.COM privacy set up.  DBP service purchased by customer 3551112. |

CONFIDENTIAL

PX 1, pg. 29

# ATTACHMENT E

PX 1, pg. 30

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Legal-Admin II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.      Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.      such records are kept in the course of a regularly conducted business activity;

3.      the business activity made such records as a regular practice; and

4.      if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 29th day of April 2020.

Kimberly A. Groff
Legal-Admin II
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

PX 1, pg. 31

# ATTACHMENT F

## Shopper Info for Shopper ID 71021827

| | |
|---|---|
| Shopper ID: | 71021827 |
| Private Label ID: | 1 |
| Login Name: | kalerunner |
| First Name: | Christopher |
| Last Name: | Frye |
| Company: | |
| Address1: | 2910 S Greenfield Rd Unit 2081 |
| Address2: | |
| City: | Gilbert |
| State/Prov: | AZ |
| Postal Code: | 85295 |
| Country: | US |
| Phone Work: | +1.3366714410 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | fryebrandon1@hotmail.com |
| Date Created: | 10/3/2013 1:04:56 PM |
| Last Changed By Date: | 1/16/2020 4:17:47 PM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

## Domain List - All for Shopper ID 71021827

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| VEGRUNCHAT.COM | 8 Cancelled | 10/3/2013 | 10/3/2016 | 602514465 |
| brandonfrye.net | 0 Active | 6/7/2014 | 6/7/2022 | 1504031058 |
| NWCED.COM | 0 Active | 1/20/2015 | 1/20/2021 | 783654777 |
| RESIDUALCASH4LIFE.COM | 8 Cancelled | 1/21/2015 | 1/21/2018 | 783656272 |
| NWCED.INFO | 0 Active | 1/21/2015 | 1/21/2021 | 783654777 |
| TEAMELITEDOMINATION.COM | 8 Cancelled | 4/8/2015 | 4/8/2018 | 815511700 |
| SIXFIGUREBUILDER.COM | 0 Active | 4/8/2015 | 4/8/2021 | 815511700 |
| MYRPMSYSTEM.COM | 8 Cancelled | 5/6/2015 | 5/6/2018 | 826550944 |
| RPMROTATOR.COM | 8 Cancelled | 5/11/2015 | 5/11/2019 | 828488987 |
| BEYONDTHEMOLD.COM | 8 Cancelled | 5/13/2015 | 5/13/2017 | 829278871 |
| rpmtraffic.com | 8 Cancelled | 6/17/2015 | 6/17/2018 | 842701524 |
| rpmfunnel.com | 76 Exp domain reassigned | 6/22/2015 | 6/22/2017 | 844283954 |
| rpmfunnel.net | 76 Exp domain reassigned | 6/25/2015 | 6/25/2017 | 845874656 |
| residualprofitmachine.club | 8 Cancelled | 6/26/2015 | 6/25/2017 | 845874656 |
| residualprofitmachine.biz | 8 Cancelled | 6/26/2015 | 6/25/2017 | 845874656 |
| RPMGUARANTEE.COM | 8 Cancelled | 7/25/2015 | 7/25/2017 | 857694224 |
| NWCSPECIALS.COM | 8 Cancelled | 8/23/2015 | 8/23/2017 | 868658805 |
| tbcsolutions.co | 8 Cancelled | 10/27/2015 | 10/26/2017 | 894051174 |
| wwwcbdtest.com | 8 Cancelled | 1/26/2016 | 1/26/2018 | 929612650 |
| cvdtest.com | 8 Cancelled | 1/26/2016 | 1/26/2018 | 929614425 |
| rpmlivewebinar.com | 8 Cancelled | 4/6/2016 | 4/6/2018 | 959813963 |
| sixfigurebuilder.info | 8 Cancelled | 5/10/2016 | 5/10/2018 | 973521517 |
| textbiz.net | 8 Cancelled | 8/3/2016 | 8/3/2017 | 1009367529 |
| brandonfrye.info | 0 Active | 9/20/2016 | 9/20/2022 | 1029051197 |
| brandonfrye.biz | 0 Active | 9/20/2016 | 9/19/2022 | 1029051197 |
| free-toolbox.com | 8 Cancelled | 9/23/2016 | 9/23/2018 | 1030821083 |
| free-toolbox.info | 8 Cancelled | 9/24/2016 | 9/24/2017 | 1030821083 |
| postcardproof.com | 0 Active | 10/19/2016 | 10/19/2020 | 1037158785 |
| bpsfunnel.com | 8 Cancelled | 11/5/2016 | 11/5/2018 | 1048381340 |
| secretcoachingsociety.com | 8 Cancelled | 11/16/2016 | 11/16/2018 | 1053374818 |
| residualhomebiz.com | 0 Active | 1/9/2017 | 1/9/2021 | 1075709481 |
| residualhomebiz.net | 8 Cancelled | 1/17/2017 | 1/17/2019 | 1079209915 |
| residualhomebiz.info | 8 Cancelled | 1/17/2017 | 1/17/2019 | 1079209915 |
| 4xtoolbox.com | 8 Cancelled | 7/5/2017 | 7/5/2018 | 1156680905 |
| imlreview.com | 8 Cancelled | 7/8/2017 | 7/8/2018 | 1158083180 |
| callcentercashflow.com | 8 Cancelled | 10/2/2017 | 10/2/2018 | 1197232425 |
| callcentercashflow.info | 8 Cancelled | 10/2/2017 | 10/2/2018 | 1197232425 |
| unitedwealthpartners.net | 0 Active | 10/5/2017 | 10/5/2020 | 1198660761 |
| start-options.com | 8 Cancelled | 12/7/2017 | 12/7/2018 | 1232768911 |
| steemithelp.com | 8 Cancelled | 1/21/2018 | 1/21/2019 | 1253254816 |
| mintaprofit.com | 8 Cancelled | 6/16/2018 | 6/16/2019 | 1323938370 |
| brandonfrye.us | 0 Active | 6/29/2018 | 6/29/2020 | 1331024054 |
| nwcthrive.com | 0 Active | 8/10/2018 | 8/10/2020 | 1351257890 |
| nwcfunnel.com | 0 Active | 9/15/2018 | 9/15/2020 | 1358165209 |

## Domain List - All for Shopper ID 71021827

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| hugepayouts.com | 0 Active | 11/12/2018 | 11/12/2020 | 1396889244 |
| callcentercashflow.com | 0 Active | 3/14/2019 | 3/14/2021 | 1461538831 |
| readyforchecks.com | 0 Active | 4/11/2019 | 4/11/2021 | 1476114642 |
| digitalincomesystemreview.com | 0 Active | 4/14/2019 | 4/14/2021 | 1477563845 |
| brandonfrye.tv | 0 Active | 5/16/2019 | 5/16/2020 | 1493525150 |
| ourteamresults.com | 0 Active | 6/18/2019 | 6/18/2020 | 1510534216 |
| leadprofitpro.com | 0 Active | 10/12/2019 | 10/12/2020 | 1570009842 |
| sponsorshopping.com | 0 Active | 11/20/2019 | 11/20/2020 | 1589335198 |
| lifebeyondwell.com | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwell.net | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwellness.net | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwellness.com | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwell.org | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwellness.org | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwellness.co | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwell.info | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| lifebeyondwellness.info | 0 Active | 11/21/2019 | 11/21/2020 | 1589900324 |
| uetribe.com | 0 Active | 12/5/2019 | 12/5/2020 | 1597118962 |
| beyondwellnessinternational.com | 0 Active | 12/5/2019 | 12/5/2020 | 1597636331 |
| alokateas.com | 0 Active | 1/16/2020 | 1/16/2021 | 1618558864 |
| alokaoils.com | 0 Active | 1/16/2020 | 1/16/2021 | 1618558864 |
| onealoka.com | 0 Active | 1/16/2020 | 1/16/2021 | 1618558864 |
| alokatea.com | 0 Active | 1/16/2020 | 1/16/2021 | 1618558864 |

CONFIDENTIAL

PX 1, pg. 35

# ATTACHMENT G

## Shopper Info for Shopper ID 3551112

| | |
|---|---|
| Shopper ID: | 3551112 |
| Private Label ID: | 1 |
| Login Name: | bblmobile |
| First Name: | william |
| Last Name: | foley |
| Company: | bizsites and guides, Inc |
| Address1: | 6800 sw 40th street |
| Address2: | 105 |
| City: | miami |
| State/Prov: | FL |
| Postal Code: | 33155 |
| Country: | US |
| Phone Work: | +1.3059620282 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | dfoleylms@gmail.com |
| Date Created: | 6/4/2004 7:58:43 AM |
| Last Changed By Date: | 7/2/2019 7:40:51 AM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

**CONFIDENTIAL**

GD 000261

**PX 1, pg. 37**

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| BBLMOBILE.COM | 0 Active | 6/4/2004 | 6/4/2020 | 13777001 |
| AFFILIATETORNADO.COM | 8 Cancelled | 9/16/2004 | 9/16/2016 | 19082603 |
| AFFILIATEHURRICANE.COM | 8 Cancelled | 9/16/2004 | 9/16/2008 | 19082603 |
| INSTANT-MONEY-MAKER.COM | 8 Cancelled | 2/16/2005 | 2/16/2007 | 22628520 |
| BILLSBIZ.COM | 8 Cancelled | 2/26/2005 | 2/26/2009 | 22913094 |
| MLMTRAINING911.COM | 8 Cancelled | 3/8/2005 | 3/8/2009 | 23212713 |
| MLMEMERGENCY.COM | 0 Active | 3/8/2005 | 3/8/2022 | 23212713 |
| EZWEALTH4ME.BIZ | 8 Cancelled | 4/26/2005 | 4/25/2007 | 24582211 |
| EZWEALTH4ME.COM | 8 Cancelled | 4/26/2005 | 4/26/2007 | 24582211 |
| EZWEALTH4ME.NET | 8 Cancelled | 4/26/2005 | 4/26/2007 | 24582211 |
| EZWEALTH4ME.INFO | 8 Cancelled | 4/26/2005 | 4/26/2007 | 24582211 |
| NITETRIMOFFER.COM | 8 Cancelled | 4/28/2005 | 4/28/2006 | 24668226 |
| ONLINEBUSINESSEXCHANGE.COM | 8 Cancelled | 5/6/2005 | 5/6/2010 | 24797889 |
| HOMEBUSINESSEXCHANGE.NET | 8 Cancelled | 5/6/2005 | 5/6/2009 | 24797889 |
| MYBLOGGGER.COM | 8 Cancelled | 5/14/2005 | 5/14/2010 | 25090333 |
| MLMALTERNATIVE.COM | 8 Cancelled | 5/17/2005 | 5/17/2018 | 25171999 |
| EMERALDALTERNATIVE.COM | 8 Cancelled | 5/20/2005 | 5/20/2008 | 25252151 |
| EZCOASTAL.COM | 8 Cancelled | 5/20/2005 | 5/20/2008 | 25252151 |
| EVENTISALT.COM | 8 Cancelled | 5/25/2005 | 5/25/2006 | 25384903 |
| LIBERTYLEAGUEALT.COM | 8 Cancelled | 5/25/2005 | 5/25/2006 | 25384903 |
| WEMAKEYOURSALES.COM | 0 Active | 6/2/2005 | 6/2/2020 | 25590263 |
| EFFORTLESSINCOME.COM | 76 Exp domain reassigned | 6/10/2005 | 6/10/2014 | 25818027 |
| 8007047344.BIZ | 8 Cancelled | 6/11/2005 | 6/10/2006 | 25846559 |
| 8007047344.NET | 8 Cancelled | 6/11/2005 | 6/11/2006 | 25846559 |
| 8007047344.COM | 8 Cancelled | 6/11/2005 | 6/11/2006 | 25846559 |
| 8007047344EXT8204BF.COM | 8 Cancelled | 6/11/2005 | 6/11/2006 | 25846559 |
| 8007047344.INFO | 8 Cancelled | 6/11/2005 | 6/11/2006 | 25846559 |
| EMERALDCALLCENTER.COM | 8 Cancelled | 6/18/2005 | 6/18/2007 | 26038259 |
| WEMAKEYOURSALES.NET | 8 Cancelled | 8/15/2005 | 8/16/2007 | 27670627 |
| WHOISTEAMFALCON.COM | 8 Cancelled | 9/7/2005 | 9/7/2007 | 28349032 |
| WHOISBILLFOLEY.COM | 8 Cancelled | 9/7/2005 | 9/7/2009 | 28349032 |
| BUSINESSFORTHEBUSY.BIZ | 8 Cancelled | 9/15/2005 | 9/14/2007 | 28617414 |
| BUSINESSFORTHEBUSY.COM | 8 Cancelled | 9/15/2005 | 9/15/2007 | 28617414 |
| BUSINESSFORTHEBUSY.NET | 8 Cancelled | 9/15/2005 | 9/15/2007 | 28617414 |
| BUSINESSFORTHEBUSY.INFO | 8 Cancelled | 9/15/2005 | 9/15/2007 | 28617414 |
| BUSINESSFORBUSYPEOPLE.COM | 8 Cancelled | 9/19/2005 | 9/19/2007 | 28734988 |
| ORDERCOASTALNOW.COM | 8 Cancelled | 9/28/2005 | 9/29/2007 | 29035615 |
| COASTALVACATIONS-CALLCENTER.COM | 8 Cancelled | 10/4/2005 | 10/5/2007 | 29286855 |
| EXTREMEPROSPECTING.BIZ | 8 Cancelled | 11/22/2005 | 11/21/2007 | 31311923 |
| EXTREMEPROSPECTING.NET | 8 Cancelled | 11/22/2005 | 11/22/2009 | 31311923 |
| EXTREMEPROSPECTING.COM | 8 Cancelled | 11/22/2005 | 11/22/2013 | 31311923 |
| EXTREMEPROSPECTING.INFO | 8 Cancelled | 11/22/2005 | 11/22/2007 | 31311923 |
| IWANTABETTERCAREER.COM | 8 Cancelled | 12/9/2005 | 12/9/2007 | 32046633 |

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| SERIOUSBUSINESSOPPORTUNITY.COM | 8 Cancelled | 12/9/2005 | 12/9/2007 | 32046903 |
| SEVENFIGURECAREER.COM | 8 Cancelled | 12/9/2005 | 12/9/2007 | 32046903 |
| TODAYSENTREPRENEUR.COM | 8 Cancelled | 12/14/2005 | 12/14/2007 | 32263591 |
| SALESPROBUSINESS.COM | 8 Cancelled | 12/14/2005 | 12/14/2007 | 32263758 |
| SEVENFIGURETEAM.COM | 8 Cancelled | 12/15/2005 | 12/15/2007 | 32300893 |
| AUTOMATIC-MARKETER.COM | 8 Cancelled | 1/26/2006 | 1/26/2008 | 34192780 |
| MLMRECRUITINGSOLUTION.BIZ | 8 Cancelled | 2/6/2006 | 2/5/2008 | 34735744 |
| MLMRECRUITINGSOLUTION.COM | 8 Cancelled | 2/6/2006 | 2/6/2011 | 34735744 |
| MLMRECRUITINGSOLUTION.NET | 8 Cancelled | 2/6/2006 | 2/6/2008 | 34735744 |
| MLMRECRUITINGSOLUTION.INFO | 8 Cancelled | 2/6/2006 | 2/6/2008 | 34735744 |
| THEGOLDCALLINGPRO.COM | 8 Cancelled | 3/7/2006 | 3/7/2008 | 36437962 |
| WWW-GOLDCALLING.BIZ | 8 Cancelled | 3/7/2006 | 3/7/2008 | 36447206 |
| WWW-COASTALVACATIONS.BIZ | 8 Cancelled | 3/7/2006 | 3/7/2008 | 36447289 |
| WWW-GOLDCALLING.COM | 8 Cancelled | 3/7/2006 | 3/8/2008 | 36447206 |
| WWW-GOLDCALLING.NET | 8 Cancelled | 3/7/2006 | 3/8/2008 | 36447206 |
| WWW-COASTALVACATIONS.NET | 8 Cancelled | 3/7/2006 | 3/8/2008 | 36447289 |
| WWW-COASTALVACATIONS.COM | 8 Cancelled | 3/7/2006 | 3/8/2008 | 36447289 |
| WWW-SAVEONTRAVEL.COM | 8 Cancelled | 3/7/2006 | 3/8/2008 | 36449166 |
| WWW-GOLDCALLING.INFO | 8 Cancelled | 3/8/2006 | 3/8/2008 | 36447206 |
| WWW-COASTALVACATIONS.INFO | 8 Cancelled | 3/8/2006 | 3/8/2008 | 36447289 |
| EVERYDAY1K.BIZ | 8 Cancelled | 3/8/2006 | 3/7/2008 | 36479012 |
| EVERYDAY1K.COM | 8 Cancelled | 3/8/2006 | 3/8/2009 | 36479012 |
| EVERYDAY1K.NET | 8 Cancelled | 3/8/2006 | 3/8/2008 | 36479012 |
| EVERYDAY1K.INFO | 8 Cancelled | 3/8/2006 | 3/8/2008 | 36479012 |
| WWWSUCCESSCONTACTOR.BIZ | 8 Cancelled | 3/10/2006 | 3/9/2007 | 36625355 |
| WWW-SUCCESSCONTACTOR.BIZ | 8 Cancelled | 3/10/2006 | 3/9/2007 | 36625355 |
| WWW-SUCCESSCONTACTOR.NET | 8 Cancelled | 3/10/2006 | 3/10/2007 | 36625355 |
| WWWSUCCESSCONTACTOR.COM | 8 Cancelled | 3/10/2006 | 3/10/2007 | 36625355 |
| WWW-SUCCESSCONTACTOR.COM | 8 Cancelled | 3/10/2006 | 3/10/2007 | 36625355 |
| WWWSUCCESSCONTACTOR.NET | 8 Cancelled | 3/10/2006 | 3/10/2007 | 36625355 |
| WWW-SUCCESSCONTACTOR.INFO | 8 Cancelled | 3/10/2006 | 3/10/2007 | 36625355 |
| WWWSUCCESSCONTACTOR.INFO | 8 Cancelled | 3/10/2006 | 3/10/2007 | 36625355 |
| PASPERFORMANCETEAM.BIZ | 8 Cancelled | 3/14/2006 | 3/13/2008 | 36830724 |
| WWW-PAS.BIZ | 8 Cancelled | 3/14/2006 | 3/13/2008 | 36832123 |
| PASPERFORMANCETEAM.NET | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36830724 |
| PASPERFORMANCE.COM | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36830724 |
| PASPERFORMANCETEAM.COM | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36830724 |
| PASPERFORMANCEGROUP.BIZ | 8 Cancelled | 3/14/2006 | 3/13/2008 | 36835584 |
| WWW-PAS.NET | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36832123 |
| PASPERFORMANCEGROUP.NET | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36835584 |
| PASPERFORMANCEGROUP.COM | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36835584 |
| PASPERFORMANCETEAM.INFO | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36830724 |
| WWW-PAS.INFO | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36832123 |
| PASPERFORMANCEGROUP.INFO | 8 Cancelled | 3/14/2006 | 3/14/2008 | 36835584 |

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| 24KMONTHLY.BIZ | 8 Cancelled | 3/20/2006 | 3/20/2008 | 37183658 |
| 24KMONTHLY.NET | 8 Cancelled | 3/20/2006 | 3/21/2008 | 37183658 |
| 24KMONTHLY.COM | 8 Cancelled | 3/20/2006 | 3/21/2008 | 37183658 |
| 24KMONTHLY.INFO | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37183658 |
| 24KMONTHLYBLUEPRINT.BIZ | 8 Cancelled | 3/21/2006 | 3/20/2008 | 37222483 |
| 24KMONTHLYBLUEPRINT.COM | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37222483 |
| 24KMONTHLYBLUEPRINT.NET | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37222483 |
| WEGUARENTEESUCCESS.BIZ | 8 Cancelled | 3/21/2006 | 3/20/2008 | 37228936 |
| WEGUARENTEESUCCESS.COM | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37228936 |
| WEGUARENTEESUCCESS.NET | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37228936 |
| 24KMONTHLYBLUEPRINT.INFO | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37222483 |
| WWW-GUARANTEEDPROFITS.COM | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37232141 |
| WEGUARENTEESUCCESS.INFO | 8 Cancelled | 3/21/2006 | 3/21/2008 | 37228936 |
| WWW-GUARANTEEDSUCCESS.COM | 8 Cancelled | 3/21/2006 | 3/22/2008 | 37240488 |
| GUARANTEEDSUCCESS.ORG | 8 Cancelled | 3/22/2006 | 3/22/2008 | 37240488 |
| 6KTHISWEEK.BIZ | 8 Cancelled | 3/22/2006 | 3/22/2008 | 37303710 |
| 6KTHISWEEK.NET | 8 Cancelled | 3/22/2006 | 3/23/2008 | 37303710 |
| 6KTHISWEEK.COM | 8 Cancelled | 3/22/2006 | 3/23/2008 | 37303710 |
| 6KTHISWEEK.INFO | 8 Cancelled | 3/23/2006 | 3/23/2008 | 37303710 |
| SIXKTHISWEEK.COM | 8 Cancelled | 3/31/2006 | 3/31/2008 | 37781802 |
| LEADCAPTUREMOVIE.BIZ | 8 Cancelled | 4/3/2006 | 4/2/2007 | 37942270 |
| CUSTOMLEADCAPTURE.BIZ | 8 Cancelled | 4/3/2006 | 4/2/2008 | 37942345 |
| LEADCAPTUREMOVIE.NET | 8 Cancelled | 4/3/2006 | 4/3/2009 | 37942270 |
| LEADCAPTUREMOVIE.COM | 8 Cancelled | 4/3/2006 | 4/3/2009 | 37942270 |
| CUSTOMLEADCAPTURE.NET | 8 Cancelled | 4/3/2006 | 4/3/2008 | 37942345 |
| CUSTOMLEADCAPTURE.COM | 8 Cancelled | 4/3/2006 | 4/3/2009 | 37942345 |
| LEADCAPTUREMOVIE.INFO | 8 Cancelled | 4/3/2006 | 4/3/2007 | 37942270 |
| CUSTOMLEADCAPTURE.INFO | 8 Cancelled | 4/3/2006 | 4/3/2008 | 37942345 |
| WEMAKEYOURSALES.BIZ | 8 Cancelled | 4/3/2006 | 4/3/2007 | 37959066 |
| WEMAKEYOURSALES.INFO | 8 Cancelled | 4/4/2006 | 4/4/2007 | 37959066 |
| FOLEYBILL.BIZ | 8 Cancelled | 4/5/2006 | 4/4/2008 | 37959112 |
| FOLEYBILL.NET | 8 Cancelled | 4/5/2006 | 4/5/2008 | 37959112 |
| FOLEYBILL.COM | 8 Cancelled | 4/5/2006 | 4/5/2017 | 37959112 |
| FOLEYBILL.INFO | 8 Cancelled | 4/5/2006 | 4/5/2008 | 37959112 |
| HOMEBIZGENERATOR.BIZ | 8 Cancelled | 4/10/2006 | 4/9/2008 | 38369056 |
| HOMEBIZGENERATOR.NET | 8 Cancelled | 4/10/2006 | 4/10/2008 | 38369056 |
| HOMEBIZGENERATOR.COM | 8 Cancelled | 4/10/2006 | 4/10/2009 | 38369056 |
| HOMEBIZGENERATOR.INFO | 8 Cancelled | 4/10/2006 | 4/10/2008 | 38369056 |
| AUTOMATICMONEYBIZ.BIZ | 8 Cancelled | 4/12/2006 | 4/11/2008 | 38499045 |
| AUTOMATICMONEYBIZ.COM | 8 Cancelled | 4/12/2006 | 4/12/2009 | 38499045 |
| AUTOMATICMONEYBIZ.NET | 8 Cancelled | 4/12/2006 | 4/12/2008 | 38499045 |
| AUTOMATICMONEYBIZ.INFO | 8 Cancelled | 4/12/2006 | 4/12/2008 | 38499045 |
| SAVEONCOASTAL.BIZ | 8 Cancelled | 4/13/2006 | 4/12/2008 | 38553762 |
| SAVEONCOASTAL.NET | 8 Cancelled | 4/13/2006 | 4/13/2008 | 38553762 |

