Plaintiff's Exhibit 1 [Liggins], Attachments U, W, X, Y, AA, BB, CC, DD, EE, FF, BBB, CCC, DDD, EEE



B00URLZTYO
DTSE9G2/64GBET
64GB USB 3.0 DataTraveler SE9 G2, (Metal casing)
Guide at kingston.com/Flash Memory Guide
For more information, go to Kingston's Flash Memory
and other functions and is not available for storage.
Some of the listed capacity is used for formatting
MADE IN TAIWAN



CERTIFIED FRUSTRATION-FREE PACKAGING
NO WIRE TIES · LOW WASTE · NO CLAMSHELLS

## Your item is inside.

 • Please reuse or recycle this mailer.



United States District Court
Southern District of Florida

Case Number: _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

**Documents/Exhibits Retained in Supplemental Files (Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

**Documents/Exhibits Retained in Supplemental Files (Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 11-16-2020

Revised: 2/20/2019