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| SAVEONCOASTAL.COM | 8 Cancelled | 4/13/2006 | 4/13/2008 | 38553762 |
| SAVEONCOASTAL.INFO | 8 Cancelled | 4/13/2006 | 4/13/2008 | 38553762 |
| TRAFFICTHATBUYS.BIZ | 8 Cancelled | 5/4/2006 | 5/4/2008 | 39806028 |
| BETTERTHANTRAFFIC.BIZ | 8 Cancelled | 5/4/2006 | 5/4/2008 | 39806028 |
| TRAFFICTHATBUYS.NET | 8 Cancelled | 5/4/2006 | 5/5/2008 | 39806028 |
| BETTERTHANTRAFFIC.NET | 8 Cancelled | 5/4/2006 | 5/5/2008 | 39806028 |
| TRAFFICTHATBUYS.COM | 8 Cancelled | 5/4/2006 | 5/5/2008 | 39806028 |
| BETTERTHANTRAFFIC.COM | 8 Cancelled | 5/4/2006 | 5/5/2008 | 39806028 |
| TRAFFICTHATBUYS.INFO | 8 Cancelled | 5/5/2006 | 5/5/2008 | 39806028 |
| BETTERTHANTRAFFIC.INFO | 8 Cancelled | 5/5/2006 | 5/5/2008 | 39806028 |
| WWW-PROSPERITYAUTOMATEDSYSTEM.COM | 8 Cancelled | 5/12/2006 | 5/12/2008 | 40275019 |
| YOUR-PASSIVE-INCOME.BIZ | 8 Cancelled | 5/15/2006 | 5/14/2009 | 40433981 |
| YOUR-PASSIVE-INCOME.COM | 8 Cancelled | 5/15/2006 | 5/15/2010 | 40433981 |
| YOUR-PASSIVE-INCOME.NET | 8 Cancelled | 5/15/2006 | 5/15/2009 | 40433981 |
| YOUR-PASSIVE-INCOME.INFO | 8 Cancelled | 5/15/2006 | 5/15/2009 | 40433981 |
| CONFIRMINGREQUESTS.COM | 8 Cancelled | 5/16/2006 | 5/16/2009 | 40502636 |
| PROSPERITYCLOSERS.NET | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| PROSPERITYCLOSERS.COM | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| THEPROSPERITYCLOSERS.COM | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| THEPASCLOSERS.COM | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| THEPROSPERITYCLOSERS.NET | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| THEPASCLOSERS.NET | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| PASCLOSERS.COM | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| PASCLOSERS.NET | 8 Cancelled | 5/23/2006 | 5/23/2007 | 40914955 |
| HOMEBUSINESSREBEL.NET | 8 Cancelled | 5/24/2006 | 5/24/2008 | 40977103 |
| HOMEBIZREBEL.COM | 8 Cancelled | 5/24/2006 | 5/24/2017 | 40977103 |
| HOMEBUSINESSREBEL.COM | 8 Cancelled | 5/24/2006 | 5/24/2009 | 40977103 |
| HOMEBIZREBEL.NET | 8 Cancelled | 5/24/2006 | 5/24/2009 | 40977103 |
| MYLEADMAILER.NET | 8 Cancelled | 6/1/2006 | 6/1/2008 | 41432640 |
| MYLEADMAILER.COM | 8 Cancelled | 6/1/2006 | 6/1/2008 | 41432640 |
| THEPROSPERITYMOVIE.COM | 76 Exp domain reassigned | 6/14/2006 | 6/14/2009 | 42220442 |
| THECONTACTFORM.COM | 8 Cancelled | 6/14/2006 | 6/14/2008 | 42220442 |
| THEINCOMESUPERSTORE.COM | 8 Cancelled | 6/20/2006 | 6/20/2007 | 42579471 |
| PASSIVEINCOMESUPERSTORE.COM | 8 Cancelled | 6/20/2006 | 6/20/2007 | 42579471 |
| THEPASSIVEINCOMEMEGAPAKAGE.COM | 8 Cancelled | 6/20/2006 | 6/20/2007 | 42579471 |
| THEINCOMESUPERSTORE.NET | 8 Cancelled | 6/20/2006 | 6/20/2007 | 42579471 |
| PASSIVEINCOMESUPERSTORE.NET | 8 Cancelled | 6/20/2006 | 6/20/2007 | 42579471 |
| THEPASSIVEINCOMEMEGAPAKAGE.NET | 8 Cancelled | 6/20/2006 | 6/20/2007 | 42579471 |
| THEHOMEBIZREBEL.NET | 8 Cancelled | 6/21/2006 | 6/21/2008 | 42638546 |
| HOME-BIZ-REBEL.NET | 8 Cancelled | 6/21/2006 | 6/21/2008 | 42638546 |
| THEHOMEBIZREBEL.COM | 8 Cancelled | 6/21/2006 | 6/21/2008 | 42638546 |
| HOME-BIZ-REBEL.COM | 8 Cancelled | 6/21/2006 | 6/21/2009 | 42638546 |
| 100HOMEBIZNAMES.COM | 8 Cancelled | 7/5/2006 | 7/5/2008 | 43481241 |

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| TURBOPASTEAM.COM | 8 Cancelled | 7/14/2006 | 7/14/2008 | 44060032 |
| TURBOPASTEAM.NET | 8 Cancelled | 7/14/2006 | 7/14/2008 | 44060032 |
| NOSELLINGSECRETS.BIZ | 8 Cancelled | 8/21/2006 | 8/20/2009 | 46491373 |
| NOSELLINGSECRETS.NET | 8 Cancelled | 8/21/2006 | 8/21/2009 | 46491373 |
| NOSELLINGSECRETS.COM | 8 Cancelled | 8/21/2006 | 8/21/2009 | 46491373 |
| NOSELLINGSECRETS.ORG | 8 Cancelled | 8/21/2006 | 8/21/2009 | 46491373 |
| NOSELLINGSECRETS.INFO | 8 Cancelled | 8/21/2006 | 8/21/2009 | 46491373 |
| AUTOMATEDINCOMEREVIEW.NET | 8 Cancelled | 8/31/2006 | 8/31/2008 | 47161882 |
| ASKTHEHOMEBIZGURU.NET | 8 Cancelled | 8/31/2006 | 8/31/2010 | 47161882 |
| ASKTHEWORKATHOMEGURU.NET | 8 Cancelled | 8/31/2006 | 8/31/2010 | 47161882 |
| ASKTHEHOMEBUSINESSGURU.NET | 8 Cancelled | 8/31/2006 | 8/31/2008 | 47161882 |
| AUTOMATEDINCOMEREVIEW.COM | 8 Cancelled | 8/31/2006 | 8/31/2010 | 47161882 |
| ASKTHEHOMEBIZGURU.COM | 8 Cancelled | 8/31/2006 | 8/31/2010 | 47161882 |
| ASKTHEHOMEBUSINESSGURU.COM | 8 Cancelled | 8/31/2006 | 8/31/2008 | 47161882 |
| ASKTHEWORKATHOMEGURU.COM | 8 Cancelled | 8/31/2006 | 8/31/2010 | 47161882 |
| INCOME-OPPORTUNITY-REVIEW.COM | 8 Cancelled | 9/1/2006 | 9/1/2010 | 47222073 |
| OPPORTUNITY-REVIEW.NET | 8 Cancelled | 9/1/2006 | 9/1/2010 | 47222073 |
| INCOME-OPPORTUNITY-REVIEW.NET | 8 Cancelled | 9/1/2006 | 9/1/2010 | 47222073 |
| PROSPERITY-AUTOMATED-SYSTEM.ORG | 8 Cancelled | 9/1/2006 | 9/1/2008 | 47222073 |
| TESTDRIVETHESYSTEM.COM | 8 Cancelled | 10/5/2006 | 10/5/2010 | 49602455 |
| TESTDRIVETHESYSTEM.NET | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49602455 |
| AUTOMATEDSALESMOVIE.NET | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49602602 |
| AUTOMATEDSALESMOVIE.COM | 8 Cancelled | 10/5/2006 | 10/5/2010 | 49602602 |
| AUTOMATEDSALESPRODUCT.NET | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49610238 |
| AUTOMATEDSALESPRODUCT.COM | 8 Cancelled | 10/5/2006 | 10/5/2010 | 49610238 |
| TESTDRIVETHESYSTEM.INFO | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49602455 |
| TESTDRIVETHESYSTEM.ORG | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49602455 |
| AUTOMATEDSALESMOVIE.INFO | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49602602 |
| AUTOMATEDSALESPRODUCT.INFO | 8 Cancelled | 10/5/2006 | 10/5/2008 | 49610238 |
| ASSISTEDSPONSORING.COM | 8 Cancelled | 10/9/2006 | 10/9/2008 | 49872022 |
| AUTOMATEDSPONSORING.NET | 8 Cancelled | 10/9/2006 | 10/9/2008 | 49872022 |
| AUTOMATEDSPONSORING.COM | 8 Cancelled | 10/9/2006 | 10/9/2010 | 49872022 |
| ASSISTEDSPONSORING.NET | 8 Cancelled | 10/9/2006 | 10/9/2008 | 49872022 |
| AUTOMATEDSPONSORING.INFO | 8 Cancelled | 10/9/2006 | 10/9/2008 | 49872022 |
| ASSISTEDSPONSORING.INFO | 8 Cancelled | 10/9/2006 | 10/9/2008 | 49872022 |
| AUTOMATEDSYSTEMSUCCESS.COM | 8 Cancelled | 10/24/2006 | 10/24/2008 | 49872054 |
| AUTOMATEDSYSTEMSUCCESS.NET | 8 Cancelled | 10/24/2006 | 10/24/2008 | 49872054 |
| GRINGALICIOUS.NET | 8 Cancelled | 10/25/2006 | 10/25/2008 | 51039859 |
| GRINGALICIOUS.COM | 8 Cancelled | 10/25/2006 | 10/25/2010 | 51039859 |
| GRINGA-LICIOUS.COM | 8 Cancelled | 10/25/2006 | 10/25/2010 | 51039859 |
| GRINGA-LICIOUS.NET | 8 Cancelled | 10/25/2006 | 10/25/2008 | 51039859 |
| GURU-OOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| WORKATHOMEOOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| GURUOOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |

CONFIDENTIAL

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| WORKATHOME-OOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| HOMEBIZOOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| MAKEMONEYOOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| MLMOOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| INCOMEOOGLE.COM | 8 Cancelled | 10/26/2006 | 10/26/2007 | 51107840 |
| INSTANTCOASTALDIRECTOR.COM | 8 Cancelled | 10/26/2006 | 10/26/2008 | 51113273 |
| INSTANTCOASTALDIRECTOR.NET | 8 Cancelled | 10/26/2006 | 10/26/2008 | 51113273 |
| 3KBEFORELUNCH.COM | 8 Cancelled | 11/6/2006 | 11/6/2008 | 51873748 |
| THREEKBEFORELUNCH.COM | 8 Cancelled | 11/6/2006 | 11/6/2008 | 51873748 |
| 3KBEFORELUNCH.NET | 8 Cancelled | 11/6/2006 | 11/6/2008 | 51873748 |
| BILLFOLEYBLOG.COM | 8 Cancelled | 11/17/2006 | 11/17/2010 | 52681432 |
| BILLFOLEYLIVE.COM | 8 Cancelled | 11/17/2006 | 11/17/2010 | 52681432 |
| BILLFOLEYONLINE.COM | 8 Cancelled | 11/17/2006 | 11/17/2010 | 52681432 |
| WEALTHLEGACYTEAM.NET | 8 Cancelled | 11/19/2006 | 11/19/2008 | 52837718 |
| WEALTHLEGACYTEAM.COM | 8 Cancelled | 11/19/2006 | 11/19/2010 | 52837718 |
| WEALTHLEGACYTEAM.INFO | 8 Cancelled | 11/19/2006 | 11/19/2008 | 52837718 |
| LIQUIDSUCCESSS.NET | 8 Cancelled | 11/29/2006 | 11/29/2008 | 53571704 |
| AUTOMATICWEALTHANDHEALTH.NET | 8 Cancelled | 11/29/2006 | 11/29/2008 | 53571704 |
| LIQUIDSUCCESSS.COM | 8 Cancelled | 11/29/2006 | 11/29/2008 | 53571704 |
| AUTOMATICWEALTHANDHEALTH.COM | 8 Cancelled | 11/29/2006 | 11/29/2008 | 53571704 |
| PASSIVEINTERNETBUSINESS.COM | 8 Cancelled | 11/30/2006 | 11/30/2010 | 53650896 |
| PASSIVEINTERNETBUSINESS.NET | 8 Cancelled | 11/30/2006 | 11/30/2010 | 53650896 |
| BETTERTHANATIMESHARE.COM | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| GLOBAL-RESORTS-NETWORK.COM | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| BETTERTHANCOASTAL.NET | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| BETTERTHANATIMESHARE.NET | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| BETTERTHANYTB.COM | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| GLOBALRESORTSNETWORKS.COM | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| BETTERTHANCOASTAL.COM | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| MILLIONAIRELIFESTYLETRAVEL.COM | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| BETTERTHANYTB.NET | 8 Cancelled | 12/12/2006 | 12/13/2008 | 54564628 |
| NOMOREVOUCHERS.COM | 8 Cancelled | 12/15/2006 | 12/15/2008 | 54789424 |
| NOVOUCHERS.COM | 8 Cancelled | 12/15/2006 | 12/15/2008 | 54789424 |
| NOVOUCHERS.NET | 8 Cancelled | 12/15/2006 | 12/15/2008 | 54789424 |
| NOMOREVOUCHERS.NET | 8 Cancelled | 12/15/2006 | 12/15/2008 | 54789424 |
| WHYILEFTCOASTAL.BIZ | 8 Cancelled | 12/18/2006 | 12/17/2008 | 54988449 |
| WHYILEFTCOASTAL.NET | 8 Cancelled | 12/18/2006 | 12/18/2008 | 54988449 |
| WHYILEFTCOASTAL.COM | 8 Cancelled | 12/18/2006 | 12/18/2008 | 54988449 |
| WHYILEFTCOASTAL.INFO | 8 Cancelled | 12/18/2006 | 12/18/2008 | 54988449 |
| WHYILEFTCOASTAL.ORG | 8 Cancelled | 12/18/2006 | 12/18/2008 | 54988449 |
| ASGTEAMSITE.COM | 8 Cancelled | 1/18/2007 | 1/18/2010 | 57386817 |
| ASGTEAMSITE.INFO | 8 Cancelled | 1/18/2007 | 1/18/2009 | 57386817 |
| MARKETINGBURST-SYSTEM.COM | 8 Cancelled | 1/19/2007 | 1/19/2009 | 57481087 |
| THEMARKETINGBURST.COM | 8 Cancelled | 1/19/2007 | 1/19/2009 | 57481087 |

GD 000267

PX 1, pg. 43

## Domain List - All for Shopper ID 3551112

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| THEMARKETINGBURST.INFO | 8 Cancelled | 1/20/2007 | 1/20/2009 | 57481087 |
| MARKETINGBURST-SYSTEM.INFO | 8 Cancelled | 1/20/2007 | 1/20/2009 | 57481087 |
| GETRICHANDTAKEVACATIONS.COM | 8 Cancelled | 1/25/2007 | 1/25/2011 | 57987694 |
| GETRICHANDTAKEVACATIONS.NET | 8 Cancelled | 1/25/2007 | 1/25/2009 | 57987694 |
| GLOBALRESORTSLWSTEAM.COM | 8 Cancelled | 3/1/2007 | 3/1/2008 | 60378959 |
| GLOBALRESORTSLWSTEAM.NET | 8 Cancelled | 3/1/2007 | 3/1/2009 | 60378959 |
| GLOBALRESORTSLWSTEAM.INFO | 8 Cancelled | 3/1/2007 | 3/1/2008 | 60378959 |
| JOINGLOBALRESORTSNOW.NET | 8 Cancelled | 4/16/2007 | 4/16/2009 | 65470290 |
| GETGLOBALRESORTSNOW.NET | 8 Cancelled | 4/16/2007 | 4/16/2009 | 65470290 |
| JOINGLOBALRESORTSNOW.COM | 8 Cancelled | 4/16/2007 | 4/16/2009 | 65470290 |
| GETGLOBALRESORTSNOW.COM | 8 Cancelled | 4/16/2007 | 4/16/2009 | 65470290 |
| EMILIONAIRESYSTEM.COM | 8 Cancelled | 4/18/2007 | 4/18/2017 | 65684652 |
| EMILLIONAIREPRO.COM | 8 Cancelled | 4/18/2007 | 4/18/2009 | 65684652 |
| EZMILLIONAIRESYSTEM.COM | 8 Cancelled | 4/18/2007 | 4/18/2017 | 65684652 |
| NETMILLIONAIRESYSTEM.COM | 8 Cancelled | 4/18/2007 | 4/18/2017 | 65684652 |
| BECOMEANEMILLIONARE.COM | 8 Cancelled | 4/18/2007 | 4/18/2009 | 65684652 |
| MLMEMERGENCY.NET | 8 Cancelled | 2/4/2008 | 2/4/2009 | 97033976 |
| FREEBUSINESSTODAY.COM | 8 Cancelled | 4/12/2008 | 4/12/2015 | 170476659 |
| AUTOMATEDINCOMEREVIEW.BIZ | 8 Cancelled | 9/16/2008 | 9/15/2009 | 127177073 |
| AUTOMATEDINCOMEREVIEW.ORG | 8 Cancelled | 9/16/2008 | 9/16/2009 | 127177073 |
| AUTOMATEDINCOMEREVIEW.INFO | 8 Cancelled | 9/16/2008 | 9/16/2009 | 127177073 |
| TOPCASHTEAM.INFO | 8 Cancelled | 1/15/2011 | 1/15/2015 | 297985368 |
| MLMEMERGENCY.NET | 8 Cancelled | 3/20/2012 | 3/20/2017 | 410525181 |
| MLMEMERGENCY.INFO | 8 Cancelled | 3/20/2012 | 3/20/2013 | 410525181 |
| MLMEMERGENCY.ORG | 8 Cancelled | 3/20/2012 | 3/20/2013 | 410525181 |
| TOPCASHTEAM.NET | 8 Cancelled | 1/17/2013 | 1/17/2014 | 502721181 |
| TOPCASHTEAM.ORG | 8 Cancelled | 1/17/2013 | 1/17/2014 | 502721181 |
| FREETOWINGPLUSINCOME.COM | 8 Cancelled | 3/7/2014 | 3/7/2017 | 664475672 |
| FREETOWINGPLUSINCOME.NET | 8 Cancelled | 3/7/2014 | 3/7/2017 | 664475672 |
| FREETOWINGPLUSINCOME.ORG | 8 Cancelled | 3/7/2014 | 3/7/2017 | 664475672 |
| FREETOWINGPLUSINCOME.INFO | 8 Cancelled | 3/7/2014 | 3/7/2017 | 664475672 |
| FREETOWINGPLUSINCOME.US | 8 Cancelled | 3/7/2014 | 3/6/2017 | 664475672 |
| bestfacebooktraining.com | 8 Cancelled | 10/17/2016 | 10/17/2018 | 1040829503 |
| bigprofitform.com | 0 Active | 1/30/2017 | 1/30/2021 | 1085038454 |
| netmillionaresystem.com | 220 DNSInfo - Inactive | 5/30/2017 | n/a | |
| digitalincomesystem.com | 0 Active | 4/5/2018 | 4/5/2021 | 1406495596 |
| incomeshiftpros.com | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| incomeshiftpro.com | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| profitshiftpro.com | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| incomeshiftpros.net | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| incomeshiftpro.net | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| incomeshiftpro.org | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| incomeshiftpro.info | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |
| incomeshiftpro.us | 0 Active | 6/12/2018 | 6/12/2020 | 1321810608 |

CONFIDENTIAL

PX 1, pg. 44

# ATTACHMENT H



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Rachel Finn, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

## The records produced are described as follows:

Case number: 23501482

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| ACH | XXXXXX5873 | 2 | 2 |
| ACH | XXXXXX1589 | 1 | 1 |
| | Total Copies Delivered: | | 3 |

## Additional comments:

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 3rd day of June, 2020, in the City of Tempe, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 23501482; Agency Case No: 2023074

PX 1, pg. 46

# ATTACHMENT I

# Business Account Application

**WELLS FARGO**

Bank Name:
WELLS FARGO BANK, N.A.

Branch Name:
DADELAND

Banker Name:
PRISCILLA GONZALEZ

Officer/Portfolio Number:
C3294

Date:
03/15/2019

Banker Phone:
305/263-1100

Branch Number:
10932

Banker AU:
0066299

Banker MAC:
Z6215-010

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ **New Deposit Account(s) Only**          ☐ **New Deposit Account(s) and Business Credit Card**

Account 1 Product Name:
Wells Fargo Business Choice Checking

Purpose of Account 1:
General Operating Account

| COID: | Product: | Account Number: | | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|---|
| 287 | DDA | ▉ 5873 | | $50.00 | CACK |

Account 2 Product Name:
Wells Fargo Business Choice Checking

Purpose of Account 2:
General Operating Account

| COID: | Product: | Account Number: | | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|---|
| 287 | DDA | ▉ 1589 | | $50.00 | CACK |

New Account Kit:
bc-0019670 21

Checking/Savings Bonus Offer Available:
NO

## Related Customer Information

Customer 1 Name:
DIGITAL INCOME SYSTEM INC

Enterprise Customer Number (ECN):
488943041630717

Account Relationship:
Sole Owner

Customer 2 Name:
DEREK FOLEY

Enterprise Customer Number (ECN):

Account Relationship:

## Checking/Savings Statement Mailing Information



2W02-001153187466-01

**PX 1, pg. 48**

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
|---|---|
| DIGITAL INCOME SYSTEM INC | 6001 SW 63RD CT |

Address Line 2:

| City: | State: |
|---|---|
| SOUTH MIAMI | FL |

| ZIP/Postal Code: | Country: |
|---|---|
| 33143-2155 | US |

## Customer 1 Information

Customer Name:
DIGITAL INCOME SYSTEM INC

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 488943041630717 | 6001 SW 63RD CT |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| ████2849 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type C | SOUTH MIAMI | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 33143-2155 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 01/01/2019 | | 0 | 305/720-6952 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $0.00 | 01/01/2019 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

Industry:
Other Services (except Public Administration)

Description of Business:
software developer

Major Suppliers/Customers

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Articles of Incorporation | NONE |

BACC Reference Number:
6190740000560

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| P18000096533 | US | FL | 11/26/2018 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | FL | | NO RECORD |



2W02-001153187466-02

**PX 1, pg. 49**

Business Account Application

**Owner/Key Individual 1 Information**

| Customer Name: | Residence Address: |
|---|---|
| DEREK FOLEY | 6001 SW 63RD CT |
| Business Relationship: | Address Line 2: |
| Owner with Control of the Entity | |
| Position/Title: | Date of Birth: ████ | Percent of Ownership: 100.0 | Address Line 3: |
| Enterprise Customer Number (ECN): | City: | State: |
| 435441941732317 | SOUTH MIAMI | FL |
| Taxpayer Identification Number (TIN): ████6211 | TIN Type: SSN | ZIP/Postal Code: 33143-2155 | Country: US |
| Primary ID Type: DLIC | Primary ID Description: ████ | Country of Citizenship: US | Permanently Resides in US: |
| Primary ID St/Ctry/Prov: FL | Primary ID Issue Date: 10/15/2018 | Primary ID Expiration Date: 12/16/2026 | Check Reporting: NO RECORD |
| Secondary ID Type: OTHR DC | Secondary ID Description: WELLS FAGO VISA 1545 | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 03/30/2023 | |



2W02-001153187466-03

PX 1, pg. 50

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers - Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
DEREK FOLEY

Position/Title:

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
03/15/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
DEREK FOLEY

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
03/15/2019

2W02-001153187466-04

# ATTACHMENT J

PX 1, pg. 52

# Addendum To Certificate Of Authority
**For Changes To Authorized Signers On Business Deposit Accounts**



**Host Status:**
Host Update Successful

| Bank Name: | Store Name: |
|---|---|
| WELLS FARGO BANK, N.A. | DADELAND |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| PRISCILLA GONZALEZ | C3294 | 03/22/2019 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/263-1100 | 10932 | 0066299 | Z6215-010 |

Use this Addendum when Authorized Signers are being added or deleted to a Certificate of Authority currently on file for a business customer and a new, signed Certificate of Authority has not been obtained.

## Business/Account Information

| Business Name: | COID: | Product: | Account Number: |
|---|---|---|---|
| DIGITAL INCOME SYSTEM INC | 287 | DDA | ██████1589 |

## Authorized Signers

| Authorized Signer Name(s): | Relationship Status: | | |
|---|---|---|---|
| DEREK FOLEY | [X] Existing/Remaining | [ ] New | [ ] Delete |
| WILLIAM J FOLEY | [ ] Existing/Remaining | [X] New | [ ] Delete |

## Addendum to Certificate of Authority

| Original Certificate of Authority Dated: | Addendum to Certificate of Authority Dated: |
|---|---|
| | 03/22/2019 |

Each person signing in the "Certified/Agreed To" section below:

- directs the Bank that the additional Authorized Signers shall have all of the authority granted to the persons identified as Authorized Signers on the Certificate of Authority, including without limitation the authority to instruct the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services;

- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;

- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and

- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.



2W02-001157927242-01

BBG53S1 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.

**Certified/Agreed To**

Owner/Key Individual 1 Name
DEREK FOLEY

Position/Title:
president

Owner/Key Individual 1 Signature

DEREK FOLEY

☐ Submit manually
☐ Signature not required

Date:
03/22/2019

## Signature Capture - New Authorized Signers

New Authorized Signer 1 Name
WILLIAM J FOLEY

Position/Title:
owner

New Authorized Signer 1 Signature

WILLIAM J FOLEY

☐ Submit manually
☐ Signature not required

Date:
03/22/2019



BBG5351 (8-07 SVP)

© 2007 Wells Fargo Bank, N.A. All rights reserved.

2W02-001157927242-02

PX 1, pg. 54

# ATTACHMENT K

# Addendum To Certificate Of Authority
For Changes To Authorized Signers On Business Deposit Accounts



**Host Status:**
Host Update Successful

| | |
|---|---|
| **Bank Name:** WELLS FARGO BANK, N.A. | **Store Name:** DADELAND |
| **Banker Name:** PRISCILLA GONZALEZ | **Officer/Portfolio Number:** C3294 | **Date:** 03/22/2019 |
| **Banker Phone:** 305/263-1100 | **Store Number:** 10932 | **Banker AU:** 0066299 | **Banker MAC:** Z6215-010 |

Use this Addendum when Authorized Signers are being added or deleted to a Certificate of Authority currently on file for a business customer and a new, signed Certificate of Authority has not been obtained.

## Business/Account Information

| **Business Name:** DIGITAL INCOME SYSTEM INC | **COID:** 287 | **Product:** DDA | **Account Number:** ████5873 |
|---|---|---|---|

## Authorized Signers

| Authorized Signer Name(s): | Relationship Status: | | |
|---|---|---|---|
| DEREK FOLEY | ☒ Existing/Remaining | ☐ New | ☐ Delete |
| WILLIAM J FOLEY | ☐ Existing/Remaining | ☒ New | ☐ Delete |

## Addendum to Certificate of Authority

| Original Certificate of Authority Dated: | Addendum to Certificate of Authority Dated: 03/22/2019 |
|---|---|

Each person signing in the "Certified/Agreed To" section below:

- directs the Bank that the additional Authorized Signers shall have all of the authority granted to the persons identified as Authorized Signers on the Certificate of Authority, including without limitation the authority to instruct the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services;
- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;
- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.



2W02-001157924904-01

BBG5351 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.

**PX 1, pg. 56**

**Certified/Agreed To**

Owner/Key Individual 1 Name
DEREK FOLEY

Position/Title:
president

Owner/Key Individual 1 Signature
DEREK FOLEY

☐ Submit manually
☐ Signature not required

Date:
03/22/2019

**Signature Capture - New Authorized Signers**

New Authorized Signer 1 Name
WILLIAM J FOLEY

Position/Title:
owner

New Authorized Signer 1 Signature
WILLIAM J FOLEY

☐ Submit manually
☐ Signature not required

Date:
03/22/2019



2W02-001157924904-02

BBG5351 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.

Page 2 of 2
Wells Fargo Confidential

**PX 1, pg. 57**

# ATTACHMENT L

PX 1, pg. 58

# Business Account Application

WELLS FARGO

| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | MIAMI SHORES |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| LATISHA EDWARDS | E2279 | 09/05/2017 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/751-0700 | 10651 | 0066380 | Z6228-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only            [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| Wells Fargo Business Choice Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | ▮▮▮2280 | 950.00 | INCX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bb-003227218 | NO |

## Related Customer Information

Customer 1 Name:
ONLINE PROFIT NETWORK INC

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 4817438159715 | Sole Owner |

Customer 2 Name:
DEREK FOLEY

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 4454419417323 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
|---|---|
| ONLINE PROFIT NETWORK INC | 6001 SW 63RD CT |
| | Address Line 2: |
| | City: MIAMI |  State: FL |
| | ZIP/Postal Code: 33143-2155 | Country: US |



2W02-000854133921-01

**PX 1, pg. 59**

## Customer 1 Information

**Business Account Application**

**Customer Name:**
ONLINE PROFIT NETWORK INC

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 484782381659718 | 6001 SW 63RD CT |

**Account Relationship:**
Sole Owner

**Address Line 2:**

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| ███ 9566 | EIN | |

**Business Type:**
Corporation Type C

| City: | | State: |
|---|---|---|
| MIAMI | | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | Yes | 33143-2155 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 08/04/2017 | | 1 | 305/720-6952 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $100,000.00 | 08/04/2017 | | 305/720-6952 | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

**Industry:**
Retail Trade

**Description of Business:**
soft ware

**Major Suppliers/Customers:**

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Articles of Incorporation | |

**BACC Reference Number:**
6172480000613

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| p17000065861 | US | FL | 08/04/2017 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | FL | | NO RECORD |



2W02-000854133921-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| DEREK FOLEY | 6001 SW 63RD CT |

| Business Relationship: | Address Line 2: |
|---|---|
| Key Executive with Control of the Entity | |

| Position/Title: | Date of Birth: ▓▓▓ | Percent of Ownership: | Address Line 3: |
|---|---|---|---|

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| 435441941732317 | SOUTH MIAMI | FL |

| Taxpayer Identification Number (TIN): ▓▓ 6211 | TIN Type: SSN | ZIP/Postal Code: 33143-2155 | Country: US |
|---|---|---|---|

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| PASP | ▓▓▓ | US | |

| Primary ID St/Cuy/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| US | 09/14/2015 | 09/13/2025 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | WELLS FAGO VISA |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 04/30/2021 |



2W02-000854133921-03

BBG2307 (3-17 SVP)

**PX 1, pg. 61**

**Certificate of Authority**

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

   (3) the signature of the Customer, if the Customer is a sole proprietor.

**Certified/Agreed To**

Owner/Key Individual 1 Name
DEREK FOLEY

Position/Title:

Owner/Key Individual 1 Signature



☐ Submit manually
☐ Signature not required

Date:
09/05/2017

**Authorized Signers - Signature Capture**

Authorized Signer 1 Name
DEREK FOLEY

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
09/05/2017

2W02-000854133921-04

**PX 1, pg. 62**

# ATTACHMENT M

# Declaration of Bank Records

I, Naomi Galvan, of Branch Banking and Trust Company, declare under penalty and to the best of my knowledge and belief:

That as an employee of Branch Banking and Trust Company, I have the authority to execute this declaration and certify to the authenticity of the records produced with this document.

That the records produced herewith by Branch Banking and Trust Company are original documents or are true copies of records of a regularly conducted banking activity that:

    A. Were made by an employee with knowledge of those matters at or near the time of the occurrence of the matters as set forth in the documents;

    B. Were made and kept in the regularly conducted banking activity of Branch Banking and Trust Company personnel;

    C. Were made and kept by the regularly conducted activity of Branch Banking and Trust Company as a regular practice, on or about the time of the act or event recorded.

That the records listed below constitute non-privileged, responsive documents based upon our research in connection with the subpoena served on the bank, as that demand may have been narrowed by the demanding party or agency.

**Records:**

Customer information for Legacy Marketing Systems, Inc.

Customer information for Biz Sites and Guides, Inc.

Customer information for BBL Mobile, Inc

Corporate resolution for Legacy Marketing Systems, Inc.

Corporate resolution for Biz Sites and Guides, Inc.

Corporate resolution for BBL Mobile, Inc.

Signature card for account ending in 1582

Statements for account ending in 1582 from January 2018 to March 2020.

Available checks, deposits with offsets, debit and credit memos with offsets for account ending in 1582 from January 2018 to March 2020.

Customer information for account ending in 3791, formerly Bank of Atlantic account ending in 3425.

Signature card for account ending in 3791.

Statements for account ending in 3791 from January 2018 to March 2020.

Available checks, deposits with offsets, debit and credit memos with offsets for account ending in 3791 from January 2018 to April 2020.

Signature card for account ending in 8312.

Statements for account ending in 8312 from January 2018 to March 2020.

Available checks, deposits with offsets, debit and credit memos with offsets for account ending in 8312 from January 2018 to April 2020.

**Sub:** **119104**
**Re:** **FTC Matter No.: 2023074**
**Date:** **April 10, 2020**

**BB&T Legal Fulfillment – 910-272-4250**

Signature
Naomi Galvan
**Print Name**

PX 1, pg. 64

# ATTACHMENT N

PX 1, pg. 65

(Page 1 of 2)

### BB&T SIGNATURE CARD (FLORIDA)

NAME AND ADDRESS OF DEPOSITOR(S)

**LEGACY MARKETING SYSTEMS INC**

6800 BIRD ROAD SUITE 105
MIAMI              FL   33155-0000

| ACCOUNT NUMBER | ACCOUNT OPENING DATE | REVISED CARD DATE |
|---|---|---|
| ███████1582 | 09/19/2013 | |

**OWNERSHIP DESIGNATION: CHECK ONLY ONE BLOCK**

| Personal Accounts | Business Accounts | Other Accounts |
|---|---|---|
| ☐ Single-Party | ☐ Sole Proprietorship/DBA | ☐ Estate |
| ☐ Multiple-Party With Right of Survivorship | ☐ Partnership | ☐ Trust |
| ☐ Pay-On-Death | ☒ Corporation | ☐ Bankruptcy |
| ☐ Uniform Transfers to Minors | ☐ Non-Profit Corporation | ☐ Court Appointed Fiduciary |
| ☐ Other _____ | ☐ Public Funds | ☐ (Guardian/Custodian/Conservator, etc.) |
| | ☐ LLC (Including LLP) | ☐ Lawyer's Trust Account or IOTA |
| | | ☐ Escrow |
| | | ☐ Other _____ |

**IDENTIFICATION (Primary Account Holder)**

Type of ID ___ARTI___   Issued By ___FL___   ID Number ████████   Expiration Date _____   Date of Birth _____
Second Type of ID _____   Issued By _____   ID Number _____   Expiration Date _____
Employer _____   Cell Phone Number ( 305 ) 962-0282   Home Phone Number ( ___ ) _____
Address as listed on ID _____   Work Phone Number ( 305 ) 962-0282

**IDENTIFICATION (Secondary Account Holder)**

Type of ID _____   Issued By _____   ID Number _____   Expiration Date _____   Date of Birth _____
Second Type of ID _____   Issued By _____   ID Number _____   Expiration Date _____
Employer _____   Cell Phone Number ( ___ ) _____   Home Phone Number ( ___ ) _____
Address as listed on ID _____   Work Phone Number ( ___ ) _____

**TIN CERTIFICATION**
Under penalties of perjury, I certify by my signature below that: (1) The number shown on this form is the correct Social Security or Tax Identification Number, or I am waiting for a number to be issued to me, and (2) I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Depositor must cross out (2) above if the IRS has notified the depositor that the depositor is currently subject to backup withholding because of underreporting of interest or dividends.), and (3) I am a U.S. person (including U.S. resident alien). The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

Check one only if applicable:
☐ Depositor is an exempt recipient of interest under the Internal Revenue Code.
☐ Depositor is exempt as a nonresident alien and has completed a Form W-8BEN. (All depositors must complete a separate W-8BEN form for this exemption.)

I understand that if a taxpayer identification number is not provided to the bank within 60 days, the account may be closed.

**BY MY SIGNATURE, I HEREBY CERTIFY THAT:** (1) the type of ownership designated is correct; (2)(a) if I have opened a personal account, I have received the "Bank Services Agreement", the "BB&T Interest Rate Schedule" or Client Summary with interest rates, and the "BB&T Personal Services Pricing Guide" and agree to accept the terms of each document; or (2)(b) if I have opened a commercial account, I have received the "Commercial Bank Services Agreement" and the "BB&T Business Services Pricing Guide" and agree to accept the terms of each document; (3) I give permission to BB&T to verify any bank or credit references; and (4) I have read and understand this signature card, confirm that it is completed correctly and agree to its terms and disclosures.

### SINGLE-PARTY ACCOUNT
Only one signer

SSN: _____   Date _____
Signature of Depositor _____

Centralized Document Scanning Operations
100-99-15-11

DDASIGXXX5060000241721582



**PX 1, pg. 66**

(Page 2 of 2)

## MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP
### All account owners must sign

We understand that BB&T may pay any or all of the funds in the account on the order of any one person named on the account. Upon the death of a party to the account, the deceased party's ownership in the account passes to the surviving party or parties to the account. BB&T may pay the entire account balance to a creditor or other legal claimant pursuant to legal process despite notice to BB&T by a depositor not to permit such payment.

SSN: _____  Date: _____

Signature of Depositor _____

SSN: _____  Date: _____

Signature of Depositor _____

## PAY-ON-DEATH ACCOUNT
### Can be single-party or multiple-party account

It is understood that by establishing a pay-on-death account that: (i) any one party may withdraw or transfer any or all the funds in the account; (ii) any party may change or remove any beneficiary by written notice to the Bank; (iii) upon the death of any party, the funds shall belong to the remaining party(s); and (iv) upon the death of the last party, the funds shall be payable to the beneficiaries then living and, if none, to the estate of the last surviving party.

SSN: _____  Date: _____

Signature of Depositor _____

SSN: _____  Date: _____

Signature of Depositor _____

Name of Beneficiary: _____  Relationship: _____  SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____  Phone Number of Beneficiary: _____

Name of Beneficiary: _____  Relationship: _____  SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____  Phone Number of Beneficiary: _____

Name of Beneficiary: _____  Relationship: _____  SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____  Phone Number of Beneficiary: _____

## UNIFORM TRANSFERS TO MINORS ACT ACCOUNT
### Only one custodian and one minor permitted

I understand that the funds transferred into this account are being credited to this account in my name as custodian for the minor named below under the Florida Uniform Transfers to Minors Act. The gift of money to the minor named below is irrevocable and is made in accordance with and to include all provisions of said Act.

SSN: _____  Name of Minor: _____  Relationship _____

Address of Minor: _____  DOB: _____

SSN: _____  Date _____

Signature of Custodian _____

### Business, Trust, Bankruptcy, Guardian, Custodian, Conservator, IOTA, Escrow and "Other" Accounts
The undersigned expressly authorizes BB&T to obtain any consumer report and/or any other Personal or business credit reports.

| Tax ID Number | Printed Name | Signature for Entity - Your Title | Date |
|---|---|---|---|
| 46-3538661 | LEGACY MARKETING SYSTEMS INC | [signature] Pres | (Seal) 09/10/2013 |
| 8798 | William Foly | [signature] Pres | (Seal) Date |
| Tax ID Number | Printed Name | Signature and Title | (Seal) Date |
| Tax ID Number | Printed Name | Signature and Title | (Seal) Date |

Opened/Updated By  RENE F RUGAMA  67231   Approved By _____  Branch Location  8540214

**PX 1, pg. 67**

# ATTACHMENT O

(Page 1 of 2)

# BB&T
## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

LEGACY MARKETING SYSTEMS INC _____ ███8061
Name of Entity                                                    EIN

[X] Corporation             [ ] Government Entity      [ ] Sole Proprietorship
[ ] Unincorporated Association   [ ] General Partnership   [ ] Non-Profit Corporation
[ ] Limited Liability Company    [ ] Limited Partnership   [ ] Other

I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Florida _____; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded:

RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
| _[signature]_ | FOLEY, WILLIAM J | President |
| | | |
| | | |
| | | |
| | | |

FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

| FOR BANK USE ONLY | |
|---|---|
| Prepared By  C38330 | Date  09/19/2013 |
| Center  8540214 | Bank No.  506    State  FL |

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

RESRES506463528061

8010 (1110)

Page 1 of 2

PX 1, pg. 69

(Page 2 of 2)

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity, this _19_ day of _Sep_, Year _2018_.

For Corporations including Non-Profit:

_____  (Seal)
Secretary/Assistant Secretary

(Corporate Seal)

For All Other Entities:

_____  (Seal)

_____  (Seal)

_____  (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)

8010 (1110)

PX 1, pg. 70

# ATTACHMENT P

(Page 1 of 2)

## BB&T SIGNATURE CARD (FLORIDA)

**NAME AND ADDRESS OF DEPOSITOR(S)**

BBL MOBILE INC

6800 SW 40TH ST # 105

MIAMI                    FL   33155-3708

| ACCOUNT NUMBER | ACCOUNT OPENING DATE | REVISED CARD DATE |
|---|---|---|
| ████8312 | 07/13/2007 | |

**OWNERSHIP DESIGNATION: CHECK ONLY ONE BLOCK**

**Personal Accounts**
- [ ] Single-Party
- [ ] Multiple-Party With Right of Survivorship
- [ ] Pay-On-Death
- [ ] Uniform Transfers to Minors
- [ ] Other_____

**Business Accounts**
- [ ] Sole Proprietorship/DBA
- [ ] Partnership
- [X] Corporation
- [ ] Non-Profit Corporation
- [ ] Public Funds
- [ ] LLC (including LLP)

**Other Accounts**
- [ ] Estate
- [ ] Trust
- [ ] Bankruptcy
- [ ] Court Appointed Fiduciary (Guardian/Custodian/Conservator, etc.)
- [ ] Lawyer's Trust Account or IOTA
- [ ] Escrow
- [ ] Other_____

**IDENTIFICATION (Primary Account Holder)**

Type of ID _ARTI_   Issued By _FL_   ID Number _██████_   Expiration Date _____   Date of Birth _____

Second Type of ID _____   Issued By _____   ID Number _____   Expiration Date _____

Employer _____   Cell Phone Number (___) _____   Home Phone Number (_____)

Address as listed on ID _____   Work Phone Number ( 305 ) 982-0282

**IDENTIFICATION (Secondary Account Holder)**

Type of ID _____   Issued By _____   ID Number _____   Expiration Date _____   Date of Birth _____

Second Type of ID _____   Issued By _____   ID Number _____   Expiration Date _____

Employer _____   Cell Phone Number (___) _____   Home Phone Number (___) _____

Address as listed on ID _____   Work Phone Number (___) _____

**TIN CERTIFICATION**

Under penalties of perjury, I certify by my signature below that: (1) The number shown on this form is the correct Social Security or Tax Identification Number, or I am waiting for a number to be issued to me, and (2) I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Depositor must cross out (2) above if the IRS has notified the depositor that the depositor is currently subject to backup withholding because of underreporting of interest or dividends.), and (3) I am a U.S. person (including U.S. resident alien). The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

Check one only if applicable:
- [ ] Depositor is an exempt recipient of interest under the Internal Revenue Code.
- [ ] Depositor is exempt as a nonresident alien and has completed a Form W-8BEN. (All depositors must complete a separate W-8BEN form for this exemption.)

I understand that if a taxpayer identification number is not provided to the bank within 60 days, the account may be closed.

**BY MY SIGNATURE, I HEREBY CERTIFY THAT:** (1) the type of ownership designated is correct; (2)(a) If I have opened a personal account, I have received the "Bank Services Agreement", the "BB&T Interest Rate Schedule" or Client Summary with interest rates, and the "BB&T Personal Services Pricing Guide" and agree to accept the terms of each document; or (2)(b) if I have opened a commercial account, I have received the "Commercial Bank Services Agreement" and the "BB&T Business Services Pricing Guide" and agree to accept the terms of each document; (3) I give permission to BB&T to verify any bank or credit references; and (4) I have read and understand this signature card, confirm that it is completed correctly and agree to its terms and disclosures.

## SINGLE-PARTY ACCOUNT
### Only one signer

SSN: _____                    Date: _____

Signature of Depositor _____

Centralized Document Scanning Operations
100-99-15-11

DDASIGXXX5061000004738312



**8088FL** (1308)

(Page 2 of 2)

## MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP
### All account owners must sign

We understand that BB&T may pay any or all of the funds in the account on the order of any one person named on the account. Upon the death of a party to the account, the deceased party's ownership in the account passes to the surviving party or parties to the account. BB&T may pay the entire account balance to a creditor or other legal claimant pursuant to legal process despite notice to BB&T by a depositor not to permit such payment.

SSN: _____   Date: _____

Signature of Depositor _____

SSN: _____   Date: _____

Signature of Depositor _____

## PAY-ON-DEATH ACCOUNT
### Can be single-party or multiple-party account

It is understood that by establishing a pay-on-death account that: (i) any one party may withdraw or transfer any or all the funds in the account; (ii) any party may change or remove any beneficiary by written notice to the Bank; (iii) upon the death of any party, the funds shall belong to the remaining party(s); and (iv) upon the death of the last party, the funds shall be payable to the beneficiaries then living and, if none, to the estate of the last surviving party.

SSN: _____   Date: _____

Signature of Depositor _____

SSN: _____   Date: _____

Signature of Depositor _____

Name of Beneficiary: _____   Relationship: _____   SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____   Phone Number of Beneficiary: _____

Name of Beneficiary: _____   Relationship: _____   SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____   Phone Number of Beneficiary: _____

Name of Beneficiary: _____   Relationship: _____   SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____   Phone Number of Beneficiary: _____

## UNIFORM TRANSFERS TO MINORS ACT ACCOUNT
### Only one custodian and one minor permitted

I understand that the funds transferred into this account are being credited to this account in my name as custodian for the minor named below under the Florida Uniform Transfers to Minors Act. The gift of money to the minor named below is irrevocable and is made in accordance with and to include all provisions of said Act.

SSN: _____   Name of Minor: _____   Relationship: _____

Address of Minor: _____   DOB: _____

SSN: _____   Date: _____

Signature of Custodian _____

### Business, Trust, Bankruptcy, Guardian, Custodian, Conservator, IOTA, Escrow and "Other" Accounts
The undersigned expressly authorize BB&T to obtain any consumer report and/or any other personal or business credit reports.

| Tax ID Number | Printed Name | Signature and Title | (Seal) | Date |
|---|---|---|---|---|
| 58-2830851 | BBL MOBILE INC | _____ pre | (Seal) | 09/19/2013 |
| 5712 | William Poky | Chul Fl      pres | (Seal) | Date |
| Tax ID Number | Printed Name | Signature and Title | (Seal) | Date |
| Tax ID Number | Printed Name | Signature and Title | (Seal) | Date |

Opened/Updated By  RENE F RUGAMA     67231   Approved By _____   Branch Location  8540214

PX 1, pg. 73

# ATTACHMENT Q

(Page 1 of 2)

# BB&T

## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

**BBL MOBILE INC**
Name of Entity

59-2530951
EIN

[X] Corporation
[ ] Unincorporated Association
[ ] Limited Liability Company

[ ] Government Entity
[ ] General Partnership
[ ] Limited Partnership

[ ] Sole Proprietorship
[ ] Non-Profit Corporation
[ ] Other

I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Florida _____; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded:

RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
| | FOLEY, WILLIAM | President |
| | | |
| | | |
| | | |

FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

| FOR BANK USE ONLY | |
|---|---|
| Prepared By C38330 | Date 09/19/2013 |
| Center 8540214 | Bank No. 506   State FL |

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

RESRES506592530951

8010 (1110)



(Page 2 of 2)

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/ or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity, this ___14___ day of ___Sep_____, Year ___2013___.

For Corporations including Non-Profit:

_____ (Seal)
Secretary/Assistant Secretary

(Corporate Seal)

For All Other Entities:

_____ (Seal)

_____ (Seal)

_____ (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)

**PX 1, pg. 76**

# ATTACHMENT R

(Page 1 of 1)

**Bank Atlantic**

**Business Signature Card**

Account Number: ████3425

Business Name:   Biz Sites and Guides Inc

Office Number: South Pembroke
Account Type: Totally Free Business Checking
Tax ID#: 06-1746562

Address:

8004 NW 154 St # 379
Miami  FL 33016

Business Phone:  (305) 826-9699
Facsimile Phone: (800) 848-4140

Date Opened: 6/24/2005

Opened by: Edun, Bibi

Referred By: Bibi Edun

Revised By:

**US COMPANIES ONLY**                                    **SUBSTITUTE W-9**

**Under penalty of perjury, I certify that:  (1)** I am a U.S. Person.  **(2)** The tax identification number and designation shown below are correct for this account.  **(3)** I am not subject to backup withholding due to failure to report interest and dividend income.  **Certification Instructions:** You must cross out item **(3)** if you have been notified that you are currently subject to backup withholding for failure to report all interest and dividends on your tax return.

████6562        ☐ Applied For       _Deborah J. Foley_
                                     US Person's Signature for Certification

The undersigned agrees to the terms stated in this document and acknowledges receipt of and agrees to the terms of the Depositor's Agreement and Disclosure Statements and Schedule of Charges for business accounts.

1. _Deborah J. Foley_
   Deborah Jones Foley / President
DL#: ████████

Date Signed: 06/24/05
SS#/Tax ID#: ████6197   DOB: ████████

2. _William J. Foley_
   William John Foley   Authorized signer
DL#: ████████

Date Signed: 06/24/05
SS#/Tax ID#: ████5788   DOB: ████████

3. _____
DL#: _____

Date Signed: _____
SS#/Tax ID#: _____   DOB: _____

4. _____
DL#: _____

Date Signed: _____
SS#/Tax ID#: _____   DOB: _____

5. _____
DL#: _____

Date Signed: _____
SS#/Tax ID#: _____   DOB: _____

6. _____
DL#: _____

Date Signed: _____
SS#/Tax ID#: _____   DOB: _____

BA-2013 (12/02)

CIS Branch

Date Received by Bank: 06/24/05

**PX 1, pg. 78**

# ATTACHMENT S

PX 1, pg. 79

(Page 1 of 1)

L



Bibi Edun/South Pembroke

# 3425

**Bank Atlantic**

**Corporate Authorization Resolution**

Date Received By Bank: _____

**A.** I, **Deborah Jones Foley** , certify that I am Secretary (clerk) of **Biz Sites and Guides Inc** , a corporation organized under the laws of **Florida** , and that the following is a correct copy of resolutions adopted at a meeting of the Board of Directors of this corporation properly called and held on **6/24/2005** . These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

Federal Employer I.D. Number ▮▮▮ 1562

**B.** Be it resolved that,

(1) BankAtlantic, FSB (hereinafter Financial Institution) is designated as a depository for the funds of this corporation.

(2) This resolution shall continue to have effect until express written notice of its recession or modification has been received and recorded by this Financial Institution.

(3) All transaction, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of this corporation with this Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(4) Any of the persons named below, so long as they act in a representative capacity as agents of this corporation, are authorized to make any and all other contract, agreements, stipulation and orders which they may deem advisable, from time to time with this Financial Institution, concerning funds deposited in this Financial Institution subject to any restriction stated below.

(5) Any and all resolutions adopted by the Board of Directors of this corporation and certified to this Financial Institution as governing the operation of this corporation's account(s), are in full force and effect, unless supplemented or modified by this authorization.

(6) This corporation agrees to the terms and conditions of any account agreement, properly opened by any authorized representative(s) of this corporation, and authorize the Financial Institution named above, at any time, to charge this corporation for all checks, drafts, or other orders, for the payment of money, that are drawn on this Financial Institution, regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimens in section C. (or the facsimile signature specimens that this corporation files with the Financial Institution from time to time) and contain the required number of signatures for this purpose.

(7) Any person whose signature appears below is authorized to:

**C.** Authorized Signers:

| Name/Title | Signature | Date Signed | Facsimile Signature (if used) |
|---|---|---|---|
| (A) Deborah Jones Foley    President | Deborah J Foley | 06/24/05 | |
| (B) William John Foley    Authorized signer | | 06/24/05 | |
| (C) | | | |
| (D) | | | |

( AB ) (a) Open any deposit or checking account(s) in the name of this corporation.

( AB ) (b) Endorse checks and orders for the payment of money and withdraw funds on deposit with this Financial Institution.

( AB ) (c) Borrow money on behalf and in the name of this corporation, sign, execute and deliver promissory notes or other evidences of indebtedness.
Number of authorized signatures required for this purpose ___1

( AB ) (d) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bill of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by this corporation as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment.
Number of authorized signatures required for this purpose ___1

( AB ) (e) Enter into a written lease for the purpose of renting and maintaining a Safe Deposit Box in this Financial Institution.

( AB ) (f) Apply for electronic services in the name of the corporation and agree to accept the obligations outlined in the respective agreements on behalf of the corporation.

* * * * * * * * * * * * * *

**D.** I further certify that the Board of Directors of this corporation has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the foregoing resolutions and to confer the powers granted to the persons named who have full power and lawful authority to exercise the same and that this authorization revokes any prior authorization on file with this Financial Institution.

**IMPRINT SEAL HERE**

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this corporation on: _____

Attest by One Other Officer          Date Signed 06/24/05

Secretary   Deborah J Foley          Date Signed 06/24/05

Customer Branch

BA-2038 (11/01)

**PX 1, pg. 80**

# ATTACHMENT T



Request Callback (../callback.php)

# A Fully-Automatic System For Generating Online Income

Digital Income System is an integrated, all-in-one marketing soluton for generating stable online Income through the use of done-for-you traffic, marketing automation, and sales force crowdsharing.

**WATCH VIDEO**     Request Callback Now     ( /callback php)





## NO CODING. NO SELLING. JUST PROFITS.

The Digital Income System was designed with a single purpose  To tear down the common barriers that stop most people from achieving success online

We're turning the tech Industry on Its head, by making CRM technology accessible to the masses, opening up our personalized company training to the public, and by giving you complete access to our sales team

We del ver automat c webs te traffic d rect to your webs te for life

Our system automat cally contacts your leads v a ema l, text message, and voicemail.



You gain instant access to our proprietary training and resources

Our professional sales team calls your qualified leads and closes the sale for you.

Each time we close a sale on your behalf we send a huge, 50% commission check straight to your doorstep

# Google

Q

Google Search

Request A Callback     (../callback.php)

Our sales team is standing by!

(../callback.php)
(../callback.php)
(../callback.php)
(../callback.php)
(../callback.php)

Request A Callback     (../callback.php)

Request A Callback     (/callback.php)



PX 1, pg. 83

**Earning Disclaimer (/admin/disci.php), Terms and Conditions (/admin/checkoutterms.php), Privacy Policy (/admin/privacy.php)**

Copyright Digital Income System Inc

All Rights Reserved

# Connect with a coach.

Our success coaches have more than 100 years of combined sales experience and technical expertise. If they can't answer your questions, no one can.

# Commit to a gameplan.

Choose the traffic and system level which best suits your budget. Then collaborate with your coach to set up an ad plan that produces maximum revenue.

# Collect Your Earnings.

We deliver your commission checks straight to your chosen address. We make the calls, we close the sales, you cash all the big checks. Simple right?



## Ready to get started? Schedule a call with one of our coaches.
*(Note: Due to high call volume, please give us up to 24 hours to contact you)*
**Your Referral ID is: 7777**

Enter Full Name

Enter Your Email

Enter Phone Number

**7777**

Select Join Level                                                                                    ⌄

Select Contact Urgency                                                                        ⌄

Funds to Start                                                                                         ⌄

| **Submit Callback Request** |
| --- |

**Your Information is always secure.**

> "Digital income System was exactly the catalyst I needed to take my income to the next level."
>
> DAVID ROSS LEIGHMAN

**Expect Excellence**

We treat your business like its our only business. Your success is our success.

**RE-WATCH OUR SALES VIDEO >**

**(https://digitalincomesystem.com/lp1.php)**

## INCOME AND EARNINGS DISCLAIMER

We make every effort to ensure that all the products and services presented on this website as well as in all other promotional materials, are presented fairly and accurately and with full transparency. We want to state expressly that there is no guarantee that you will make a specific level of income or any income at all by using our products and services, or the products and services of any other company. As with any business, individual results will vary, often greatly, and will be based on your individual capacity, business experience, knowledge, expertise, and level of desire, as well as your hard work and the execution of your individual business strategies. We make no guarantees concerning the level of success you may experience. The testimonials and examples presented on this website, as well as in any other promotional materials, are exceptional results meant to show you the potential for success when you work in tandem with our company. Such exceptional results do not apply to the average user and are not intended to guarantee that any other party will achieve the same or similar results. There is also no assurance that examples of past earnings can be duplicated in the future. We can not, and do not guarantee your future results and/or success. As with any business, there are unknown risks that we cannot foresee which can and may reduce the success you might experience and/or the revenues you might achieve. Each potential user is advised to do his or her own due diligence when it comes to evaluating his or her earning potential when utilizing our products and services. All information, programs, products and services that have been provided should be independently verified by your own qualified professionals. Further, you agree that we are not responsible for the success or failure of your business decisions relating to and/or your use our programs, trainings, systems, products and/or services. We can not and do not make any guarantees about your ability to get results or earn any money with ours or any other programs, products and/or services.

## User Conduct Agreement

We represent a community of users dedicated to the idea that business relationships should be tactful, respectful, meaningful, and profitable. While we understand that personal relationships often develop between involved parties before and during their interaction with our system, all interactions between members on our website and within our communities must be professional.

Any listed contact Information (including e-mail addresses, usernames, or domain addresses) must be professional and neutral in nature. Any member who publishes posts, exchanges messages, creates usernames or contact information, exchanges photographs, or has contact of any kind that is deemed inappropriate by our administration is subject to scrutiny and grounds for immediate termination with or without advanced notice. This includes content containing spiritual epithets, coarse or foul language, sexual content, racial slang, false advertising, and cross promotion of any kind. Users are also not permitted to verbally attack the methods of any other member, nor are they permitted to demean the efforts or intelligence of others in any way or at any time.

In addition, the non-abuse of staff is a fundamental right of the administration and we reserve the right to terminate any member's account for any reason our administration deems valid. This includes but is not limited to: violations of this agreement, abuse of staff or members, defamation of any sort, or any action which is deemed detrimental to our company, its staff, its members, or its reputation. This termination may be made with or without notice. In some sense, both our company, and our members share a reputation as a business. Please treat the site, its members, your leads, and all people of the world with the utmost courtesy as ambassadors of your own brand.

To report a breach of this agreement by any member contact administration immediately with photo evidence and details. Your privacy will be our highest priority.

## Security

We are committed to ensuring that your information is secure. To prevent unauthorized access or information disclosure we have put in place suitable physical, electronic and managerial procedures to safeguard and secure the information we collect online. We also utilize a premium SSL (secured socket layer) certificate to secure our website. In addition to advanced website security, this SSL certificate requires legal certification of our company's legitimacy as well as the authenticity of our products and services and confirms that these are validated through third party.

## How we use cookies

A cookie is a small file which helps analyze web traffic or provides data when you visit a particular site. Cookies allow web applications like ours to respond to you as an individual and to tailor its operations to your needs, likes and dislikes by gathering and remembering information about your preferences.

We use traffic log cookies to identify which pages are being used and how. This helps us analyze data about web page traffic and improve our website to meet customer needs.

Overall, cookies help us provide you with a better website, by enabling us to monitor which pages you find useful and which you do not. A cookie in no way gives us access to your computer or any information about you, other than the data you choose to share with us.

## Links to other websites

Our website may contain links to enable you to visit other websites of interest easily. However, once you have used these links to leave our site, you should note that we do not have any control over that other website. Therefore, we cannot be responsible for the protection and privacy of any information which you provide whilst visiting such sites and such sites are not governed by this privacy statement. You should exercise caution and look at the privacy statement applicable to the website in question.

We will not sell, distribute or lease your personal information to third parties unless required by law.

# ATTACHMENT U
# (Filed in native format – see attached flash drive)

# ATTACHMENT V

10/21/2020                                                Digital Income System



# A Fully-Automatic System For Generating Online Income

Digital Income System is an integrated, all-in-one marketing soluton for generating stable online income through the use of done-for-you traffic, marketing automation, and sales force crowdsharing.

<div style="border:1px solid black;text-align:center">

WATCH VIDEO

</div>

**Request Callback Now**

(../callback.php)

# NO CODING. NO SELLING. JUST PROFITS.

The Digital Income System was designed with a single purpose: To tear down the common barriers that stop most people from achieving success online.

**PX 1, pg. 92**

10/21/2020                                    Digital Income System

We're turning the tech industry on its head, by making CRM technology
accessible to the masses, opening up our personalized company training to
the public, and by giving you complete access to our sales team

We deliver automatic website traffic direct to your website.

Our system automatically contacts your leads via email, text message, and voicemail.

You gain instant access to our proprietary training and resources

—

### Request A Callback

## (../callback.php)

Our sales team is standing by!

**PX 1, pg. 93**

10/21/2020                                    Digital Income System

# OUR POWERFUL PROCESS





ACQUIRE          NURTURE          CLOSE

**True CRM Technology**

Our proprietary Customer Relationship
Management software contacts your
leads automatically. **REQUEST A CALL**




(../callback.php)

(../callback.php)

(../callback.php)



**Automatic Traffic**

We procure top of the website traffic from
trusted vendors and deliver it automatically
to your sales funnel. **REQUEST A CALL**

(../callback.php)

https://digitalincomesystem.com/lp1.php

**PX 1, pg. 94**

3/4

10/21/2020                                                    Digital Income System





(../callback.php)

# CONNECT WITH A SALES REPRESENTATIVE

## You've got questions, We've got answers

Request A Callback        (../callback.php)



**Earning Disclaimer (/admin/discl.php), Terms and Conditions
(/admin/checkoutterms.php), Privacy Policy (/admin/privacy.php)**

Copyright Digital Income System Inc.

All Rights Reserved

**PX 1, pg. 95**

4/4

# ATTACHMENT W
# (Filed in native format – see attached flash drive)

# ATTACHMENT X
## (Filed in native format – see attached flash drive)

# ATTACHMENT Y
# (Filed in native format – see attached flash drive)

# ATTACHMENT Z

Digital Income System Review | Scam or Legit?



HOME          BENEFITS          FEATURES          TESTIMONIALS          GET STARTED

# *Digital Income System*

# A FULLY-AUTOMATED
# INCOME OPPORTUNITY

Digital Income System is an integrated, all-in-one marketing soluton for generating stable online income through the use of done-for-you traffic, marketing automation, and sales force crowdsharing.



**LEARN MORE**

# BENEFITS OF DIGITAL INCOME SYSTEM



### FAST RESULTS

We deliver automatic, high-converting website traffic direct to your website for life. This (coupled with our sales team) means fast results for all of our members.

**PX 1, pg. 100**

Digital Income System Review | Scam or Legit?



## WE CLOSE ALL SALES

Our system automatically contacts your leads via email, text message, and voicemail. Then our professional sales team calls your qualified leads and closes the sale for you.



## CHECKS TO YOUR MAILBOX

Each time we close a sale on your behalf we send a huge, 50% commission check straight to your doorstep. Your commissions will be between $500 - $12,500 per sale!

# SYSTEM FEATURES

**AUTOMATIC TRAFFIC**
We procure top-tier website traffic from trusted vendors and deliver it automatically to your sales funnel.

**REAL CALLS, REAL CLOSERS**
The Digital Income System sales team has over 100 years of combined technical and high-ticket sales experience.

**REAL SALES REPORTING**
See your lead and sales statistics update in real-time with performance insights.

**PX 1, pg. 101**

conversion rates, and advanced tracking.

**TRUE CRM TECHNOLOGY**
Our proprietary Customer Relationship
Managment software contacts your leads
automatically and nurtures them until they
convert to sales.

## Ready to start receiving checks?

CLICK HERE



# REAL MEMBER TESTIMONIALS



**BRANDON**
Member since 2018



PX 1, pg. 102

Digital Income System Review | Scam or Legit?

**LINSAY**
Member since 2019



**CHRISTINA**
Member since 2019



**DANIEL**
Member since 2018

## READY TO RECEIVE YOUR CHECKS!?

## GET STARTED TODAY

**PX 1, pg. 103**

Click the button below to learn more about Digital Income System and see our complete overview video. Once inside, you will have access to our sales team who are standing by to answer any questions you may have.

GET FULL DETAILS

© Digital Income System Review | All Rights Reserved

# ATTACHMENT AA
# (Filed in native format – see attached flash drive)

# ATTACHMENT BB
# (Filed in native format – see attached flash drive)

# ATTACHMENT CC
# (Filed in native format – see attached flash drive)

# ATTACHMENT DD
# (Filed in native format – see attached flash drive)

# ATTACHMENT EE
## (Filed in native format – see attached flash drive)

# ATTACHMENT FF
# (Filed in native format – see attached flash drive)

# ATTACHMENT GG

**Brandon Frye**
April 6, 2019

My DIS coach just closed 4 more high ticket sales for me. This is ridiculously simple!!

See video: http://dis.brandonfrye.biz



YOU NEVER HAVE TO PERSONALLY CONTACT A LEAD OR PROSPECT

15                                                      21 Comments

👍 Like                              ↪ Share

**Julie Phillips Rife**

Like · 1y    ↳ Brandon Frye replied · 1 Reply

**Jae Anderson**
How did you get that that fast Brandon ??

Like · 1y    ↳ Jae Anderson replied · 4 Replies

**Christina Hooper**

Like · 1y    ↳ Christina Hooper replied · 6 Replies

**Cindie Cole**
Is this a company which can be used for leads for any company?

Like · 1y    ↳ Brandon Frye replied · 3 Replies

**Tim Judd**
Wow well done !

Like · 1y

**Derek Jones Foley**
This is pure genius.

Like · 1y

**Derek Jones Foley**



Like · 1y

**PX 1, pg. 112**

# ATTACHMENT HH



# ATTACHMENT II

**Brandon Frye**
May 13, 2019

What level are most people joining? Will DIS share my mailing address? How Quick Will I Get My Traffic?..

And More, Answered in today's video!!



YOUTU CLICKABLE CARDS
**Digital Income System FAQs Part 3**
Your Questions Answered...

8                                    2 Comments

👍 Like                          ↪ Share

**Christina Hooper**
ANOTHER great video!

Like · 1y

↳ Brandon Frye replied · 1 Reply

# ATTACHMENT JJ

PX 1, pg. 117



**Brandon Frye**
August 15, 2019

Why does Digital Income System work so well? It's not because they threw together a program spur of the moment. So be wary of copycat programs popping up. 😊

- 100+ Years of Combined Direct Sales Experience!! (That's a BIGGIE)
- In-House Dedicated Sales Team Closing ALL Sales. (Never outsourced which would compromise effectiveness and risk unethical behavior)
- Already Closed $MILLIONS in Sales in the last 4 Months
- In-House Technical Staff with 12 yrs experience in UE Design, 8 yrs Conversion Rate Optimization Specialist, 6 yrs IT Architecture, 8 yrs Business Coaching Professional, 6 yrs Corporate Administrator head of programming and development, etc.
- Leverage the Success of the Entire Company!! Not MLM where you have to depend on your own Downline.
- Free Traffic for Life! And no, we don't depend on just one traffic source like postcards or mailers. 😊 10% of ALL Sales (from company's portion) Goes Towards Company Wide Traffic.
- HUGE 50% Commission Checks Paid Directly to YOU! $500-$12,500 (No Waiting on Company Payouts)
- Digital Products that are Delivered INSTANTLY! No waiting on snail mail.
- Built-In Sales System, Lead Management, SMS Blaster, and other Marketing Tools
- Did I mention that the owners have perfected their system for the last 10 years!?

This is why I've been able to do over $850,000 in sales in just over 4 months. So for you guys asking me if I'm joining one of these new programs, the answer is HECK NO! Even if I'm friends with, and was personally invited by, the program owners which I have been.

It's not something you can just throw together and hope for the best. These kind of systems require years of trial and error, fine-tuning systems and processes, and building an in-house sales force you trust. DIS already has it all figured out. Other programs are simply trying to mimic a model that isn't easily duplicated.

But that won't keep these program hoppers from dragging you into yet another dumpster fire. 😊

Oh.. and while I was writing this the sales team just put 3 more Level 3 payments in the mail totaling $4,500 Dollars! Woohoo!!

Join a System That's Time-Tested, Proven, and Puts More Money in YOUR Pocket.
www.CallCenterCashflow.com



**Often Imitated, Never Duplicated!**

Click-N-Ship® Shipping Details

Shipped from:           Shipped to:
DIGITAL INCOMESYSTEM    BRANDON FRYE
6619 S DIXIE HWY
# 329
MIAMI FL 33143-7919

Type of Service: Priority Mail® 3-Day          *$4,500 More*
Flat Rate Envelope                              *In the Mail!*
Label Number: 9405

Note To Recipient  3 - Level 2

**www.CallCenterCashflow.com**

👍❤️😊 42                                    32 Comments  1 Share

👍 Like                    💬 Share



Like  1

↳ 🧑 Jill Ashley Narain replied · 2 Replies

**Christina Hooper**
Congratulations Brandon!! 👏🎉
Like  1   ❤️ 2
↳ 🧑 Brandon Frye replied · 1 Reply

**Ann Schierling**
Way to go Brandon! 👏👍
Like  1   😊 1
↳ 🧑 Ann Schierling replied · 2 Replies

**Derek Jones Foley**

Like  1

**Derek Jones Foley**
You know whats coming.
Like  1   😊 1
↳ 🧑 Brandon Frye replied · 3 Replies

**Louis Martel**
Canada friendly ?
Like  1   ❤️ 1
↳ 🧑 Derek Jones Foley replied · 2 Replies

**Alex Zubarev**
Congrats!

Congrats!

Like  1;   1

**Willard Brown**
Still working on it. Congrats to you.

Like  1;

# ATTACHMENT KK





**Brandon Frye**
September 5, 2019 · ⊕

I literally spend 3 hours or more each day answering FB messages, emails, texts, and social comments. This is on top of the other things I have to do in my business (like handle tech issues, answer support questions, accounting tasks, and so on). So if I don't get back to you right away please know it's not bc I don't want to.

And this is precisely why I wouldn't have been able to add on an additional "network marketing" biz to what I'm already doing. My past businesses (which I'm still very much active with) keep me so busy that I couldn't handle another one. It would just be too much. Besides, I enjoy my time freedom as much as the next person.

But Digital Income System has given me a way earn additional income (a LOT of Xtra income) without adding much more to my plate. Sure, I spend a good deal of time supporting my members, creating tools, developing trainings, and making videos and graphics for both me and my members to share... but that stuff is fun. That's what I LOVE to do!

Anyways, I guess the point of today's post is... find a balance that works for you. But never forget how valuable Time really is. Two truths that I try to remember each day:

1) We will all die one day.
2) We don't know what day that'll be.

Make the best use of your time today. Live a life you're truly passionate about. And never forget that this life isn't all about making money. But if you have a knack for teaching others how to leverage money to create freedom for themselves.. then you better use that skillset.

Just don't kill yourself doing it 😊

PS - If you're looking for an additional income stream that doesn't require much more time out of your day, you should really check this out:
www.CallCenterCashflow.com



😀😍😢 40                                          9 Comments  1 Share

👍 Like                              ↪ Share

**Derek Jones Foley**
I needed to hear this one today
Like · 1y                          👍 2
↪ 🔵 Renee Cadreau replied · 2 Replies

**Sergio Merconchini**
Great post
Like · 1y                          👍 2
↪ 🐾 Brandon Frye replied · 1 Reply

**Jim Shane**
You are one of the few "real" leaders, Brandon.
Blessings my friend. 🙏👊          👍 1
Like · 1y
↪ 🐾 Brandon Frye replied · 1 Reply

**Eric X. Cross**
Very good Brandon 👊
Like · 1y

# ATTACHMENT LL



# ATTACHMENT MM





**Brandon Frye**
Elizabeth Raposo let's do this!!!

Like · 1y

**Elizabeth Raposo**
Brandon Frye yesss sir!!! Went through your link and Just requested a call back.

**Brandon Frye**
Elizabeth Raposo awesome. They should be calling very soon.

Like · 1y

**Derek Torain**
Sheesh !!

Like · 1y

**Eric Hine**
Brandon Frye -

YOU ARE
AWESOME
and don't you forget it

Like · 1y

**Derek Jones Foley**

Like · 1y

**Al Medina**
DIS Rocks! Congrats

Like · 1y

**Brandon Frye**

Like · 1y

**Alex Zubarev**
Congratulations!

Like · 1y

**Brandon Frye**
Thanks boss!! Onward and Upward

Like · 1y

**Christina Hooper**
Congratulations Brandon!!

Like · 1y

**Brandon Frye**
Thanks Christina, no better way to start the day off

Like · 1y

**Christina Hooper**
Brandon you're very welcome. Exactly!

Like · 1y

**Eric Hine**
Sir Brandon Frye - Do You See Me In Your Back Office Yet???

**Brandon Frye**
Yessir!!!

Like · 1y

**Hi! David**

Like · 1y

**PX 1, pg. 126**

# ATTACHMENT NN



# ATTACHMENT OO





**Brandon Frye**
October 14, 2019 ·

**People SERIOUSLY Crack Me Up!**

I had someone tell me yesterday that they were told DIS had closed down. Someone else said they were told that I was no longer promoting the opportunity. What in the world?

Listen people. Let's use some common sense here...

I've made over $600,000 in Digital Income System in the last 6 months. And the company continues to expand and grow. So why in the world would I leave that???

And I JUST posted a video on YouTube and FB the other day regarding the Digital Income System products and how well myself and my team are doing. Plus. I spend thousands of dollars each month on advertising to build the business.

Oh.. and you think the company is closed? All you have to do is go over to the company website (or mine 👇 at www.CallCenterCashflow.com) and you'll see that the company is alive and well.

So... with a little common sense we can come to the conclusion that everything is - not only good - but going incredibly well!! ✔️

SO WHY ARE PEOPLE SAYING THIS??

It's simple really. Digital Income System has made such an impact within the online affiliate marketing space. that the competition is struggling to keep up. They'll say whatever they can to persuade you into THEIR opportunity...

🚫 They'll tell you DIS is being investigated by government agencies (FALSE)

🚫 Or that the Top Earner (myself) has gone off to do something new and quit (FALSE)

🚫 They may even tell you that the owners are stealing money from their members (FALSE)

🚫 Or that DIS is a SCAM and their program is legit (FALSE)

This is what we call F.U.D. Marketing (Marketing through Fear, Uncertainty, and Doubt) And it's a sad way to push your business if you ask me.

Once you can see through the BS, you'll understand that the same marketers telling you these lies are probably the same ones that will leave you high and dry once you join their business. #FACTS

Let's keep our heads on straight guys and gals. Digital Income System is here for the long term whether the competition likes it or not! 👇

If you want a sales team working for you and commission checks sent directly you your door, then get started with us here: www.CallCenterCashflow.com



😀😲👍 41                                           16 Comments  1 Share

👍 Like                                    ↪ Share

**Tammy Montgomery**
Wow people are crazy! IT'S Def not closed!
Like · 1 ·
↪ Brandon Frye replied · 1 Reply

**Christian Lake**
U had me scared for a minute brandon my heart nearly dropped
**Brandon Frye**
Like · 1 ·
↪ Christian Lake replied · 2 Replies

**William Combs**
I saw maybe 2 " marketers" made a youtube video calling DIS a SCAM , THEY FAILED so now are trashing the Company trying to direct people into THEIR opportunity SMH
Like · 1 ·                                          😀👍 4
↪ Brandon Frye replied · 5 Replies

**Jason Saari**

Like · 1 ·
↪ Brandon Frye replied · 1 Reply

**Derek Jones Foley**
Imagine being so desperate to get attention you just invent lies
Like · 1 ·
↪ Brandon Frye replied · 1 Reply

**Derek Jones Foley**



**PX 1, pg. 130**



# ATTACHMENT PP



🏠  👥  ▶️  🎟️  🏢                                    Mychal  ➕  💬  🔔

**Brandon Frye**
October 28, 2019 · 🌐

Another $5,000 Sale Closed By Our Sales Team and $2,500 Check On The Way to My Mailbox!! 😊📬

Tired of your mentors "Jum-PIN" around to new programs every week? Hard to keep up right? Especially when they bring you into one program, leave it for the new "shiny" object, and then begin bashing the very program they brought you into just so they can promote the "new thing."

Doesn't seem right, does it? How could you survive in that environment? How could you possibly build your business when they're out there working against you? 😠

THE ANSWER: You can't!!! ✋

My Recommendation? Find new mentors. Connect with those who are looking out for your LONG-TERM Success, and not just out to make a quick buck off of you. Look for people who have the same values and morals as you.

And Remember This: Just because your sponsor jumps to something new doesn't mean you need to. In fact, you probably shouldn't. Especially if the business is similar in nature. Most likely, your sponsor is simply trying to double-dip out of your wallet, taking your hard-earned money.

It's so obvious, and sleazy. That's why I've always built long-term and supported my members no matter what. We have reputations to uphold in this industry and some just don't seem to care anymore. It's sad, to say the least.

In this time of OUTRAGE CULTURE I'm surprised more of you aren't OUTRAGED with your sponsors!! 🤔

But I digress. I'm just happy and grateful that I found a business opportunity with DIS that I can feel good about bringing people into. I have no need to jump around from program to program.

With Digital Income System we're prepared for long-term growth. The system has been up and running (without fail) for over 6 months and our sales team has closed well over $10 million in sales. We've also got a warm (positive) community of professionals working the business that are willing to help you along the way.

KNOW THIS: If you join with my team you'll be supported indefinitely. No need in worrying if I'll leave you hanging, or turn my back on you. I couldn't sleep at night if I did. Let's work together, and crush our businesses together! That's the way it should be. 😊👍

Get Started: www.CallCenterCashflow.com:

Income Disclaimer: Obviously, as with any business, there is no guarantee of income. Individual results will vary based on your efforts.



👍❤️😆 21                                          11 Comments

👍 Like        💬 Comment        ↪ Share

**Jason Saari**
I've known Brandon Frye almost 20 years. Solid guy. This is a great opportunity and Brandon is a great mentor.
Like · 5y                                        ❤️ 2
↳ Brandon Frye replied · 1 Reply

**Al Medina**
Spot on Brandon 👊👊👊
Like · 5y                                        ❤️ 2
↳ Brandon Frye replied · 1 Reply

**Derek Jones Foley**



Like · 5y

**Derek Jones Foley**
Imagine - someone is viewing this post right now and that's how much they made after working 160 hours this month. That person needs to take action. #realtalk

PX 1, pg. 133



Like · 53w

**Brandon Frye**
Oh I know. I used to work 12-hour days, sometimes 6 days a week, and only brought home a little over $1,100 in two weeks. I'm so thankful I found a MUCH better way.

Like · 53w

**Jose Perez**
Amazing Brandon Life Changing Income

Like · 53w
↳ Brandon Frye replied · 1 Reply

**Tom Thefurryhatguy Yatar**
I know "who" you're speaking of too. I mean stick to one great program instead of every single week jumping into something new. Yes I get it, there are so many OFFERS and deals coming out every week. I've been guilty of it too. But don't bash your O... See More

Like · 53w · Edited
↳ Brandon Frye replied · 1 Reply

# ATTACHMENT QQ





↳ Brandon Frye replied · 1 reply

**Robert Hernandez**
Would like to get in Brandon
Like  50w

↳ Brandon Frye replied · 1 Reply

**Robert Hernandez**
Ok! Brandon Thanks!
Like  50w

**Brandon Frye**
Robert Hernandez you're welcome 😊 👍
Like  50w

# ATTACHMENT RR

PX 1, pg. 138





**Brandon Frye**
April 21 ·

Covid-19 Shouldn't Keep You Down...

This Covid-19 Outbreak has wreaked havoc on lives far and wide. People are out of work and wondering how they'll pay their bills/rent/mortgages/etc. We could have never really predicted this time would come.

But there is a better way. In fact, I've been talking about this for the past 6 years. You CAN work for yourself (from home) and develop your own economy - and help others to do the same. Moreover, share valuable products that can help people beyond finances. Even I didn't know how important this was until recent weeks.

I hate seeing people who once lived paycheck-to-paycheck now waiting on stimulus checks, hoping for government assistance. Many people going into foreclosure, missing bills, or even worse... having feelings of depression and suicide.

It pains me to see people who are so capable of so much more not taking steps to go to that next level. I once thought working from home was impossible and I'm thankful that I took the chance on something different. But again, little did I know how important of a step that would become.

I will share below a few of the streams of income that I've used over the past 6 years that have truly prevented me from worrying about such situations. This is certainly not to brag (this is not a time for that) but a time to share what works and help people break free from worry and despair. If you're interested in learning more, simply check out the sites below. Or you can reach me directly at info@brandonfrye.biz.

NWC: www.brandon.info
Unlock Elevation: https://unlockelevation.com/lc.php?id=brandonfrye
DIS: www.callcentercashflow.com
List Leverage: https://www.mylistleverage.com/lp1/brandonfrye

Again, Covid-19 has become a terrible pandemic. But you shouldn't allow it to hurt your finances and your family's security. NOW is the time to rise up and take power over your situation and build your own economy. And you don't have to do this alone.

Yours in Success,
Brandon Frye



**Eric Hine**
Affiliate Marketer at TCP_Philippines and Veteran at Canadian Forces
Went to Minto Memorial High School

👤 Add Friend                                    ⇪ Share

15 Comments 1 Share

> **Eric Hine**
> Is DIS still Working or did they Shut Down???
> Like · 26w
>
> ^ Hide 11 Replies
>
> > **Brandon Frye**
> > Eric Hine totally still rocking. And some incredible updates on the way. 👍
> > Like · 26w
> >
> > **Eric Hine**
> > They turned off the Lifetime Leads... I haven't received any for some time now... as well I sent Support several msgs over the last few months and they never once replied... Hence why I was wondering...
> > Like · 26w
> >
> > **Brandon Frye**
> > Eric Hine I'll message and see what's up.
> > Like · 26w
> >
> > **Brandon Frye**
> > Eric Hine hit me up directly
> > Like · 26w
> >
> > **Eric Hine**
> > I even messaged your Coach and no replies from him either...
> > Like · 26w
> >
> > **Brandon Frye**
> > Eric Hine Derek (the coach) literally has Covid right now. Again, hit me up directly
> > Like · 26w
> >
> > **Eric Hine**
> > Brandon Frye - I sent you a message
> > Like · 26w
> >
> > **Derek Jones Foley**
> > Eric we just closed a sale for you just 24 hours ago (Keena **** Jr.) We are waiting for your wire details to send your commission. Check your DM's.

Like · 26w

**Brandon Frye**
Derek Jones boom



Like · 26w

**Eric Hine**
Brandon Frye - Thank-You for getting this Sorted Out for Me!
Greatly Appreciated! 😊

Like · 26w

**Eric Hine**
Derek Jones - Thanks for the info about Closing a Sale!... I didn't
think that would ever Happen... Regardless I am very Grateful &
Thank-You for getting back in Touch with Me!...

As Well I hope you Get Better Soon! ... See More

Like · 26w

**Derek Jones Foley**
DIS pays the bills. People may never go back to work again

Like · 26w

**Lance Groom**
Derek Jones, glad you are feeling better... maybe I'll sleep better now. I
didn't like hearing you all were sick

Like · 26w

**Derek Jones Foley**
Thank you brother, it was a crazy experience but praise God we
made it through.

Like · 23w

# ATTACHMENT SS



# ATTACHMENT TT



# ATTACHMENT UU

PX 1, pg. 145



**Jobs Hiring in Round Rock**

Public group · 3.2K members

About   Discussion   Members   Events   Media

Join Group

**Jennifer Hedrick** shared a link
August 8, 2019

Check this out

*(YOUTUBE.COM)*
**DIS DIGITAL INCOME SYSTEM .. ALL THE INFORMATION**
**You Need ! AutoPilot Money**

Like          Share

**About**

Public
Anyone can see who's in the group and what
they post

Visible
Anyone can find this group.

Jobs Group

PX 1, pg. 146

# ATTACHMENT VV



# ATTACHMENT WW

PX 1, pg. 149



# ATTACHMENT XX



# ATTACHMENT YY



# ATTACHMENT ZZ



# ATTACHMENT AAA



# ATTACHMENT BBB
## (Filed in native format – see attached flash drive)

# ATTACHMENT CCC
# (Filed in native format – see attached flash drive)

# ATTACHMENT DDD
# (Filed in native format – see attached flash drive)

# ATTACHMENT EEE
## (Filed in native format – see attached flash drive)

# PLAINTIFF'S EXHIBIT 2

# (PX  2)

## DECLARATION OF EMIL T. GEORGE
### Pursuant to 28 U.S.C. § 1746

I, **Emil T. George**, declare and state as follows:

1.   I am employed by the Federal Trade Commission ("FTC") in Washington, D.C. as a Forensic Accountant.  My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.  I have worked at the FTC since September 2012.  Prior to starting at the FTC, I was the Assistant Inspector General for Audits at the National Labor Relations Board for more than 12 years.

2.   At the FTC, I provide forensic accounting assistance to trial attorneys and investigators.  I am a Certified Public Accountant with the State of Maryland and hold a Bachelor of Science degree in Accounting from the University of Maryland.

3.   The following facts are known to me personally and, if called as a witness, I could and would testify to the matters set forth in the following paragraphs.

### Background

4.   In my capacity as a forensic accountant at the FTC, I was assigned to work on the Digital Income System, Inc. matter.  In connection therewith, I reviewed records of the corporate bank accounts that I understand were produced in response to Civil Investigative Demands issued by the FTC ("Accounts of Interest").  The records, which covered the period from January 2018 through March 2020, included bank statements, wire transfers, checks, deposit slips, ACH transactions, and withdrawals.  A listing of the six Accounts of Interest, including the account holder's name, financial institution, account number, time periods covered by the records produced, and account balances as of the last statement reviewed is included as **Attachment A**. I reviewed and prepared summaries of these Accounts of Interest as detailed below.

5.   To conduct this review, I used, where appropriate, the Comprehensive Financial Investigations Solution ("CFIS"), a financial investigation tool from Actionable Intelligence Technologies, Incorporated.  My understanding is that CFIS is utilized, *inter alia*, by the Internal

**PX 2, pg. 1**

Revenue Service, the Federal Bureau of Investigation, the Organized Crime Drug Enforcement Task Force, a number of U.S. Attorney's offices, and the United States Secret Service. Among other things, CFIS uses proprietary technology to convert paper and/or electronic account records from financial institutions into an investigative database that can be searched, analyzed, and used to issue a variety of reports that can be exported into Microsoft Excel spreadsheets.

6. The first step in using CFIS is to load the bank statements. After the statements are loaded, CFIS imports and processes the bank statements using Intelligent Document Analyzers that rely on proprietary algorithms and Optical Character Recognition technology to create a searchable database. Intelligent Document Analyzers are document format readers associated with a particular financial institution and type of statement. After a bank statement has been indexed and processed, the CFIS database record for that statement must be reconciled with the original version of the statement obtained in the proceeding (*i.e.*, the statement produced by a bank) to ensure accuracy.

7. In the instant matter, I used CFIS to generate a table containing the transactions for the six Accounts of Interest. I then exported the table into Microsoft Excel. I also reconciled the bank statement data imported into Excel with the original version of the statement to ensure accuracy. This Excel table reflected transactions from January 2018 through March 2020. I used Excel to sort the account transactions by transaction type and/or remarks (which provide some details on the transaction).

8. I reviewed bank wires along with checks paid from and deposits made into all of the Accounts of Interest and manually added details, such as the payee or source of money, to the Excel spreadsheet.

### Gross Receipts

9. Attorneys working on this matter asked me to identify payments to Digital Income System, Inc. from consumers. Based on their investigation, these attorneys instructed me that consumer payments should include any payments to Digital Income System, Inc. in the following amounts—$500, $1,500, $2,500, $6,000, or $12,500—which they instructed me are

**PX 2, pg. 2**

the amounts that consumers paid to Digital Income System, Inc., as part of their membership fees.[1]  By my calculation, Digital Income System, Inc. received approximately $1,133,000.00 in consumer payments.

### Payments Between Digital Income System and the Other Foley Companies

10. Attorneys working on this matter asked me to identify transactions between Digital Income System, Inc. and the "Other Foley Companies," which they identified as BBL Mobile, Inc., Biz Sites and Guides Inc., Legacy Marketing Systems, Inc., and Online Profit Network, Inc.

11. By my calculation, Digital Income System Inc. made 99 payments totaling $960,860.00 to the Other Foley Companies.  These transactions occurred between April 2019 and March 2020.  The below table is a summary of these payments.  Details of these payments are in the referenced attachments.

| Payments from Digital Income System, Inc. to Other Foley Companies | | | |
|---|---|---|---|
| **Other Foley Company** | **Transactions** | **Total** | **Attachment** |
| Online Profit Network, Inc. | 60 | 706,620.00 | Attachment B |
| BBL Mobile, Inc. | 38 | 249,240.00 | Attachment C |
| Legacy Marketing Systems, Inc. | 1 | 5,000.00 | Attachment D |
| Biz Sites and Guides, Inc. | 0 | 0.00 | |
| **Total** | **99** | **960,860.00** | |

12. By my calculation, the Other Foley Companies made six payments totaling $26,527.10 to Digital Income System, Inc.  These transactions occurred between May 2019 and February 2020. The below table is a summary of these payments.  Details of these payments are in the referenced attachments.

---

[1] The attorneys instructed me that, because the maximum value of a single money order is generally $1,000, I should also include as consumer payments any money orders drafted by the same person on the same date that, combined, equal $1,500, $2,500, $6,000, or $12,500.

**PX 2, pg. 3**

3

| Payments from Other Foley Companies to Digital Income System, Inc. | | | |
|---|---|---|---|
| **Other Foley Company** | **Transactions** | **Total** | **Attachment** |
| Biz Sites and Guides, Inc. | 4 | 15,527.10 | Attachment E |
| Legacy Marketing Systems, Inc. | 2 | 11,000.00 | Attachment F |
| BBL Mobile, Inc. | 0 | 0.00 | |
| Online Profit Network, Inc. | 0 | 0.00 | |
| **Total** | **6** | **26,527.10** | |

### Payments Between Digital Income System, Inc. / Other Foley Companies and Individual Defendants

13. Attorneys working on this matter asked me to identify payments between (1) Digital Income System Inc. and the Other Foley Companies and (2) Derek Jones Foley, William Foley, Jennifer Hedrick, Kaitlyn Scott, and Christopher Brandon Frye ("Individual Defendants"). The table below summarizes the net payments (payments to less payments from) from Digital Income System Inc. and the Other Foley Companies to the Individual Defendants. These payments are described in paragraphs 14 through 19 and detailed in the referenced attachments.

| Net Payments from Digital Income System, Inc. / Other Foley Companies to Individual Defendants | | |
|---|---|---|
| **Individual Defendant** | **Digital Income System** | **Other Foley Companies** |
| Derek Jones Foley | 141.00 | 358,053.89 |
| William Foley | 0.00 | 188,000.00 |
| Jennifer Hedrick | 2,500.00 | 500.00 |
| Kaitlyn Scott | 1,500.00 | 0.00 |
| Christopher Brandon Frye | 500.00 | 0.00 |

14. By my calculation, Digital Income System, Inc. made two payments totaling $141 to Derek Jones Foley. Both payments were dated March 4, 2020. I did not identify any payments from Derek Jones Foley to Digital Income System, Inc.

15. By my calculation, the Other Foley Companies made 193 payments totaling $450,388.91 to Derek Jones Foley. For these transactions, the bank statement said, "Online Transfer to Foley D…" A schedule detailing these transactions is at **Attachment G**. I identified 74 payments totaling $66,154.37 from Derek Jones Foley to the Other Foley Companies. For these transactions, the bank statement said either, "Online Transfer from Foley D" or "Money Transfer

**PX 2, pg. 4**

authorized by Foley Derek." A schedule detailing these transactions is at **Attachment H**. I also identified credits into the Other Foley Accounts that the bank statements identified as "Venmo Cashout Derek Jones." There were 23 such transactions totaling $26,180.65. A schedule detailing these transactions is at **Attachment I**. This results in net payments of $358,053.89 to Derek Foley from the Other Foley Companies.

16. I did not identify any payments between William Foley and Digital Income System, Inc. By my calculation, the Other Foley Companies made 27 payments totaling $188,000.00 to William Foley. A schedule detailing these transactions is at **Attachment J**. I did not identify any payments from William Foley to the Other Foley Companies.

17. I identified three payments totaling $2,500.00 from Digital Income System, Inc. and one payment for $500.00 from BBL Mobile, Inc. to Jennifer Hedrick. I also identified one payment for $1,000.00 to Digital Income System, Inc. from Jennifer Hedrick. A schedule detailing these five transactions is at **Attachment K**. I did not identify any payments from Jennifer Hedrick to the Other Foley Companies.

18. I identified one transaction between Digital Income System, Inc. and Christopher Brandon Frye. This was a payment from Digital Income System, Inc. for $1,500.00, dated August 21, 2019. I did not identify any payments between Christopher Brandon Frye and any of the Other Foley Companies.

19. I identified one transaction between Digital Income System, Inc. and Kaitlyn Scott. This was a payment from Digital Income System, Inc. for $500.00 dated August 5, 2019. I did not identify any payments between Kaitlyn Scott and any of the Other Foley Companies.

### Withdrawals

20. Attorneys working on this matter asked me to identify withdrawals from Digital Income System, Inc.'s accounts and the Other Foley Companies' accounts.

21. I identified one withdrawal from a Digital Income System, Inc. account. It was an ATM withdrawal for $203.50 dated November 21, 2019.

**PX 2, pg. 5**

22. The withdrawals from the Other Foley Companies totaled $44,090.01. These withdrawals consisted of 83 ATM withdrawals, totaling $20,240.01, three branch/office withdrawals totaling $4,400, for which documentation was not available for my review, and four branch/office withdrawals totaling $19,450.00 with Derek Jones Foley on the withdrawal slip. A schedule detailing these transactions is at **Attachment L**.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on November 7, 2020.

Emil T. George

**PX 2, pg. 6**

6

| | | | | **Accounts of Interest** | | | |
|---|---|---|---|---|---|---|---|
| **Item** | **Name** | **Bank** | **Account** | **First Statement Reviewed Ending Date** | **Last Statement Reviewed Ending Date** | **Balance at Last Statement Reviewed** |
| 1 | BBL Mobile, Inc. | BB&T | #8312 | 1/31/18 | 3/31/20 | 27,734.56 |
| 2 | Biz Sites and Guides, Inc. | BB&T | #3791 | 1/31/18 | 3/31/20 | 34,819.78 |
| 3 | Digital Income System, Inc. | Wells Fargo | #5873 | 3/31/19 | 3/31/20 | 14,934.24 |
| 4 | Digital Income System, Inc. | Wells Fargo | #1589 | 3/31/19 | 3/31/20 | 15,024.84 |
| 5 | Legacy Marketing Systems, Inc. | BB&T | #1582 | 1/31/18 | 3/31/20 | 9,608.24 |
| 6 | Online Profit Network, Inc. | Wells Fargo | #2280 | 1/31/18 | 3/31/20 | 2,215.16 |

**PX 2, pg. 7**

Attachment A

1 of 1

| Payments from Digital Income System, Inc. to Online Profit Network, Inc. | | | | | |
|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** |
| 1 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/5/2019 | b062Rjw3H | 2,000.00 | Internet/On-Line Transfer Debit |
| 2 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/11/2019 | 1003 | 3,700.00 | Check Paid |
| 3 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/16/2019 | 1006 | 6,000.00 | Check Paid |
| 4 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/24/2019 | 1008 | 5,400.00 | Check Paid |
| 5 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/26/2019 | 1011 | 9,400.00 | Check Paid |
| 6 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/2/2019 | 1013 | 18,000.00 | Check Paid |
| 7 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/13/2019 | 1017 | 9,800.00 | Check Paid |
| 8 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/16/2019 | lb068Dkdhf | 18,200.00 | Internet/On-Line Transfer Debit |
| 9 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/20/2019 | lb068Rlkl2 | 8,500.00 | Internet/On-Line Transfer Debit |
| 10 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/22/2019 | lb0697Ljc6 | 8,550.00 | Internet/On-Line Transfer Debit |
| 11 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/29/2019 | lb069Zx8Qz | 20,600.00 | Internet/On-Line Transfer Debit |
| 12 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/30/2019 | 1022 | 500.00 | Check Paid |

**PX 2, pg. 8**

Attachment B

1 of 5

| Payments from Digital Income System, Inc. to Online Profit Network, Inc. | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 13 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 6/7/2019 | 1024 | 15,300.00 | Check Paid |
| 14 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 6/14/2019 | 1025 | 14,800.00 | Check Paid |
| 15 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 6/21/2019 | tb06Fhy738 | 11,070.00 | Internet/On-Line Transfer Debit |
| 16 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/5/2019 | lb06Hf8Slp | 28,000.00 | Internet/On-Line Transfer Debit |
| 17 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/12/2019 | fflb06Jjgc6R | 30,000.00 | Internet/On-Line Transfer Debit |
| 18 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/18/2019 | 1032 | 1,950.00 | Check Paid |
| 19 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/18/2019 | lb06Kbyjzc | 16,300.00 | Internet/On-Line Transfer Debit |
| 20 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/23/2019 | lb06Kxnvsd | 21,000.00 | Internet/On-Line Transfer Debit |
| 21 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/26/2019 | lb06Lct8Yp | 14,750.00 | Internet/On-Line Transfer Debit |
| 22 | Digital Income System, Inc. (Wells Fargo Bank NA #1589) | 7/31/2019 | lb06M29Qsy | 17,500.00 | Internet/On-Line Transfer Debit |
| 23 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/31/2019 | lb06M2Bkl2 | 9,100.00 | Internet/On-Line Transfer Debit |
| 24 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/31/2019 | lb06M29Gvy | 7,500.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 9**

| Payments from Digital Income System, Inc. to Online Profit Network, Inc. | | | | | |
|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** |
| 25 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/31/2019 | lb06M2Ch7N | 5,000.00 | Internet/On-Line Transfer Debit |
| 26 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/8/2019 | lb06Nf9Gdp | 31,600.00 | Internet/On-Line Transfer Debit |
| 27 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/19/2019 | lb06Pys3Rt | 34,200.00 | Internet/On-Line Transfer Debit |
| 28 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/29/2019 | lb06Rbrjjj | 25,400.00 | Internet/On-Line Transfer Debit |
| 29 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/6/2019 | lb06Spdft4 | 25,600.00 | Internet/On-Line Transfer Debit |
| 30 | Digital Income System, Inc. (Wells Fargo Bank NA #1589) | 9/13/2019 | lb08Tp8Xfl | 17,000.00 | Internet/On-Line Transfer Debit |
| 31 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/13/2019 | lb08Tp7Kwp | 19,300.00 | Internet/On-Line Transfer Debit |
| 32 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/13/2019 | fflb06Tp92Yn | 10,000.00 | Internet/On-Line Transfer Debit |
| 33 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/23/2019 | lb06Vrscs2 | 25,000.00 | Internet/On-Line Transfer Debit |
| 34 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/23/2019 | lb08VT9Zl5 | 2,300.00 | Internet/On-Line Transfer Debit |
| 35 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/30/2019 | lb06Wr7Ttx | 20,300.00 | Internet/On-Line Transfer Debit |
| 36 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/7/2019 | lb06Xy44D3 | 19,200.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 10**

| Payments from Digital Income System, Inc. to Online Profit Network, Inc. | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 37 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/11/2019 | lb06Yt4369 | 13,600.00 | Internet/On-Line Transfer Debit |
| 38 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/21/2019 | lb07227Drq | 10,000.00 | Internet/On-Line Transfer Debit |
| 39 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/22/2019 | ib072Fdtng | 8,800.00 | Internet/On-Line Transfer Debit |
| 40 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/25/2019 | b072Trkjy | 10,200.00 | Internet/On-Line Transfer Debit |
| 41 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 11/4/2019 | lb074Ch2Km | 11,100.00 | Internet/On-Line Transfer Debit |
| 42 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 11/8/2019 | Ib074Zqi5Y | 15,600.00 | Internet/On-Line Transfer Debit |
| 43 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 11/19/2019 | lb076K9Vxx | 11,400.00 | Internet/On-Line Transfer Debit |
| 44 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/2/2019 | lb07879Qdz | 11,100.00 | Internet/On-Line Transfer Debit |
| 45 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/10/2019 | ib079Smz87 | 3,600.00 | Internet/On-Line Transfer Debit |
| 46 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/16/2019 | lb07Bn7V7Q | 2,800.00 | Internet/On-Line Transfer Debit |
| 47 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/23/2019 | lb07Cvfz3H | 6,800.00 | Internet/On-Line Transfer Debit |
| 48 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/13/2020 | lb07Gpt5T3 | 3,400.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 11**

| | Payments from Digital Income System, Inc. to Online Profit Network, Inc. | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 49 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/21/2020 | Ib07Ht4Q3M | 7,600.00 | Internet/On-Line Transfer Debit |
| 50 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/3/2020 | ib07L8Snfm | 3,400.00 | Internet/On-Line Transfer Debit |
| 51 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/10/2020 | ib07M36Y3J | 12,300.00 | Internet/On-Line Transfer Debit |
| 52 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/18/2020 | Ib07Njf774 | 2,600.00 | Internet/On-Line Transfer Debit |
| 53 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/24/2020 | Ib07P874S5 | 3,500.00 | Internet/On-Line Transfer Debit |
| 54 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/26/2020 | Ib07Pp8M8V | 4,300.00 | Internet/On-Line Transfer Debit |
| 55 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/28/2020 | Ib07Q67Pg | 8,700.00 | Internet/On-Line Transfer Debit |
| 56 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 3/4/2020 | Ib07R42Cvv | 6,300.00 | Internet/On-Line Transfer Debit |
| 57 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 3/6/2020 | Ib07Rk9M5S | 4,500.00 | Internet/On-Line Transfer Debit |
| 58 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 3/9/2020 | Ib07Rxfwcw | 4,200.00 | Internet/On-Line Transfer Debit |
| 59 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 3/16/2020 | Ib07Svyq7H | 5,200.00 | Internet/On-Line Transfer Debit |
| 60 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 3/23/2020 | Ib07Tw9Kqp | 2,800.00 | Internet/On-Line Transfer Debit |
| | | Total | | 706,620.00 | |

**PX 2, pg. 12**

Attachment B
5 of 5

| Payments from Digital Income System, Inc. to BBL Mobile, Inc. | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 1 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/12/2019 | 1002 | 2,000.00 | Check Paid |
| 2 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/12/2019 | 1005 | 1,500.00 | Check Paid |
| 3 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/16/2019 | 1007 | 3,900.00 | Check Paid |
| 4 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/24/2019 | 1009 | 2,600.00 | Check Paid |
| 5 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 4/26/2019 | 1010 | 3,100.00 | Check Paid |
| 6 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/3/2019 | 1015 | 4,400.00 | Check Paid |
| 7 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/6/2019 | 1014 | 4,000.00 | Check Paid |
| 8 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/10/2019 | 1016 | 3,300.00 | Check Paid |
| 9 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/16/2019 | 1018 | 7,500.00 | Check Paid |
| 10 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/22/2019 | 1019 | 2,900.00 | Check Paid |
| 11 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 5/28/2019 | 1020 | 2,550.00 | Check Paid |
| 12 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 6/6/2019 | 1023 | 5,700.00 | Check Paid |

**PX 2, pg. 13**

Attachment C
1 of 4

| | Payments from Digital Income System, Inc. to BBL Mobile, Inc. | | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** | |
| 13 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 6/14/2019 | 1026 | 3,950.00 | Check Paid | |
| 14 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/5/2019 | 1029 | 5,500.00 | Check Paid | |
| 15 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/15/2019 | 1030 | 9,500.00 | Check Paid | |
| 16 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/18/2019 | 1031 | 4,000.00 | Check Paid | |
| 17 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/25/2019 | 1033 | 3,000.00 | Check Paid | |
| 18 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/29/2019 | 1035 | 4,000.00 | Check Paid | |
| 19 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/31/2019 | 1038 | 30,000.00 | Check Paid | |
| 20 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/1/2019 | 1039 | 5,250.00 | Check Paid | |
| 21 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/9/2019 | 1040 | 12,500.00 | Check Paid | |
| 22 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/13/2019 | 1041 | 6,000.00 | Check Paid | |
| 23 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 8/20/2019 | 1043 | 12,500.00 | Check Paid | |
| 24 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/3/2019 | 1045 | 9,000.00 | Check Paid | |

**PX 2, pg. 14**

Attachment C
2 of 4

| Payments from Digital Income System, Inc. to BBL Mobile, Inc. | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 25 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/6/2019 | 1047 | 10,440.00 | Check Paid |
| 26 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/16/2019 | 1048 | 31,600.00 | Check Paid |
| 27 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 9/23/2019 | 1051 | 6,170.00 | Check Paid |
| 28 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/1/2019 | 1056 | 21,130.00 | Check Paid |
| 29 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/10/2019 | 1058 | 6,250.00 | Check Paid |
| 30 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 10/15/2019 | 1059 | 7,400.00 | Check Paid |
| 31 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 11/7/2019 | 1066 | 4,500.00 | Check Paid |
| 32 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/4/2019 | 1070 | 4,000.00 | Check Paid |
| 33 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/17/2019 | 1071 | 1,000.00 | Check Paid |
| 34 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/7/2020 | 1074 | 1,800.00 | Check Paid |
| 35 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/16/2020 | 1075 | 500.00 | Check Paid |
| 36 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/27/2020 | 1078 | 900.00 | Check Paid |

**PX 2, pg. 15**

Attachment C
3 of 4

| Payments from Digital Income System, Inc. to BBL Mobile, Inc. | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 37 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/10/2020 | 1081 | 1,600.00 | Check Paid |
| 38 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 3/9/2020 | 1085 | 3,300.00 | Check Paid |
| | | Total | | 249,240.00 | |

**PX 2, pg. 16**

Attachment C
4 of 4

| Payments from Digital Income System, Inc. to Legacy Marketing Systems, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | | Description |
| 1 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/29/2019 | 1034 | 5,000.00 | | Check Paid |

**PX 2, pg. 17**

Attachment D

1 of 1

| Payments from Biz Sites and Guides, Inc. to Digital Income System, Inc. | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 1 | Digital Income System, Inc. (Wells Fargo Bank NA #1589) | 6/14/2019 | 310140854616 | 3,150.00 | Internet/On-Line Transfer Credit |
| 2 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/5/2019 | | 4,352.10 | Deposit |
| 3 | Digital Income System, Inc. (Wells Fargo Bank NA #1589) | 7/18/2019 | 408180452318 | 7,550.00 | Internet/On-Line Transfer Credit |
| 4 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 2/21/2020 | | 475.00 | Deposit |
| | | Total | | 15,527.10 | |

| Payments from Legacy Marketing Systems, Inc. to Digital Income System, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description | |
| 1 | Digital Income System, Inc. (Wells Fargo Bank NA #1589) | 5/30/2019 | | 7,000.00 | Electronic Funds Transfer (EFT) Credit | |
| 2 | Digital Income System, Inc. (Wells Fargo Bank NA #1589) | 6/5/2019 | | 4,000.00 | Electronic Funds Transfer (EFT) Credit | |
| | | | Total | 11,000.00 | | |

**PX 2, pg. 19**

Attachment F

Page 1 of 1

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 1 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/5/2018 | lbQ47Yfhby | 200.00 | Internet/On-Line Transfer Debit |
| 2 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/6/2018 | lb0483Bslh | 100.00 | Internet/On-Line Transfer Debit |
| 3 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/20/2018 | lb04972V2S | 100.00 | Internet/On-Line Transfer Debit |
| 4 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/20/2018 | lbQ498Qqns | 100.00 | Internet/On-Line Transfer Debit |
| 5 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/21/2018 | lb049Kdrnr | 42.88 | Internet/On-Line Transfer Debit |
| 6 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/21/2018 | lb049Hfxjf | 1,220.00 | Internet/On-Line Transfer Debit |
| 7 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/23/2018 | lbQ49Qrnxp | 300.00 | Internet/On-Line Transfer Debit |
| 8 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/2/2018 | lb04Bmhb8M | 4.34 | Internet/On-Line Transfer Debit |
| 9 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/5/2018 | lb04Bw66Lp | 23.09 | Internet/On-Line Transfer Debit |
| 10 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/5/2018 | lb04Bw65Sb | 420.18 | Internet/On-Line Transfer Debit |
| 11 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/15/2018 | lb04Cwg2xx | 50.00 | Internet/On-Line Transfer Debit |
| 12 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/19/2018 | ib04D96Wgr | 1,250.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 20**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 13 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/21/2018 | b04Dhj5Q8 | 350.00 | Internet/On-Line Transfer Debit |
| 14 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/28/2018 | lbQ4F4Lxcf | 150.00 | Internet/On-Line Transfer Debit |
| 15 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/30/2018 | ib04Fbly4Z | 1,500.00 | Internet/On-Line Transfer Debit |
| 16 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/4/2018 | lb04Fx7Jlf | 110.00 | Internet/On-Line Transfer Debit |
| 17 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/10/2018 | lb04Gjtnmz | 700.00 | Internet/On-Line Transfer Debit |
| 18 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/11/2018 | lb04Gpbqyf | 500.00 | Internet/On-Line Transfer Debit |
| 19 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/13/2018 | tbQ4Gwftrl | 850.00 | Internet/On-Line Transfer Debit |
| 20 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/1/2018 | lb04Jy7Bnb | 58.68 | Internet/On-Line Transfer Debit |
| 21 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/2/2018 | lb04K4V43Q | 100.00 | Internet/On-Line Transfer Debit |
| 22 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/4/2018 | lb04Kj7932 | 500.00 | Internet/On-Line Transfer Debit |
| 23 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/8/2018 | ib04Ktz66F | 150.00 | Internet/On-Line Transfer Debit |
| 24 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/15/2018 | lb04Lphykx | 60.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 21**

| | Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** | |
| 25 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/15/2018 | Ib04Lpkwkz | 30.00 | Internet/On-Line Transfer Debit | |
| 26 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/17/2018 | ib04Lxthg6 | 20.00 | Internet/On-Line Transfer Debit | |
| 27 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/21/2018 | IbQ4Mbcf3J | 29.00 | Internet/On-Line Transfer Debit | |
| 28 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/25/2018 | Ib04Mtszb4 | 1,300.00 | Internet/On-Line Transfer Debit | |
| 29 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/30/2018 | Ib04Nbhbdr | 60.00 | Internet/On-Line Transfer Debit | |
| 30 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/30/2018 | IbQ4Nbhff8 | 12.93 | Internet/On-Line Transfer Debit | |
| 31 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/31/2018 | Ib04Njpzpt | 250.00 | Internet/On-Line Transfer Debit | |
| 32 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/1/2018 | IbQ4Nq9Lkb | 55.00 | Internet/On-Line Transfer Debit | |
| 33 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/8/2018 | ib04Plvwb9 | 550.00 | Internet/On-Line Transfer Debit | |
| 34 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/25/2018 | Ib04Rfht8K | 850.00 | Internet/On-Line Transfer Debit | |
| 35 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/28/2018 | IbQ4Rxnwdt | 150.00 | Internet/On-Line Transfer Debit | |
| 36 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/10/2018 | Ib04Thb9S9 | 400.00 | Internet/On-Line Transfer Debit | |

**PX 2, pg. 22**

| Payments from Other Foley Companies to Derek Foley | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 37 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/10/2018 | Ib04Thbbs2 | 200.00 | Internet/On-Line Transfer Debit |
| 38 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/3/2018 | Ib04Xmjq5 | 1,000.00 | Internet/On-Line Transfer Debit |
| 39 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/8/2018 | ib04Y4Xt8W | 700.00 | Internet/On-Line Transfer Debit |
| 40 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/8/2018 | Ib04Y56F44 | 200.00 | Internet/On-Line Transfer Debit |
| 41 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/13/2018 | Ib04YI9Qpz | 110.00 | Internet/On-Line Transfer Debit |
| 42 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/20/2018 | Ib04Zld4Wk | 105.00 | Internet/On-Line Transfer Debit |
| 43 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/21/2018 | ib04Zr3Sns | 1,400.00 | Internet/On-Line Transfer Debit |
| 44 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/27/2018 | Ib05292Gr7 | 1,200.00 | Internet/On-Line Transfer Debit |
| 45 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/4/2018 | Ib053Cvt2Y | 1,000.00 | Internet/On-Line Transfer Debit |
| 46 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/10/2018 | ib0544W4Kb | 678.00 | Internet/On-Line Transfer Debit |
| 47 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/11/2018 | Ib054FL3Jv | 190.00 | Internet/On-Line Transfer Debit |
| 48 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/11/2018 | IbQ54FL3Rg | 350.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 23**

| Payments from Other Foley Companies to Derek Foley | | | | | |
| --- | --- | --- | --- | --- | --- |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 49 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/24/2018 | ib055Vv6Jy | 860.00 | Internet/On-Line Transfer Debit |
| 50 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/24/2018 | lb055Wjk2T | 130.00 | Internet/On-Line Transfer Debit |
| 51 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/28/2018 | lb056Jtjgq | 250.00 | Internet/On-Line Transfer Debit |
| 52 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/1/2018 | IbQ56Qwp4Y | 300.00 | Internet/On-Line Transfer Debit |
| 53 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/5/2018 | lb057P626H | 489.00 | Internet/On-Line Transfer Debit |
| 54 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/15/2018 | lb058Kwmrq | 400.00 | Internet/On-Line Transfer Debit |
| 55 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/19/2018 | lb059Dhffx | 800.00 | Internet/On-Line Transfer Debit |
| 56 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/22/2018 | lb059J3Vs3 | 950.00 | Internet/On-Line Transfer Debit |
| 57 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/22/2018 | lb059Qfj7L | 300.00 | Internet/On-Line Transfer Debit |
| 58 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/23/2018 | lb059Sfzvq | 500.00 | Internet/On-Line Transfer Debit |
| 59 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/23/2018 | ib059Sfdhy | 1,400.00 | Internet/On-Line Transfer Debit |
| 60 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/29/2018 | ib05B9Tmb6 | 650.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 24**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 61 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/14/2018 | Ib05Dkyfjz | 250.00 | Internet/On-Line Transfer Debit |
| 62 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/26/2018 | IbQ5G3Wyiw | 1,000.00 | Internet/On-Line Transfer Debit |
| 63 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/3/2018 | Ib05Gz4Lvv | 100.00 | Internet/On-Line Transfer Debit |
| 64 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/3/2018 | ib05Gz4Kpj | 400.00 | Internet/On-Line Transfer Debit |
| 65 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/10/2018 | IbQ5Hvpzx2 | 500.00 | Internet/On-Line Transfer Debit |
| 66 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/17/2018 | IbQ5Jss5Zr | 30.00 | Internet/On-Line Transfer Debit |
| 67 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/26/2018 | Ib05L3C3J6 | 200.00 | Internet/On-Line Transfer Debit |
| 68 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/9/2019 | Ib05Mx8N93 | 404.31 | Internet/On-Line Transfer Debit |
| 69 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/9/2019 | Ib05Mysvc6 | 1,970.00 | Internet/On-Line Transfer Debit |
| 70 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/9/2019 | Ib05Mx8Rzh | 299.99 | Internet/On-Line Transfer Debit |
| 71 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/14/2019 | IbQ5Nkdf3V | 500.00 | Internet/On-Line Transfer Debit |
| 72 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/16/2019 | Ib05Nxktmr | 900.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 25**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** |
| 73 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/22/2019 | Ib05P9Tksn | 800.00 | Internet/On-Line Transfer Debit |
| 74 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/22/2019 | Ib05Pbd2x8 | 300.00 | Internet/On-Line Transfer Debit |
| 75 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/28/2019 | IbQ5Q4Sn65 | 150.00 | Internet/On-Line Transfer Debit |
| 76 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/29/2019 | Ib05Qg7Tth | 21.00 | Internet/On-Line Transfer Debit |
| 77 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/4/2019 | Ib05R4Rwyp | 146.00 | Internet/On-Line Transfer Debit |
| 78 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/4/2019 | IbQ5R82Ywt | 105.00 | Internet/On-Line Transfer Debit |
| 79 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/5/2019 | Jb05RJjl78 | 120.00 | Internet/On-Line Transfer Debit |
| 80 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/7/2019 | Ib05Rrd5D2 | 300.00 | Internet/On-Line Transfer Debit |
| 81 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/8/2019 | Ib05Rttvzy | 100.00 | Internet/On-Line Transfer Debit |
| 82 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/11/2019 | IbQ5S7Jfxb | 166.92 | Internet/On-Line Transfer Debit |
| 83 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/11/2019 | Ib05S477Yw | 124.00 | Internet/On-Line Transfer Debit |
| 84 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/11/2019 | Ib05S4F6Fp | 65.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 26**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 85 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/12/2019 | Ib05Sbprzv | 150.00 | Internet/On-Line Transfer Debit |
| 86 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/13/2019 | ib05Sgw26V | 101.01 | Internet/On-Line Transfer Debit |
| 87 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/14/2019 | Ib05Sly7Xl | 26.38 | Internet/On-Line Transfer Debit |
| 88 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/15/2019 | Ib05Ssknkz | 40.00 | Internet/On-Line Transfer Debit |
| 89 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/25/2019 | IbQ5Txy337 | 250.00 | Internet/On-Line Transfer Debit |
| 90 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/25/2019 | Ib05Tviv2x | 100.00 | Internet/On-Line Transfer Debit |
| 91 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/1/2019 | IbQ5Vsrt5N | 260.00 | Internet/On-Line Transfer Debit |
| 92 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/4/2019 | ib05Vxxkzd | 700.00 | Internet/On-Line Transfer Debit |
| 93 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/4/2019 | ib05W8Xfr8 | 130.00 | Internet/On-Line Transfer Debit |
| 94 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/5/2019 | Ib05WF4Ns4 | 400.00 | Internet/On-Line Transfer Debit |
| 95 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/7/2019 | ib05Wlwj3L | 800.00 | Internet/On-Line Transfer Debit |
| 96 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/7/2019 | IbQ5Wp49P5 | 700.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 27**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 97 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/8/2019 | lbQ5Wryh8Z | 30.00 | Internet/On-Line Transfer Debit |
| 98 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/11/2019 | lbQ5x2Y492 | 139.00 | Internet/On-Line Transfer Debit |
| 99 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/15/2019 | lb05Xqnxhm | 350.00 | Internet/On-Line Transfer Debit |
| 100 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/18/2019 | lb05XwyzI3 | 300.00 | Internet/On-Line Transfer Debit |
| 101 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/20/2019 | lbQ5Yd47Ff | 1,200.00 | Internet/On-Line Transfer Debit |
| 102 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/26/2019 | lb05Z5Sxyt | 300.00 | Internet/On-Line Transfer Debit |
| 103 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/27/2019 | lbQ5Z8Gkrb | 1,300.00 | Internet/On-Line Transfer Debit |
| 104 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/28/2019 | lb05Zcxg7V | 400.00 | Internet/On-Line Transfer Debit |
| 105 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/29/2019 | lb05Zk963h | 300.00 | Internet/On-Line Transfer Debit |
| 106 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/1/2019 | lb05ZpIk4Z | 400.00 | Internet/On-Line Transfer Debit |
| 107 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/2/2019 | lb0628Ssi6 | 450.00 | Internet/On-Line Transfer Debit |
| 108 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/5/2019 | lb062Rknsj | 600.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 28**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 109 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/9/2019 | lbQ636Gfmn | 50.00 | Internet/On-Line Transfer Debit |
| 110 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/10/2019 | lb063Bgt4K | 50.00 | Internet/On-Line Transfer Debit |
| 111 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/11/2019 | lbQ63Jfl7P | 215.20 | Internet/On-Line Transfer Debit |
| 112 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/12/2019 | ib063Lhpd5 | 250.00 | Internet/On-Line Transfer Debit |
| 113 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/12/2019 | lb063Lh6Ld | 2,000.00 | Internet/On-Line Transfer Debit |
| 114 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/12/2019 | lb063P695D | 400.00 | Internet/On-Line Transfer Debit |
| 115 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/17/2019 | lbQ64C769T | 1,000.00 | Internet/On-Line Transfer Debit |
| 116 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/24/2019 | lb0658Sk9x | 230.00 | Internet/On-Line Transfer Debit |
| 117 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/24/2019 | lb0658Sgbs | 1,000.00 | Internet/On-Line Transfer Debit |
| 118 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/26/2019 | lb065L4Rhv | 600.00 | Internet/On-Line Transfer Debit |
| 119 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/29/2019 | lb065Q9R9D | 700.00 | Internet/On-Line Transfer Debit |
| 120 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/29/2019 | lb065Q9Rjn | 2,000.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 29**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 121 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/8/2019 | 1b0678Cgx2 | 2,000.00 | Internet/On-Line Transfer Debit |
| 122 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/16/2019 | lbQ68Dkg8T | 1,900.00 | Internet/On-Line Transfer Debit |
| 123 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/16/2019 | lbQ68Dkhs5 | 5,000.00 | Internet/On-Line Transfer Debit |
| 124 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/20/2019 | lb068R85CR | 4,000.00 | Internet/On-Line Transfer Debit |
| 125 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/22/2019 | lb0697Lkrz | 850.00 | Internet/On-Line Transfer Debit |
| 126 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/22/2019 | lb0897Llv7 | 850.00 | Internet/On-Line Transfer Debit |
| 127 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/22/2019 | lb0697Lp37 | 350.00 | Internet/On-Line Transfer Debit |
| 128 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/22/2019 | lb0697Lq3T | 150.00 | Internet/On-Line Transfer Debit |
| 129 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/29/2019 | b06B2Rmt2 | 1,950.00 | Internet/On-Line Transfer Debit |
| 130 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/29/2019 | ib06B2Rkwr | 2,700.00 | Internet/On-Line Transfer Debit |
| 131 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/30/2019 | lb06B76Mpb | 1,700.00 | Internet/On-Line Transfer Debit |
| 132 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/10/2019 | ib06Cq6Pkx | 1,000.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 30**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 133 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/10/2019 | lb06Cq6Nr5 | 3,000.00 | Internet/On-Line Transfer Debit |
| 134 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/13/2019 | lb06Dbznfy | 100.00 | Internet/On-Line Transfer Debit |
| 135 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/17/2019 | lbQ6Dq5Pl7 | 2,000.00 | Internet/On-Line Transfer Debit |
| 136 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/21/2019 | lb06Fhywzs | 2,000.00 | Internet/On-Line Transfer Debit |
| 137 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/21/2019 | lbQ6Fhyx56 | 2,500.00 | Internet/On-Line Transfer Debit |
| 138 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/5/2019 | lb06Hf8Yks | 1,300.00 | Internet/On-Line Transfer Debit |
| 139 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/5/2019 | lb06Hf8Xpy | 1,500.00 | Internet/On-Line Transfer Debit |
| 140 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/12/2019 | lb08Jjgg8C | 8,000.00 | Internet/On-Line Transfer Debit |
| 141 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/12/2019 | lb06Jjghtk | 6,000.00 | Internet/On-Line Transfer Debit |
| 142 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/12/2019 | lb06Jjgdx3 | 5,000.00 | Internet/On-Line Transfer Debit |
| 143 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/18/2019 | lb06Kbympm | 6,500.00 | Internet/On-Line Transfer Debit |
| 144 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/23/2019 | lb06Kz24F8 | 2,400.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 31**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 145 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/24/2019 | lb06L5Cx3x | 5,000.00 | Internet/On-Line Transfer Debit |
| 146 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/24/2019 | lbQ6L5Cych | 5,500.00 | Internet/On-Line Transfer Debit |
| 147 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/31/2019 | lb06Lz | 6,000.00 | Internet/On-Line Transfer Debit |
| 148 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/31/2019 | lb06M2Bq85 | 25,000.00 | Internet/On-Line Transfer Debit |
| 149 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/9/2019 | lb06Nhqcq8 | 8,500.00 | Internet/On-Line Transfer Debit |
| 150 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/26/2019 | lb06Qpxvhn | 12,000.00 | Internet/On-Line Transfer Debit |
| 151 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/29/2019 | lbQ6Rbrm84 | 5,800.00 | Internet/On-Line Transfer Debit |
| 152 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 8/30/2019 | lb06Rhsjyy | 18,000.00 | Internet/On-Line Transfer Debit |
| 153 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/4/2019 | lb08S8Swxi | 1,000.00 | Internet/On-Line Transfer Debit |
| 154 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/4/2019 | 1b06S8Q86G | 2,500.00 | Internet/On-Line Transfer Debit |
| 155 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/4/2019 | 1b06S8T2N3 | 750.00 | Internet/On-Line Transfer Debit |
| 156 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/6/2019 | 1b06Spf9Rd | 15,000.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 32**

| | Payments from Other Foley Companies to Derek Foley | | | | |
|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** |
| 157 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/13/2019 | IbQ6Tp7Qsb | 24,000.00 | Internet/On-Line Transfer Debit |
| 158 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/16/2019 | Ib06Tqt73T | 25,000.00 | Internet/On-Line Transfer Debit |
| 159 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/23/2019 | IbQ6Vs44Hy | 17,000.00 | Internet/On-Line Transfer Debit |
| 160 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/23/2019 | IbQ6Vs6Vy2 | 14,500.00 | Internet/On-Line Transfer Debit |
| 161 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/30/2019 | ibQ6Wr7Vqm | 15,000.00 | Internet/On-Line Transfer Debit |
| 162 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/7/2019 | Ib06Y8Kfn3 | 4,000.00 | Internet/On-Line Transfer Debit |
| 163 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/7/2019 | IbQ6Y8x598 | 8,000.00 | Internet/On-Line Transfer Debit |
| 164 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/11/2019 | Ib08Y149Fq | 5,360.00 | Internet/On-Line Transfer Debit |
| 165 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/11/2019 | tb06Yt46H4 | 7,300.00 | Internet/On-Line Transfer Debit |
| 166 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/11/2019 | ib06Yt78Ng | 5,000.00 | Internet/On-Line Transfer Debit |
| 167 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/11/2019 | Ib06Yt4Tj7 | 6,000.00 | Internet/On-Line Transfer Debit |
| 168 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/24/2019 | IbQ72NH758 | 9,000.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 33**

| | Payments from Other Foley Companies to Derek Foley | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 169 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/29/2019 | lbQ738Ssmc | 9,000.00 | Internet/On-Line Transfer Debit |
| 170 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/5/2019 | lb074Jctyp | 7,000.00 | Internet/On-Line Transfer Debit |
| 171 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/8/2019 | lb074Zh4Wx | 13,000.00 | Internet/On-Line Transfer Debit |
| 172 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/13/2019 | lb075Jy4Zf | 2,947.00 | Internet/On-Line Transfer Debit |
| 173 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/13/2019 | lb075Jy3Nf | 1,700.00 | Internet/On-Line Transfer Debit |
| 174 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/19/2019 | lbQ76K9Wx7 | 10,000.00 | Internet/On-Line Transfer Debit |
| 175 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/2/2019 | lb07879Rzk | 2,500.00 | Internet/On-Line Transfer Debit |
| 176 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/2/2019 | lb07879Sqr | 2,500.00 | Internet/On-Line Transfer Debit |
| 177 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/10/2019 | lb079Sn2VI | 2,000.00 | Internet/On-Line Transfer Debit |
| 178 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/13/2020 | lbQ7Gxkclh | 1,500.00 | Internet/On-Line Transfer Debit |
| 179 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/15/2020 | lbQ7H8Yzfs | 1,500.00 | Internet/On-Line Transfer Debit |
| 180 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/21/2020 | lb07Ht4Sb8 | 3,000.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 34**

| Payments from Other Foley Companies to Derek Foley | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 181 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/22/2020 | 1b07Jbhwfy | 1,000.00 | Internet/On-Line Transfer Debit |
| 182 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/30/2020 | IbQ7Kdhsf3 | 1,500.00 | Internet/On-Line Transfer Debit |
| 183 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/18/2020 | lb07Njf847 | 2,000.00 | Internet/On-Line Transfer Debit |
| 184 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/25/2020 | ib07PI6V3H | 1,500.00 | Internet/On-Line Transfer Debit |
| 185 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/26/2020 | ib07Pp8Nlg | 2,000.00 | Internet/On-Line Transfer Debit |
| 186 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/28/2020 | lb07Q67W7B | 1,700.00 | Internet/On-Line Transfer Debit |
| 187 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/28/2020 | lb07Q67Twb | 2,500.00 | Internet/On-Line Transfer Debit |
| 188 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/28/2020 | lb07Q36V3V | 1,500.00 | Internet/On-Line Transfer Debit |
| 189 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/4/2020 | lb07R2Q678 | 4,000.00 | Internet/On-Line Transfer Debit |
| 190 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/4/2020 | 1b07R2Q72L | 6,500.00 | Internet/On-Line Transfer Debit |
| 191 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/6/2020 | lb07Rk9Qrk | 1,000.00 | Internet/On-Line Transfer Debit |
| 192 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/6/2020 | IbQ7Rk9P9C | 4,500.00 | Internet/On-Line Transfer Debit |

**PX 2, pg. 35**

| Payments from Other Foley Companies to Derek Foley | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 193 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/23/2020 | Ib07Tw9Lxy | 2,500.00 | Internet/On-Line Transfer Debit |
| | **Total** | | | **450,388.91** | |

| | Payments from Derek Foley to Other Foley Companies | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 1 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/12/2018 | Ib048Khssy | 50.00 | Internet/On-Line Transfer Credit |
| 2 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/16/2018 | S004680480488 | 999.75 | Transfer In (Internal) |
| 3 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/21/2018 | S004680524513 | 70.75 | Transfer In (Internal) |
| 4 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/28/2018 | Ib04B7x6Br | 300.00 | Internet/On-Line Transfer Credit |
| 5 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/2/2018 | Ib04Bmz867 | 92.67 | Internet/On-Line Transfer Credit |
| 6 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/5/2018 | S003880630221 | 399.75 | Transfer In (Internal) |
| 7 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/7/2018 | Ib04C3427L | 30.70 | Internet/On-Line Transfer Credit |
| 8 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/8/2018 | Ib04C6Yzs3 | 80.00 | Internet/On-Line Transfer Credit |
| 9 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/8/2018 | IbQ4C6Hgk3 | 30.00 | Internet/On-Line Transfer Credit |
| 10 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/19/2018 | S003080785924 | 1,199.75 | Transfer In (Internal) |
| 11 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/21/2018 | S003080807339 | 886.10 | Transfer In (Internal) |
| 12 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/26/2018 | Ib04Dtpcyd | 150.00 | Internet/On-Line Transfer Credit |

**PX 2, pg. 37**

Attachment H

1 of 7

| Payments from Derek Foley to Other Foley Companies | | | | | |
| --- | --- | --- | --- | --- | --- |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 13 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/6/2018 | IbQ4G873Qn | 250.00 | Internet/On-Line Transfer Credit |
| 14 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/9/2018 | Ib04Gbz3Y6 | 30.00 | Internet/On-Line Transfer Credit |
| 15 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/23/2018 | Ib04Ht4J8D | 350.00 | Internet/On-Line Transfer Credit |
| 16 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/23/2018 | Ib04Hyk6Gv | 129.00 | Internet/On-Line Transfer Credit |
| 17 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/24/2018 | b04J2T9Xj | 100.00 | Internet/On-Line Transfer Credit |
| 18 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/25/2018 | Ib04J6Dg8H | 1,000.00 | Internet/On-Line Transfer Credit |
| 19 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/25/2018 | Ib04J6Grkd | 500.00 | Internet/On-Line Transfer Credit |
| 20 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/4/2018 | S00308125027 2 | 699.75 | Transfer In (Internal) |
| 21 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/4/2018 | IbQ4Khch68 | 100.00 | Internet/On-Line Transfer Credit |
| 22 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/7/2018 | Ib04Kntg4D | 80.00 | Internet/On-Line Transfer Credit |
| 23 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/14/2018 | S0038813283319 | 394.73 | Transfer In (Internal) |
| 24 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/14/2018 | Ib04Ljvd42 | 50.00 | Internet/On-Line Transfer Credit |

**PX 2, pg. 38**

| Payments from Derek Foley to Other Foley Companies | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 25 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/21/2018 | Ib04M7Jycx | 150.00 | Internet/On-Line Transfer Credit |
| 26 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/21/2018 | Ib04Mbzy5P | 16.00 | Internet/On-Line Transfer Credit |
| 27 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/24/2018 | ib04Mq2V2L | 200.00 | Internet/On-Line Transfer Credit |
| 28 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/30/2018 | S003881500544( | 99.75 | Transfer In (Internal) |
| 29 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 5/30/2018 | Ib04Nbhh67 | 9.33 | Internet/On-Line Transfer Credit |
| 30 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/1/2018 | S003081520379! | 309.16 | Transfer In (Internal) |
| 31 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/13/2018 | S005881647463! | 199.75 | Transfer In (Internal) |
| 32 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/18/2018 | ib04Qpv56K | 85.00 | Internet/On-Line Transfer Credit |
| 33 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/19/2018 | S005881704230 | 249.75 | Transfer In (Internal) |
| 34 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/22/2018 | IbQ4Rbkfk6 | 100.10 | Internet/On-Line Transfer Credit |
| 35 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/16/2018 | ib04V63TX3 | 150.00 | Internet/On-Line Transfer Credit |
| 36 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/17/2018 | Ib04Vft555 | 10.46 | Internet/On-Line Transfer Credit |

**PX 2, pg. 39**

| Payments from Derek Foley to Other Foley Companies | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 37 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/17/2018 | Ib04Vft2Zp | 52.98 | Internet/On-Line Transfer Credit |
| 38 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 7/17/2018 | ib04Vft3Y8 | 10.00 | Internet/On-Line Transfer Credit |
| 39 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/18/2018 | IbQ55Crqnv | 183.00 | Internet/On-Line Transfer Credit |
| 40 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/18/2018 | Ib055D88KY | 95.03 | Internet/On-Line Transfer Credit |
| 41 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/24/2018 | Ib0563Bfdz | 150.00 | Internet/On-Line Transfer Credit |
| 42 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/26/2018 | Ib0569x5Bh | 70.00 | Internet/On-Line Transfer Credit |
| 43 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/10/2018 | Ib05866LPS | 15.00 | Internet/On-Line Transfer Credit |
| 44 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 10/23/2018 | Ib059Stryr | 135.00 | Internet/On-Line Transfer Credit |
| 45 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/13/2018 | Ib05Djv5Yc | 11.11 | Internet/On-Line Transfer Credit |
| 46 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/15/2018 | Ib05Dtydq2 | 250.00 | Internet/On-Line Transfer Credit |
| 47 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/23/2018 | Ib05Fs9Gwk | 210.00 | Internet/On-Line Transfer Credit |
| 48 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/27/2018 | Ib05G7S37W | 1,000.00 | Internet/On-Line Transfer Credit |

**PX 2, pg. 40**

| Payments from Derek Foley to Other Foley Companies | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 49 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/28/2018 | lb05Gd5D95 | 900.00 | Internet/On-Line Transfer Credit |
| 50 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/10/2018 | lb05J4B88W | 88.00 | Internet/On-Line Transfer Credit |
| 51 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/22/2019 | lb05PI2SI4 | 100.00 | Internet/On-Line Transfer Credit |
| 52 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/30/2019 | lb05Qjb4Bc | 21.00 | Internet/On-Line Transfer Credit |
| 53 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/22/2019 | lb05Yqp8D7 | 430.00 | Internet/On-Line Transfer Credit |
| 54 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/22/2019 | lb05Ypbnbm | 100.00 | Internet/On-Line Transfer Credit |
| 55 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/25/2019 | lb05Yz8J66 | 50.00 | Internet/On-Line Transfer Credit |
| 56 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/28/2019 | lb05Zfc8Hm | 158.00 | Internet/On-Line Transfer Credit |
| 57 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/4/2019 | lb062Jwq2C | 120.00 | Internet/On-Line Transfer Credit |
| 58 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 4/23/2019 | lb0653Qzbv | 800.00 | Internet/On-Line Transfer Credit |
| 59 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/7/2019 | lb06Cjtfs3 | 1,200.00 | Internet/On-Line Transfer Credit |
| 60 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/11/2019 | lb06D3M93L | 3,000.00 | Internet/On-Line Transfer Credit |

**PX 2, pg. 41**

Attachment H
5 of 7

| Payments from Derek Foley to Other Foley Companies | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 61 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 6/13/2019 | Ib06Dbzm9V | 700.00 | Internet/On-Line Transfer Credit |
| 62 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/3/2019 | Ib06S2Gq9Y | 2,500.00 | Internet/On-Line Transfer Credit |
| 63 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/10/2019 | Ib06T3Lm47 | 5,000.00 | Internet/On-Line Transfer Credit |
| 64 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/23/2019 | Ib06Vs7Xy4 | 11,000.00 | Internet/On-Line Transfer Credit |
| 65 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 9/23/2019 | Ib06Vzhc5D | 3,000.00 | Internet/On-Line Transfer Credit |
| 66 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 11/29/2019 | Ib077Yphvf | 3,753.00 | Internet/On-Line Transfer Credit |
| 67 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/12/2019 | Ib07B25J9S | 3,000.00 | Internet/On-Line Transfer Credit |
| 68 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/13/2019 | Ib07Bb9Cxy | 2,000.00 | Internet/On-Line Transfer Credit |
| 69 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/16/2019 | ib07BIx6Gd | 5,000.00 | Internet/On-Line Transfer Credit |
| 70 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 12/31/2019 | Ib07Dw3Xnv | 2,000.00 | Internet/On-Line Transfer Credit |
| 71 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 1/3/2020 | Ib07Fgqf46 | 2,500.00 | Internet/On-Line Transfer Credit |
| 72 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 2/10/2020 | Ib07Lzpg6J | 2,000.00 | Internet/On-Line Transfer Credit |

**PX 2, pg. 42**

| Payments from Derek Foley to Other Foley Companies | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 73 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/13/2020 | lb07Siqpf | 3,500.00 | Internet/On-Line Transfer Credit |
| 74 | Online Profit Network Inc (Wells Fargo Bank NA #2280) | 3/24/2020 | lb07V3Zs25 | 1,500.00 | Internet/On-Line Transfer Credit |
| | Total | | | 66,154.37 | |

**PX 2, pg. 43**

Attachment H

7 of 7

| **Venmo Cashout Derek Jones** | | | | | |
|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Amount** | **Description** |
| 1 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 9/10/2019 | 2480465157 | 1,000.00 | Venmo Cashout Derek Jones |
| 2 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 9/10/2019 | 2480464542 | 2,000.00 | Venmo Cashout Derek Jones |
| 3 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 10/10/2019 | 2597751777 | 50.00 | Venmo Cashout Derek Jones |
| 4 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 10/18/2019 | 2630390843 | 210.66 | Venmo Cashout Derek Jones |
| 5 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 10/28/2019 | 2667160243 | 1,500.00 | Venmo Cashout Derek Jones |
| 6 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/6/2019 | 2705957859 | 500.00 | Venmo Cashout Derek Jones |
| 7 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/8/2019 | 2712582391 | 500.00 | Venmo Cashout Derek Jones |
| 8 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/8/2019 | 2714486832 | 1,500.00 | Venmo Cashout Derek Jones |
| 9 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/12/2019 | 2720431396 | 1,000.00 | Venmo Cashout Derek Jones |
| 10 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/12/2019 | 2721226916 | 2,500.00 | Venmo Cashout Derek Jones |
| 11 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/14/2019 | 2737210371 | 1,500.00 | Venmo Cashout Derek Jones |
| 12 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/15/2019 | 2741107988 | 1,500.00 | Venmo Cashout Derek Jones |

**PX 2, pg. 44**

Attachment I
1 of 2

| | Venmo Cashout Derek Jones | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 13 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/18/2019 | 2752602905 | 1,499.99 | Venmo Cashout Derek Jones |
| 14 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/19/2019 | 2757459627 | 1,500.00 | Venmo Cashout Derek Jones |
| 15 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/21/2019 | 2765367261 | 2,500.00 | Venmo Cashout Derek Jones |
| 16 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/25/2019 | 2776566059 | 500.00 | Venmo Cashout Derek Jones |
| 17 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/26/2019 | 2785438009 | 500.00 | Venmo Cashout Derek Jones |
| 18 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/4/2019 | 2816001458 | 500.00 | Venmo Cashout Derek Jones |
| 19 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/4/2019 | 2816759625 | 500.00 | Venmo Cashout Derek Jones |
| 20 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/5/2019 | 2821219735 | 1,500.00 | Venmo Cashout Derek Jones |
| 21 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/5/2019 | 2821458722 | 1,200.00 | Venmo Cashout Derek Jones |
| 22 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/6/2019 | 2826366834 | 1,450.00 | Venmo Cashout Derek Jones |
| 23 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/6/2019 | 2824043433 | 770.00 | Venmo Cashout Derek Jones |
| | Total | | | 26,180.65 | |

**PX 2, pg. 45**

| Payments from Other Foley Companies to William Foley | | | | | |
|---|---|---|---|---|---|
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 1 | Biz Sites and Guides, Inc. (BB&T #3791) | 3/5/2018 | 2800 | 19,000.00 | Check Paid |
| 2 | Biz Sites and Guides, Inc. (BB&T #3791) | 4/16/2018 | 2803 | 10,000.00 | Check Paid |
| 3 | BBL Mobile, Inc. (BB&T #8312) | 8/21/2018 | 2364 | 2,000.00 | Check Paid |
| 4 | BBL Mobile, Inc. (BB&T #8312) | 8/21/2018 | 2365 | 1,500.00 | Check Paid |
| 5 | BBL Mobile, Inc. (BB&T #8312) | 10/1/2018 | 2369 | 3,000.00 | Check Paid |
| 6 | BBL Mobile, Inc. (BB&T #8312) | 10/1/2018 | 2370 | 3,000.00 | Check Paid |
| 7 | BBL Mobile, Inc. (BB&T #8312) | 11/30/2018 | 2372 | 2,000.00 | Check Paid |
| 8 | BBL Mobile, Inc. (BB&T #8312) | 12/19/2018 | 2375 | 750.00 | Check Paid |
| 9 | BBL Mobile, Inc. (BB&T #8312) | 12/19/2018 | 2374 | 1,250.00 | Check Paid |
| 10 | BBL Mobile, Inc. (BB&T #8312) | 2/11/2019 | 2378 | 1,000.00 | Check Paid |
| 11 | Biz Sites and Guides, Inc. (BB&T #3791) | 2/15/2019 | 2805 | 2,000.00 | Check Paid |
| 12 | BBL Mobile, Inc. (BB&T #8312) | 4/1/2019 | 2389 | 600.00 | Check Paid |

**PX 2, pg. 46**

Attachment J
1 of 3

| Payments from Other Foley Companies to William Foley | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 13 | BBL Mobile, Inc. (BB&T #8312) | 4/26/2019 | 2393 | 3,000.00 | Check Paid |
| 14 | BBL Mobile, Inc. (BB&T #8312) | 5/6/2019 | 2394 | 2,000.00 | Check Paid |
| 15 | BBL Mobile, Inc. (BB&T #8312) | 5/6/2019 | 2395 | 2,000.00 | Check Paid |
| 16 | BBL Mobile, Inc. (BB&T #8312) | 5/28/2019 | 2396 | 1,250.00 | Check Paid |
| 17 | BBL Mobile, Inc. (BB&T #8312) | 5/28/2019 | 2397 | 1,250.00 | Check Paid |
| 18 | BBL Mobile, Inc. (BB&T #8312) | 6/17/2019 | 2398 | 2,500.00 | Check Paid |
| 19 | BBL Mobile, Inc. (BB&T #8312) | 6/17/2019 | 2399 | 2,500.00 | Check Paid |
| 20 | BBL Mobile, Inc. (BB&T #8312) | 7/29/2019 | 2401 | 5,000.00 | Check Paid |
| 21 | BBL Mobile, Inc. (BB&T #8312) | 8/12/2019 | 2403 | 25,000.00 | Check Paid |
| 22 | BBL Mobile, Inc. (BB&T #8312) | 8/12/2019 | 2402 | 20,000.00 | Check Paid |
| 23 | BBL Mobile, Inc. (BB&T #8312) | 9/16/2019 | 2405 | 30,000.00 | Check Paid |
| 24 | Biz Sites and Guides, Inc. (BB&T #3791) | 9/16/2019 | 2816 | 20,000.00 | Check Paid |

**PX 2, pg. 47**

Attachment J
2 of 3

| Payments from Other Foley Companies to William Foley | | | | | |
| --- | --- | --- | --- | --- | --- |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Description |
| 25 | BBL Mobile, Inc. (BB&T #8312) | 10/15/2019 | 2408 | 7,400.00 | Check Paid |
| 26 | BBL Mobile, Inc. (BB&T #8312) | 1/16/2020 | 2409 | 10,000.00 | Check Paid |
| 27 | Biz Sites and Guides, Inc. (BB&T #3791) | 1/16/2020 | 2821 | 10,000.00 | Check Paid |
| | Total | | | 188,000.00 | |

**PX 2, pg. 48**

| **Transactions with Jennifer Hedrick** | | | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Posted Date** | **Reference #** | **Paid** | **Received** | **Description** |
| 1 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 7/10/2019 | | 0.00 | 1,000.00 | Cashiers Check |
| 2 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 12/2/2019 | 1068 | 1,000.00 | 0.00 | Check Paid |
| 3 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/28/2020 | 1076 | 500.00 | 0.00 | Check Paid |
| 4 | Digital Income System, Inc. (Wells Fargo Bank NA #5873) | 1/28/2020 | 1073 | 1,000.00 | 0.00 | Check Paid |
| 5 | BBL Mobile, Inc. (BB&T #8312) | 2/10/2020 | 2410 | 500.00 | 0.00 | Check Paid |
| | **Total** | | | **3,000.00** | **1,000.00** | |

**PX 2, pg. 49**

Attachment K

1 of 1

| Withdrawals from Other Foley Companies | | | | |
|---|---|---|---|---|
| Item | Name\Bank\Account | Date | Amount | Description |
| 1 | BBL Mobile, Inc. (BB&T #8312) | 1/8/2018 | 200.00 | ATM Withdrawal |
| 2 | BBL Mobile, Inc. (BB&T #8312) | 1/16/2018 | 200.00 | ATM Withdrawal |
| 3 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/24/2018 | 103.99 | ATM Withdrawal |
| 4 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/26/2018 | 203.00 | ATM Withdrawal |
| 5 | BBL Mobile, Inc. (BB&T #8312) | 2/5/2018 | 200.00 | ATM Withdrawal |
| 6 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 2/5/2018 | 300.00 | ATM Withdrawal |
| 7 | BBL Mobile, Inc. (BB&T #8312) | 2/14/2018 | 300.00 | ATM Withdrawal |
| 8 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 3/5/2018 | 103.00 | ATM Withdrawal |
| 9 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 3/9/2018 | 202.50 | ATM Withdrawal |
| 10 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 3/9/2018 | 102.50 | ATM Withdrawal |
| 11 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 3/12/2018 | 203.00 | ATM Withdrawal |
| 12 | BBL Mobile, Inc. (BB&T #8312) | 3/27/2018 | 100.00 | ATM Withdrawal |

**PX 2, pg. 50**

| Withdrawals from Other Foley Companies | | | | |
|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Date** | **Amount** | **Description** |
| 13 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/9/2018 | 20.00 | ATM Withdrawal |
| 14 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/10/2018 | 300.00 | ATM Withdrawal |
| 15 | BBL Mobile, Inc. (BB&T #8312) | 4/16/2018 | 100.00 | ATM Withdrawal |
| 16 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/19/2018 | 225.80 | ATM Withdrawal |
| 17 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 5/11/2018 | 83.00 | ATM Withdrawal |
| 18 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 5/14/2018 | 280.00 | ATM Withdrawal |
| 19 | BBL Mobile, Inc. (BB&T #8312) | 5/29/2018 | 200.00 | ATM Withdrawal |
| 20 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 5/29/2018 | 82.95 | ATM Withdrawal |
| 21 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 5/29/2018 | 82.95 | ATM Withdrawal |
| 22 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 5/30/2018 | 220.00 | ATM Withdrawal |
| 23 | BBL Mobile, Inc. (BB&T #8312) | 5/31/2018 | 400.00 | ATM Withdrawal |
| 24 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 6/18/2018 | 102.95 | ATM Withdrawal |

**PX 2, pg. 51**

Attachment L
2 of 8

| Withdrawals from Other Foley Companies | | | | |
|---|---|---|---|---|
| Item | Name\Bank\Account | Date | Amount | Description |
| 25 | BBL Mobile, Inc. (BB&T #8312) | 6/29/2018 | 100.00 | ATM Withdrawal |
| 26 | BBL Mobile, Inc. (BB&T #8312) | 7/9/2018 | 200.00 | ATM Withdrawal |
| 27 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 7/9/2018 | 40.00 | ATM Withdrawal |
| 28 | BBL Mobile, Inc. (BB&T #8312) | 7/25/2018 | 200.00 | ATM Withdrawal |
| 29 | BBL Mobile, Inc. (BB&T #8312) | 8/15/2018 | 240.00 | ATM Withdrawal |
| 30 | BBL Mobile, Inc. (BB&T #8312) | 9/12/2018 | 200.00 | ATM Withdrawal |
| 31 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 9/13/2018 | 162.95 | ATM Withdrawal |
| 32 | BBL Mobile, Inc. (BB&T #8312) | 9/21/2018 | 300.00 | ATM Withdrawal |
| 33 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 9/21/2018 | 103.00 | ATM Withdrawal |
| 34 | BBL Mobile, Inc. (BB&T #8312) | 10/5/2018 | 200.00 | ATM Withdrawal |
| 35 | BBL Mobile, Inc. (BB&T #8312) | 10/9/2018 | 300.00 | ATM Withdrawal |
| 36 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 10/9/2018 | 103.00 | ATM Withdrawal |

**PX 2, pg. 52**

| Withdrawals from Other Foley Companies | | | | |
|---|---|---|---|---|
| | | | | |
| Item | Name\Bank\Account | Date | Amount | Description |
| 37 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 10/15/2018 | 300.00 | ATM Withdrawal |
| 38 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/13/2018 | 102.95 | ATM Withdrawal |
| 39 | BBL Mobile, Inc. (BB&T #8312) | 11/16/2018 | 200.00 | ATM Withdrawal |
| 40 | BBL Mobile, Inc. (BB&T #8312) | 11/27/2018 | 200.00 | ATM Withdrawal |
| 41 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/10/2018 | 102.95 | ATM Withdrawal |
| 42 | BBL Mobile, Inc. (BB&T #8312) | 12/12/2018 | 200.00 | ATM Withdrawal |
| 43 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/31/2018 | 100.00 | ATM Withdrawal |
| 44 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/10/2019 | 103.00 | ATM Withdrawal |
| 45 | BBL Mobile, Inc. (BB&T #8312) | 1/11/2019 | 200.00 | ATM Withdrawal |
| 46 | BBL Mobile, Inc. (BB&T #8312) | 1/24/2019 | 200.00 | ATM Withdrawal |
| 47 | BBL Mobile, Inc. (BB&T #8312) | 2/11/2019 | 100.00 | ATM Withdrawal |
| 48 | BBL Mobile, Inc. (BB&T #8312) | 3/1/2019 | 200.00 | ATM Withdrawal |

**PX 2, pg. 53**

Attachment L
4 of 8

| Withdrawals from Other Foley Companies | | | | |
|---|---|---|---|---|
| Item | Name\Bank\Account | Date | Amount | Description |
| 49 | BBL Mobile, Inc. (BB&T #8312) | 3/18/2019 | 200.00 | ATM Withdrawal |
| 50 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/8/2019 | 203.00 | ATM Withdrawal |
| 51 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/8/2019 | 203.00 | ATM Withdrawal |
| 52 | BBL Mobile, Inc. (BB&T #8312) | 4/12/2019 | 300.00 | ATM Withdrawal |
| 53 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/17/2019 | 23.00 | ATM Withdrawal |
| 54 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 4/26/2019 | 300.00 | ATM Withdrawal |
| 55 | BBL Mobile, Inc. (BB&T #8312) | 4/30/2019 | 200.00 | ATM Withdrawal |
| 56 | BBL Mobile, Inc. (BB&T #8312) | 5/13/2019 | 200.00 | ATM Withdrawal |
| 57 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 5/20/2019 | 300.00 | ATM Withdrawal |
| 58 | BBL Mobile, Inc. (BB&T #8312) | 5/28/2019 | 200.00 | ATM Withdrawal |
| 59 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 6/24/2019 | 341.37 | ATM Withdrawal |
| 60 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 6/26/2019 | 308.15 | ATM Withdrawal |

**PX 2, pg. 54**

| Withdrawals from Other Foley Companies | | | | |
|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Date** | **Amount** | **Description** |
| 61 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 7/10/2019 | 263.50 | ATM Withdrawal |
| 62 | BBL Mobile, Inc. (BB&T #8312) | 7/15/2019 | 300.00 | ATM Withdrawal |
| 63 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 7/15/2019 | 503.00 | ATM Withdrawal |
| 64 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 7/25/2019 | 500.00 | ATM Withdrawal |
| 65 | BBL Mobile, Inc. (BB&T #8312) | 9/3/2019 | 200.00 | ATM Withdrawal |
| 66 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 9/23/2019 | 500.00 | ATM Withdrawal |
| 67 | BBL Mobile, Inc. (BB&T #8312) | 10/15/2019 | 500.00 | ATM Withdrawal |
| 68 | BBL Mobile, Inc. (BB&T #8312) | 11/5/2019 | 200.00 | ATM Withdrawal |
| 69 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 11/21/2019 | 403.50 | ATM Withdrawal |
| 70 | BBL Mobile, Inc. (BB&T #8312) | 11/25/2019 | 200.00 | ATM Withdrawal |
| 71 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/26/2019 | 206.00 | ATM Withdrawal |
| 72 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/10/2020 | 203.00 | ATM Withdrawal |

**PX 2, pg. 55**

| **Withdrawals from Other Foley Companies** | | | | |
|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Date** | **Amount** | **Description** |
| 73 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/13/2020 | 203.00 | ATM Withdrawal |
| 74 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/13/2020 | 500.00 | ATM Withdrawal |
| 75 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 2/7/2020 | 503.00 | ATM Withdrawal |
| 76 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 2/14/2020 | 500.00 | ATM Withdrawal |
| 77 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 2/18/2020 | 500.00 | ATM Withdrawal |
| 78 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 2/24/2020 | 303.00 | ATM Withdrawal |
| 79 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 3/4/2020 | 500.00 | ATM Withdrawal |
| 80 | Legacy Marketing Systems, Inc. (BB&T #1582) | 3/16/2020 | 500.00 | ATM Withdrawal |
| 81 | Biz Sites and Guides, Inc. (BB&T #3791) | 3/16/2020 | 500.00 | ATM Withdrawal |
| 82 | BBL Mobile, Inc. (BB&T #8312) | 3/16/2020 | 500.00 | ATM Withdrawal |
| 83 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 3/16/2020 | 500.00 | ATM Withdrawal |
| | **Subtotal** | | **20,240.01** | **ATM Withdrawal** |

**PX 2, pg. 56**

| | Withdrawals from Other Foley Companies | | | |
|---|---|---|---|---|
| | | | | |
| Item | Name\Bank\Account | Date | Amount | Description |
| 1 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 12/7/2018 | 400.00 | Documentation not available for review |
| 2 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 6/14/2019 | 1,500.00 | Documentation not available for review |
| 3 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 7/30/2019 | 2,500.00 | Documentation not available for review |
| | **Subtotal** | | **4,400.00** | **Documentation not available for review Total** |
| 1 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 2/7/2019 | 1,700.00 | Deposit slip names Derek Foley |
| 2 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 8/30/2019 | 8,000.00 | Deposit slip names Derek Foley |
| 3 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 9/9/2019 | 5,000.00 | Deposit slip names Derek Foley |
| 4 | Online Profit Network, Inc. (Wells Fargo Bank NA #2280) | 1/16/2020 | 4,750.00 | Deposit slip names Derek Foley |
| | **Subtotal** | | **19,450.00** | **Deposit slip names Derek Foley Total** |
| | **Total** | | **44,090.01** | |

**PX 2, pg. 57**