## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____

---

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DIGITAL INCOME SYSTEM, INC.,** | ) |
| **a Florida corporation,** | ) |
| | ) |
| **DEREK JONES FOLEY, aka Derek** | ) |
| **Jones, individually and as an owner,** | ) |
| **officer, and/or manager of** | ) |
| **Digital Income System, Inc.,** | ) |
| | ) |
| **WILLIAM FOLEY, individually and** | ) |
| **as an owner, officer, and/or** | ) |
| **manager of Digital Income** | ) |
| **System, Inc.** | ) |
| | ) |
| **CHRISTOPHER BRANDON FRYE,** | ) |
| **Individually,** | ) |
| | ) |
| **JENNIFER HEDRICK,** | ) |
| **Individually, and** | ) |
| | ) |
| **KAITLYN SCOTT,** | ) |
| **Individually,** | ) |
| | ) |
| **Defendants.** | ) |

---

# EXHIBITS – VOLUME  II

## CONSUMER DECLARATIONS

## VOLUME II: TABLE OF CONTENTS

**EXHIBIT 3:  DECLARATION OF SHANNON BAILEY**

**EXHIBIT 4:  DECLARATION OF GENA BARRON**

**EXHIBIT 5:  DECLARATION OF DAWN BELILL**

**EXHIBIT 6:  DECLARATION OF ROBERT BLAKE**

**EXHIBIT 7:  DECLARATION OF KIM BOVA**

**EXHIBIT 8:  DECLARATION OF CAROLYN BRAILSFORD**

**EXHIBIT 9:  DECLARATION OF LINDER CAROTHERS**

**EXHIBIT 10: DECLARATION OF DIANNE CARR**

**EXHIBIT 11: RESERVED**

**EXHIBIT 12: DECLARATION OF GINA EASON**

**EXHIBIT 13: DECLARATION OF BEVERLY FRANKLIN**

**EXHIBIT 14: DECLARATION OF TANIA GONZALES**

**EXHIBIT 15: DECLARATION OF JANIE GUZAK**

**EXHIBIT 16: DECLARATION OF CONNIE HARN**

**EXHIBIT 17: DECLARATION OF CANDISS HENKING**

**EXHIBIT 18: DECLARATION OF JUSTIN HOFSTETTER**

**EXHIBIT 19: DECLARATION OF CHARLES LARSEN**

**EXHIBIT 20: DECLARATION OF RITA LOPEZ**

**EXHIBIT 21: DECLARATION OF ASHER LORTZ**

**EXHIBIT 22: DECLARATION OF STACEY McGOVERN**

**EXHIBIT 23: DECLARATION OF JESSICA OLP**

**EXHIBIT 24: RESERVED**

**EXHIBIT 25: DECLARATION OF JULIO PANTALEON**

**EXHIBIT 26: DECLARATION OF DEBRA PEREZ**

**EXHIBIT 27: DECLARATION OF SHARON PRITCHARD**

**EXHIBIT 28: DECLARATION OF BILL RODGERS**

**EXHIBIT 29: DECLARATION OF VICTORIA RODRIGUEZ**

**EXHIBIT 30: DECLARATION OF INEZ RUTH**

**EXHIBIT 31: DECLARATION OF NICHOLAS SCHULTZ**

**EXHIBIT 32: DECLARATION OF BARBARA STEVENS**

**EXHIBIT 33: DECLARATION OF LORI THOMAS**

**EXHIBIT 34: DECLARATION OF KAREN WELLS**

**EXHIBIT 35: DECLARATION OF CONNIE ZIEMBA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

FEDERAL TRADE COMMISSION, )
                                )
      Plaintiff, )
                                )
       v. )
                                )
DIGITAL INCOME SYSTEM, INC., )
  a Florida corporation, )
                                )
DEREK JONES FOLEY, aka Derek )
  Jones, individually and as an owner,)
  officer, and/or manager of )
  Digital Income System, Inc., )
                                )
WILLIAM FOLEY, individually and )
  as an owner, officer, and/or )
  manager of Digital Income )
  System, Inc. )
                                )
CHRISTOPHER BRANDON FRYE, )
  Individually, )
                                )
JENNIFER HEDRICK, )
  Individually, and )
                                )
KAITLYN SCOTT, )
  Individually, )
                                )
      Defendants. )
_____)

# EXHIBITS – VOLUME  III

## STATUTE, RULE, AND SAMPLE TRO ORDERS

# PLAINTIFF'S EXHIBIT 3

# (PX  3)

## DECLARATION OF SHANNON BAILEY

I, Shannon Bailey, declare the following:

1. My name is Shannon Bailey, and I am a United States citizen who is over the age of eighteen.  I live in Brandon, Mississippi.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In 2018 or 2019, I saw Facebook posts and YouTube videos by Jeff Ruiz, marketing a money-making opportunity through a company called Digital Income System.

4. Ruiz's posts and videos explained that, by purchasing membership in Digital Income System, individuals obtained the right to sell Digital Income membership to others for a 50% commission.

5. Ruiz claimed he had made thousands—if not tens of thousands—of dollars as a member of Digital Income System.  His videos showed him opening FedEx packages with thousands of dollars worth of money orders from purchasers.  He said others could also earn substantial income by purchasing membership in Digital Income System.  I saw other similar videos posted by participants in Digital Income around the same time.

6. Ruiz explained that, once a participant purchased membership, he or she would receive access to a Digital Income System website, or "capture page," associated with his or her member account.  The capture page included a place for interested individuals, or "leads," to enter their names and contact information to receive a call from a Digital Income System "coach."

7. Ruiz indicated that Digital Income System would then advertise the member's capture page to viewers or "traffic."  Depending on a member's purchase level, the member's

1

Declaration of Shannon Bailey

capture page would be "rotated" through a certain amount of traffic. The higher the membership level, the more traffic rotations the member would receive.

8. According to Ruiz, Digital Income System coaches, who were experienced marketers, would then call each lead who had requested a callback and attempt to close a sale. If the sale closed, the member would receive a 50% commission.

9. To follow-up on the opportunity, I chatted with Jeff Ruiz through Facebook messenger.

10. A Digital Income System coach then called me to further advertise the opportunity. The coach told me the same information that Ruiz had told me about Digital Income System—that is, that Digital Income System would rotate my capture page through traffic, obtain leads, call those leads, and then close the sales for me, at which point I would receive a 50% commission.

11. Based on the information provided to me by Ruiz and the Digital Income System coach, I decided to purchase a package, which to the best of my recollection was at the $3000 level.

12. I mailed two cashier's checks or money orders to Digital Income System. To the best of my recollection, the first was a $1500 check/order made out to Digital Income System, and the second was a $1500 check/order made out to Ruiz.

13. Prior to mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

14. Ultimately, I obtained no sales.

2

Declaration of Shannon Bailey

15. For several months, I called my coach several times to discuss why no sales had closed. He encouraged me to be patient and purchase additional traffic from a vendor recommended by Digital Income System. I decided to do so. To the best of my recollection, I paid up to $1500 for additional traffic from one or more of the vendors recommended by Digital Income System.

16. But, again, no sales resulted.

17. As a result, I have made no money through Digital Income System.

18. If I had known that Digital Income System was not going to close any sales for me, I would never have paid any money for this supposed business opportunity. I lost approximately $4500 to Digital Income System.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August __18__, 2020.

Shannon Bailey
Brandon, Mississippi

3

# PLAINTIFF'S EXHIBIT 4

# (PX  4)

Declaration of Gena Barron

## DECLARATION OF GENA BARRON

I, Gena Barron, declare the following:

1. My name is Gena Barron, and I am a United States citizen who is over the age of
   eighteen.  Presently, I live in Hadera, Israel.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I
   could and would testify competently to them.

3. On August 5, 2019, I received an e-mail from Brandon Frye, who I was familiar with
   through Facebook, giving me the same information that he gave me when we first talked
   around May 5.  Brandon was promoting Digital Income System, a work-at-home business
   opportunity.  Brandon was on Facebook and YouTube showing the checks he was getting
   by being a member of Digital Income System and describing the benefits of Digital:

   > Maybe we're getting a little too spoiled in Digital Income System . . .
   >
   > **The Sales Team Does all of the Hard Work For Us:**
   >
   > - Closes ALL Sales
   > - Sending Us Traffic
   > - Does ALL the Followup
   > - On-boarding my Members
   > - Taking Payments
   > - Etc.
   >
   > **How simple is that?**
   >
   > All you have to do is join, decide how you want to be paid, and start driving
   > traffic. And I show you ALL my top marketing options. Plus, the company (and I)
   > will be driving free traffic to your system from day one!

   (Attachment A is a true and correct copy of the August 5th e-mail.)

4. On May 7, 2019, Brandon sent another e-mail in which he said that "Having your own
   personal Sales Team makes ALL the difference in the world! Today was just another 4
   Figure Day with DIS.  This system is so freaking simple, I love it!"  One of the promises

1

**PX 4, pg. 1**

Declaration of Gena Barron

that he emphasized was that Digital Income will send any member who joins free traffic for life: "The company provides free ongoing traffic FOR LIFE with your one-time purchase membership." (Attachment B is a true and correct copy of the May 7th e-mail that I got from Brandon.) That was very enticing to me because traffic is a major factor in trying to make money. The more traffic, the more chances to make money. I asked Brandon all of the questions in the world to make sure that this was a good investment. He was so sure that I would make money from this system. In fact, Brandon told me that he was going to send me traffic from his own traffic rotator until I got my first sale.

5. I next talked with Derek at Digital Income System. I called and left him a message, and he returned the call right away. He told me that things were going very well and that this company was about to explode and do extremely well. He told me that for every sale that comes into Digital, they would take 20% of their share and dump that money into buying and creating traffic, which would go to the members who joined. Traffic is the biggest issue for making money in this type of business opportunity. Derek told me that Digital was so well prepared that handling all of the traffic they were expecting would not be a problem. Also, Derek told me that if I joined at the $12,000 level, the company would sign me up for the next level up (the $25,000 level), and thus I would get 25 credit points in the traffic rotator, which would be a lot more traffic than if I joined at any other level. The higher the level, the more traffic credits for the rotator one would get. That was a major factor in my decision to get the $12,000 level.

6. On May 9, 2019, based on what Brandon and Derek told me, I decided to join Digital Income System at the $12,000 level knowing I would get a lot of traffic from the company as well. I told Derek that I was joining at the $12,000 level. He sent me an e-

2

PX 4, pg. 2

Declaration of Gena Barron

mail congratulating me for deciding to join and giving me instructions on how to join; he
told me that Digital Income would sign me up for the $25,000 level. (Attachment C is a
true and correct copy of that e-mail thread that included the May 9 e-mail from Derek.)

7. Derek's e-mail told me to get two checks, one made out for $6000 for Christopher Frye
and one for $6000 made out to Digital Income System Inc. I was to mail the two
personal checks to Coach Derek, Digital Income System Inc., 6619 South Dixie Highway
#329, Miami, Florida 33143.

8. I sent the two checks to the Miami, Florida, address by overnight mail, as I was told to
do. (Attachment D is a true and correct copy of my check made out and sent to Digital
Income System.) I was then told to e-mail the tracking number of the overnight package,
which I did. Once I had e-mailed the tracking number, I was to go online and fill out an
order form, which I did.

9. The company signed me up for the $25,000 Level. I was assured that I would get a lot of
traffic at this level.

10. Before mailing my payment to join Digital Income System, I never received a written
disclosure document or a written earnings claim document that told me how many and
what percentage of Digital Income System members earned specific commissions or a
range of commissions. I also never received such documents after I paid for the
membership.

11. But Digital Income System hardly sent any traffic for me or others. After a couple of
weeks, I complained to Derek that I was not getting traffic from them as was promised.
I put pressure on him, and he then sent me traffic for four or five days and that was pretty
much it. There was very little traffic after that, and there were always excuses why the

3

Declaration of Gena Barron

traffic was not coming.  Excuses like "technical issues," or "waiting for more traffic to
come," etc.I also spent around $700 for traffic from other sources. I was very frustrated
that what the company promised me was not delivered and felt that they were not telling
the truth as the volume of traffic promised never arrived.

12. At one point, there were up to30-50 names in myback office that came in through my
traffic and who asked for a call back from the coaches, but no one ever signed up to join.
I talked with several of the people whose names were in my capture pages; they told me
that the coaches from Digital Income never called them.  When I asked Derek, he would
say that he could not reach them.

13. I also argued with Brandon about the traffic.  I asked him how could he keep promoting
to new people that Digital Income System is going to send free traffic for them if he can
see that DIS hardly sent any traffic for us and they always have excuses as to why the
traffic is not going out.

14. I also argued with Brandon about the traffic that he promised me – enough traffic to help
me close my first sale, while in reality I only got a total of about 20-100 leads from his
personal rotator.

15. Before I signed up, I asked Derek what about possible problems with the FTC after the
MOBE and Digital Altitude cases.  He told me not to worry, that Digital Income was a
software developer.  But Digital does not really sell any software product.  All that I see
that they sell is the possibility of signing up more members for their supposed e-learning
type courses.

16. Before I signed up, I also asked Derek about growth – I asked him if they have enough
coaches to close the sales as the volume is going to pick up real quick and they have to be

4

Declaration of Gena Barron

prepared to call people back. Derek assured me that they were well-staffed and that there

would not be any problem for them to add staff as quickly as needed to call everyone

back quickly.

17. I never had any sales from Digital Income System. I lost $12,000 to Digital Income

System. Had I known that Digital Income System was NOT going to send a lot of traffic

for me, as Derek described, "as a real good amount of steady traffic," I would not have

sent them any money. Had I known that Brandon would not actually send enough traffic

for me to help me make my first sale, as he promised, I would have not sent them any

money. Had I known that there would be shortage of coaches and my leads who asked

for a call-back would not be called back due to Digital Income being under-staffed, I

would have not signed up for the program and I would have not sent a penny.


**To summarize, I decided to send $12,000 to DIS based on 3 major things I was promised:**

**#1.  I would get steady traffic from DIS**

**#2.  Brandon will send enough traffic to help me have my first sale**

**#3.  The company is well staffed to handle all calls.**

**HOWEVER, these 3 main issues were never delivered as promised and turned out to be 3 lies**

**which I based my buying decision upon. Of course if I knew the truth, I would have never sent**

**money to join.**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. Executed on August _20_, 2020.

Gena Barron
Hadera, Israel

5

# ATTACHMENT  A

**From:** Brandon < ████████ >
**To:** Gena < ████████ >
**Sent:** Monday, August 5, 2019, 4:19:53 PM EDT
**Subject:** Whoops.. I ripped up some money!

Quick, funny story of something that happened today...

When I got my package today from Digital Income System I must've been a little TOO excited...

*I ripped right through one of the checks LOL*

I'm pretty sure the bank will still accept it though. :)

**You'd think that the ONE THING I have to do (get my mail) I could handle. But no hahaha**

Maybe we're getting a little too spoiled in Digital Income System...

**The Sales Team Does all the Hard Work For Us:**

- Closing ALL Sales
- Sending Us Traffic
- Doing ALL the Followup
- On-boarding my Members
- Taking Payments
- Etc.

## How simple is that!?

>> See Our Team Results <<

All you have to do is join, decide how you want to be paid, and start driving traffic. And I show you ALL my top marketing options. Plus, the company (and I) will be driving free traffic to your system from day one!

***Just don't rip up the checks like I do (hehe)***



# ATTACHMENT  B

**From:** Brandon <███████████>
**To:** Gena <███████████>
**Sent:** Tuesday, May 7, 2019, 12:48:10 AM EDT
**Subject:** Your Own Personal Sales Team...

# Having your own personal Sales Team Makes ALL the difference in the world!

## Today was just another 4 Figure Day with DIS :)

This system is so freaking simple, I love it!

### 3 Steps to Success:

1. Drive leads to your System

2. Sales Team Follows up with
leads & closes the sales for you

3. They send a BIG Check to Your Mailbox

## And better yet...

The company provides free ongoing traffic **FOR LIFE**
with your one-time purchase membership.

*I also include some incredible bonuses for my team members who
join with me. Check those out here.*

### Isn't it time you FINALLY reached success?
### Let our team of professionals close your sales too!

Christopher Frys, ███████████ Hinley, United States

You may **unsubscribe** or **change your contact details** at any time.

C

# ATTACHMENT C

**From:** Derek Jones <coachderek@digitalincomesystem.com>
**To:** Health Highway <█████████████████>
**Sent:** Tuesday, June 4, 2019, 4:22:55 PM EDT
**Subject:** Re: PLEASE REPLY: IN NY.... Re: GENA BARRON / DIS Join Instructions - Professional (Bonus Authorized)

Yes they are already resuming now, we have been waiting for delivery and they should start within 24 -48 hours. Its been crazy trying to squeeze in the work, but we are near the finish line.

On Tue, Jun 4, 2019 at 4:21 PM Health Highway <█████████████████> wrote:
Just want to get an update when
you expect the company leads to resume?

On Tuesday, June 4, 2019, 4:18:55 PM EDT, Derek Jones <coachderek@digitalincomesystem.com> wrote:

Hey Gena good afternoon! I just spoke to Brandon Frye, he says you are looking for me? What can I do for you?

On Tue, May 14, 2019 at 3:34 AM Health Highway <█████████████████> wrote:
Hi Derek,

My tracking shows my package arrived in NY already
so should be with you any day now!  earlier than expected.
or by the 17th like i thought.

This is my tracking link:
https://tools.usps.com/go/TrackConfirmAction?tLabels=LX008283152IL

In any case,
Are you getting my SMS messages?

Also reminding you to send me this instruction letter with
the embassador level sign up and upgrade to Excecutive.

Thanks,
Waiting to hear this time :)

Please reply to me ok?

Gena

On Friday, May 10, 2019, 11:36:35 AM GMT+3, Health Highway <█████████████████> wrote:

1

Hi Derek,

I just sent my 2 checks. Was able to make it to the Post office
Sometime between the 17th and 20th you would receive it.

And Good News...

So looking at it and the time payments get to you,

and at my potential to get all my money back with

2-3 sales or even one big one... I decided it was

The right thing to get level 4 and be upgraded to the

Top level 5! The 25K level!  Yeah!

I see you guys got a really good thing going on here
best i have ever seen and I know you guys have experience
so i feel confident.

## So please make sure you upgrade me
## to the top level as i sent 2 checks of 6K each.
## "View Attachments"

## I filled out the order form.

**1.  Can i please get a formal invoice for my taxes?**

2.  Can you also send me a new Letter like this
showing it with Level 4 Embassador so that
my paperwork will be the same as the order form
for my records.   because here it shows it's peer to
peer and all the info about Christopher's check as
well which explains the 6000/6000 with all the correct info.

2

**PX 4, pg. 12**

Thanks,

Gena Barron

Under Christopher Frye # 3713


**My invoice should be payable to
my company in the US:**

**Gena Barron**

██████████████████

Thanks Derek!

Gena

------------------------------------------------------------------


On Thursday, May 9, 2019, 2:16:21 AM GMT+3, Derek Foley <coachderek@digitalincomesystem.com>
wrote:


Hey there Gena,

It was great speaking to you today and **congratulations** on your decision to join
the **Digital Income System**. Member ID# 3713 (Christopher Frye) will be very pleased
to hear the good news.

3

**PX 4, pg. 13**

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level III** is: $5,000.

(Coach's Note: **Authorize Upgrade** to **12k**Level: **DJ378S3U12**)

——

Instructions to join Digital Income System at **Level III (Professional):**

 **Step 1)** Please get 1 check for the amount of $2500 made payable to:

*Christopher Frye*

**Step 2)** Get a 2nd check for the amount of $2500 made payable to:

 *Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight mail*

**Step 4)** Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**

4

**Step 5:** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**

**\*Note:** Your referral ID # is: **3713** and your coach's name is **Coach Derek\***

——

Once our DIS administrators have received your completed order form and your mailed payments, we will set up your marketing suite with your join bonus at the Ambassador **($12,000)** Level.

We will also email you login details which contain your own user ID # and detailed instructions for starting your first advertising campaign. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.
--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952
--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952
--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

5

**PX 4, pg. 15**

c

# ATTACHMENT  D





# PLAINTIFF'S EXHIBIT 5

# (PX  5)

## DECLARATION OF DAWN BELILL

I, Dawn Belill, declare the following:

1. My name is Dawn Belill. I am a United States citizen who is over the age of eighteen, and I live in Zephyrhills, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In late 2019, I saw Facebook posts by Jessica Hedrick, marketing a money-making opportunity through a company called Digital Income System.

4. Jessica's posts explained that, by purchasing membership in Digital Income System, individuals obtained the right to sell Digital Income System membership to others for a 50% commission.

5. Jessica's posts included photographs of the commission checks she had received through Digital Income System. To the best of my recollection, some of these checks were for $500, some were for $1,500, some were for $3,000, and some were for more. Jessica's posts stated that she had made tens of thousands of dollars per month through Digital Income System. She indicated that others could also earn substantial income by purchasing membership in Digital Income System.

6. Jessica explained that, once a participant purchased membership, he or she would receive access to a Digital Income System "capture page" associated with his or her member account. The capture page included a place for interested individuals, or "leads," to enter their names and contact information to request a callback from a Digital Income System "coach."

7. Jessica indicated that Digital Income System would advertise each member's capture

1

Declaration of Dawn Belill

       page to prospects or "traffic." Depending on a member's purchase level, the member's

       capture page would be "rotated" through traffic a certain number of times. The higher

       the membership level, the more the traffic.

8.  According to Jessica, Digital Income System coaches, who were experienced marketers,

       would then call each lead who had requested a callback through a member's capture page

       and attempt to close a sale. If the sale closed, the member would receive a 50%

       commission.

9.  In sum, Jessica said, "literally, you don't have to do anything." She told me to think

       about membership as "an investment, not a cost" that "lasts the rest of your life." She

       said that Digital Income System had "1000% changed [her] life." Jessica said she wasn't

       even the highest paid member of Digital Income System. She said there were others who

       had earned well over $1 million.

10. At the time, I knew of other multi-level-marketing programs that effectively required

       members to advertise on Facebook or contact prospects in order to make money. I told

       Jessica that I was unwilling to do either, so if Digital Income System required either, I

       would not join. She again assured me that I would not need to do either because Digital

       Income System would do all of the marketing for me. She told me that she herself had

       received her commissions for "literally doing nothing."

11. Jessica also noted that she posted Facebook videos of herself opening envelopes with

       commission checks so people could see that "it isn't a scam."

12. I told Jessica that, although I was interested, I didn't have enough money to purchase

       membership. She recommended that I take out a loan. Specifically, she pointed me to

       Lending Tree and advised me to apply for a personal loan for "consolidation or home

2

Declaration of Dawn Belill

improvement," not a business loan.

13. Jessica then asked for my phone number so she could connect me to someone called Derek Jones, or Coach Derek, to learn more about Digital Income System.  Derek never called me.

14. Based on Jessica's representations, I decided to purchase a $3,000 membership.  I could not afford to pay the $3000, so I took out a loan, which requires repayment in the form of 36 monthly installments of $102.81 each.

15. Based on Jessica's representations, I believed it was worth taking out the loan and that, through Digital Income System, I would ultimately become debt free, pay off my house, help my kids, and save money.

16. Jessica messaged me instructions for paying for my Digital Income System membership.  (Attachment A is a true and correct copy of the message that Jessica sent to me.)

17. On December 30, 2019, pursuant to the Jessica's instructions, I mailed two cashier's checks—one for $1500 made out to Jessica Hedrick and one for $1500 made out to Digital Income System—to the following address:

Attn. Coach Derek
Digital Income System, Inc.
6619 South Dixie Highway #329
Miami, FL 33143

Attachment B is a true and correct copy of the cashier's check that I made out and mailed to Digital Income System.)

18. Prior to mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the

3

**PX 5, pg. 3**

Declaration of Dawn Belill

membership.

19. After mailing my cashier's checks, I received a welcome email from Digital Income System with a link to my capture page and credentials to a "backoffice" page. (Attachment C is a true and correct copy of the welcome email I received.)

20. The last time I was able to access my backoffice in February 2020, there was only one lead listed there. Since then, I have received an error message when attempting to access my backoffice.

21. Ultimately, I obtained no sales. As a result, I have made no money through Digital Income System.

22. If I had known that Digital Income System was not going to close any sales for me, as Jessica and Derek promised it would, I would never have paid any money for this supposed business opportunity. I lost $3000 to Digital Income System.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26 , 2020.

                                        Dawn Belill
                                        Dawn Belill
                                        Zephyrhills, Florida

4

# ATTACHMENT  A

**PX 5, pg. 5**

The Digital Income System utilizes direct peer-to-peer payments for your convenience.
The total amount for Level II is: $3,000.
(Coach's Note: Authorize Upgrade to 5kLevel:)
—

Instructions to join Digital Income System at Level II
:

 Step 1)  Please get 1 cashiers check for the
amount of $1500 made payable to:
Jessica Hedrick

Step 2) Get a 2nd cashiers check for the amount of
$1500 made payable to:
 Digital Income System Inc.



Step 3) Mail all checks to:
Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143
*Send funds via FedEx / UPS Overnight or USPS
Express mail*



Step 4)  Email me with the tracking number from
your Fed-Ex/UPS Overnight or USPS receipt.
My email is:  coachderek@digitalincomesystem.com

Step 5: Once you've sent the two payments to the
address above, fill out the order format:
http://digitalincomeform.com



*Note:  your coach's name is Coach Derek*

# ATTACHMENT  B

CASHIER'S CHECK

6634303250

December 30, 2019

PAY TO THE ORDER OF    ***DIGITAL INCOME SYSTEM INC***

***One thousand five hundred dollars and no cents***

**$1,500.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
18942 US HWY 441
MOUNT DORA, FL 32757
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  1,500.00

CONTROLLER

8

PX 5, pg. 8

# ATTACHMENT  C

**From:** "Digital Income System Customer Support" <customersupport@digitalincomesystem.com>
**To:** ████████████████████
**Sent:** Tue, Jan 7, 2020 at 4:10 PM
**Subject:** DIS Log In

Hello Dawn,

Welcome to the DigitalIncomeSystem!  Your personal Referral ID# is: **2434**

Your Capture Page URL is: http://digitalincomesystem.com/2434

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says "**Get Traffic Here**" to access our exclusive traffic resources.

To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.

You can log into your account here:  Login link: https://digitalincomesystem.com/admin/login.php

Log in with this email:                   ████████████████

10                                    **PX 5, pg. 10**

And type in this password:     

(Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office, how to access a few basic features, and most importantly, how to start your first marketing campaign.

Welcome again from the DIS team, we look forward to working with you and to your continued success!

 -DIS Admin

**PX 5, pg. 11**

# PLAINTIFF'S EXHIBIT 6

# (PX  6)

Declaration of Robert Blake

## DECLARATION OF ROBERT BLAKE

I, Robert Blake, declare the following:

1. My name is Robert Blake, and I am a United States citizen who is over the age of eighteen. I live in Mobile, Alabama.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. I am an auto mechanic and was looking to help myself start a new auto mechanic business. I was looking for money to help start the business. In 2019, a friend told me about a company being advertised on Facebook that was making money for people. I took a look at a Facebook post by Cecily Brick, who was telling viewers that as long as you could invest in something called Digital Income System, you could make money. At one point, she said "you will make money."

4. I sent in my contact information in the link provided on Brick's post. I was then contacted by someone at Digital Income System named Derek Jones. He told me that everyone was making money. He said it was easy to do – just sign up and invest and make money. Derek told me that I would make up to $1500 a check a couple of times a week. Derek also told me that if I invested at the $3000 level, they would increase my membership level to the $5000 level. At the $5000 level, I would make up to $2500 per commission check.

5. I was worried about the scams that are out there, but Cecily and Derek convinced me that this was a legitimate operation.

6. Cecily told me "This couldn't be a better opportunity. I have sooo many that want in but don't have the funds or the financing. So, kudos to you!!"

1

**PX 6, pg. 1**

Declaration of Robert Blake

7.  What Cecily Brick and Derek Jones told me convinced me to join Digital Income
    System.  On July 31, 2019, after I told Derek that I would join Digital Income System, he
    sent me an e-mail congratulating me on deciding to join Digital Income.  He also gave
    me instructions on how to send him the money.  I decided to join at the $3000 level, so
    Derek told me to make out one money order for $1500 to Cecily Brick and one made out
    to Digital Income System for $1500.  Derek told me to send both money orders to Digital
    Income System in Miami, Florida.  He also told me to send the tracking number after I
    put the money orders with a courier. (Attachment A is a true and correct copy of the e-
    mail that I received from Derek Jones on July 31, 2019.)

8.  In order to afford the $3000, I had to get a loan on my truck.  I then sent in the money
    orders to Digital Income System at the Miami address.

9.  Before mailing my payment to join Digital Income System, I never received a written
    disclosure document or a written earnings claim document that told me how many and
    what percentage of Digital Income System members earned specific commissions or a
    range of commissions.  I also never received such documents after I paid for the
    membership.

10. I got a few leads in my back office early on, but no sales came from them.

11. On September 10, 2019, I texted Cecily "What else can I do to get this going – it's been
    quite a while compared to what I was led to believe it would."

12. Other leads appeared in October and then in March 2020, but again no sales were made.
    All along the way, I was expressing my concern to Cecily and trying to get Derek's
    attention to get me some sales.  Nothing seemed to work.

13. I lost $3000 to Digital Income System.  I feel like I gave away $3000 for nothing.  I still

2

**PX 6, pg. 2**

Declaration of Robert Blake

owe a lot of money on the loan I took out to pay for my investment in Digital Income

System.  If I had known that they were not going to close sales and send me commission

checks, as they promised that they would do, I would never have paid them any money.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.  Executed on August 20, 2020.

Robert Blake
Mobile, Alabama

3

# ATTACHMENT  A

PX 6, pg. 4

From: **Derek Jones** <discoachderek@gmail.com>
Date: Wed, Jul 31, 2019, 1:59 PM
Subject: DIS Join Instructions 3k - Director ( Upgrade to 5k - Professional )
To: <███████████████>

Hey there Rob,

It was great speaking to you today and **congratulations** on your decision to join the **Digital Income System**.

Member ID# 8528 (Cecily Brick) will be very pleased to hear the good news.


The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level II** is: **$3,000.**

(Coach's Note: **Authorize Upgrade** to 5k Level: DJ378S3U5)

——


Instructions to join Digital Income System at **Level II (Director):**


 **Step 1)**  Please get 1 cashiers check for the amount of $1500 made payable to:

Cecily Brick


**Step 2)** Get a 2nd cashiers check for the amount of $1500 made payable to:

 *Digital Income System Inc.*


**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.

**PX 6, pg. 5**

6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*


**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**


**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**


**\*Note:** Your referral ID # is: **8528** and your coach's name is **Coach Derek\***

____


Once our DIS administrators have received your completed order form and your payments, we will set up your marketing suite with your join bonus at the Professional **($5,000)** Level.

We will also email you login details which contain your own user ID. Typically this process takes less than 24 hours from the time we receive your payment.


Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.

--


Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952


**PX 6, pg. 6**

# PLAINTIFF'S EXHIBIT 7

# (PX  7)

Declaration of Kim Bova

## DECLARATION OF KIM BOVA

I, Kim Bova, declare the following:

1.  My name is Kim Bova, and I am a United States citizen who is over the age of eighteen. I live in Anderson, Indiana.

2.  I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3.  In July 2019, I was on Facebook and saw an instant message from a Kaitlyn Scott that popped up on my feed as an advertisement. I read the advertisement, which I thought sounded good. The ad was for a program of Digital Income System and talked about Kaitlyn training people to work with Digital Income System.

4.  Screenshots of what Kaitlyn Scott sent to me includes one showing "Auto-Pilot $$$; auto-pilot money." (Attachment A is a true and correct copy of that screenshot.) Kaitlyn explained that I would make money through commissions. I would just have to check my back office, which Digital Income System would make for me as part of a website that they would make for me, to see what leads there were waiting to be contacted; Derek and Digital Income System would take care of making the contacts with the leads and would close the sales. (Attachment B is a true and correct copy of a Kaitlyn Scott post.)

5.  Kaitlyn told me that Derek Foley trained her in the Digital Income System. She told me that it was guaranteed money from Digital Income System, but that they could not promise which level any particular person would buy at.

6.  I did hesitate to join because of the high cost with no products, but Kaitlyn told me that traffic was secured. I communicated with Kaitlyn on and off for a while. She kept telling me that Digital Income System was a done-for-you system.

1

**PX 7, pg. 1**

Declaration of Kim Bova

7. In April 2020, I finally decided to buy a membership in Digital Income System. I asked Kaitlyn if I could join at the $1000 level. She said that she would have to ask Derek whether he would accept me at that level. On April 23, 2020, Kaitlyn got back to me to tell me that Derek would accept me at the $1000 level. (Attachment C is a true and correct copy of screenshot from Kaitlyn saying that I could join Digital Income System.)

8. Kaitlyn then told me that to get started, I would need to fill out the paperwork and send in the payment. Then the coach would create my account within 24 hours and he would start immediately working for my success. (Attachment D is a true and correct copy of that screenshot.)

9. Kaitlyn told me that I would receive certified checks and money orders primarily as my commissions. Sometimes I would receive credit card payments through something called "cash app." (Attachment E is a true and correct copy of that screenshot.)

10. Kaitlyn sent me the "congratulations" message with instructions on how to pay through the cash app. (Attachment F is a true and correct copy of that screenshot.)

11. I sent my $1000 payment to Kaitlyn through Cash App. My paperwork was approved on April 27, 2020. Kaitlyn told me that she would send the company their half of my payment. (Attachment G is a true and correct copy of the screenshot showing her comment.) (Attachment H is a true and correct copy of the acceptance by Kaitlyn and her signature on that acceptance.)

12. On June 24, 2020, I logged into my back office and saw that I had one lead. I contacted Derek to find out if there had been a sale yet. I told him that I was trying to understand how I was to make money with Digital Income System. Derek replied that Digital Income System purchases advertising from third parties; that traffic is delivered into the

2

Declaration of Kim Bova

      system automatically to go to members. He said that they then communicate with the

      lead by initially using the CRM automation. He said that those links are connected as

      part of Digital Income System's referral program. (Attachment I is true and correct

      copies of several of the text messages from Derek Foley on June 24, 2020.)

13. At that point, Derek told me that Facebook promotion was something that I could do for

      now. I was surprised that he was telling me that because Digital Income was supposed to

      be getting my leads for me. He did say that Digital Income was working on website

      traffic. (Attachment J is a true and correct copy of that text from Derek.)

14. On July 7, 2020, I logged back into my back office and saw the names of 5 or 6 other

      leads. I asked Derek if anyone had joined yet. He said that I would be notified directly if

      anyone joined. (Attachment K is a true and correct copy of that text from Derek.)

15. To this day, I have not made anything from Digital Income System. I checked the app

      because that is where my dashboard is that tells me who was interested. I have had

      emails from Derek and he says that there are still no results.

16. Now the app says "App not found." Then I tried to communicate with Kaitlyn and felt

      that she left me really in the dark! I feel like I was taken advantage of by both Kaitlyn

      and Derek, especially when there is zero communication! I have tried to communicate

      with both of them.

17. My last conversation with Derek was on August 2, 2020, and my last conversation with

      Kaitlyn was September 9, 2020.

18. I sure could have used that money now. I have lost $1000 to Digital Income System and

      Kaitlyn Scott. If I had known that I was not going to make any money, as Digital Income

3

**Declaration of Kim Bova**

System and Kaitlyn Scott had told me I would do, I would not have paid them any

money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November ___, 2020.

Kim Bova

Anderson, Indiana

4

# ATTACHMENT  A

PX 7, pg. 5



9:46   87%■

**Kaitlyn**
Active 33 minutes...

JUL 27, 2019 AT 8:12 PM

www.autopilot-money.com

**AUTO-PILOT $$$**
Auto-Pilot Money
autopilot-money.com

https://www.facebook.com
/100004228957332/posts
/1341168186034134?s=
100004228957332&sfns=mo

**Attachment Unavailable**
**This attachment may have been**
**removed or the person who shared**
**it may not have permission to share**
**it with you.**

AUG 28, 2019 AT 12:01 PM

Requesting a call

Aa

**PX 7, pg. 6**

# ATTACHMENT  B



**Kaitlyn Scott** added 40 new photos.
January 20 at 4:31 AM · 🌐                                    • • •

🎉 🎉 🎉 SO MANY PEOPLE WINNING !!! 🎉 🎉 🎉

OKAY GUY, LISTEN-UP 🙋 ...

✖️ ✖️ Something HUGE is Coming VERY SOON ✖️ ✖️

This Automated Business System LITERALLY Changed ...

💲 🖤 💯 🖤 MY WHOLE DAMN LIFE 🖤 💯 🖤 💲

& As YOU Can Obviously SEE 🙋 ...

It's ALSO Changed HUNDREDS Of Others Lives TOO !!

What's COMING NEXT is Going To Take Us ALL To ...

🏆 🏆 🏆 🏆 A WHOLE NEW LEVEL !!!!!! 🏆 🏆 🏆 🏆

Don't Say I Didn't Tell You So 🙋 😉 ..

You DO NOT 💯 Want To Miss Out on This MONEY Train ..

💰 💲 💲 💰 💲 💲 💰 💲 💲 💰 💲 💲 💰 💲 💲 💰

🖤 🖤 ONLY Go-Getters Will Get Here 🖤 🖤

✖️ ✖️ NOT 🙋 Watchers OR Excuse Makers ✖️ ✖️

**#TEAMWINNING** 🔥

The Week !!! .. This Morning I Went To The Nail Salon 💅 ,
Ran Some Errands 🚗 , And Did A Little Shopping 🛍️ . OH &
I Need To Stop At The Bank To Deposit More Checks into
My Account 💰 ...... 🎉 🎉 $4,500 To Be Exact !!! 🎉 🎉

🔵 The BEST PART 🤯    ??!! .. That is LITERALLY ONLY
Two Days Worth of Sales That My Coach Closed For Me
💯 !!!! .. ALSO 😳... I Know I Have Tons of Messages in
My Inbox Right Now ▮ & Alot of People Are Eager To Get
Started with This Opportunity 💰 .. So As Soon As I Get
Home    , I'll Make Sure To Respond Back To Everyone and
Get Those That Are READY  ̈  To Take Charge of Their Life
& Income Set-Up with My Personal Success Coach 💜 🙏

**PX 7, pg. 8**

# ATTACHMENT  C

9:48  86% ∎

 **Kaitlyn**
Active 34 minutes…

APR 23, 2020 AT 7:29 PM

Hey Kim ! How are you?

So the lowest level is $1,000

 I can definitely ask if He's willing to accept you!

APR 23, 2020 AT 7:4⁞ PM

Oh that would be awesome!!! Its a start

APR 23, 2020 AT 7:56 PM

Absolutely!

 I'll give him a call now:)

APR 23, 2020 AT 8:2⁞ PM

 He said he is willing to accept you !!!

↓

APR 24, 2020 AT 11:31 AM

    Aa       

# ATTACHMENT  D

PX 7, pg. 11

9:48     86%

←  **Kaitlyn**
Active 34 minutes…  📞 📹 ⓘ

APR 24, 2020 AT 1:2:52 PM

What time is a good time for him to contact you?

APR 24, 2020 AT 4:00 PM

Monday or Tuesday would be ok. Probably around noon or later. Bout how long will it take so I can make sure I have all the time we need.

APR 24, 2020 AT 4:24 PM

So basically to get started you fill out the paperwork & send payment . Then your coach creates your account within 24 hours & gets started immediately working for your success

The phone call is only if you have questions or I can answer them          ↓

Lls trained me

    Aa   

# ATTACHMENT  E

PX 7, pg. 13

9:50  ··· 85% ■

 Facebook • Oct 21, 9:50 PM

**Facebook**
Renee Robin Scott and others added to thei...

Okay, so you will receive certified checks & money orders primarily ! Sometimes you will also receive credit card payments and those are accepted through an app called "cash app". It's safe secure, I've used it for years not for business but for personal too. Oh ! & they don't screw people over in fees .. which is a plus lol . You can accept the funds on the app & have them sent to your bank account / debit card immediately for a few dollars or you can wait 3 business days and funds are sent for free

I'm going to voice chat you in just a sec:)

Ok

 I'm available

↓

    Aa  

# ATTACHMENT  F

PX 7, pg. 15

9:50 

 **Kaitlyn**
Active 37 minutes…

Ok all good to go on the cash app.

 Woot woot !! You're on the ball 

Yaaay!!!! 😂😂

Congratulations on Your Decision To Join Kim!

The Digital Income System Utilizes Peer To Peer Payments For Your Convenience.

The Total Amount For Level $1K: $1,000.00 USD

Listed Below Are Steps To Join:

Step 1: Download The CashApp Application To Your Smart Device & Follow The Steps To Create An Account.

Step 2: Then S ↓ $1,000.00 To "$DISSYSTEM" Please

    Aa  

PX 7, pg. 16

9:51 💬 🅾️ 🅾️ 🅾️ 🅾️ 🌐 📷 🎵 ⋯   ⏰ 🔇 🛜 ⸴  85% ◼

← 👤 **Kaitlyn**
Active 37 minutes...          📞  🎥  ℹ️

Step 2: Then Send $1,000.00
To "$DISSYSTEM". Please
Ensure The CashApp Name
Listed in This Step is Typed
Exactly As Shown Above.

Step 3: Next Let Your Coach or
Sponsor Know When Your
Payment Has Been
Submitted!!!

Step 4: Once Your Payment
Has Been Confirmed, Your
Coach & Sponsor Will Start
Creating Your Digital System
Marketing Suite For You!

Step 5: CONGRATULATIONS!!!!
- All Steps Done! Save Contact
Information Below To Keep
Handy:)

Your Assigned Coach: Derek
Jones
Phone Number:
1-305-720-6952
Email:
coachderek@ ↓ lincomesyst
em.com

:: 📷 🖼️ 🎤 Aa          🙂 👍

 **Kaitlyn**
Active 37 minutes...

Your Assigned Sponsor: Kaitlyn Scott
Facebook: Kaitlyn Scott
Instagram: kaitlynscott101
Email:

█████████████████████████

Welcome To The Team! We Are Truly Looking Forward To Your Success on Our Team!!!

***** PLEASE NOTE *****
Due To Increased Demand For This Coach and Sponsor , We Kindly Ask You Complete ALL Steps Above ASAP in Order To Guarantee Assigned Coach and Sponsor. Bonus Has Been Verbally Approved Per Owner. Thank You!

NOTES FOR DIS:
Paperwork Approved on: 4/27/20
Instructions Overviewed & Approved By: T⌐⌐h Shane
↓

Aa

# ATTACHMENT  G

9:51 

 **Kaitlyn**
Active 37 minutes...   

 NOTES FOR DIS:
Paperwork Approved on:
4/27/20
Instructions Overviewed &
Approved By: Tech Shane

 Any questions don't hesitate

Goin to cash app now. Be
back in a few

Ok when I put in name listed
above, it shows your name,
is that right

 Yes that's correct ! I am
responsible for sending
company their half

Ok kool

 I'll send you my contract ! One
sec

 Do... ...nd sent...YAAAY!!!

    Aa  

**PX 7, pg. 20**

# ATTACHMENT  H

PX 7, pg. 21

9:51  85% ▪

←  **Kaitlyn**
Active 37 minutes... 

> Ok and do you want my contact

I, Kaitlyn E. Scott, Will Be Accepting Funds Via Electronic Transfer Via Smart Phone CashApp Application on Behalf of: Kim Bova, For Hereby The SOLE and ONLY Purpose of Joining Digital Income System At Level $1K in The Amount of $1,000.00 USD. Once Total Invoice Amount of $1,000.00 USD Has Been Paid in FULL By: Kim Bova, No Other Monies Will Be Owed By Her, Whatsoever. I, Kaitlyn E. Scott, From That Point on, Will Be Held Fully Liable and Responsible To Ensure Funds Are Submitted Accordingly To DIS. This Transfer & Sale Have Been Verbally Approved By Owner.

Date: April 27, 2020

Print Name: Kaitlyn E. Scott

Signature Below: _____

**To keep for your records** 💕

**WOOT WOOT !!**

**Congratulations!!!!'** ⬤



    Aa  

# ATTACHMENT  I

PX 7, pg. 23



6:58    ⋯ 🔔 📶 21% 🔋

←  **Derek**   📞 🎥 ℹ️

JUN 24 AT 12:01 AM

> Like where do my URLs get shared? My web pages

> I want to understand more

> The capture link, landing link, callback link, etc.?

JUN 24 AT 12:20 PM

We actually purchase advertising from third parties- that traffic is delivered into the system automatically and we communicate initially using CRM automation

 those three links are connected as part of our referral program

JUN 24 AT 1:32 PM

> Alright  basically the third party t...c is how I may get referrals to sign up?

    Aa    

PX 7, pg. 24

# ATTACHMENT  J

PX 7, pg. 25

6:58

 **Derek**

> Sure wished I had known but oh well. I'm just getting concerned that nothing will happen on me making profits.

JUN 26 AT 4:58 PM

We never expected a global pandemic

 wish we had Id have killed the stock market...

JUN 26 AT 8:13 PM

> I know that's right!!!! So, is there anything I can do to promote?

JUN 27 AT 10:46 AM

 Just facebook promotion for now- website traffic is another animal altoget'   and we are working on it

# ATTACHMENT  K

PX 7, pg. 27

6:59

 **Derek**

Ok thank you. I'll do my best..lol

JUL 7 AT 5:22 PM

Hey Derek, hows it goin? I got into my back office and I see about 5 or 6 ppl and I was wondering if anyone has joined? I looked into the actions and when I opened it it shows some of them DIS Activation successful. Heres a screenshot:



JUL 7 AT 8:59 PM

Hey, thats just the name of one of our emails 😊 we notify you in person if a referral becomes a paying customer

# PLAINTIFF'S EXHIBIT 8

# (PX  8)

Declaration of Carolyn Brailsford

## DECLARATION OF CAROLYN BRAILSFORD

I, Carolyn Brailsford, declare the following:

1. My name is Carolyn Brailsford, and I am a United States citizen who is over the age of eighteen. I live in Columbia, South Carolina.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. I have recently retired, but I wanted to boost my income. I was interested in whether I could make additional money by doing some business at home and was on the lookout for something. I received an e-mail from Justin Verrengia, who was someone who said he was making money with Digital Income System.

4. I looked at Digital Income System's website and heard the claims in the videos on the website. The Digital Income members who put their story into the website made the claim about getting checks on a regular basis. The videos on the website showed them getting checks that were rolling in. The videos made it sound so easy to make money.

5. I made the first contact with Digital Income System by putting my contact information into the its website. Derek Jones from Digital Income System then called me. Derek said that he would work very hard for me and that I would start making money. Derek said that he had the Number One team for making money under this system.

6. Derek told me that Digital Income handles all leads, including leads from their own sources, and that they handle making all of the calls. He told me that I would not have to cold call anyone or bother anyone because the company does all the work for me. Derek had emphasized that the system was on auto-pilot to get sales. But Derek also told me that I could make money quicker if I bought a marketing campaign.

1

**PX 8, pg. 1**

Declaration of Carolyn Brailsford

7. Derek told me that I would see leads in my back office that they were building for me (a minimum of 2 per month) and that I would get full training on how to advance my money-making. The deal was that everyone that was a lead attributed to me would get me a check of up to $1500; Digital Income System would get any remainder of the 50% commission.

8. Because Derek and the Digital Income website convinced me that I could make money from this opportunity, I decided to join at the $3000 level. Coach Derek sent me an e-mail congratulating me on deciding to join and giving me instructions on how to send the money. (Attachment A is a true and correct copy of the e-mail from Coach Derek.) He told me to send cashier's checks or money orders to Digital Income's address in Florida. In October 2019, I bought money orders for $1500 made out to Digital Income System and others worth $1500 made out to Justin Verrengia. I sent all of the money orders to Digital Income System's address in Miami, Florida. (Attachment B is true and correct copies of the money orders for the $1500 that I made out to Digital Income System.)

9. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

10. Shortly after I joined, I received an e-mail from someone working with Digital Income System, which had the following information about Digital Income:

> No games. Lets talk ROI.
> ROI= Advertising Cost ÷ (Amount received - amount spent) x 100
> Return on Investment (ROI) is a serious subject.
> Especially if you are a member of DIS.

2

Declaration of Carolyn Brailsford

Each DIS sale can bring as much as $12,500 in profit.
That's net profit. Not gross revenue.

In case you're new to business, that is a LOT of profit per sale, with a very low overhead.  So let's do some math.
Let's pretend that you are doing a text message campaign.

(I think we are supposed to do a disclaimer here about how prices and commissions can vary.)
Obviously, not everyone who starts a marketing campaign makes a bunch of money.
Of course, some do. **And we are pretty awesome at making sure those someones are our clients.** (emphasis added.)
ok...lets continue.

The average text message campaign costs about $150 bucks and reaches about 2,000 people.
The average DIS sale? about $2,500 dollars in profit, per sale (a little more, but let's estimate).
Since the number of sales per campaign varies, instead of calculating ROI let's go BACKWARDS.
Let's take the average amount of profit, and figure out how many people we can reach at the break even point,
At $2,500 dollars with SMS campaigns costing $150 per 2,000 people is..

The break Even Point is.. wait for it...

33... THOUSAND PEOPLE.
33,334 people, to be exact.
So imagine this:
An entire stadium of people Watches a 20 minute presentation on the Digital Income System.
Then every one who joins pays you $2,500 dollars.
If you only get 1, you break even.
At two you double your money.
If you get 12, you get $30,000.
And that assumes your leads don't buy a higher membership.

What if the commissions were $6,000 ($72,000)
What if they were $12,500?
You see? ROI for the Digital Income System is so high.
You can't afford NOT to do it.

(Attachment C is this e-mail.)

3

Declaration of Carolyn Brailsford

11. I was put me in touch with Robert Angelo at Business Website Development so that I could do a marketing campaign. Robert told me that they were reaching thousands of people who would be leads for me to get more business. He told me that people would use my website that Digital Income built for me in order to sign up for their own membership. He gave me an example of an elderly lady who had bought through Digital Income System, had bought a marketing campaign from him, and was making $50,000 or more. Robert told me that the coaches at Digital Income System would make the calls to the leads to sell them memberships. I would then get commission checks from these new members. I ended up sending Business Website Development $4000 to do marketing on-line and am also paying an additional $20 a month.

12. After a while, I was very concerned that I was not getting any leads or any results. I tried to contact Derek, but he would not return my calls or messages.

13. I have lost $7000 to this Digital Income System business. If I had known that they were not going to get leads and convert them into sales, as they promised they would do, I would never have sent them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on ~~August~~ 30 , 2020.
October

Carolyn Brailsford
Columbia, South Carolina

4

**PX 8, pg. 4**

# ATTACHMENT  A

PX 8, pg. 5

From: **Derek Jones** <coachderek@digitalincomesystem.com>
Date: Sun, Oct 13, 2019, 3:46 PM
Subject: ATTENTION: (Corrected) DIS Join Instructions
To: ██████████████████████████

Hey there Carolyn!

I'm so sorry I sent the previous email with incorrect details. The correct details are as follows;

The total amount for **Level II** is: **$3,000.**

(Coach's Note: **Authorize Upgrade** to **5k Level: DJ378S3U5**)

——

Instructions to join Digital Income System at **Level II (Director):**

**Step 1)**  Please get 1 cashiers check for the amount of $1500 made payable to:

*Justin Verrengia*

**Step 2)** Get a 2nd cashiers check for the amount of $1500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*

**PX 8, pg. 6**

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**

**Step 5)** Once you've sent the two payments to the address above, fill out the **order format**:

**http://digitalincomeform.com**

**\*Note:** Your referral ID # is: **9571** and your coach's name is **Coach Derek\***

———

Once our DIS administrators have received your completed order form and your payments, we will set up your marketing suite with your join bonus at the Professional **($5,000)** Level.

We will also email you login details which contain your own user ID. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.

--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

**PX 8, pg. 7**

# ATTACHMENT B

PX 8, pg. 8





# ATTACHMENT C

**From:** Allison Ford <████████████
**Date:** November 24, 2019 at 7:38:18 PM EST
**To:** Carolyn E Brailsford <████████████████
**Subject: Digital Income Sys: Lets Talk ROI**

Today it's time for the truth and the truth can take some time

Make Sure You Read This Entire Article


No games. Lets talk ROI.


ROI= Advertising Cost ÷ (Amount received - amount spent) x 100


Return on Investment (ROI) is a serious subject.
Especially if you are a member of DIS.


Each DIS sale can bring as much as $12,5000 in profit.
That's net profit. Not gross revenue.

In case you're new to business, that is a LOT of profit per sale, with a very low overhead.


So lets do some math.
Lets pretend that you are doing a text message campaign.

(I think we are supposed to do a disclaimer here about how prices and commissions can vary.
Obviously, not everyone who starts a marketing campaign makes a bunch of money.
Of course, some do. And we are pretty awesome at making sure those someones are our clients.
ok...lets continue.)

The average text message campaign costs about $150 bucks and reaches about 2,000 people.

The average DIS sale? about $2,500 dollars in profit, per sale (a little more, but lets estimate).

Since the number of sales per campaign varies, instead of calculating ROI lets go
BACKWARDS.


Lets take the average amount of profit, and figure out how many people we can reach at the
break even point.


at $2,500 dollars with SMS campaigns costing $150 per 2,000 people is..

The break Even Point is.. wait for it...

33... THOUSAND PEOPLE.

33,334 people, to be exact.


So imagine this:

An entire stadium of people Watches a 20 minute presentation on the Digital Income System.

Then every one who joins pays you $2,500 dollars.

If you only get 1, you break even.

At two you double your money.


If you get 12, you get $30,000.
And that assumes your leads don't buy a higher membership.

What if the commissions were $6,000 ($72,000)

What if they were $12,500?

You see? ROI for the Digital Income System is so high.
You can't afford NOT to do it.

So here is your chance.

Goo to the page you see below, and request a callback right now.
Time is wasting. Money is waiting.

Isn't time You made a move.

https://clicks.aweber.com/y/ct/?l=7mMze&m=k5lPh_bc_0qPSS.&b=6lCOURGGnYelea9uTWUw1A


Thanks for reading


DIS Team

PS.  The example above is used only to illustrate the ROI potential
       OF DIS.  Advertising and promotion is an inexact science and no one
       not even the minds behind DIS can guarentee you will makes sales on
       any advertising campaigns - because income claims are against the law..


O

PO Box ███
████████████████
USA
**From:** Allison Ford <████████████████>
**Date:** November 24, 2019 at 7:38:18 PM EST
**To:** Carolyn E Brailsford ████████████████
**Subject: Digital Income Sys: Lets Talk ROI**

Today it's time for the truth and the truth can take some time

Make Sure You Read This Entire Article


No games. Lets talk ROI.


ROI= Advertising Cost ÷ (Amount received - amount spent) x 100


Return on Investment (ROI) is a serious subject.
Especially if you are a member of DIS.


Each DIS sale can bring as much as $12,5000 in profit.
That's net profit. Not gross revenue.

In case you're new to business, that is a LOT of profit per sale, with a very low overhead.


So lets do some math.
Lets pretend that you are doing a text message campaign.

(I think we are supposed to do a disclaimer here about how prices and commissions can vary.
Obviously, not everyone who starts a marketing campaign makes a bunch of money.
Of course, some do. And we are pretty awesome at making sure those someones are our clients.

**PX 8, pg. 14**

ok...lets continue.)

The average text message campaign costs about $150 bucks and reaches about 2,000 people.

The average DIS sale? about $2,500 dollars in profit, per sale (a little more, but lets estimate).

Since the number of sales per campaign varies, instead of calculating ROI lets go BACKWARDS.

Lets take the average amount of profit, and figure out how many people we can reach at the break even point.

at $2,500 dollars with SMS campaigns costing $150 per 2,000 people is..

The break Even Point is.. wait for it...

33... THOUSAND PEOPLE.

33,334 people, to be exact.

So imagine this:

An entire stadium of people Watches a 20 minute presentation on the Digital Income System.

Then every one who joins pays you $2,500 dollars.

If you only get 1, you break even.

At two you double your money.

If you get 12, you get $30,000.
And that assumes your leads don't buy a higher membership.

What if the commissions were $6,000 ($72,000)

What if they were $12,500?

You see? ROI for the Digital Income System is so high.
You can't afford NOT to do it.

So here is your chance.

Goo to the page you see below, and request a callback right now.
Time is wasting. Money is waiting.

Isn't time You made a move.

https://clicks.aweber.com/y/ct/?l=7mMze&m=k5lPh_bc_0qPSS.&b=6lCOURGGnYelea9uTWU
w1A

Thanks for reading

DIS Team

PS.  The example above is used only to illustrate the ROI potential
     OF DIS.  Advertising and promotion is an inexact science and no one
     not even the minds behind DIS can guarentee you will makes sales on
     any advertising campaigns - because income claims are against the law..

O

PO Box ████
████████████████████
USA

# PLAINTIFF'S EXHIBIT 9

# (PX  9)

## DECLARATION OF LINDER CAROTHERS

I, Linder Carothers, declare the following:

1. My name is Linder Carothers.  I am a United States citizen who is over the age of eighteen.  I live in Adelphi, Maryland.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In 2019, I received emails from and saw Facebook posts by a man named Justin Verrengia, marketing a money-making opportunity called Digital Income System.  In his Facebook posts, emails, and the links and videos included in his posts and emails, Justin explained that, by purchasing membership in Digital Income System, individuals could sell Digital Income System membership to others for a 50% commission.  Justin claimed that he had earned multiple thousands of dollars from Digital Income System.  His videos showed him opening envelopes from Digital Income System and finding his commission checks worth thousands of dollars inside.  Justin said that others who joined the system could earn similar income.

4. Justin's emails, posts, links, and videos explained that there were different levels of Digital Income System membership, each for a different price.  He said that Digital Income System would provide each member a website or "capture page" advertising the system.  Digital Income System would then market each member's website to prospects or "traffic."  He called this marketing "rotating" a member's website through "traffic."  Depending on a member's purchase level, the member's website would be "rotated" through "traffic" a certain number of times.  The higher the membership level, the more the traffic rotations.  Prospects, or "leads," who visited a member's website and wanted

1

Declaration of Linder Carothers

to learn more could enter their contact information and request a callback from a Digital

Income System coach. Justin said that the coaches, who were experienced marketers,

would then call each lead, advertise Digital Income System to them, and then attempt to

"close" the sale. If a sale closed, the member would receive a 50% commission. Justin

said members would not be required to call a single lead, and that the entire system ran

on "autopilot." In sum, Justin represented that Digital Income System would rotate

members' capture pages through traffic, generate leads, call the leads, close the sales, and

send the members their 50% commission checks. Justin claimed that members could

make substantial income through Digital Income System. (Attachments A, B, and C are

true and correct copies of emails Justin sent me in September 2019 regarding Digital

Income System).

5. Justin put me in touch with a man named Derek Jones, who called himself "Coach

Derek." Derek and I spoke by phone. Derek made the same representations about

Digital Income System that Justin made, as stated in paragraphs 3 and 4 above.

6. Both Justin and Derek represented to me that Digital Income System was offering a

promotional upgrade that month, and that if I purchased a $5000 membership, I would be

automatically upgraded to a membership worth $12,000.

7. Based on the information I received from Justin and Derek, I thought I would make

substantial income through Digital Income System. For that reason and to obtain the

promotional upgrade, I decided to purchase a $5000 membership.

8. On September 22, 2019, Coach Derek emailed me instructions for how to pay for Digital

Income System membership. (Attachment D is a true and correct copy of Derek's email.)

9. Pursuant to Derek's instructions, I mailed Digital Income System two cashier's checks in

2

**PX 9, pg. 2**

Declaration of Linder Carothers

September 2019—one for $2500 made out to Justin Verrengia and one for $2500 made out to Digital Income System. I mailed both to Digital Income System's address at 6619 South Dixie Highway #329, Miami, FL 33143. (Attachment E is a true and correct copy of the cashier's check that I made out to and mailed to Digital Income System.)

10. Prior to mailing my payment to join Digital Income System, I did not, to my knowledge, receive a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. To my knowledge, I also did not receive such documents after I paid for the membership.

11. On September 27, 2019, after I mailed my cashier's checks to Digital Income System, I received a welcome email from Digital Income System Customer Support with credentials to my account, also called a "backoffice" page. (Attachment F is a true and correct copy of the welcome email from Customer Support.)

12. My backoffice included a section that could show me the names and contact information of the leads who visited my capture page and asked to be contacted by a Digital Income System coach. That section also included a column in which Digital Income System coaches could document their phone calls to the leads.

13. As of November 2019, I recall seeing only a small handful of leads listed in my backoffice. I saw no documentation that Digital Income System coaches had ever actually called those leads.

14. To test whether a Digital Income System coach was actually calling each lead—as Justin and Derek had initially promised me the Digital Income System coaches would do—I visited my own capture page and requested a call using a fake customer name and one of

3

Declaration of Linder Carothers

my own phone numbers and email addresses. I never received a follow-up phone call from a Digital Income System coach.

15. As a result, on November 20, 2019, I contacted Digital Income System Customer Support through the backoffice. My message stated that I needed "[h]elp with understanding how the contacts section works...leads, how and when they are contacted. Example, among mine is one that I know whose information was submitted, however, there has not been follow up in any way from DIS. . . . When joining my coach Derek informed me that leads would be followed up on automatically, that does not appear to be the case. Will someone please explain the action taken, or lack thereof with my leads." That same day, Customer Support responded, "Hey there Linder, leads will be contacted once they request a callback, you can see when they requested a callback because they will have a blue button next to their name. Leads are followed up with both emails and SMS with the preloaded autoresponders. Once a lead request a callback they will be contacted within 24 hours. Thank you so much and have a great day!" (Attachment G is a true and correct copy of my message to Customer Support and their response from November 20, 2019).

16. In short, Customer Support reiterated Justin's and Derek's initial promise that a coach would call each lead, but they failed to explain why my backoffice included no documentation of any phone calls by coaches to my leads.

17. Later, on September 16, 2020, I attempted to log into my backoffice using my email address and password, and I received an error message stating, "That email does not exist in our system." I emailed Customer Support, requesting assistance in accessing my backoffice. (Attachment H is a true and correct copy of my email to Customer Support.)

Declaration of Linder Carothers

18. On September 16, 2020, I received a response from MAILER-DAEMON@yahoo.com, stating, "Sorry, we were unable to deliver your message to the following address. <customersupport@digitalincomesystem.com>: . . . The email account that you tried to reach does not exist." (Attachment I is a true and correct copy of the email I received from MAILER-DAEMON@yahoo.com).

19. On September 17, 2020, I sent Derek a text message, stating, "I attempted to log into my account . . . , received a msg that it was not active. Sent email to support, received a mail failure, what's going on??" I did not receive a response from him.

20. Ultimately, Digital Income System closed no sales on my behalf, and I made no money through it.

21. Based on the information I received from Justin and Derek, I expected Digital Income System to close sales for me. It did not. Had I known it would not close any sales for me, I would never have paid any money for this supposed business opportunity. I lost $5000 to Digital Income System.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2020.

                                          Linder Carothers
                                          Linder Carothers
                                          Adelphi, Maryland

5

# ATTACHMENT  A

PX 9, pg. 6

From: Justin Verrengia <9571@digitalincomesystem.com>
To: ▓▓▓▓▓▓▓▓
Sent: Fri, Sep 13, 2019 8:16 pm
Subject: Digital Income. Simplified.

# Digital Income. Simplified.



## Our income system is fully-automated .

We utilize cutting edge technology, advanced marketing automation
and a powerful sales force
to close your leads and generate huge commissions checks paid
straight directly to you.

**We make the sales, you get paid.**

Simple, right?



Click the button above to schedule a call with a member of our sales team today.

**PX 9, pg. 7**

Find out what we can do to increase your income.

No Button? PRESS HERE



Copyright Digital Income System Inc.
All Rights Reserved.

Disclaimer: This email is not meant to be an income claim of any kind.

6619 South Dixie Highway #329, Miami, FL 33143 United States

To stop receiving emails from us click here to unsubscribe

You are receiving this email because you subscribed to our mailing list on 09/13/19 at 8:16pm EDT by filling out the form at
http://digitalincomesystem.com/callback.php?id=653. Your IP when you joined our list was 162.158.78.92. If you did not join our list OR you are receiving
excessive emails Click Here to Report Spam to the company that monitors our account.

# ATTACHMENT  B

PX 9, pg. 9

From: Justin Verrengia <9571@digitalincomesystem.com>
To: ▮
Sent: Sun, Sep 15, 2019 8:33 pm
Subject: Brand New HIGH TICKET Program - FREE Traffic - Closers INCLUDED (And A 24 Hour BONUS You Can't Miss!

**We get it.** You want to make **more money.**

You know that money is online, but you aren't sure how to get it.
Well **get ready** , because **this is what you've been waiting for.**

- **Instant High-Ticket Commissions**
- **We Close Your Sales By Hand**
- **Done-For-You Traffic Sources**
- **High-Converting Sales System**
- **Free Website Traffic For Life**
- **No Admin Or Monthly Fees**

Do we have your attention yet???

**Stop** clicking around the internet, looking for the latest pitch.
**This** is your **ticket** to **success.**

## No Button? PRESS HERE

Copyright Digital Income System.
All Rights Reserved.

6619 South Dixie Highway #329, Miami, FL 33143 United States

To stop receiving emails from us click here to unsubscribe

You are receiving this email because you subscribed to our mailing list on 09/15/19 at 8:33pm EDT by filling out the form at
http://digitalincomesystem.com/callback.p\p?id=653. Your IP when you joined our list was 162.158.78.92. If you did not join our list OR you are receiving
excessive emails Click Here to Report Spam to the company that monitors our account.

# ATTACHMENT  C

**PX 9, pg. 12**

From: Justin Verrengia <9571@digitalincomesystem.com>
To: ▮▮▮▮▮▮▮
Sent: Tue, Sep 24, 2019 9:15 pm
Subject: One is the most dangerous number.

Hey it's Bill, founder of the Digital Income System here to give you a quick warning!

Beware of the number one.

Why?

Because if you only have one of something you are at risk.

One (Income) from one source - your job.

One bank account

One ad source

One lead source

One of anything related to your -Cash-Flow-

The moment something happens to that one thing, you're left with NOTHING.

I don't want this to happen to you.

I started the Digital Income System to get you out of the serious danger of one.

**Go back to our website, watch the video again if you need to.**

Or you can go directly to our callback page and schedule a consultation with us.

Don't fall prey to the danger of one..

**CLICK HERE TO SCHEDULE A CALLBACK TODAY**

Bill

6619 South Dixie Highway #329, Miami, FL 33143 United States

To stop receiving emails from us click here to unsubscribe

You are receiving this email because you subscribed to our mailing list on 09/24/19 at 9:15pm EDT by filling out the form at
http://digitalincomesystem.com/callback.php?id=653. Your IP when you joined our list was 162.158.78.92. If you did not join our list OR you are
receiving excessive emails Click Here to Report Spam to the company that monitors our account.

# ATTACHMENT  D

PX 9, pg. 14

From: Derek Jones <coachderek@digitalincomesystem.com>
To: ▉▉▉▉▉▉▉▉
Sent: Sun, Sep 22, 2019 4:57 pm
Subject: ATTENTION : DIS Join Instructions 5K- Professional

Hey there Linder!
It was great speaking to you today and **congratulations** on your decision to join
the **Digital Income System**.
Member ID# 9571 ( *Justin* Verrengia   ) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your
convenience.
The total amount for **Level III** is: **$5,000.**
(Coach's Note: **Authorize Upgrade** to **12k (Ambassador)** Level: **DJ378S12U25)**

——

Instructions to join Digital Income System at **Level III:**

 **Step 1)**  Please get 1 cashiers check for the amount of $2500 made payable to:
*Justin* Verrengia

**Step 2)** Get a 2nd cashiers check for the amount of $2500 made payable to:
 *Digital Income System Inc.*

**Step 3)** Mail all checks to:
Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143
*Send funds via FedEx / UPS Overnight or USPS Express mail*

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS
receipt.
My email is:  **coachderek@digitalincomesystem.com**

**Step 5:** Once you've sent the two payments to the address above, fill out the **order
form** at:
**http://digitalincomeform.com**

**\*Note:** Your referral ID # is: **9571** and your coach's name is **Coach Derek\***

——

Once our DIS administrators have received your completed order form and your mailed
payments, we will set up your marketing suite with your join bonus at the
Ambassador  **($12,000) Level.**

We will also email you login details which contain your own user ID # and detailed instructions for starting your first advertising campaign. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me with any questions during this process.
Looking forward to your success on our team.
--


Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

# ATTACHMENT  E



**CASHIER'S CHECK**

88-7502
2560

No. 0000239852

**NORTHWEST**
FEDERAL CREDIT UNION
PO BOX 1229 • HERNDON, VA 20172-1229

VOID AFTER SIX MONTHS
09/24/19

*** TWO THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS ***

$2,500.00

PAY EXACTLY **2,500** Dollars **00** Cents

TO THE
ORDER OF

DIGITAL INCOME SYSTEMS, INC.
REF:LINDER D CAROTHERS

AUTHORIZED SIGNATURE

SECOND SIGNATURE REQUIRED FOR $50,000 OR MORE

**PX 9, pg. 18**

# ATTACHMENT  F

PX 9, pg. 19

From: Digital Income System Customer Support
<customersupport@digitalincomesystem.com>
To: █████████████████████████████
Sent: Fri, Sep 27, 2019 2:35 pm
Subject: DIS Login info

Hello Linder ,

Welcome to the DigitalIncomeSystem!   Your personal Referral
ID# is:
 Your Capture Page URL is:
 Your system is already set up to receive traffic and our
consultants are standing by, ready to engage your potential
buyers.
  Because we only purchase top-tier, live website traffic, the DIS
Automatic Traffic Rotator may take a few days to start
delivering new traffic to your website. Please remember that
this traffic is a special bonus from our team to you, and is
meant to supplement but not to replace your own traffic and
efforts.
 Our list of "Done For You" traffic sources is outlined in the back
office. Simply click the button that says **"Get Traffic Here"** to
access our exclusive traffic resources.
  To be successful you have to be consistent with your
advertising. The secret to success is filling up your pipeline with
prospects and letting the system and our coaches work on your
behalf.   If you need assistance or have questions, please send
an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.
 Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.

You can log into your account here:  Login link:

Log in with this email:　　　　　██████████████

And type in this password:　　　　███████

 (Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,
how to access a few basic features, and most importantly, how to start your first marketing campaign.

Welcome again from the DIS team, we look forward to working with you and to your continued success!

 -DIS Admin

# ATTACHMENT  G

From: Customer Support Team <support@bizsitesupport.desk-mail.com>
To: ████████
Sent: Wed, Nov 20, 2019 9:09 am
Subject: Re: Customer Support Center - Linder Carothers


Type your response ABOVE THIS LINE to reply

**linproptey**
**Subject:** Re: Customer Support Center - Linder Carothers

NOV 20, 2019 | 09:09AM EST
**Customer Support Team** replied:
Hey there Linder, leads will be contacted once they request a callback, you can see when they requested a callback because they will have a blue button next to their name. Leads are followed up with both emails and SMS with the preloaded autoresponders. Once a lead request a callback they will be contacted within 24 hours. Thank you so much and have a great day!

-Customer Support Team

NOV 20, 2019 | 12:40AM EST
Original message
**eruoiue** wrote:

Customer Support Center



Name Linder Carothers
Email ████████
Phone Number ████████
Enter Your Support Request
normal">Help with understanding how the contacts
section works...leads, how and when they are contacted. Example, among mine is
one that I know whose information was submitted, however, there has not been
follow up in any way from DIS.<span style="font-size:12.0pt;font-family:
"Times New Roman","serif";mso-fareast-font-family:"Times New Roman"">

normal">When joining my coach Derek informed me that leads would be
followed up on automatically, that does not appear to be the case.

normal">Will someone please explain the action taken, or lack thereof with
my leads. Thank You.

You can edit this submission
(https://www.jotform.com/edit/4500376178028936052?utm_source=emailfooter&utm_mediu
m=email&utm_term=83304924673157&utm_content=edit_submissions&utm_campaign=noti
fication_email_footer_submission_links&email_type=notification) and view all your
submissions
(https://www.jotform.com/submissions/83304924673157?utm_source=emailfooter&utm_med
ium=email&utm_term=83304924673157&utm_content=view_all_submissions&utm_campaig
n=notification_email_footer_submission_links) easily.

---

This message was sent to ██████████ in reference to Case #: 61765.

# ATTACHMENT  H

PX 9, pg. 25

From: ████████████
To: customersupport@digitalincomesystem.com <customersupport@digitalincomesystem.com>
Sent: Wed, Sep 16, 2020 11:54 pm
Subject: DIS - Unable to Login

Despite receiving the below email from DIS, I followed instructions and set up my account, established a permanent password and was able to access my account however, when attempting to login a few minutes ago the bottom message was seen.

Your assistance is requested.


Linder Carothers


# -----Original Message-----

From: Digital Income System Customer Support <customersupport@digitalincomesystem.com>
To: ████████████
Sent: Fri, Sep 27, 2019 2:35 pm
Subject: DIS Login info

## Hello Linder ,


Welcome to the DigitalIncomeSystem!  Your personal Referral ID# is: 6210

Your Capture Page URL is: http://digitalincomesystem.com/6210

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

 Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special

1

**PX 9, pg. 26**

bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says "**Get Traffic Here**" to access our exclusive traffic resources.

To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email

to:      customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.


You can log into your account here:  Login link: https://digitalincomesystem.com/admin/login.php


Log in with this email:          ███████████████

And type in this password:      ████████


(Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.


Welcome again from the DIS team, we look forward to working with you and to your continued success!


 -DIS Admin

I attempted to login into my account and received the following message



# Next, Check your email.



## That email does not exist in our syster

**Back to Login Screen**

For Customer Support: http://getsupporthelp.com

Terms and Conditions  Privacy Policy  Earnings Disclaimer



# ATTACHMENT I

From: MAILER-DAEMON@yahoo.com
To: ████████████████
Sent: Wed, Sep 16, 2020 11:54 pm
Subject: Failure Notice

Sorry, we were unable to deliver your message to the following address.

<customersupport@digitalincomesystem.com>:
550: 5.1.1 The email account that you tried to reach does not exist. Please try
5.1.1 double-checking the recipient's email address for typos or
5.1.1 unnecessary spaces. Learn more at
5.1.1 https://support.google.com/mail/?p=NoSuchUser s194si12000103ilc.138 - gsmtp

— Below this line is a copy of the message.

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1600314863;
bh=rJBGuxyjCDYjlbw3YzI/D1vrdg1Kg6Rri/JqQyOpRXw=; h=Date:From:Reply-
To:To:Subject:References:From:Subject;
b=sV3ZcaVH4cajsLHKJ1TSQBsa/oJ1th7137bh8PiDcs3z/akvZ+4i4idgrHrALSEXbN4jrCxgnXNNPfvc+1rp
2zkv6MABaXYftsCiw7kar81JJiTcPGA3b3Wv+H+rlFMyDFPyP3gV5LVHUHy98uuYvctOhcMUgnBYLhq0k
qif+6WRixXAHDU1uGIMA4BNhVFI0CI9OIYqQMgx70kwZ0kTERn4Qpv3ihAilts1K5KhKRYYCFjJGF4BSq
8mPJurC6atu8Op+SeeqSJSbCb/RC/LMRMmS+elasa8QRgf1buH1Lc/3/z5OPr7+iwpHjzYxAoqlwx6tqHH6
WbhLCG3ebzIrw==
X-YMail-OSG: gqIKsZQVM1k0.tnEQoStd2J9Z_9ruzq0yFeKD0soNXs1iwuWSq93bbgOh9CAOyY
nV.ZD6qgYv.KuVTEFItuzyvCcqpoTGeeRWPywIuNMGag7SLd9N8dMUEgk9_QYJLElZ9Oxnw4Zc2l
KFyE0rPykBo2etrLuONcu0ytgnH2A4n8DRjBbYSHzaLK1HFfYx6xKiL.OD8hfvwlxSq8SF1aWsHX
8nUfec9W5HLiwW.tJ2KnEap5GJKNzRN1N1q14j24VfvQ3okv5QK_ewHdm.HRzBlXEmPgwYB5IDQz
jdT2PAfVSdEQw8d9zPI5DV7XBW3i0Blsvr7fOdiNPAAohAmbXD.yBUSycBdajLXVxRbsv961BJt9
89QFCQMo6JecOr3rMP9Tda3Bxbg.1WJQ3pZNYSHaGJL.qgSK_qCBosOEQ8F.qHZ9yN0Gd6gQLRuq
QawiX_jYFsPQ1H1h3QRmNzNlkJATl0jddI5GdjRFHOrg_DnpUCk5RF0o_zpksD8GlfFh1QZ4.06x
25ATg11FCnQpBkl7d8ixmZMOWeiFIRGjUg8yAecKzlCv9mAmX3orDl43zyySvsPFyP__ZJLYo8M5
D6SwSRnDrlRHG0byzL2M4rhks3co67nz2j8GYhmHDS6ipgw1_PSDI_OFjBj1zuOGkWQ1LPcQSoSt
JCeJeQltUz33rTqrTgEsA1uGIP_onKSxvBFHrDkbNLpiEmfxLZODDcwphyNFLIhKhEFGof958hxG
xzSY3lk8tAoqgxCtfhr_p0n1cosZWEO6Sb2SHChev4cMiuEbMEdhXa0c8VbyyZaBldia2OCl1aci
jlylrVKcxhIrswSYADvR5eDuNTBe0xsisvdB9Er.Z07NlSHeGJE2CBsefNzs7eQwbB158WcTDh2G
_1tdlvFQAmDBN9BeXGGi4A6HpTGkYC1YDB85U6HXPUvRczV.zusKSMXw.fUNnUBDZ_loI0gpfhWZ
MDfbNNikIpql2Sxf_D4p4Y.ejywYeaBL2LDTtUA0ySUq82bNrQDUb4HJyWgnt3piPT5YJSJ8.pMs
.4yQi0txeGuQa_A.tEERO6QusjmgT_vtVv83SBZj6f6YRRyo_OUwuoGof1bNKpHhls0Cycfwvmpv
J3Bstp8xaQWY_VIEAQY6ZGIOcwc7.C4eX_FxxGJpHK0WrUbanqnmg.FFRapM5MzVEmeXeDo2cetg
AVmhAvaY9xAqi6hjoBFueW3sCsVOTYNNwtK_oYOtTgRwMROm4gcSYe9ngf20kmAUcWv26g70iDv6
9rWCDYISeisEkvV2hxvFZbkdRp87hzx88FL1PdhTnUuZ05_M8IAQ291Xz6rPWW2Cwcl0AFLyCwyj
BFDwFt8_Gyh7iQRjYnyn7l3gvr51djqh1QUS0xyRFvhJG8JU1Efdw.M7wsol4s_N.mZWYi0aLUBb
Tp8ZiC4_NFjN9aNj_9RVQoOANyftDLA--
Received: from sonic.gate.mail.ne1.yahoo.com by sonic314.consmr.mail.ne1.yahoo.com with HTTP; Thu,
17 Sep 2020 03:54:23 +0000
Date: Thu, 17 Sep 2020 03:54:20 +0000 (UTC)
From: ████████████
Reply-To: ████████████
To:
   "customersupport@digitalincomesystem.com" <customersupport@digitalincomesystem.com>
Message-ID: <1895891248.3317889.1600314860993@mail.yahoo.com>
Subject: DIS - Unable to Login
MIME-Version: 1.0
Content-Type: multipart/alternative;
   boundary="----=_Part_3317888_1641179260.1600314860984"
References: <1895891248.3317889.1600314860993.ref@mail.yahoo.com>

X-Mailer: WebService/1.1.16583 aolwebmail Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/85.0.4183.102 Safari/537.36
Content-Length: 200922

------=_Part_3317888_1641179260.1600314860984
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

Despite receiving the below email from DIS, I followed instructions and set=
up my account, established a permanent password and was able to access my =
account however, when attempting to login a few minutes ago the bottom mess=
age was seen.
Your assistance is requested.

Linder Carothers

=C2=A0-----Original Message-----From: Digital Income System Customer Suppor=
t <customersupport@digitalincomesystem.com>
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Fri, Sep 27, 2019 2:35 pm
Subject: DIS Login info

Hello=C2=A0Linder=C2=A0,=C2=A0Welcome to the DigitalIncomeSystem!=C2=A0 =C2=
=A0Your personal Referral ID# is:=C2=A06210=C2=A0Your Capture Page URL is:=
=C2=A0=C2=A0http://digitalincomesystem.com/6210=C2=A0Your system is already=
set up to receive traffic and our consultants are standing by, ready to en=
gage your potential buyers.=C2=A0=C2=A0=C2=A0Because we only purchase top-t=
ier, live website traffic, the DIS Automatic Traffic Rotator may take a few=
days to start delivering new traffic to your website. Please remember that=
this traffic is a special bonus from our team to you, and is meant to supp=
lement but not to replace your own traffic and efforts.=C2=A0Our list of "D=
one For You" traffic sources is outlined in the back office. Simply click t=
he button that says "Get Traffic Here"=C2=A0to access our exclusive traffic=
resources.=C2=A0=C2=A0To be successful you have to be consistent with your=
advertising. The secret to success is filling up your pipeline with prospe=
cts and letting the system and our coaches work on your behalf.=C2=A0 =C2=
=A0If you need assistance or have questions, please send an email to:=C2=A0=
=C2=A0 =C2=A0 =C2=A0A0customersupport@digitalincomesystem.com=C2=A0=C2=A0=C2=
=A0Our DIS support team is always available to assist you technically, and =
if needed, to forward your request to a business consultant.=C2=A0=C2=A0=C2=
=A0Because our consultants are engaged with your leads and spends most of t=
heir time on the phone with potential customers, please make sure you do no=
t contact them directly until you have given our customer support staff a c=
hance to resolve the issue for you.=C2=A0You can log into your account here=
:=C2=A0Login link:=C2=A0https://digitalincomesystem.com/admin/login.p=
hp=C2=A0Log in with this email:=C2=A0 =C2=A0 =C2=A0 =C2=A0 =C2=A0 =C2=A0 =
=C2=A0 =C2=A0=C2=A0=C2=A0 =C2=A0 =C2=A0A0▮▮▮▮▮▮▮▮▮▮▮▮=C2=A0And type in =
this password:=C2=A0 =C2=A0 =C2=A0 =C2=A0 =C2=A0 A0 support1=C2=A0=C2=A0=C2=
=A0(Your login password can be changed in the account section, after your f=
irst login, if desired).=C2=A0=C2=A0=C2=A0=C2=A0When you log in, be sure yo=
u watch the fast start video because it will show you how to navigate the b=
ack office,how to access a few basic features, and most importantly, how to=
start your first marketing campaign.=C2=A0=C2=A0=C2=A0=C2=A0Welcome again from t=
he DIS team, we look forward to working with you and to your continued succ=
ess!=C2=A0=C2=A0=C2=A0 =C2=A0-DIS AdminI attempted to login into my account and re=
ceived the following message

```
------=_Part_3317888_1641179260.1600314860984
Content-Type: text/html; charset=UTF-8
Content-Transfer-Encoding: quoted-printable


<div style=3D"color:black;font: 10pt arial;">
<div style=3D"font-family: arial, helvetica; color: black;">
<div id=3D"yiv7505899387" style=3D"">

<div style=3D"font-style: normal; font-variant: normal; font-weight: normal=
; font-stretch: normal; line-height: normal; font-family: arial; color: bla=
ck;">

<div style=3D""><font size=3D"3">Despite receiving the below email from DIS=
, I followed instructions and set up my account, established a permanent pa=
ssword and was able to access my account however, when attempting to login =
a few minutes ago the bottom message was seen.</font></div>

<div style=3D""><font size=3D"3"><br>
</font></div>

<div style=3D""><font size=3D"3">Your assistance is requested.</font></div>

<div style=3D""><font size=3D"3"><br>
</font></div>

<div style=3D""><font size=3D"3"><br>
</font></div>

<div style=3D""><font size=3D"3">Linder Carothers</font></div>

<div style=3D""><font size=3D"3"><br>
</font></div>

<div style=3D""><font size=3D"3"><br>
</font></div>

<div style=3D"font-size: 10pt;"> <span style=3D"background-color: rgb(=
255, 255, 255); font-family: arial, helvetica; font-size: x-large;">-----Or=
iginal Message-----</span></div>
<font size=3D"5" style=3D"font-size: 10pt; font-family: arial, helvetica; b=
ackground-color: rgb(255, 255, 255);">From: Digital Income System Customer =
Support &lt;<a href=3D"mailto:customersupport@digitalincomesystem.com" rel=
=3D"noopener noreferrer" style=3D"text-decoration-line: underline; color: b=
lue;">customersupport@digitalincomesystem.com</a>&gt;<br>
To: linproptey &lt;<a href=3D"mailto▊▊▊▊▊▊▊▊▊▊▊▊▊" rel=3D"noopener no=
referrer" style=3D"text-decoration-line: underline; color: blue;">▊▊▊▊▊▊
▊▊▊▊▊</a>&gt;<br>
Sent: Fri, Sep 27, 2019 2:35 pm<br>
Subject: DIS Login info<br>
<br>
</font><span style=3D"font-family: arial, helvetica; background-color: rgb(=
255, 255, 255); font-size: 10pt;"></span>
<div id=3D"yiv8945382227" style=3D"font-size: 10pt; font-family: arial, hel=
```

vetica; background-color: rgb(255, 255, 255);">
<div dir=3D"ltr">
<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">Hell=
o </span>Linder <span style=3D"font-family: Calibri, sans-serif; =
color: rgb(26, 26, 26);">,</span></span><span style=3D"font-family: Calibri=
, sans-serif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;</span></span><span style=3D"font-family: Calibri, sans-serif; color: rgb=
(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">Welc=
ome to the DigitalIncomeSystem!   Your personal Referral ID# is:&=
nbsp;</span></span><span style=3D"font-family: Calibri, sans-serif; color: =
rgb(26, 26, 26);"></span><span style=3D"font-family: Arial, Helvetica, sans=
-serif;">6210</span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p2" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s2"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;Your Capture Page URL is: </span></span><span class=3D"yiv8945382227=
gmail-m-3480001258504290675m-1560740142454145818gmail-s2"><span style=3D"fo=
nt-family: Calibri, sans-serif;"> </span></span><a rel=3D"nofollow" ta=
rget=3D"_blank" href=3D"http://digitalincomesystem.com/6210" style=3D"text-=
decoration-line: underline; color: blue;"><span style=3D"font-family: Calib=
ri, sans-serif; color: rgb(17, 85, 204);">http://digitalincomesystem.com/62=
10</span></a><span style=3D"font-family: Calibri, sans-serif;"></span></fon=
t></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;Your system is already set up to receive traffic and our consultants are =
standing by, ready to engage your potential buyers. </span></span><spa=
n style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);"></spa=
n></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p; Because we only purchase top-tier, live website traffic, the DIS Au=
tomatic Traffic Rotator may take a few days to start delivering new traffic=
to your website. Please remember that this traffic is a special bonus from=
our team to you, and is meant to supplement but not to replace your own tr=

affic and efforts.</span></span><span style=3D"font-family: Calibri, sans-s=
erif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;Our list of "Done For You" traffic sources is outlined in the back office=
.. Simply click the button that says "<b>Get Traffic Here"</b> to acces=
s our exclusive traffic resources.</span></span><span style=3D"font-family:=
 Calibri, sans-serif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p; To be successful you have to be consistent with your advertising. T=
he secret to success is filling up your pipeline with prospects and letting=
 the system and our coaches work on your behalf.   If you need as=
sistance or have questions, please send an email to:      &n=
bsp;</span></span><a rel=3D"nofollow" ymailto=3D"mailto:customersupport@dig=
italincomesystem.com" target=3D"_blank" href=3D"mailto:customersupport@digi=
talincomesystem.com" style=3D"text-decoration-line: underline; color: blue;=
"><span style=3D"font-family: Calibri, sans-serif; color: rgb(17, 85, 204);=
">customersupport@digitalincomesystem.com</span></a><span class=3D"yiv89453=
82227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><span style=
=3D"font-family: Calibri, sans-serif; color: blue;">  </span></sp=
an><span class=3D"yiv8945382227gmail-m-3480001258504290675m-156074014245414=
5818gmail-s1"><span style=3D"font-family: Calibri, sans-serif; color: rgb(2=
6, 26, 26);"> </span></span><span style=3D"font-family: Calibri, sans-=
serif;"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><span style=3D"font-family: Cal=
ibri, sans-serif; color: rgb(26, 26, 26);"><font size=3D"5">Our DIS support=
team is always available to assist you technically, and if needed, to forw=
ard your request to a business consultant.  </font></span></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;</span></span><span style=3D"font-family: Calibri, sans-serif; color: rgb=
(26, 26, 26);">Because our consultants are engaged with your leads and spen=
ds most of their time on the phone with potential customers, please make su=
re you do not contact them directly until you have given our customer suppo=
rt staff a chance to resolve the issue for you.</span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><span style=3D"font-family: Cal=
ibri, sans-serif; color: rgb(26, 26, 26);"><font size=3D"5"> </font></=
span></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=

an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">You =
can log into your account here:  Login link: </span></span><=
a rel=3D"nofollow" target=3D"_blank" href=3D"https://digitalincomesystem.co=
m/admin/login.php" style=3D"text-decoration-line: underline; color: blue;">=
<span class=3D"yiv8945382227gmail-m-3480001258504290675m-156074014245414581=
8gmail-s3"><span style=3D"font-family: Calibri, sans-serif; color: rgb(16, =
60, 192); text-decoration-line: none;">https://digitalincomesystem.com/admi=
n/login.php</span></a><span style=3D"font-family: Calibri, sans-seri=
f; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;</span></span><span style=3D"font-family: Calibri, sans-serif; color: rgb=
(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">Log =
in with this email:               &=
nbsp;</span></span><span class=3D"yiv8945382227gmail-m-3480001258504290675m=
-1560740142454145818gmail-s1"><span style=3D"font-family: Calibri, sans-ser=
if;">     </span></span><span class=3D"yiv8945382227gmail-m-=
3480001258504290675m-1560740142454145818gmail-s1"><span style=3D"font-famil=
y: Helvetica, sans-serif; background: rgb(242, 242, 242);"><a rel=3D"nofoll=
ow" ymailto=3D"mailt█████████████████" target=3D"_blank" href=3D"mailto:=
█████████████████" style=3D"text-decoration-line: underline; color: blue;"=
>█████████████████</a></span></span><span style=3D"font-family: Arial, san=
s-serif;"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;</span></span><span style=3D"font-family: Calibri, sans-serif; color: rgb=
(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">And =
type in this password:            support1</s=
pan></span><span style=3D"font-family: Calibri, sans-serif; color: rgb(26, =
26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;</span></span><span style=3D"font-family: Calibri, sans-serif; color: rgb=
(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=

"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;(Your login password can be changed in the account section, after your fi=
rst login, if desired).   </span></span><span style=3D"font-=
family: Calibri, sans-serif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p3" style=3D"margin: 0in 0in 0.0001pt;"><font size=3D"5"><span class=
=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s5">=
<span style=3D"font-family: Arial, sans-serif; color: rgb(26, 26, 26);">&nb=
sp;</span></span><span style=3D"font-family: Arial, sans-serif; color: rgb(=
26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">When=
you log in, be sure you watch the fast start video because it will show yo=
u how to navigate the back office,</span></span><span style=3D"font-family:=
Calibri, sans-serif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">how =
to access a few basic features, and most importantly, how to start your fir=
st marketing campaign.</span></span><span style=3D"font-family: Calibri, sa=
ns-serif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p;  </span></span><span style=3D"font-family: Calibri, sans-serif=
; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">Welc=
ome again from the DIS team, we look forward to working with you and to you=
r continued success!</span></span><span style=3D"font-family: Calibri, sans=
-serif; color: rgb(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nb=
p;</span></span><span style=3D"font-family: Calibri, sans-serif; color: rgb=
(26, 26, 26);"></span></font></div>

<div class=3D"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818=
gmail-p1" style=3D"margin: 0in 0in 8.05pt;"><font size=3D"5"><span class=3D=
"yiv8945382227gmail-m-3480001258504290675m-1560740142454145818gmail-s1"><sp=
an style=3D"font-family: Calibri, sans-serif; color: rgb(26, 26, 26);">&nbs=
p; </span></span><span style=3D"font-family: Calibri, sans-serif; colo=

r: rgb(26, 26, 26);">-DIS Admin</span></font></div>
</div>
</div>
<font size=3D"3" style=3D"font-size: 10pt;">
I attempted to login into my account and received the following message</fo=
nt>

<div style=3D"font-size: 10pt;"><font size=3D"3"><br>

</font></div>

<div style=3D"font-size: 10pt;"><img src=3D"data:image/png;base64,iVBORw0KG=

goAAAANSUhEUgAABVYAAAMACAYAAADPPjzCAAAgAEIEQVR4Aey9CXgdxZ32SzzJ37ndnbvJ9d75v=
Jk7CFggkAcPMMEkmTELAQGICcVYIlQ4DBMLiYExgYkww+wAJBMcYG4PxAl4w2BiDjG284QVbkmV=
Llix5kbxJ3iQvsnbbWv2/z7+6q7uqejl9zukjHUnveR6pt1rf+nV1n/dUV5+2ZZ+Zrf3lX5t+nVx=
uP08nWNurs6iJ8oAAU6DkF+Bzkc5HPyYOHapM6l5M57xE2uX4SekEkvMAAGwAAYAANggAAyyAATAAB=
sAAGAADfZ+B05Jp5PrG5p5zkJAzF1ACCRWob2lGiuGrzijXj0XJi9lEI2/cvimhjtDEYANgGAyAATA=
BsAAGAADYAAMRGUgsrHa2tae0NRBACgABXpegdbWdpirMFFfBABgAA2AADIABMAAGwAAYYANgAA=
y=
AATCQYQYiGav1DU097xahBFAACkRWoK6hKkbDbOc3dlRxR2LOovPAiHXwPBABgAA2AADIABMAAGw=
A=
AYAANgAAyAgd7GQEJj9WDN0chmDgJCASiQPQocqDkaq7na2z2o3lBcXZDAABsAAGAADYAAMgAEwA=
=
AbAABgAA2AgkwwkNFabmo9nj1OEkkABKKBBZAX6hVSY7D6D6SNixMYAANgAAyAATAABsAAGAADYAA=
M=
gAEw0J8ZSGis8hvH8YECUKD3KXDyyFtqxmpVDBeFONIIrmX6gP3faqHsMflKt1PoG6AbdwAAYAAN=
gAAyAATAABsAAGAADGgMJjdWuU6d6n6OEEkMBKKECdnV3ayQ5DDoYcGGAADYAAMgAEwAAbAABg=
AA2=
AADIABMAAG4mMgobEKfwwkoKQIHeq0BSnWUmRplmlk38OgbDHAyAATAABsAAGAADYAAMgAEwAAb=
AA=
BjIAgYyYqzWLy+jkn95hCrumkJtB+ocV+pUV5e1jIGwjiZYgQKZ2CVCApYzULOiSUN75fzaAltAQD=
YAAMgAEwAAbAABgAA2AADICBdBk47bTTKOwv3fTjjn/6GWfQwsXLAk1nPsZh4So3v8bqrj/Mooo=
v3E8bPz+cKm96IRo/LKbOppOaf3vaqQCYUiKqQDq4Dq4Gi0GTmWKgQiYYYANgAAyAATAABs=
AAGOh/DLCpGtTuYceC4mR6vzRO/czVsGOplisjxmrZqqJX0yyedG04Yz76U933iafjtwylWpGvUPNq=
7dTR2MLddQ2UmfzzIUz4SEgTCkABRYFUO4aweL+95166c9jwwl41LC6O9b+LMNocbQ4GwAAYAANg=
AAyAATAABsAAGOh9DISNUpWgG9qxmW/v6Gah+++lod0aM1V2jiuj9f5hK71/8lu2++TXaNehP1HT=
7dDr0yGw6UbabTh5pJuq0pwUgouRGr1bTh/deTZcNUv7u/YBqFTOp9v376LKXNil7/FejhINjc5=
yR71eru+z1TTRh0MtU5nMk63YYYVvazo10vKrInoZWBCkRYYgwxtHaO3zw+j+B/9Aox97gp57fhZZa=
cxwilkmH0cnYaYhzz1zP7Z734USbYY2AwNgAAyAATAABsAAGAADYAAMgAE/BsJMU3hIMLvxkc/3s9iv9/Q+=
1UhV1+MuV0aM1X2PinD6z71L73xnCnWe7KC6tl+OpdsxHdHxLDTW/dZsZ2OLDxLyfl+07uYSG0G7BrCLTJl=
riVbYVLuPPIS8TWGGQpmtqstKY0Yzt1cZq9Qc0UtWq+gP6MAVTsuylq6l7zUyVC4MBbs05q0FTXXX=
3DsHeTYmP1BcqXbn79JsqZslYOuwFSXrvphpH07J+f98TnfXws2U/cHQanB2MVF91MclU0wRUYYA=
ANgAAyAATAABsAAGAADYYCB7CB7GAGOgAgJUXBGQwlAqWdpPqpdJ0V9mTJp4f8+jToU87Tp=
42N0ZGgxNa86QSVEvNJwkkg61dRKdckevJjaODFPNjhA8kjRxiJJEfzFWl9YkzkWpFZ2SPxCJ61hB=
6PBljleppy7z3qKIpNMVIB18aP0EYl6q5yutsZvKxZD/pdA5BcVVGsZs+FLqiNsB9tBAbAABgAA2=
AADIABMAAGwAAYyA4G2Hyf8M8t8bpppmNE8dt07RVmmspipci1tZZZ+f 16xG66u6HC2nnF5bR2ri+r=
Jit8R+l4CSonyri+nco=
f9TRO0HJt0OBxd4jpa0HCC1jcd70pprmLlpd10pbjZdbBRtlASaaYoTpJis7oi+nDXiZPIQe5Xfsre+f=
fcACOfW0gfi+iL8T+1Pcnj1nj=
W6NhrVGwbjz5iL8Tx1NAZSoAuyxlPCWByFsfYUtqfs6oSK6XzO9qqfbfSsZWK69eCRom759LQ5rDS=
+ gkfWXu2ZzkCkp47Y5TqIka16uThvNY/LZFeJm3Q07+2Apdcmp26iTEr9VUu+v1ajCgtL1olpCySG=
3c0cne+pEW329krjFiVTFWT+5aTYs/Wkpr1q6jok37Sc4k3NXaTB0dHR5q/HY88yfl5Y7u/B/ly=
C+Vj+xM4IxKDeNME2IlxwUf7YY2AANgAgYAATAABsAAGAADYAAMgATFmlMw0lcEkMh7a0uKuakQmJ=
uMuakRGre/5Y9RBWf/4g2D1pKp9r8t8AhZKvtBz0+Fndrt8xIsHxQfoPxczG8I8l8H8fkSo80=
1Py3dwUYLXNEbrvhilTZqRqLMi2yYTEzfOEoYYlvNI67Yd5SA5ppKUw713i1CDeB8kLaZmi9XKk=
afPKambRmwslABOonDVn5skLnGplJ+tc4Bl1y1vBTtRfJKHFG+Qdl8tc1hqTOHk8aslHakpVt+Y=

fKpaQSWRa+flY2pkRLGTEcrl2GsVi2nl+eV0nEtDFH7kQraX99ORK10ouEE+Z8JRiR70zJXrxlm=
eaqmKieVbofBL6qSRmqiJV5ohYtvurwhPhgCA2AADIABMAAGwAAYAANgAAxkBwNhpikfk3/Z2F5=
+RqrfvjjKnhlj9ZEiqvjiEir/4Vo61WY95t91yrWVVWjo6adreWro8dyd9PXc3Xbn5MP1880Eqa2=
71d5m0vaYZZh9kI8w27FzDVDHK7GDuMd0w9RqrtgkoR7t60tYKRR5jNcDsU/N3U9hEE9TwfEAx9=
jQTUzVwOZxjYhpmo11u1zh1c3PXrDrKMG4+isZcDsUklnHdsHYZpE5yaddHr6+SLiek1FGmK5Z2=
npaRZ5rQlqlyzy7XQRq3YWWx9dF0NtpYlN1OK6hsooDmy6uWkzvl7xHa7oxYLabyw2y3dlBrcwN=
1dESf8kKOVP3OoKt951zV9ArZSLeTSMZY5bDp5of42XEBRTugHcAAGAADYAAMgAEwAAbAABgAA/=
2bgUTGarbyEWaghh1LtT4ZMVZ3PVxlNedvoB0/WEddrZ2kmqrv799J319dSucs205fWr6dzlxQR=
L/fvl/2nmgLsYfUQ4Y5Zx9io08dxSnWfcwx1ehT112DkhP0MetiMlY1Q9KpVlzGqmlwOmknWHGM=
Wdvo5HqybnZ9ZWzWio1OrwmrmrsytLvUNDbnQvVpHzdm2JrBgFoHdd0vCc6TDVRRP25nP+M2xPQ=
VaRojVp18aqhk3mraJ4euNu23jVU7QMS5hKWpyiNVrZGrqZurqXYMYfHkyNWwMDjWvy/AaH+0Px=
gAA2AADIABMAAGwAAYAANgoHczIEekBi2ztX0TvahKmqtxlT92Y5XHpe5+cCMd/VERNa2Xr00nW=
l97kH6VP49OX5BDpy/cRl/8oJB+vGorrTnU4NhSp5RRrc5Oz4phqpE956cyEtE186xRitlMtAxT=
HwOW81ANOWG+uYYbm6FyTk43bbNgiklnGobqNufjMfOsckpjmFNWjWLdjFXyMcqtltMsnbNd9LJ=
jjvl+YZg6JiqXw5qH1tXMialppJVJ6OVv6up6GW2n6qJkk3jVSEcYtrbpG1IWN12poVd3J0xo2Q=
KM1aZy+mReCdXZiTTvkyNWnVQTrsiXV6mP/0tzFS+v6t0Xpbg6baQDDsAAGAADYAAMgAEwAAbAA=
BgAA2AADGQHA7Ebq+wctW9tpDW1h+nh4+W0rbGWRhWvpLMXvExnLJ1Bp3+4mb6zrlxm7DlMnbaR=
ymasO1FAlu/JMsPkqDmxdlxBK65m5gmjzX2pku/Lq0Q0Nts4nGUQCpPSfqx9wksvx2esSjPTTtu=
dY1Tmb5dVqZNmYgZOBcCVMLVxzWFXVSOMYkhzGGG0qvuEEezqJ1/iJYxoroMMq4ULMK8zNWKVC
6=
4a1r5l0fV1jWN9v11MfRUs3rFQxwFhI/YrnOy+v2r9PjljIOVZ5KoDEL6+6/pe/EqNUZU5yyeYqH=
0v2k4mOVp57mUgbaWbHhQHtgHYAA2AADIABMAAGwAAYAANgAAyAATCQmIHYjdUdbc004eReuvR
g=
HI1cuoS+sfYdOmPZFDp9yat0wcKP6ZnSajp80p1LtSu6o5qsp+QbXjcpfYP0652aKd2vlegblc9=
EJwhjNXHHmgndkSZ0BwNgAAyAATAABsAAGAADYAAMgAEwkF0MxG6slrU10cPV2+ifq9bSxVs+oi=
+XL6JzCt6mu0vW0JZ6OfkkOaNVu9W+EqNX/UZxdmspsjgzHr3p/0h/FhcaRQtRIBMdLr+kCi+qy=
q6OPBPtjDTRxmAADIABMAAGwAAYAANgAAyAATAABslZiN1YZY9nSsM+urZtD1249SO6YftKWtVY=
41g//CKraHOpOlHSWlEf6ZeP+aeVYB+NLKYAUF5O1Uer2e+qhQ4wvAOEPtAHDIABMAAGwAAYAAN=
gAAyAATAABsAAGEiVgdiNVTZOd7Udpyfrdt Hb9fvpZJc1 rySbqXwMHygABbpPgVQ7BsTDRQUMgA=
EwAAbAABgAA2AADIABMAAGwAAYAAPhDMRurHafZYScoAAUSKRAMh3g7r3hnUUyacmwmUhTpo1l/
=
O0FTaEpGAADYAAMgAEwAAbAABgAA2AADICB6AyEGqt7DxxK5NvgOBSAAImsAJ/D6BCjd4jQCIqB=
ATAABsAAGAADYAAMgAEwAAbAABgAA1EZCDVWDx05IsWWEYoGBaAIgVqjhxL2liNY5RpHGlE7cQ
=
QDhc8MAAGwAAYAANgAAyAATAABsAAGAADYKAnGAg1VusamhL5NjgOBaAFitQV9+UtLHaEx0R8s
=
QFEAyAATAABsAAGAADYAAMgAEwAAbAABjobQwEGquV+2qoo6Mziy0jFA0KQIFECvA53cJfAvg3A7=
1IwAAbAABgAA2AADIABMAAGwAAYAANgoDcwEGis1jc2J/JscBwKQKFieoEB9Qz9mPM1Qy8rmKs3dPAo=
l25EwAAYAANgAAyAATAABsAAGAADYAAMZI4BX2P14KHaXmXoAQpeVeDgoaMwV2GuggEwA
Ab=
AABgAA2AADIABMAAGwAAYAANgIEYGPMYq5lWNalUhHBToXQpgvtXM/UKFX/+gLRgAA2AADIABMA
=
AGwAAYAANgAAyAgf7HwGl79x+i6sO1VFvXSK2tbb3sLKUjpoQAUSEqBk6l4t4lzncx4dfv/r8NHhma=
HMwAAbAABgAA2AADIABMAAGwAAYAAPxMXBaUq4MAkMBBKMAFoAAUgAJQAApAASggBAaAAFIAC
UAAK=
QAEoAAWgAMFYBQRQQAApAASgBaAAFIACUAAKQAEoAAWgABSSAAIAACkCBJBWAsZqkYgAFoBaA
AFIA=
CUAAKQAEoAAWgABSSAAIAACkABKAAFoAAWgABSSAAIAACkABKAA
FoA=
AUgAJJKgBjNyNNUnBrEDyxAp2dncQvSWoKcAHzYKaWoSfiGbGANgABMAAGwAAAgAA2SAf5Ox
=
N+N+DsSf1fCBwpAASgABfqOAjBW+05b9nnhN2to7YKTiZrf3aIzjxwP8eAlGwAAYAANgAAyAATAQ=
IQE2Wvm7Ez5QAApAASjQ+xWAsdr727DHa9De0OUHN3TUytakZxh3MWzAABsAAGAADYAAMgAEwAA
b=
iYaAHv1/wdyj+LoUPFIACUAAK9F4FYKz23bLipLzjUDUX2bTDteEX8HT1hA34N3HK7SG1mAADI=
ABMAAGwAAY6B0M9PD3Jl4OTA+QFV9uUQqoAAViU4B/OJr/0XJ6YswEuunnEKPr+0N+KP17nfUvX5=

IoBerFl2IMJwVjtQfF7e9Z8AwCjD2YvGAADYAAMgAEwAAbAABgAA2AgPQYwcrW3fztG+aEAFGAF=
2FCd8d4C+ulv73PMVGmqmksOw2E5Tm/+wFjtza3Xg2Xv6uqCqYoRCGAADIABMAAGwAAYAANgAAy=
AgZgY4O9Y+EABKAAFeqsCbJDe88enEhqqpsHKcXqzuQpjtbcSG1Lu16e+SZOnTg8Jkf6h5uPHcQ=
MV0w0Uft1P79d96Af9wAAYAANgAAyAATAABrKBgZrDR4j/Ui1L8/ETaX9Ra2hooPXr19OaNWto9=
erVkf44LMfhuHF/yo/X0aN78umyonfpnLw3xB+v8z4+IonP+fd9TF+5b6X1N8Jeyu37VtL59p8I=
w8dHWPsyUZZsSPPUqVNUW1tLmzdvFn+8nikTn/Piz/Hjx+nPzz5H1w2+hi7/9nfoe1deRQ//+/vd=
UVVUIjmcqf1XvjIPWFBvH2upp0q659ONVw+j6NcPpjd3vUX1Hk1WOU93 zY8bevful//ryh43IRKK=
NUTVNVbnPc3mquxm6s8gn02JPPiL+egubRJ/5b5M9I6a4P5/V+zkKR76133EP8xzq89fZc0anIc=
rDpmckPpy/zz5S5ym+wTPVmAfFw0wsGwAAYAANgAAyAATAABsBAX2Rg+YqVxH/p1I2/a6XzYYM0=
qqFqhuO4cX3aT3XRw7tzacC6yfRPa1/3/eNJHlbDxvWRhiqbp3JdLqWhysarY74axmu65ejs7CT=
5J9Pq7Oyy9nV1kTQeu06dEvs6OjvJsIJI6HiXIZVWV9Mknn9yCyZcto6dKl9P7774s/3rdnz554M7=
NT43S/f+VVdP/w+2jd2rUin+JNm+hPzz5LI136H7Rs6VIRUmoRZyHaOttoZ9Nem1m5gN7bt5S66=
BSVHNtOF634MV2w8Dq68MPr6KJVP6byhj3USV30dtVCmlO1mPY076e2rvY4i+Kk9cm6PMej4fW+=
+Akaqfq9X91Bg4f+VvzxujRRg5a9deRqrMaqNFXZ2GNzs6c+
[remainder of message body omitted; too large]

# PLAINTIFF'S EXHIBIT 10

# (PX  10)

Declaration of Dianne Carr

## DECLARATION OF DIANNE CARR

I, Dianne Carr, declare the following:

1. My name is Dianne Carr, and I am a United States citizen who is over the age of eighteen. I live in Punta Gorda, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In July 2019, I was following Kaitlyn Scott on Facebook as I had for some time. She was promoting a money-making opportunity called Digital Income System. On many days, she was showing the checks that she was getting from people signing up with Digital Income System. She would show large envelopes that she said that she was getting in the mail. She would open the envelopes and show the checks that she was getting. On some days, she showed several checks from the same envelope. Checks were for $500, $1500, $2500, and $6000 each. Kaitlyn was describing how easy it was to make money with Digital Income System. She said that once you join Digital Income, the coaches at Digital Income would do all of the work. She said that Digital Income would set up a website for each member and load traffic into the website for that member. She said that Digital Income's coaches would follow up by using the contact information of the leads that were captured in a member's website.

4. At some point, I also asked some questions of Derek Foley, Kaitlyn Scott's coach. I also looked at Digital Income's website and saw how the company was saying that people could make money; the website looked legitimate. I also exchanged Facebook messages with several Kaitlyn followers -- all said they were making money. Derek Foley told me that Digital Income System invests the money in a marketing program and that we would

1

Declaration of Dianne Carr

get our money back plus profit.  He told me that, at each level, the customer would be

guaranteed a certain number of leads and sales.  He told me that the higher the level that I

joined, that would generate more leads and more sales; he said someone could join at a

higher level and expand quicker.  The more you invested, you would get more leads

through the traffic rotator quicker.  Derek said that the system would work for me.  Derek

made all the promises in the world about lead generation and income building.  He also

told me that if I joined at the $5000 level, they would move me to the $12,000 level,

which would mean even more leads and sales.

5.  After much thought, I decided to go forward.  I told Derek that I decided to join at the

$5000 level.  On July 23, 2019, he sent me an e-mail congratulating me on deciding to

join and instructing me on how to send him the money to get started.  I was supposed to

send two cashier's checks to him, one made out for $2500 for Kaitlyn Scott, and one for

$2500 made out to Digital Income System.  I was to mail the two checks to Digital

Income's Miami, Florida, address. (Attachment A is a true and correct copy of the e-mail

that I received from Derek Jones.)

6.  I bought the two cashier's checks and mailed them to the attention of Coach Derek at

Digital Income System Inc. at 6619 South Dixie Highway, #329, Miami, Florida 33143.

I then sent the UPS tracking number to Coach Derek's email.

7.  Before mailing my payment to join Digital Income System, I never received a written

disclosure document or a written earnings claim document that told me how many and

what percentage of Digital Income System members earned specific commissions or a

range of commissions.  I also never received any such documents after I paid for the

membership.

Declaration of Dianne Carr

8. On July 25, 2019, I received an e-mail from Digital Income's customer support with my DIS Login information including my capture page URL and my reference ID number. (Attachment B is a true and correct copy of that e-mail.)

9. At the beginning, I received automated e-mails that showed that leads were being generated. But no sales came from them.

10. It seems that the only activity at Digital Income was the selling of memberships. There was no product that was being sold.

11. I questioned why I was not getting any sales. I was seeing on Facebook that Kaitlyn was continuing to talk about the all of the sales that she was making. Derek told me I needed to be patient. That was the first time that I heard that I was supposed to be patient. Everyone had indicated that the sales would start happening quickly.

12. On my third phone call to Digital Income two or three months later, I left a voicemail and a text message asking what else do I need to do to generate leads and sales. I pointed out that Derek was my coach, but I was not getting help on how I could start having sales made for my account. Within six months, Digital Income cut me off without any explanation. I could not get into my own dashboard anymore to see what was happening with my leads. I tried to call a number of times but could not get through on customer service's phone number or Derek's phone number. I have not heard anything from Derek or Digital Income since then.

13. No sales have been made for my account. I have made no money with Digital Income System.

14. I have lost $5000 to Digital Income System. If I had known that Digital Income was not going to get me leads that would turn into sales, as they told me that they would do, I

3

Declaration of Dianne Carr

would not have invested any money with them.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 2ly, 2020.

Dianne Carr
Punta Gorda, Florida

4

**PX 10, pg. 4**

# ATTACHMENT  A

From: **Derek Jones** <coachderek@digitalincomesystem.com>
Date: Tue, Jul 23, 2019, 10:24 AM
Subject: ATTN: DIS Join Instructions 5k-Professional
To: <██████████████▶

Hey there Dianne,

It was great speaking to you today and **congratulations** on your decision to join
the **Digital Income System**.

Member ID# 5729 (Kaitlyn Scott) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your
convenience.

The total amount for **Level III** is: **$5,000.**

(Coach's Note: **Authorize Upgrade** to 12k Level: **DJ378S3U5**)

___

Instructions to join Digital Income System at **Level III (Professional )**:

**Step 1)**  Please get 1 cashiers check for the amount of $2500 made payable to:

*Kaitlyn Scott*

**Step 2)** Get a 2nd cashiers check for the amount of $2500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*

**PX 10, pg. 6**

**Step 4)** Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is: **coachderek@digitalincomesystem.com**

**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**

**\*Note:** Your referral ID # is: **5729** and your coach's name is **Coach Derek\***

———

Once our DIS administrators have received your completed order form and your payments, we will set up your marketing suite with your join bonus at the Ambassador **($12,000)** Level.

We will also email you login details which contain your own user ID. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.

--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

# ATTACHMENT  B

PX 10, pg. 8

From: **Digital Income System Customer Support**
<<u>customersupport@digitalincomesystem.com</u>>
Date: Thu, Jul 25, 2019, 11:31 PM
Subject: DIS Login info
To: <██████████████████>

Hello Dianne ,


Welcome to the DigitalIncomeSystem!   Your personal Referral ID# is: **9747**

Your Capture Page URL is:  <u>http://digitalincomesystem.com/9747</u>

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

 Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

 Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

 To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email to:     <u>customersupport@digitalincomesystem.com</u>

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

 Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.


You can log into your account here:  Login link: <u>https://digitalincomesystem.com/admin/login.php</u>


Log in with this email:                 ██████████████████


And type in this password:        support1


(Your login password can be changed in the account section, after your first login, if desired).

**PX 10, pg. 9**

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.

Welcome again from the DIS team, we look forward to working with you and to your continued success!

-DIS Admin

# PLAINTIFF'S EXHIBIT  11

# (PX 11)

# RESERVED

# PLAINTIFF'S EXHIBIT 12

# (PX  12)

Declaration of Gina Eason

## DECLARATION OF GINA EASON

I, Gina Eason, declare the following:

1. My name is Gina Eason, and I am a United States citizen who is over the age of eighteen. I live in York, Pennsylvania.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In early September 2019, I was looking for an opportunity to make some money online from home. I saw on Facebook someone named Shari Vanleer who was showing how she was making a lot of money with a business opportunity called Digital Income System. I also talked with Shari on the phone and communicated through Facebook Messenger. She was telling me that I would never have to advertise myself in order to get sales. She told me that I would buy into the system and all of the leads would be free. Her coach, Coach Derek, would close all of the leads. She said that she was making $5000 a month. She told me that I would do so well.

4. I next talked with Coach Derek. He described the system as a qualified referral program where I would be an affiliate selling customer relationship management systems to anyone needing such a system. He also said that this was a total affiliate program not sold in retail stores. He said that he could bring me in so much money. He described the different levels and said the higher you go, the more traffic you would get. He said that I would get tons of leads at the $5000 level. He said that he would make my sales for me; I would not have to advertise it or do anything after I signed up. He said that this was an amazing opportunity.

5. I decided to buy a membership in Digital Income System. After I told Coach Derek that I

1

Declaration of Gina Eason

would join at the $5000 level, he sent me an e-mail congratulating me about joining and telling me how to send the money to him. I was to send a cashier's check for $2500 made out to Digital Income System and another $2500 cashier's check made out to Shari Vanleer. I was to send the two checks to Coach Derek at Digital Income System's address in Miami, Florida.

6. I bought the two checks on August 30, 2019, and sent them to Coach Derek at the Miami, address. (Attachment A is a true and correct copy of the cashier's check that I had made out to Digital Income System.)

7. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

8. I got very few leads in the system.  I also paid $150 for extra traffic to try to get leads and sales. The company that I bought the extra traffic from was recommended by Coach Derek.

9. Several months later, there were still no sales. I also never saw anything that looked like customer relationship systems. There seemed to be nothing that we were selling other than getting more recruits.

10. I called Coach Derek to find out why and he told me that there was a glitch in the system. I pressed him about it and he told me that they were fixing it. He said that I was one of a couple of people who ran into glitches. This was really upsetting. I eventually threatened to go to a lawyer if they could not get it right and start getting me leads and

2

Declaration of Gina Eason

sales, as they promised. Coach Derek told me that my membership would be null and void if I went to a lawyer.

11. My last contact with Digital Income System was about six months ago. Finally, in July 2020, I tried to go into my back office that had been set up by Digital Income. But I was locked out of it. I called Coach Derek to find out what was happening and left a message, but he never responded to me.

12. I have lost over $5000 to Digital Income System. If I had known that Digital Income System was not going to make sales for me and send me commission checks, as they promised that they would do, I would not have paid them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September ___, 2020.

Gina Eason
York, Pennsylvania

3

# ATTACHMENT  A



226 Pauline Drive • PO Box 3658
York, PA 17402-0136
717-741-1770
www.yorktraditionsbank.com

**TREASURER'S CHECK**

29105

**YORK TRADITIONS**

Date: August 30, 2019

Two Thousand Five Hundred and 00/100**********************************

$*******2,500.00

TO THE
ORDER
OF        Digital Income System Inc

Authorized Signature

Gina Esson

⑆029105⑆



# PLAINTIFF'S EXHIBIT 13

# (PX  13)

## DECLARATION OF BEVERLY FRANKLIN

I, Beverly Franklin, declare the following:

1. My name is Beverly Franklin. I am a United States citizen who is over the age of eighteen. I live in Ellenton, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In 2019, I saw Facebook posts by a woman named Tammy Montgomery, marketing a money-making opportunity called Digital Income System. In her Facebook posts and emails she sent me, Tammy explained that, by purchasing membership in Digital Income System, individuals could sell Digital Income System membership to others for a 50% commission. She said that Digital Income System "coaches," who were experienced marketers, would call prospects and sell membership to them on my behalf. Tammy claimed that she had earned substantial income from Digital Income System—to the best of my recollection, tens of thousands of dollars. She said that others who joined the system could earn similar income. She showed photographs of commission checks or money orders she had received that were worth thousands of dollars.

4. To learn more, I contacted Tammy, who put me in touch with Derek Jones, or "Coach Derek."

5. Derek and I spoke by phone. Derek explained that there were different levels of membership, each for a different price. He said that Digital Income System would provide each member a website. Digital Income System would then market each member's website to prospects or "traffic." He called this marketing "rotating" a member's website through "traffic." Depending on a member's purchase level, the

1

**PX 13, pg. 1**

Declaration of Beverly Franklin

member's website would be "rotated" through traffic a certain number of times. The higher the membership level, the more the traffic rotations. Prospects, or "leads," who visited a member's website and wanted to learn more could enter their contact information and request a callback from a Digital Income System coach. Derek said that the coaches, who were experienced marketers, would then call each lead, advertise Digital Income System to them, and then attempt to "close" the sale. If a sale closed, the member would receive a 50% commission. Derek said members would not be required to call a single lead, and that the entire system ran on "autopilot." Derek claimed that I could make substantial income through Digital Income System.

6. Based on the information I received from Tammy and Derek, I thought I would make substantial income through Digital Income System. As a result, I decided to purchase a $1000 membership.

7. Coach Derek emailed me instructions for how to pay for Digital Income System membership. (Attachment A is a true and correct copy of Derek's email.)

8. Pursuant to Derek's instructions, I mailed Digital Income System two money orders in September 2019—one for $500 made out to MBA Holdings, Inc. (a company I believe is owned by Tammy) and one for $500 made out to Digital Income System. I mailed both to Digital Income System's address at 6619 South Dixie Highway #329, Miami, FL 33143. (Attachment B is a true and correct copy of the check that I made out to and mailed to Digital Income System.)

9. Prior to mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a

2

Declaration of Beverly Franklin

range of commissions.  I also never received such documents after I paid for the membership.

10. After I mailed my money orders to Digital Income System, I received credentials to a Digital Income System "backoffice" page.  My backoffice included a section that could show me the names and contact information of the leads who visited my website and asked to be contacted by Digital Income System.  To the best of my recollection, the last time I checked my backoffice in approximately May 2020, it listed fewer than 15 leads.

11. To boost my sales, I paid approximately $500 for extra marketing, provided by two individuals recommended by Tammy.

12. Ultimately, however, Digital Income System closed no sales on my behalf, and I made no money through it.

13. Based on the information I received from Tammy and Derek, I expected Digital Income System to close sales for me.  It did not.  Had I known it would not close any sales for me, I would never have paid any money for this supposed business opportunity.  I lost $1000 to Digital Income System.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 6, 2020.

Beverly Franklin
Ellenton, Florida

3

PX 13, pg. 3

# ATTACHMENT  A

**PX 13, pg. 4**

On Sep 9, 2019, at 10:16 PM, Derek Jones <coachderek@digitalincomesystem.com> wrote:



Hey there!

**Congratulations** on your decision to join the **Digital Income System**.

Member ID# 39791 ( *Tammy Montgomery* ) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level I** is: **$1,000.**

——

Instructions to join the Digital Income System at **Level I (Entrepreneur):**

**Step 1)** Please get 1 cashiers check (or money order) for the amount of $500 made payable to:

*MBA Holdings Inc*

**Step 2)** Get a 2nd cashiers check (or money order) for the amount of $500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.

**PX 13, pg. 5**

6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*


**Step 4)** Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is: **coachderek@digitalincomesystem.com**


**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**


**\*Note:** Your referral ID # is: **3791** and your coach's name is **Coach Derek** please make sure to enter **"Level 1 - Entrepreneur"** for the join level in the form.\*

Once our DIS administrators have received your your payments, we will set up your marketing suite at the **Entrepreneur ($1,000) Level** and email you login details which contain your own user ID.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.
--



Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

6

# ATTACHMENT  B

**PX 13, pg. 7**

Beverly M. Franklin — Pay D
8211 DeSoto Dr.
Ellenton, FL 34222-4762

3078
33-22/730

Date 9/11/19

Pay to the
Order of   Digital Income System Inc   | $ 500.00

Five hundred and 00/100 ————————————————— Dollars

WELLS
FARGO

Wells Fargo Bank, N.A.
Des Moines, IA 50304

Balance Transfer Promotion not valid after October 31, 2019

For   # 39791

Beverly M. Franklin

8

**PX 13, pg. 8**

# PLAINTIFF'S EXHIBIT 14

# (PX  14)

## DECLARATION OF TANIA GONZALES

I, Tania Gonzales, declare the following:

1. My name is Tania Gonzales, and I am a United States citizen who is over the age of eighteen. I live in Boca Raton, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In December 2019, I was looking for an opportunity to make some money online from home. I had been following a woman named Jennifer Hedrick on Facebook for some time. She was promoting a money-making opportunity called Digital Income System that would require very little work for someone who bought into the program. I had a part-time job and a child, and I wanted to be able to make some extra income without needing to put a lot of time into it.

4. In July 2019, Jennifer Hedrick had sent me a text message that described Digital Income System as having "autopilot income":

> So I Sent You Details In The Voice Chat Above. Please Listen to that first And Then To our Site For All The Details And Video ---- Www.Autopilot.Money.
>
> PS: Make Sure To Request A Call Back From a Coach To Answer Your Questions or To Get Started Making Money On Autopilot.
>
> PPS: Yes, This is A World Wide Opportunity. AutoPilot Income. autopilot money.

(Attachment A is a true and correct copy of a text message that I had with Jennifer Hedrick that was one of the things that got me interested.)

5. On December 11, 2019, I texted Jennifer to tell her that I had the money to invest at the $1000 level. I told her that "I could save $1000 by doing Shipt [where I work] at night. I

1

Declaration of Tania Gonzales

was wondering if you could walk me through on how to invest?  Thank you."

6. Jennifer wrote back "Yay!  That's awesome!  I can send you the instructions on how to get started once you have the $1k."  I told her that I had the $1000 right then.  On December 12, 2019, Jennifer sent the instructions to join Digital Income System at Level I (Entrepreneur Level).

7. I then expressed some concerns and asked Jennifer to solve my doubts.  I asked Jennifer for more detail about what would happen.  She told me that "Our coaches get half because they do all of the calling, speaking with leads, closing them and sending them instructions.  She told me that the product that is sold through Digital Income System is marketing videos.  There is no other Product that we sell as part of the membership."  She also explained the traffic rotator.  She told me that, depending on the level someone joins is how many times my website was placed in the lead rotator.  One rotation per cycle means that is "how many times my website is sent to so many people" for them to sign up with Digital Income System.

8. Jennifer told me that I would see money soon.  She said that everyone makes money within weeks.

9. The instructions on how to join were to send one cashier's check for $500 made payable to Jennifer Hedrick and a second cashier's check for $500 made payable to Digital Income System.  I was then instructed to mail the checks to: Coach Derek, Digital Income System, 6619 South Dixie Highway, #329, Miami, Florida 33143.

10. On December 19, 2019, I bought two money orders instead of cashier's checks and sent them to Digital Income System in Miami. (Attachment B is a true and correct copy of the money order that was made out to Digital Income System.)

**PX 14, pg. 2**

Declaration of Tania Gonzales

11. I was also instructed to then send the tracking number of the Express Mail package. Jennifer asked me to send her the tracking number after which she would send me the order form to fill out. I sent her the tracking number and then got the order form from her. I filled out the order form and sent that to her.

12. Jennifer had told me when we first started talking that I would be moved to the next level ($3000 level) after I joined, which sounded like a good deal and one of the reasons I joined. But, after I bought, when I mentioned to her that I thought that I was supposed to be upgraded to the next level, she said that she was mistaken when she told me that. She then told me that the automatic increase to the next level did not start unless someone bought in at least at the $3000 level.

13. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

14. Shortly after I signed up, Jennifer Hedrick sent me personal training videos. As I was checking the videos, I saw one telling how she creates fake accounts in Facebook and telling how she comments on her own comments with those fake accounts so that people think these fake accounts are real people with good reviews. The video talks about certain people getting money when it is actually Jennifer faking it.

15. Shortly after I bought the membership in Digital Income System, I also paid $100 to "Point Click Cash System" for extra traffic so that I could get more leads. That source was one recommended in the website Digital Income System set up for me.

3

**PX 14, pg. 3**

Declaration of Tania Gonzales

16. Jennifer told me that my coach was the same person that she had as a coach, Derek Jones Foley. She gave me his contact information. I started texting with Derek. He told me that at my level I would get 40 rounds of traffic a year.

17. I texted with Derek a number of times about how I was not making any money. At one point, I asked him, "aren't you the coach who should be looking leads for me?" He told me, "Nope, we don't look for leads. We purchase leads as a company and distribute to members in proportion to their level. It's an automatic process headed by our marketing department."

18. I texted Jennifer too and told her that I was not making any money, but she had no solution for me not making money. About April 29, 2020, I wrote her that I was not seeing any results and did not think it would work for me. She wrote back that she was sorry that I felt that way. She said that she knows the System works. She said that if I don't want to promote it myself, I can order traffic from my back office from Digital.

19. In June 2020, Derek told me that "DIS is still active – there's no issue whatsoever." I then texted back to Derek, "I haven't received a penny in 6 months. When you talk about DIS, you say you will receive money and I see nothing."

20. It is now eight months since I bought the membership and there has not been one sale for my account. I have lost $1100 to Digital Income System.

21. If I had known that I would not make any money from Digital Income System, since they promised me that I would make money, I would not have paid the money to them.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September _23_ , 2020.

_____
Tania Gonzales
Boca Raton, Florida

4

**PX 14, pg. 4**

# ATTACHMENT  A



9:17

‹ Jennifer Hedrick

info please

► 2:09

Okay YAY! Gosh I LOVE This

So I Sent You Details In The Voice
Chat Above , Please Listen to
that first & Then To our Site For
ALL The DETAILS & Video ...
www.autopilot.money !

Ps: Make Sure To Request A Call
Back From a Coach To Answer
Your Questions or To Get Started
Making Money On Autopilot

Pps: Yes, This is A World Wide
Opportunity

AutoPilot Income

I don't want to hear from Jennifer

13

# ATTACHMENT  B



MAXIMUM VALUE ONE THOUSAND DOLLARS

PAY TO THE ORDER OF
**WELLS FARGO BANK, NA**
FOR DEPOSIT ONLY
ENDORSEMENT SIGNATURE
Digital Income System Inc
9835545873

WARNING–CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.
NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS



PX 14, pg. 8

# PLAINTIFF'S EXHIBIT 15

# (PX  15)

Declaration of Janie Guzak

## DECLARATION OF JANIE GUZAK

I, Janie Guzak, declare the following:

1.  My name is Janie Guzak, and I am a United States citizen who is over the age of
    eighteen. I live in Palm Desert, California.

2.  I have personal knowledge of the facts stated in this declaration, and, if called to testify, I
    could and would testify competently to them.

3.  In August 2019, I learned about Digital Income System through Alex Zubarev, who was
    promoting a money-making opportunity on Facebook called Digital Income System. On
    Facebook, he showed that he was receiving envelopes, opened them, and showed the
    checks that he was getting from people signing up with Digital Income System. On some
    days, he had several envelopes sent to him with anywhere from $500 to $6000 each.
    Alex was describing how easy it was to make money with Digital Income System. He
    said that once you join Digital Income, they would do all of the work. He said that
    Digital Income would set up a done-for-you system that would include a capture page
    with a back office with trainings and traffic vendors. He said that their coaches would
    follow up on the leads that would be placed in a member's back office that was located in
    the website.

4.  Alex's membership ID number was entered into a callback page for a DIS coach to call
    me back. I then called the DIS number and left a message that I was referred by Alex
    Zubarev. I then called Alex back and told him that I wanted to upgrade a level. The
    video presentation in the DIS website that did the telling and selling for DIS said to get
    back to the coach within 24-72 hours to take advantage of the upgrade to the next level.
    When I talked with Alex, he told me that Bill Foley would call me on Monday and I

1

Declaration of Janie Guzak

would still get the upgraded level.

5.  Bill Foley called on Monday, and he sold me on how this was a DONE FOR YOU
SYSTEM.   All I would have to do was to send traffic (which I did aggressively to get
fast results).   Bill Foley gave me a hopeful, motivational, and super inspirational sales
pitch and told me repeatedly how this DONE FOR YOU SYSTEM can be done easily.
Bill talked a lot about how well Digital Income System was doing.  He saw how hungry I
was to retire my husband from over 40 years of dental practice.  I told Bill Foley that "it
was necessary for me to succeed.  My husband is trusting me to make this work.  I cannot
afford for this to fail."  I told Bill Foley that I work with my husband's dental practice
and need to supplement our income fast to get my husband retired quickly because of
life-threatening medical issues.  Bill said, "No problem.  You can get your husband out of
dentistry."  He told me that the system would work for me and I could expect sales from
Digital Income System right away.  Bill Foley told me that, at each higher level that
someone joined, the consumer would be guaranteed more traffic from the company's
traffic rotator.  That would generate more leads and more sales.  He also told me that if I
joined at the $5000 level, they would automatically move me to the $12,000 level, which
would mean even more leads and sales.

6.  When I asked him about the company, he told me that Digital Income was legitimate.

7.  Since I was working full-time, I needed something easy to do.  Bill told me that this
would be super easy.  He said that Digital Income coaches would follow up all of the
leads and do all of the selling and that I would not have to talk to anyone myself.

8.  After much thought and discussion with Bill Foley, I decided to go forward.  I told Bill
that I decided to join at the $5000 level.  On August 13, 2019, he sent me an e-mail

PX 15, pg. 2

Declaration of Janie Guzak

congratulating me on deciding to join and instructing me on how to send him the money to get started.  I was supposed to send two cashier's checks to him, one made out for $2500 for Alex Zuberav, and one for $2500 made out to Digital Income System.  I was to mail the two checks to Digital Income's Miami, Florida, address. (Attachment A is a true and correct copy of the e-mail that I received from Coach Bill.)

9.  On August 19, 2019, I sent in the two $2500 cashier's checks to the Digital Income address in Miami, Florida.  (Attachment B is a true and correct copy of the cashier's check to Digital Income System, Attn.: Bill Foley.)

10. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

11. As I signed up, Bill Foley told me that when I was upgraded from the $5000 level to the $12,000 level, my capture page would get more traffic from the traffic rotator and more preference on traffic from Digital Income System.

12. After I bought into Digital Income System, I wanted to increase my chances of making as many sales as possible.  I decided to buy more traffic so that Digital Income could make more sales for me.  I asked for traffic suggestions from Bill Foley.  He gave me traffic sources, and I kept pushing traffic with no results.  I spent somewhere between $8,000 - 15,000 on additional traffic.

13. Bill Foley sold me on one of his traffic vendors to test out – with zero results.  He then told me about the postcards he designed with a picture of all the checks he received in the

3

**PX 15, pg. 3**

Declaration of Janie Guzak

truck of his car. He said, "Just try the postcards; they are working." In September 2019, I paid for 1000 of those postcards to be sent out to prospects. I lost money on the postcards because they did not work. (Attachment C is true and correct copies of the front and back of the postcard that I was told was designed for me.)

14. I kept telling Bill Foley that my husband was getting very upset with me for pushing all of this traffic and getting no results. Bill said to give it one more try, which I did. I also asked Bill for another coach after I found out that he was the owner of Digital Income System. I told him that he did not have the time to put into my leads and I was not getting any results. I requested a new aggressive coach to help me close sales. I was ignored; no new coach was given to me.

15. Every week during my involvement with Digital Income System, I attended Alex's weekly team Zoom meetings, and then these trainings would be posted in Alex's private team Facebook group. Alex would show proof of his sales and make motivational speeches to his team "to just keep pushing traffic to the Digital Income System." The weekly trainings included the traffic sources for the system or whatever Alex was promoting at the time. They were really pep talks where he would encourage people to pay more to increase to the next level. In the chat room, a number of people would express their frustration at not having any sales. Many of these people appeared to be senior citizens who had put their life savings into this opportunity. But they seemed to be getting no sales.

16. Since I was not getting any sales in the first couple of months, I called Bill and complained. I repeatedly asked Bill Foley and Alex Zubarev for help. (Attachment D is a true and correct copy of October 16, 2019 e-mail that I sent to Alex.) Bill kept giving me

4

**PX 15, pg. 4**

Declaration of Janie Guzak

the same excuses about it taking time to make sales and telling me that his coaches were making the calls. He said that some people they called did not really have the money to invest. Alex also did very little to help me.

17. I also tried to send messages to Derek Jones, the son of Bill, to get some help to possibly start calling my leads. Alex said he messaged Derek Foley, but I was again left with no help to follow through with leads and with zero results. We were told to allow the coaches to call the leads and that this was a "Done for you system."

18. I told Bill Foley that I had personally talked with a number of my leads and that they told me that they had never been called by any Digital Income System coach. That included at least 5 people who were interested in investing at the $25,000 level. Bill told me that they had been called. It was very frustrating for me. As I continued to call people, I was told that either the leads were not interested in joining after they heard the sales pitch or that they had never been called in the first place. Others told me that they did not know what I was talking about, that they were not expecting to be presented with a sales pitch by anybody; they did not know how I had gotten their names.

19. I was desperate enough to call my own phone line for DIS and to start talking with another coach, whose name was "Elvis." After giving Coach Elvis the leads that were interested in talking to a coach, he gave me zero results as well. Elvis was though the only coach that put some notes in my back office about contacting a lead. Coaches were supposed to put notes in the back office so that we would know what the status was of any contacts with the leads, but I did not see any other notes in my back office except for Coach Elvis. I asked Bill repeatedly for notes and updates for my leads only to be told "nobody is interested or they do not have any money." I told Bill "over 80 callback

5

Declaration of Janie Guzak

leads, and there is not one person interested?" Bill Foley said "correct" and gave me the same excuses. Bill Foley told me "we do not have the time to put in notes in the back office, as we are too busy making phone calls."

20. At one point, I had over 1700 leads in my Digital Income back office. These leads were ignored or disregarded. Nothing was sold by Digital Income.

21. Bill knew I wanted an exit strategy for my husband, but he was getting me no results. I kept calling Bill asking for immediate help to get the success that I was promised. He just gave the same insulting and demeaning excuses on the phone and by e-mail. When I last talked to Bill in October 2019, he promised to help me get results. Nothing happened.

22. Digital Income System presented false promises and had dishonest dealings with me, and Bill misrepresented Digital Income System as a company with integrity and value. I stopped promoting Digital Income to other people after I did not get any results myself. I could not present this company to any more people because of the way that I was taken advantage of. I put my trust and faith in Bill Foley to help me get my husband retired, but he decided to take advantage of people in desperate situations. This experience was very frustrating. I had put a lot into money, time and energy into this process.

23. No sales have been made for my account. I have made no money with Digital Income System. As of the last time I checked in mid-August 2020, Digital Income was still putting new leads into my back office, I suppose through the use of the traffic rotator. There were two pages of callback leads in the back office and 36 pages of leads altogether – 1758 contacts. But nothing has come of any of them.

24. The approximate amount of money invested in marketing, advertising, and system was

Declaration of Janie Guzak

$15,000-20,000.  That is how much I lost.  Bill Foley took advantage of my family's

health situation.  He has no compassion for what is said and done to his members that

joined Digital Income System.  He left me with a lot of emotional and financial distress.

The false promises and the unjust actions of Bill Foley and Digital Income System left

me stressed out.  If I had known that Digital Income was not going to get me leads that

would turn into sales, as they told me that they would do, I would not have invested any

money with them.

      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.  Executed on September __16__, 2020.

Janie Guzak
Palm Desert, California

7

**PX 15, pg. 7**

# ATTACHMENT A

**Janie Guzak** <​███████████​> Mon, Aug 19, 2019 at 3:07 PM
To: Coach Bill <coachbill@digitalincomesystem.com>
Bcc: janie guzak <​██████████​>, terry guzak <​███████████​>
Awesome, thank you so much! Great talking to you! Janie Guzak

On Mon, Aug 19, 2019 at 3:05 PM Coach Bill <coachbill@digitalincomesystem.com>
wrote:

Hey there Janice,

It was great speaking to you today and **congratulations** on your
decision to Purchase the **Digital Income System**.

Member ID# 9811 (Alex Z.) will be very pleased to hear the good
news.

Here's the simple process to Purchase the DIS Level 3 Product ($ 5,000 )
which includes a **free upgrade to Product Level 4 ($12,000 )**

DIS has a 50 - 50 split payment plan set up to have the members
make **peer to peer Direct payments** to one another and

the total amount for the DIS **Level 3** Product is: **$5,000.**

Here are the Payment Instructions for Digital Income System

**Step 1) Please get 1 cashiers check in the amount of $
2,500 made payable to:**
*Alex Zubarev*

**Step 2) Get a 2nd cashiers check in the amount of $ 2,500
made payable to:**
*Digital Income System Inc.*

**Step 3) Send the checks in the same envelope via FedEx /
UPS Overnight or USPS Overnight Express mail to:**
Attention: Coach Bill
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

* Make sure to Send funds via FedEx / UPS Overnight or
USPS Overnight Express mail* and Email me with the tracking
number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is: **coachbill@digitalincomesystem.com**

**To get your DIS marketing System set up ASAP,** Once you've
sent the two payments to the address above, fill out the **order
form** at:
http://digitalincomeform.com

**\*Note:** Your referral ID # is: **9811** and your coach's name
is **Coach Bill\***

Once our DIS administrators have received your completed order
form and your mailed payments, we will set up your marketing
suite with your purchase bonus at the
**Ambassador ($12,000) Level 4.**

We will also email you login details which contain your own user
ID #. Typically this process takes less than 24 hours from the
time we receive your payment.

Feel free to email or text message me at 786-385-2048 with any
questions during this process.
Looking forward to your success on our team.
Coach Bill

**PX 15, pg. 10**

# ATTACHMENT  B

PX 15, pg. 11



# ATTACHMENT  C

# A Picture Is Worth 1000 Words!



# Are You Ready For A Trunk Full Of Checks?

### Visit The Web Site Below Right Now.

## *www.ezcashlife.com*

# Get Money Just By Mailing This Postcard!

## No Experience Needed! Never Speak To Anyone!
## Direct Payment To You -  We Close The Sales For YOU!
## And You Make $ 500 - $ 12,500 Per Sale



## *www.ezcashlife.com*

*"I've been working from home for years but I have never seen anything like this*

*All I do is send visitors to my DIS website and Checks show up at my front door Day after day!"*

*This is the perfect program for the beginner or pro because*

**You DON'T Need ANY Special Skills, anybody can do this**

*Brandon F . AZ*

**PX 15, pg. 15**

# ATTACHMENT  D

PX 15, pg. 16

**Janie Guzak** < ███████████ > Wed, Oct 16, 2019 at 12:05 PM
To: Alex Zubarev < ██████████
Bcc: janie guzak ███████████

Alex,
Thank-you so much for your help with Derek. I appreciate help with him calling my leads.

Update on status of some new leads. Some of my recent leads are calling back twice or more to talk to a coach. Rabin called back three times but put incomplete phone number so I emailed him to send correct phone number. Please forward this to Derek for me. I call all my leads within 24-48 hrs and it stresses me out to not see any coaches notes. I have lot interested people that are calling back more than once. I look at each callback in my DIS back office 2 pages now. 1600 leads from 5k traffic. I sent above email to Bill.

People not getting calls from coaches.. Help appreciated. 12k and 5k leads called twice.

Let's make some money, we have the leads! They need coach calls. Help appreciated.

With sincere appreciation, Janie Guzak .

**PX 15, pg. 17**

# PLAINTIFF'S EXHIBIT 16

# (PX  16)

## DECLARATION OF CONNIE HARN

I, Connie Harn, declare the following:

1.  My name is Connie Harn.  I am a United States citizen over the age of eighteen, and I
    live in Sheridan, Wyoming.

2.  I have personal knowledge of the facts stated in this declaration, and, if called to testify, I
    could and would testify competently to them.

3.  In 2019, I saw Facebook posts, including videos, by a woman named Jennifer Hedrick,
    marketing a money-making opportunity through a company called Digital Income
    System.  Jennifer's posts explained that, by purchasing membership in Digital Income
    System, individuals obtained the right to sell Digital Income System membership to
    others for a 50% commission.  Jennifer claimed that members were not required to do
    any marketing, as Digital Income System would do all of the marketing on behalf of its
    members.  Digital Income System "coaches," who were experienced marketers, would
    call potential purchasers and "close" all sales on behalf of its member.  In short, she said
    the system worked on "autopilot."  Jennifer's posts included videos of her opening
    envelopes from Digital Income System with commission checks inside.  To the best of
    my recollection, some of these checks were for $500, some were for $2,500, and some
    were for more.  To the best of my recollection, Jennifer's posts stated that she had made
    at least tens of thousands of dollars through Digital Income System.  She indicated that
    others could also earn substantial income by purchasing membership in Digital Income
    System.  (Attachment A is a true and correct copy of some of Jennifer Hedrick's
    Facebook posts regarding Digital Income System.)

4.  After I contacted Jennifer to learn more, she connected me to someone called Derek

1

Declaration of Connie Harn

Jones, or Coach Derek, to further discuss Digital Income System.

5. Derek and I then spoke by telephone. Derek explained that Digital Income System offered multiple levels of membership, each at a different price. Like Jennifer, Derek explained that, by purchasing membership in Digital Income System, individuals obtained the right to sell Digital Income membership to others for a 50% commission. Once a participant purchased membership, he or she would receive access to a Digital Income System website associated with his or her member account. Digital Income System would then advertise the member's website to viewers, also called "leads" or "traffic," using a Digital Income System "traffic rotator." Membership included a base level of "free lifetime traffic." Beyond that, the higher a member's level, the more Digital Income System would generate leads by rotating the member's website through traffic. Each member's website included a place for leads to enter their names and contact information to request a callback from a Digital Income System coach. According to Derek, a coach would then call each lead who had requested a callback and attempt to sell membership to them. In sum, Derek described Digital Income System as an "autopilot" and "hands free" way to earn money. He said there would be "no long hours, no outbound calls, and no prospecting" on my part because Digital Income System would generate the leads, call the leads, and close the sales for me. In fact, he claimed that the average member spent only "4.2 minutes per week" using Digital Income System's "automated" system.

6. Based on the information provided by Jennifer and Derek, I believed I could earn substantial income through Digital Income System. As a result, I decided to purchase membership.

2

Declaration of Connie Harn

7. I told Jennifer that I wanted to purchase a $5000 membership but did not have the money available. She referred me to a lender. I ended up taking out a loan with an interest rate over 10%.

8. Derek then provided me instructions by phone on how to pay for my membership.

9. In October 2019, pursuant to those instructions, I mailed two checks—one for $2500 made out to Jennifer Hedrick and one for $2500 made out to Digital Income System—to Digital Income System's address at 6619 South Dixie Highway #329, Miami, FL 33143. (Attachment B is a true and correct copy of the two checks.)

10. Prior to mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

11. After I mailed my checks to Digital Income System, I received a welcome email with a link to my website and credentials to a Digital Income System account or backoffice page. (Attachment C is a true and correct copy of the welcome email.)

12. My backoffice included a section that could show me the names and contact information of viewers, or leads, who visited my website and asked to be contacted by Digital Income System.

13. To the best of my recollection, sometime after purchasing membership, I recall seeing between ten and twenty leads listed in that section. But no sales resulted.

14. As a result, I decided to purchase extra marketing, or traffic, available through the backoffice. To the best of my recollection, I spent approximately $100 on extra traffic.

3

Declaration of Connie Harn

Still, no sales resulted.

15. I later wrote Jennifer Hedrick through Facebook Messenger and told her I was earning no sales. I do not recall her response. However, I do recall that when others publicly posted to her that they were not making sales, she would refer them to her training videos, explaining how to proactively market Digital Income System using their Facebook profiles. That response contradicted her earlier claims (and Derek's earlier claims) that Digital Income System would do all of the marketing for its members and that the system worked on "autopilot."

16. Ultimately, I obtained no sales. As a result, I have made no money through Digital Income System.

17. If I had known that Digital Income System was not going to close any sales for me, as Jennifer and Derek promised it would, I would never have paid any money for this supposed business opportunity. I lost approximately $5100 to Digital Income System.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9 , 2020.

Connie Harn
Sheridan, Wyoming

4

# ATTACHMENT  A



**Jennifer Hedrick**
Jan 8 ·



and 47 others    30 Comments  1 Share

Like          Comment          Share

6                                    **PX 16, pg. 6**



**Jennifer Hedrick**
Jan 17 · 🌐

•••

# 🐸OMG I Made $7,000 Yesterday 🐸
# Going Live Today With
# 🐾$10k Proof 🐾

😮😍😺 ▮▮▮▮▮ and 86 others        60 Comments

👍 Like                💬 Comment                ↗ Share

7



**Jennifer Hedrick** is 🤩 feeling excited.

Jan 21 · 🌐

# Just Got Another Person Approved With Bad Credit
# START $0 OUT OF POCKET
# Make $1,500 Per Sale Coach Closes For You

👍❤️😮 105                    201 Comments   2 Shares

👍 Like              💬 Comment              ↪ Share



**Jennifer Hedrick** is 😇 feeling blessed.

Sep 12, 2019 · 🌐

💥 ▚ I'm Just Still In Shock ▚ 💥

I NEVER EVER In 1Million years did I expect to be where I am Today. A Few Years Ago I decided I'd Try This " work from home" thing That Everyone Thought Was A Big SCAM😵....

They All Thought This Was A Scam
& Id Be Scammed Out Of $$$$..... We'll I went with My Gut
& Said .....

TOOOO FLIPPING BAD. I'm Going yo Try this because ▚ "
IF YOU NEVER TRY, YOULL NEVER KNOW" ▚

I Started and When I actually Got Paid EVERYONE was in SHOCK😂😂😂😂😂 ( lmao ..who's laughing now 😜)....

⤳🐎 Now Here I am Years later , thanking God, a Mother To My Precious Daughter , 6 figure earner , homeowner, Educational Trainer , spoke on Stage Several Times & STILL an Entrepreneur 🐎⤳

Moral Of The Story 😏 JUST GO FOR IT , DO IT , TAKE THE CHANCE , BECAUSE" 🙏IF YOU NEVER TRY YOULL NEVER KNOW🙏 "

**PX 16, pg. 9**

# ATTACHMENT  B

**PX 16, pg. 10**



Check: 2021 Amount: $2,500.00 Date: 10/7/2019
Run: 1004, Batch: 6, Seq: 124, Source: C21-FromFed



Check: 2021 Amount: $2,500.00 Date: 10/7/2019
Run: 1004, Batch: 6, Seq: 124, Source: C21-FromFed



Check: 2020 Amount: $2,500.00 Date: 10/15/2019
Run: 1004, Batch: 1, Seq: 542, Source: C21-FromFed



Check: 2020 Amount: $2,500.00 Date: 10/15/2019
Run: 1004, Batch: 1, Seq: 542, Source: C21-FromFed

**PX 16, pg. 11**

# ATTACHMENT  C

PX 16, pg. 12

**From:** Digital Income System Customer Support <customersupport@digitalincomesystem.com>
**To:** ████████████████████████████
**Sent:** Friday, October 4, 2019, 04:18:09 PM MDT
**Subject:** DIS Log In

Hello Connie ,


Welcome to the DigitalIncomeSystem!   Your personal Referral ID# is: **4090**

Your Capture Page URL is:  http://digitalincomesystem.com/4090

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

 Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

 Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

 To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

 Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.


You can log into your account here:  Login link: https://digitalincomesystem.com/admin/login.php


Log in with this email:          ███████████████████


And type in this password:     ██████████


(Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.

**PX 16, pg. 13**

Welcome again from the DIS team, we look forward to working with you and to your continued success!

-DIS Admin

**PX 16, pg. 14**

# PLAINTIFF'S EXHIBIT 17

# (PX  17)

DECLARATION OF CANDISS HENKING

## DECLARATION OF CANDISS HENKING

I, Candiss Henking, declare the following:

1.  My name is Candiss Henking, and I am a United States citizen who is over the age of eighteen. I live in Grand Prairie, Texas.

2.  I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3.  In early 2020, I was looking for an opportunity to make some money online from home. I saw a promotion by Jennifer Hedrick who was promoting a program called Digital Income System on her personal Facebook account, on her YouTube channel, and on Instagram. Jennifer was advertising that the program offered "high-ticket sales" with digital marketing products to help people with their respective businesses. She showed off cashier's checks from people who she said joined her team. She said that she made a multiple six-figure income in just eight months of work. On her video, she said that she received $6000 in one particular week and $8000 for the week when she made the video that I saw. She has made multiple videos persuading people to friend her or her team members (her downline) so that she could send them information to get them to the Digital Income website.

4.  She emphasized that, now more than ever, people need to learn to make money from their phone because of the coronavirus and being laid off or out of a job.

5.  Jennifer stated that she won an award for being one of the top marketers for the company.

6.  Once on the Digital Income System website, I saw a generic video claiming that people could make thousands of dollars online with a "done-for-you high-ticket" business as long as traffic is sent to the website that Digital Income builds for you. The sales team,

1

DECLARATION OF CANDISS HENKING

who I think were Derek Foley, William Foley, and Coach Elvis, would help find the leads and then close sales and send commission checks to the person whose leads they were assigned to.

7.  The amount that someone would receive depended on the level you signed up for, like a Multi-Level Marketing scheme.  There were five levels: $1000; $3000; $5000; $12,500; and $25,000.  Each level guaranteed you a 50% commission of the level you signed up for.  If one of your leads signed up to join a higher level, you received a 50% commission of the level you had joined at.  Since everything was done on "autopilot," there appeared to be very little work involved.

8.  Unfortunately, I had to get a loan to sign up.  I was told to send in $3000 to join; I had a cashier's check for $1500 made out to Jennifer and one for $1500 made out to Digital Income System, and mailed them both in February 2020 to Digital Income System, 6619 S. Dixie Hwy., Suite 329, Miami, Florida 33143.

9.  Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

10. I was also convinced to buy more leads.  I paid $250 to a service recommended by Digital Income System for the additional leads.  After two months, I had no income despite the promises of leads supplied by Digital Income and despite spending $250 more for extra leads.

11. I had Facebook Messenger communications with Derek Foley, but no direct phone calls.

2

PX 17, pg. 2

DECLARATION OF CANDISS HENKING

      I also tried to call a phone number that was attached to someone named Elvis Cardenas at Digital Income Systems, but the call always went to voicemail. Coach Elvis sent me log-in information at first by Messenger, but I have not been able to get him to respond since then. I tried to contact Derek Foley a number of times, but he did not respond. In fact, the last time I tried to contact Derek was in April 2020. I messaged him and got a receipt that showed that he looked at the message, but he never responded back to me.

12. The Facebook advertisements and the physical website of the company told me that I would make money with this program. I did not make any money.

13. The website stated that there would be no refunds, so I was not able to ask for one.

14. As of this date, I still have received no leads of any sort and no sales from this company or from Jennifer Hedrick.

15. I have lost over$3000 to Digital Income System and Jennifer Hedrick. If I had known that they were not going to get me productive leads, or any leads whatsoever, or that I would not make any money, as they promised I would make, I would never have paid them anything.

      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August  1 7 , 2020.

Candiss Henking
Candiss Henking
Grand Prairie, Texas

3

# PLAINTIFF'S EXHIBIT 18

# (PX  18)

Declaration of Justin Hofstetter

## DECLARATION OF JUSTIN HOFSTETTER

I, Justin Hofstetter, declare the following:

1. My name is Justin Hofstetter, and I am a United States citizen who is over the age of eighteen. I live in Edgar, Nebraska.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In early September 2019, my fiancé and I were looking for an opportunity to make some money online from home. We had previously purchased a business opportunity called 30-Day Success, but it turned out to be a scam. I was talking with someone about leads for the 30-Day scheme, trying to make some of the money back that I had already plowed into it. That person was Cassandra Goode, who then told me about a work-at-home opportunity where I could make some money. Ms. Goode told me that she would give my phone number to Digital Income System and ask them to call me.

4. On September 4, 2019, we received a phone call from Derek Jones, who said that he was with Digital Income System and that he would be our coach while we were working with Digital Income. Derek made all sorts of promises to us. He told us that we would make our investment back and then some and that we would make enough to recover our losses from the 30-Day Success scam, which I had told him about. I asked Derek how long it would take to recoup our funds because I was going to have to cash in my retirement to pay the upfront cost to Digital Income for the $12,000 level, which was the level he told me that I should join in order to make any real money. Both Derek and Cassandra told me that it would take less than a month to make our money back if I invested at the $12,000 level. Derek told us that we would have to send in our membership payment

1

Declaration of Justin Hofstetter

within 24 hours from his call in order to be upgraded to the $25,000 level.

5. On September 4, 2019, based on the claims made by Derek Jones and Cassandra Goode, we decided to invest in Digital Income System. Mr. Jones then sent us a text with the instructions on how to send the $12,000. He told us to send two cashier's checks, one for $6000 made out to Digital Income System and one for $6000 made out to Cassandra Goode. He instructed us to send both checks to Coach Derek at the Digital Income System address in Florida. (Attachment A is true and correct copies of the text that we received from Derek Jones.)

6. We bought the cashier's checks and sent the money to Digital Income System.

7. There was no physical product that we were purchasing, just the ability to sell memberships to other people.

8. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

9. We decided that, in order to speed up the process of making money, we should invest in the purchase of additional leads from Digital Income. So we spent close to $8,000 more for traffic to be sent to our website. When we signed up for the $12,000 level, we were supposed to be upgraded to the $25,000 level, which would include more traffic in what they called Digital Income's traffic rotator, and many other perks.

10. The way I think the rotator worked was that Digital Income received lists of names of people who had somewhere expressed interest in getting information about work-at-home

2

**PX 18, pg. 2**

Declaration of Justin Hofstetter

opportunities. The rotator would generate e-mails or other communications to be sent to the people whose names and contact information Digital Income received. Anyone interested in more information would fill in his or her contact information into the capture page, and a coach would then call that prospective buyer. The number of leads that someone would get placed into their capture pages depended on how much money they had invested. Someone buying in at the $12,000 level would get more traffic from the rotator than someone buying in at a lower level.

11. The extra traffic that we were buying was through traffic packages that we purchased from Digital Income System, from Cassandra, and from third parties who were recommended by Digital Income.

12. Our website did not work for well over a month after signing up; there was a small number of leads when the system seemed to show that other leads were supposed to be coming to our website. I had several text messages from Derek talking about nothing being wrong with the website. When I proved it to him that the site was not working, he made it out to be an isolated incident. Our back office, which was part of the website that Digital Income built for us, and which was supposed to keep track of the leads, never worked correctly from day 1. We requested a refund, and Derek told us that he and Cassandra would send extra traffic to make up for our lost time and money. At that point, Derek told us that he had produced a new website for us. We waited for the extra traffic, but Derek never sent it. When I asked him in an e-mail when he was going to send the extra traffic, he told me not to question him.

13. On January 9, 2020, my fiancé sent Derek and Cassandra an email expressing our feelings about how messed up the system was. That resulted in Derek deactivating our

3

Declaration of Justin Hofstetter

account.  We have not had access to our account ever since.  We did not get any of the

leads that we thought we had purchased.  We have not made any money from the Digital

Income investment. (Attachment B is a true and correct copy of the complaint letter we

sent to Digital Income.)

14. On January 31, 2020, I filed a complaint with the Better Business Bureau, but on March

20, 2020, the BBB told us that Digital Income never responded.

15. We lost $20,000 to Digital Income System.  If we had known that Digital Income was

going to take our money and not make money for us, instead of making the money that

they promised, we would not have paid them any money at all.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.  Executed on August 3, 2020.

Justin Hofstetter
Edgar, Nebraska

4

**PX 18, pg. 4**

# ATTACHMENT  A

PX 18, pg. 5



4:18 · 79°                    81% ∎

< **Derek Jones**
  10:18 AM, Sep 4                    ⋮

## (No subject)

Hey there Justin!
It was great speaking to you
today and congratulations on your
decision to join the Digital Income
System.
Member ID# 3132 (Cassandra
Goode) will be very pleased to hear
the good news.

The Digital Income System utilizes
direct peer–to–peer payments for
your convenience.
The total amount for Level IV is:
$12,000.
(Coach's Note: Authorize
Upgrade to 25k (Executive) Level:
DJ378S12U25)

———

Instructions to join Digital Income
System at Level IV:



Copy text            Share



4:18 · 79°          📶 81%

‹  **Derek Jones**          ⋮
10:18 AM, Sep 4

## (No subject)

**Instructions to join Digital Income System at Level IV:**

**Step 1)  Please get 1 cashiers check for the amount of $6000 made payable to:
Cassandra Goode**

**Step 2) Get a 2nd cashiers check for the amount of $6000 made payable to:
 Digital Income System Inc.**

**Step 3) Mail all checks to:
Attention: Coach Derek
Digital Income System Inc.
<u>6619 South Dixie Highway #329</u>
<u>Miami, FL 33143</u>
*Send funds via FedEx / UPS Overnight or USPS Express mail***

**Step 4)  Email me with the tracking number from your Fed−Ex/UPS**



📋                    ❮
Copy text              Share



4:18 · 79°

**< Derek Jones**
10:18 AM, Sep 4

⋮

## (No subject)

**Step 4)  Email me with the tracking
number from your Fed–Ex/UPS
Overnight or USPS receipt.
My email is:
coachderek@digitalincomesystem
.com**

**Step 5: Once you've sent the two
payments to the address above, fill
out the order form at:
http://digitalincomeform.com**

**\*Note: Your referral ID # is: 3132
and your coach's name is Coach
Derek\***

____

**Once our DIS administrators have
received your completed order form
and your mailed payments, we will
set up your marketing suite with
your join bonus at the ($25,000)**



Copy text          Share



4:18 · 79°                    81% ■

< **Derek Jones**
  10:18 AM, Sep 4                    ⋮

## (No subject)
and your coach's name is Coach
Derek*

————

**Once our DIS administrators have
received your completed order form
and your mailed payments, we will
set up your marketing suite with
your join bonus at the ($25,000)
Level.
We will also email you login details
which contain your own user ID
# and detailed instructions for
starting your first advertising
campaign. Typically this process
takes less than 24 hours from the
time we receive your payment.**

**Feel free to email or text message
me with any questions during this
process.
Looking forward to your success on
our team.**



Copy text              Share



### Me
2:40 PM, Sep 22

## (No subject)

**Hey Derek, was just wondering of there was anything looking promising in our account.  Were not sure how all this works yet.  We have had several with the dot beside them. Cassandra said that was a call back request. We were just curious if anything we have been doing is working. We have been sending a lot of traffic. Thank you.**



Copy text          Share

# ATTACHMENT B

PX 18, pg. 11

**Justin & Crystal Hofstetter ◄** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                          Jan 9,
                                                                           2020, 2:01
                                                                           PM

to Derek, Cassandra, bcc: crystal

Really Cassandra...you have the audacity to send this to us...*Happy New Year! I am so Happy for you two this is absolutely awesome. There you go and never give up! You guys Rock!!!!*

Glad you did send because I've been meaning to tell you two some things...

Do you or Derek have any conscience whatsoever?  Everything you two have ever said is lies.  Your New Years Resolution is spot on for ya Derek: To follow Christ more closely...don't insult our God like that you got a long way to go there buddy.  Derek has a broken back office system let alone callback system (WHICH Cassandra I have you saying it on recording from 10/25/19)...here we are January 9th with the DIS still going but have had a TOTAL of 7 leads from the rotator SINCE WE STARTED with DIS which was 4 months ago on Sept 5th!  (when signing up within 24 hrs put into the next level up you "get what's in that higher up level" ...not the case with # of rotations...came in as Ambassador 12 rotations, but moved up to Executive 25 rotations...we only get 12... no one told us that we wouldn't get 25 rotations from DIS..per Cassandra on 10/25/19).

We did what they say to do DRIVE TRAFFIC...guess the "and wait for your profits to show up at your front door" means years, not days.  We stuck in thousands of dollars in advertising to it which in turn we LOST because DIS had to set up a new account for us, in which Derek said he was going to give us leads for because it was THEIR FAULT NOT OURS and NEVER stood up to what he said.  Heck he's our coach and wouldn't even respond to me asking how our leads were coming or if they got called back, WHICH their callback system is so messed up some of our leads that requested NEVER did.

Then there's you Cassandra through all this from day one telling Justin not to listen to Thaddious because he went a BAD vendor and DON'T use vendor in BACKOFFICE OF DIS, they were getting a new one and you would take care of us with your rotator and lead sources and you KNEW Justin was turning some of his retirement in but you said you'd make sure he had that back right away...here we are January 9th with NOTHING.  You say congrats...we had to spend $ with another company that does KNOW THEIR SHIT and I have help from people that DO CARE ABOUT OTHERS and NOT JUST THE MONEY.  Heck I can get ahold of them...they don't have excuses every other day on why they don't answer the phone or emails.

Oh yes, yes you both will say don't blame us for your failure...well this wasn't OUR failure...I was busting my ass like anyone in the industry, running constant leads to a

system like you do in this industry, but sending BAD leads from a BAD vendor that was provided to us (btw Cassandra you said on 10/25/19 to expect profit in a couple of days because you were going to send some great leads our way        still waiting)...to a CORRUPT system...what part of failure here was OUR fault?! I definitely beat myself up enough for listening to the likes of you two and not my gut or others.

You know how our Christmas was...SHIT. I wanted SO badly to take my kids to DisneyWorld for the New Year, but I see you guy's got your trips in on our dime and the dime of others. You know the depression I go through to get up in the morning because of you two blowing smoke up people's asses just for you two to get ahead. What was it Cassandra that you told Justin...tell Crystal to relax it'll be ok I'll make sure of it...<u>if you or Derek would like the emails OR recorded phone conversations</u> of all the things you two said you'd do to make things RIGHT because of their broken system that wasn't our fault or a lead vendor that gave bad leads...(your other leads were crap too btw) I can certainly forward.

***Better yet, I can't wait to be the FIRST to go to BBB and put in a complaint against Derek and DIS.***

Cheers.  It will be a Happy New Year!
Crystal and Justin


**FROM DIS WEBSITE:**
**There is nothing for you to do but sit back and collect the huge commission the DIS program generates for you and all money will be sent directly to you.**
Our automated advertising, websites and our trained Sales Consultants do 100% of the hard work, all you do is drive traffic and wait for your profits to show up at your front door.
That's why we hold ourselves and our members to the highest ethical
standards.  JOKE...ethical...lmao


On Thu, Jan 9, 2020 at 5:55 AM Cassandra Goode <▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Happy New Year! I am so Happy for you two this is absolutely awesome. There you go and never give up! You guys Rock!!!!

# PLAINTIFF'S EXHIBIT 19

# (PX 19)

Declaration of Charles Larsen

## DECLARATION OF CHARLES LARSEN

I, Charles Larsen, declare the following:

1. My name is Charles Larsen, and I am a United States citizen who is over the age of eighteen.  I live in Lima, Montana.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In early September 2019, I was looking for an opportunity to make some extra money online from home.  I saw an advertisement on the Facebook page of Shari Vanleer for a work-from-home opportunity.  This ad pictured several people making testimonials about how well they were making money with Digital income System.  One person making the testimonial was Christopher Frye.  Another was Jeff Ruiz, who claimed that he had made one million dollars with Digital Income System so far.

4. I clicked on a link in the advertisement that sent me to a landing page where I could put my contact information to be sent to Digital Income System.  I put my phone number on the page to request a call back.  A coach from Digital Income was supposed to then contact me.

5. Next, I received a telephone call from someone calling himself Coach Derek, who was Derek Jones who told me he was an owner of Digital Income System.

6. Coach Derek described this work-from-home opportunity and told me that I could expect to make a decent income through Digital Income System.  He told me how simple it was to make money.  He described how others had made a lot of money from the system.

7. Derek Jones told me about the different levels that I could buy into the system.  He told me that the higher the level, the more traffic that I would get that would give me leads

1

**PX 19, pg. 1**

Declaration of Charles Larsen

and sales. Each check that I would get from sales that would be made on my behalf would be for a minimum of $500 up to $2500 if I became a member of Digital Income System at the $5000 level.

8. Derek Jones told me that I would not have to do any of the work in order to get commission checks. Digital Income System would get me the leads, make the sales presentations to these leads, and close the sales. He told me that I would not even have to talk with anyone. He told me that all I would have to do is sit back and watch the commission checks roll in.

9. Coach Derek told me that the company would set up a website that included a landing page or capture page for me in which interested individuals would submit their contact information if they wanted to find out about Digital Income System. The new individual's information would then be available to Digital Income System.

10. Coach Derek explained the coaches at Digital Income System would take that consumer information and contact the consumer to sell that person on this opportunity. I would then get my commission check once the person was sold.

11. Coach Derek did a good job of selling me on the opportunity. I was led by Coach Derek to believe that the money would start rolling in soon after I joined. That is why I was willing to purchase the membership.

12. On August 31, 2019, I received an e-mail from Coach Derek congratulating me on my decision to purchase the Digital Income System membership and explaining how to send my money to them. (Attachment A is a true and correct copy of the e-mail from Derek Jones.) I then bought a membership at the $5000 level. The e-mail gave me the details on how to join. I was instructed to send Digital Income System two cashier's checks for

2

Declaration of Charles Larsen

> $2500 each.  One cashier's check for $2500 would be made out to Digital Income System, and the other $2500 cashier's check would be made out to Shari Vanleer.  Both of the cashier's checks were to be sent to the Digital Income System address in Miami, Florida.  I assume that Digital Income sent Shari Vanleer's check to her.

13. I sent the two cashier's checks to the Digital Income System address. (Attachment B is a true and correct copy of the cashier's checks made out to Digital Income System and Shari Vanleer.)

14. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

15. Derek Jones had given me his cell phone number for me to call any time 24/7.  I tried to call several times to get more information about the next things to expect.  But I could never get a return call from him or anyone at Digital Income System.

16. After a short time, I was blocked out from my website so that I could not see if there were any leads or sales.  I called to ask why, but I did not get any answer.

17. I asked for a refund, but the company had a strict no refund policy.

3

Declaration of Charles Larsen

18. I lost $5000 to Digital Income System. If I had known that they were not going to close

sales and send me commission checks, as they led me to believe that they would do, I

would never have paid them any money.

      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3 0, 2020.

Charles Larsen
Lima, Montana

4

**PX 19, pg. 4**

# ATTACHMENT  A

8/31/2019                                    ATTN: DIS Join Instructions 5K-Professional - Yahoo Mail

## ATTN: DIS Join Instructions 5K-Professional



 **Derek Jones** <coachderek@digitalincomesystem.com>    Aug 31 at 9:50 AM
To:

Hey there Chuck!
It was great speaking to you today and **congratulations** on your decision to join the **Digital Income System**.
Member ID# 4136 (Shari Vanleer) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.
The total amount for **Level III** is: **$5,000.**
(Coach's Note: Authorize Upgrade to 12k Level: DJ378S3U12)

—

Instructions to join Digital Income System at **Level III (Professional)**:

**Step 1)**  Please get 1 cashiers check for the amount of $2500 made payable to:
*Shari Vanleer*

**Step 2)** Get a 2nd cashiers check for the amount of $2500 made payable to:
*Digital Income System Inc.*

**Step 3)** Mail all checks to:
Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143
*Send funds via FedEx / UPS Overnight or USPS Express mail*

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt. *Done*
My email is:  **coachderek@digitalincomesystem.com**

**Step 5:** Once you've sent the two payments to the address above, fill out the **order format:**
**http://digitalincomeform.com**

***Note:** Your referral ID # is: **4136** and your coach's name is **Coach Derek***

—

Once our DIS administrators have received your completed order form and your mailed payments, we will set up your marketing suite
with your join bonus at the Ambassador **($12,000)** Level.
We will also email you login details which contain your own user ID #. Typically this process takes less than 24 hours from the time we
receive your payment.

Feel free to email or text message me with any questions during this process.
Looking forward to your success on our team.

—

*Derek Jones*

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

**PX 19, pg. 6**

# ATTACHMENT  B

| 0004315 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #: ▇▇▇▇
ACCOUNT#: ▇▇▇▇

Remitter: **CHARLES LARSEN**
Purchaser: **EVELYN LARSEN**
Purchaser Account: ▇▇▇▇
Operator I.D.: u816538
Funding Source: Electronic Items(s)

PAY TO THE ORDER OF ***DIGITAL INCOME SYSTEM, INC.***

September 03, 2019

*\*\*\*Two thousand five hundred dollars and no cents\*\*\**

**\*\*$2,500.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
20 N MONTANA ST
DILLON, MT 59725
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 2,500.00

**NON-NEGOTIABLE**

**Purchaser Copy**

---

| 0004315 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

SERIAL #: ▇▇▇▇
ACCOUNT#: ▇▇▇▇

Remitter: **CHARLES LARSEN**
Purchaser: **EVELYN LARSEN**
Purchaser Account: ▇▇▇▇
Operator I.D.: u816538
Funding Source: Electronic Items(s)

PAY TO THE ORDER OF ***SHARI VANLEER***

September 03, 2019

*\*\*\*Two thousand five hundred dollars and no cents\*\*\**

**\*\*$2,500.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
20 N MONTANA ST
DILLON, MT 59725
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 2,500.00

**NON-NEGOTIABLE**

**Purchaser Copy**

**PX 19, pg. 8**

# PLAINTIFF'S EXHIBIT 20

# (PX  20)

Declaration of Rita Lopez

## DECLARATION OF RITA LOPEZ

I, Rita Lopez, declare the following:

1. My name is Rita Lopez, and I am a United States citizen who is over the age of eighteen. I live in Deltona, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In 2019, I was not working, but I had been looking on-line for a while to find work that I could do from home since I have a young child at home. In early October 2019, I contacted Jennifer Hedrick, who I had been following on Facebook. Jennifer had been showing herself either at her computer desk or in her car, describing her work with Digital Income System, and showing the checks and money orders that she was getting by getting new members to join Digital Income System. She showed the deposit slips that she was using to put the money in her bank account and showed what she was buying with all of that money. These checks and what she was saying about them convinced me that I could make money through Digital Income System. She said that she has had some days where she made $3000, some days where she made $8000, and some days where she made other amounts, always in the hundreds or thousands. She implied that anyone else joining could made similar amounts. She also said that Digital Income System would do all of the work for anyone who joined ---- that the company had coaches who would do all of the work contacting consumers and selling consumers. This was especially attractive to me because I do not like to sell and am not good at it.

4. In a text she sent me, she told me to "Make Sure To Request A Call Back From A Coach To Answer Your Questions or To Get Started Making Money On Autopilot."

1

Declaration of Rita Lopez

5.  Through Facebook Messenger in October 2019, I told Jennifer that I was interested in joining.

6.  On October 9, 2019, Jennifer Hedrick then asked me for my name, phone number, and a good time for her coach to call me.

7.  The next thing that happened was that I got a phone call from Coach Derek. Coach Derek gave me the instructions on how to become a member. He told me that I would be making money very soon.

8.  Coach Derek also told me that "we do everything for you" and that the coaches do all of the contacting and selling.

9.  What I heard from Jennifer and Coach Derek convinced me to join Digital Income System. I told Coach Derek that I was going to join. The next thing that I got from Digital Income System was an e-mail on October 9, 2019, from Derek Jones (Coach Derek), congratulating me on deciding to become a member at the $1000 level.

10. The e-mail also gave me the instructions on how to pay the money to join. The e-mail said that I was to get a cashier's check or money order for $500 made out to Digital Income System and another one for $500 made out to Jennifer Hedrick. I was to send the checks or money orders to Coach Derek at Digital Income System, Inc., at 6619 South Dixie Highway, #329, Miami, Florida 33143. I was then to e-mail him the tracking number for the overnight package. (Attachment A is a true and correct copy of the e-mail from Coach Derek Jones.)

11. I had to borrow money from my father to take advantage of this opportunity. He got the money from his 401k.

12. On October 9, 2019, I purchased the two money orders and sent them to Coach Derek by

2

Declaration of Rita Lopez

FedEx. After I sent off the money orders, I then followed the next instructions and went on-line to fill out an order form for Digital Income System. (Attachment B is a true and correct copy of the money order that I sent to Digital Income System.)

13. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

14. On October 11, 2019, I received an e-mail with the log-in for my website that the company set up for me. Within a few days, I was supposed to start getting traffic from Digital Income System's Automatic Traffic Rotator, which was supposed to get me leads for potential buyers. (Attachment C is a true and correct copy of the e-mail that I received telling me about the traffic rotator.)

15. I was told by Coach Derek that I would receive e-mails telling me that I had a lead on my website. I received one e-mail about one lead, but I never received another e-mail about leads after that.

16. As of January 2020, I had received 10-15 leads that I saw in my website pages. But nothing came of them. Something strange happened with the leads; when I went into my website to see what leads were there, I had the ability to change the names and phone numbers, which meant that anyone could change the names and numbers. That made it seem to me like these names and numbers had just been made up.

17. I even bought more traffic to get more leads. I paid $250 to a marketing company recommended by Digital Income System to get more traffic. Nothing came of that effort.

3

PX 20, pg. 3

Declaration of Rita Lopez

18. On February 27, 2020, I e-mailed Derek Jones to complain about the fact that I had no
    sales. I told him that it made no sense that an all-done-for-you company had not made
    even one sale. I never heard back from him. (Attachment D is a true and correct copy of
    the e-mail that I sent to Derek Jones,)

19. It has now been over nine months and still no sale. I feel like I have been scammed.
    People who are struggling and who trust people they talk to are getting hurt. I have lost
    $1250 to Digital Income System. If I had known that Digital Income System was not
    going to make any sales for me, as they promised they would do, I would not have paid
    them any money.

        Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct. Executed on ~~August~~ ~~2020.~~ October 26 2020

Rita Lopez
Deltona, Florida

4

# ATTACHMENT  A

On Wed, Oct 9, 2019 at 4:39 PM Derek Jones <coachderek@digitalincomesystem.com> wrote:
Hey There !

**Congratulations** on your decision to join the **Digital Income System**.

Member ID# 8392 ( *Jennifer Hedrick* ) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level I** is: **$1,000.**

————

Instructions to join the Digital Income System at **Level I (Entrepreneur):**

**Step 1)**  Please get 1 cashiers check (or money order) for the amount of $500 made payable to:

*Jennifer Hedrick*

**Step 2)** Get a 2nd cashiers check (or money order) for the amount of $500 made payable to:

 *Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**


**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**


**\*Note:** Your referral ID # is: **8392** and your coach's name is **Coach Derek** please make sure to enter **"Level 1 - Entrepreneur"** for the join level in the form.\*

Once our DIS administrators have received your your payments, we will set up your marketing suite at the **Entrepreneur ($1,000) Level** and email you login details which contain your own user ID.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.

--


Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

# ATTACHMENT B

PX 20, pg. 8



THE BACK OF THIS DOCUMENT CONTAINS AN "AMSCOT" ARTIFICIAL WATERMARK - HOLD AT AN ANGLE

**AMSCOT** — INTERNATIONAL MONEY ORDER

The Money Superstore

F4

AMSCOT
CORPORATION
P.O. BOX 25157
TAMPA, FL
33622-5157

Payable through TrustFirst

PAY TO THE ORDER OF   Digital Income System Inc          10/09/2019

Rita Lopez - Jhel D          *500.00

PURCHASER

●●FIVE HUNDRED AND 00/100 DOLLARS

NOT VALID FOR MORE THAN ONE THOUSAND FIVE HUNDRED DOLLARS ($1500)

AMSCOT CORPORATION

PURCHASER AND PAYEE ARE SUBJECT TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PURCHASER'S SIGNATURE

⑆103104900⑆ 4297 2204456791⑈

FOR DEPOSIT ONLY
Digital Income System Inc
9686548673

# ATTACHMENT C

**PX 20, pg. 10**

From: **Digital Income System Customer Support**
<customersupport@digitalincomesystem.com>
Date: Fri, Oct 11, 2019 at 6:08 PM
Subject: DIS Log In
To: ███████████████

Hello Rita ,


Welcome to the DigitalIncomeSystem!  Your personal Referral ID# is: 2407

Your Capture Page URL is: http://digitalincomesystem.com/2407

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

 Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

 Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

 To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.  If you need assistance or have questions, please send an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

 Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.


You can log into your account here:  Login link: https://digitalincomesystem.com/admin/login.php


Log in with this email:         ████████████████████


And type in this password:     Lopez07


(Your login password can be changed in the account section, after your first login, if desired).


**PX 20, pg. 11**

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.


Welcome again from the DIS team, we look forward to working with you and to your continued success!


 -DIS Admin

# ATTACHMENT D

PX 20, pg. 13

From: **Rita Lopez** <███████████████>
Date: Thu, Feb 27, 2020 at 9:07 AM
Subject: Re: Attention DIS Join Instructions 1k-Entrepre
To: Derek Jones <coachderek@digitalincomesystem.com>

Hey Derek I was just wondering why I haven't seen any results yet it's been all most 5 months and not one sale
I understand I came in the bottom level but if people do not have success with this level why was it even offered
I even spent 250 more dollars for more marketing and still nothing. Now for this to be a done for you business it
makes no sense that this company has not even made 1 sale for me I'm very dissapointed

**PX 20, pg. 14**

# PLAINTIFF'S EXHIBIT 21

# (PX  21)

Declaration of Asher Lortz

## DECLARATION OF ASHER LORTZ

I, Asher Lortz, declare the following:

1. My name is Asher Lortz, and I am a United States citizen who is over the age of eighteen. I live in Wichita, Kansas.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In August 2019, I was looking for an opportunity to make some money online from home. I had been following various people that I had friended on Facebook, including someone named Alex Zubarev. Alex was describing a money-making opportunity called Digital Income System, He was showing all sorts of checks that he was getting and saying that he was getting these from people that Digital Income System was signing up for him. He said once you bought into the Digital Income System, they did all the advertising for you, all of the lead gathering, and all the selling. He said that it was all hands-free for someone to make money. The checks that he was showing were for $500, $1500, and $2500.

4. Alex made it seem very easy and hands-off to make money. He said that it would not take very long to make your money back.

5. Alex said to click on his link to be taken to a page where I could put in my contact information so that someone from Digital Income would call me about this opportunity. I clicked on his link and put in my contact information.

6. Around August 26, 2019, I had my first contact with Coach Derek when he called me. From what Derek said, it was my understanding that, once someone joined, Digital Income would do the lead gathering, make the sales presentations, and close the leads.

1

**PX 21, pg. 1**

Declaration of Asher Lortz

He described the levels at which someone could join. He said that the higher the level that someone would join, the more traffic someone would get. He said that would mean more leads and greater chances of increased sales. Derek told me that Digital Income coaches had a good record of closing sales. Derek also described Digital Income System as an old company with a new product. He said that the company had been around since 2009.

7.  I was interested in buying into the company and told Derek I was interested in getting a lot of traffic. Derek told me that if I bought in at the $12,000 level, they had a special going on and could enter me into the $25,000 level, which he said was the highest level and the level that would get the most leads. In fact, he told me that, at that level, I would get 25 rotations of traffic every 10 days. Derek told me that Digital Income would be buying traffic and providing it to its members based on the level at which someone joined. I know how hard it is to get good leads, so I thought that this sounded like a good opportunity.

8.  Because of the amount of leads that I would be getting, Derek made it appear that I would make my investment back quickly. Because of what Alex and Derek told me, I decided to join and told Derek that I would join at the $12,000 level. I next received an e-mail from Derek congratulating me on joining Digital Income System, telling me that he would be my coach, and indicating that I was to be placed at the $25,000 level.

9.  The e-mail told me to write two cashier's checks of $6000 each, one made out to Digital Income System and one made out to Alex Zubarev. I was to mail both checks to Digital Income System at a Miami, Florida address. I then bought the two cashier's checks and sent them to the Miami address. (Attachment A is a true and correct copy of the e-mail I

2

Declaration of Asher Lortz

received from Digital Income System.)

10. I started getting some leads, but not nearly as many as Derek had told me that I would get. I contacted Derek, who I found out that I could only contact by text. I asked him why I was not getting the 25 rotations every 10 days. He always gave me some excuse. At one point, Derek told me to "hang tight." I asked him what that meant, and he responded with one word – "wait."

11. I only received 20 leads in my back office. I got very frustrated because Derek and Alex had been lying to me. My last contact with Derek was on March 3, 2020. I was asking again where my leads were and what was going on. I did not get a response at that point.

12. When I checked my back office in July 2020 to see if anything was happening, I found out that I was locked out of my own website. I don't know why that is the case since I was told by Derek that this was a lifetime opportunity.

13. I never got any sales. I was never sent any commission check. I lost $12,000 to Digital Income System. If I had known that Digital Income was not going to make any sales for me, as they promised that they would do, I would not have sent them any money, much less $12,000.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2020.

Asher Lortz
Wichita, Kansas

3

# ATTACHMENT  A

From: **Customer Support Team** <support@bizsitesupport.desk-mail.com>
Date: Wed, Sep 25, 2019 at 9:38 AM
Subject: Re: Customer Support Center - Asher Lortz
To: <█████████████████>

Type your response ABOVE THIS LINE to reply
───────────────────────────────────────────────

**asherl.va**
**Subject:** Re: Customer Support Center - Asher Lortz
───────────────────────────────────────────────

SEP 25, 2019 | 10:38AM EDT
**Customer Support Team** replied:
Hey there Asher, your leads are automatically followed up by the autoresponders. You can
check the emails and texts that are being sent out from the autoresponder tools. Thank you so
much and have a great day!

-Customer Support Team
───────────────────────────────────────────────

SEP 24, 2019 | 05:17PM EDT
Original message
**eruoiue** wrote:

Customer Support Center

Name Asher Lortz
Email ███████████████
Phone Number (682) 2250069
Enter Your Support Request Does DIS automatically send followup emails? Or is this
something I am suppose to do?

If DIS does the automatic emails, how can I find out what is being sent?

Thank you,

Asher

You can edit this submission
(https://www.jotform.com/edit/4451690298959688514?utm_source=emailfooter&utm_mediu
m=email&utm_term=83304924673157&utm_content=edit_submissions&utm_campaign=notif
ication_email_footer_submission_links&email_type=notification) and view all your
submissions
(https://www.jotform.com/submissions/83304924673157?utm_source=emailfooter&utm_medi
um=email&utm_term=83304924673157&utm_content=view_all_submissions&utm_campaign
=notification_email_footer_submission_links) easily.
───────────────────────────────────────────────

This message was sent to asherl.va@gmail.com in reference to Case #: 61275.

**PX 21, pg. 5**

# PLAINTIFF'S EXHIBIT 22

# (PX  22)

Declaration of Stacey McGovern

## DECLARATION OF STACEY MCGOVERN

I, Stacey McGovern, declare the following:

1. My name is Stacey McGovern, and I am a United States citizen who is over the age of eighteen. I live in Pope, Mississippi.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. I had been following Jennifer Hedrick on Facebook off and on for several years when, in the spring of 2019, I saw she was promoting a business opportunity that she described as being on "autopilot." She described how she was making a lot of money through this system. Jennifer stated that this business did all of the marketing for you. I would not have to do any of the marketing myself. Jennifer described that this system would set up websites for members and that leads for customers would be placed in the websites from the funneling process operated by this business.

4. I was skeptical at first, but Jennifer kept posting lots of checks that she was getting and stating that she was making over $100,000 with this system. Jennifer told about her friends making a lot of money by using this system. She said that she had found this excellent way of making money without bugging your friends and family to buy anything. She implied that we too could make money on this system. She said that we could make 50% commissions that would go directly to us.

5. Because Jennifer Hedrick convinced me that I could make money, I told her that I would buy a membership in the system. I then received an e-mail from Coach Derek congratulating me on deciding to join Digital Income System at the $1000 level and instructing me on how make the payment to them. I was to send two money orders to

1

**PX 22, pg. 1**

Declaration of Stacey McGovern

Digital Income's address in Miami, Florida.  One money order for $500 was to be made out to Digital Income System and one for $500 made out to Jennifer Hedrick.  I bought the two money orders around September 19, 2019, and sent them to Digital Income System's address in Miami, Florida.

6. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

7. Later in September, Jennifer told me that Derek had agreed to upgrade my level to the $12,000 level if I increased my membership to the $5000 level.  She told me that I could send them $4000 more in order to increase to the $5000 level, and then they would upgrade me to the $12,000 level.  I thought that sounded like a good deal, so I did that.  On September 30, 2019, I sent in $3000 in money orders to Digital Income System and another $1000 directly to Jennifer through a cash-app. (Attachment A is true and correct copies of two of the money orders that I sent to Digital Income System.)

8. By increasing to the $12,000 level, I was supposed able to get even more leads that could lead to more sales.

9. I started getting leads in my back office -- five leads per month were sent for the first couple of months, but then they started drying up.  I received one lead in January and one in February.

10. On October 3, 2019, I texted Jennifer Hedrick that I was still seeing zero for my sales.  She now recommended that I buy extra leads and told me that it was not an instant thing.

2

PX 22, pg. 2

Declaration of Stacey McGovern

She said that it will happen.  I told her that I needed the money pretty quick because I was

out $5000.  On October 6-7, 2019, I left her several voicemails about my concerns.

11. I decided to buy additional traffic to increase the number of leads and sales that I would

get.  I spent about $1500 on additional traffic from sources recommended by Digital

Income System, including udimi.com and Tess Mahan at getgreatclicks.com.  However,

no sales were ever made.

12. On October 24, I reached Jennifer and told her there were no sales.  She said that it is a

process and that I would get there.

13. On November 15, I left Jennifer another voicemail and said that I was trying to be

patient.  I told her that I bought more traffic, but still no sales.  On November 22, I sent

her a message that I was concerned and that I was out of pocket $6500 with no sales.

14. In January 2020, I again told Jennifer that I was not getting any communication from

Digital Income System about sales made for my account.  That was the last thing that I

sent to her.  She never responded.

15. In early August 2020, I checked with my Digital Income web page and saw that I had 11

leads that had come in during July.  But still no sales have been made.

16. I have lost $5000 to Digital Income System and $1500 more because of the extra traffic

that I bought.  If I had known that Digital Income System was not going to make any

sales for me, as they indicated that they could do, I would not have made any payments to

them.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.  Executed on September  28 , 2020.

Stacey McGovern
Stacey McGovern
Pope, Mississippi

3

**PX 22, pg. 3**

# ATTACHMENT A



PX 22, pg. 5



PX 22, pg. 6

# PLAINTIFF'S EXHIBIT 23

# (PX  23)

Declaration of Jessica Olp

## DECLARATION OF JESSICA OLP

I, Jessica Olp, declare the following:

1. My name is Jessica Olp, and I am a United States citizen who is over the age of eighteen. I live in York, Pennsylvania.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In the fall of 2019, I was looking for an opportunity to make some money online from home. On Facebook, I saw the information that Kaitlyn Scott was posting about Digital Income System and how much money she was making. She was saying that you don't have to do anything and you would start making money by joining Digital Income System. She said that you could always advertise the System yourself, but you did not have to do anything in order to have sales made for you by Digital Income System. She said that people would sign up under your capture page once you joined. By Facebook Messenger, Kaitlyn sent me more information and said that she could set me up with her coach. (Attachment A is some of the material that Kaitlyn was showing through Facebook.) She told me that the coaches at Digital Income System would follow all of the leads, make the sales presentations, and make the sales. Kaitlyn then set me up with a phone call with Derek Jones, who she said was her coach.

4. Derek Jones called me and described the Digital Income System to me. He told me that it was an automated system. Once people signed up on my capture page with their contact information, the coaches at Digital Income System would get that information from my capture page and would use that information to call those leads to sell them the Digital Income System. I asked Derek how quick would it be before I made money. He told me

1

Declaration of Jessica Olp

> that I would make money, but that he could not say that I would make a certain specific amount of money.  When I asked him again, he said to ask Kaitlyn.  In fact, Derek told me that, for most anything that I needed, I should ask Kaitlyn.

5. When I asked Kaitlyn, she indicated that I would definitely make money from this System.  She said that everyone who buys into Digital Income System is different.  The higher the level at which someone would join, the more that person's name goes through Digital Income System's automated process to get leads.  Those leads would then be called by the coaches and sold through the System.  She told me that people were making money from within a couple of weeks of joining Digital Income to a couple of months after joining --- at any of the levels of membership.

6. Derek had described the different levels at which I could join, and I decided to join at the $3000 level.  After I told him about my decision to join, he sent me an e-mail that told me how to send the money to him. (Attachment B is a true and correct copy of the e-mail that Derek Jones sent to me.)  I was told to get two cashier's checks, one made out to Digital Income System for $1500 and one made out to Kaitlyn Scott for $1500.  I was told to send the two checks to Digital Income System at an address in Miami, Florida.

7. I then bought the two cashier's checks and sent them to Digital Income System at the Miami address. (Attachment C is a true and correct copy of my check to Digital.)

8. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

**PX 23, pg. 2**

Declaration of Jessica Olp

9.  Both Kaitlyn and Derek told me that I could post myself on social media, encouraging other people to join, in addition to what Digital Income System would do to get me leads. Digital Income System sent me a 12-minute video describing this opportunity, and I posted it on social media. A number of people contacted me through social media to get more information. About 70 people contacted my capture page, and about 50 people filled out a form to be contacted by Digital Income coaches.

10. But no one seemed to be joining, and I was not receiving any commission checks.

11. In February 2020, I contacted Kaitlyn and asked her why I was not getting any sales. She told me that I needed to contact her about training. She was offering one of her own training videos on how to sell online, but I was frustrated that she was basically telling me that I had to do the marketing myself, when Derek and Kaitlyn had made it clear that Digital Income System would get leads and follow up to sell them.

12. A little while after I had joined, I told a friend of mine, named Mike, about the promises that Digital Income System was making, and he looked into joining them. Mike told me that he talked over the phone with Derek and asked him a lot of questions about Digital Income but Derek would not answer some of his questions, and for the questions that he did answer, Derek was not reassuring. So Mike decided not to join.

13. I was so completely frustrated by this experience and mad about what Digital Income did to me that I deleted almost all of my messages back and forth with them.

14. Sometime in spring 2020, I tried to log into my Digital Income System webpage to see what leads were going into my capture page, but I was locked out. They were not letting me into my webpage anymore. The experience that I had with Digital Income was different from what was promised. I had been told that the relationship with Digital

3

**PX 23, pg. 3**

Declaration of Jessica Olp

Income System was a lifetime relationship.  But it does not seem like it now.

15. I have lost $3000 to Digital Income System.  If I had known that Digital Income System

was not going to close any sales and not send me any commission checks, like they

promised that they would be doing, I would never have paid them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.  Executed on September 23 , 2020.

Jessica Olp
York, Pennsylvania

4

**PX 23, pg. 4**

# ATTACHMENT  A



## Kaitlyn Scott

✪ 💲 1K Made on A Saturday ✪

✪ All From A One Time Investment ✪

✪ Easiest Money I've EVER Made !!!!.. ✪





# USPS – Click-N-Ship(R) Notification Inbox



**Your Click-N-Ship® shipping notification**

This ship notification is being sent to you by the

U.S. Postal Service® at the request of DIGITAL INCOMESYSTEM. A package with a Click-N-Ship® label created on usps.com is scheduled to be shipped on 10/01/2019. If the "Shipped To" address information is not correct, please contact the Shipper.

**Level 1 ▪ $███.██**

## Click-N-Ship® Shipping Details

**Shipped from:**
DIGITAL INCOMESYSTEM

**Shipped to:**
KAITLYN SCOTT

**Type of Service:** Priority Mail® 3
Flat Rate Envelope
**Label Number:** 9405 ░                    2 63

Note To Recipient: Level 1

# USPS – Click-N-Ship(R)
# Notification   Inbox

(U)   USPS_Shipping_Services  Oct 3        ↩   •••



Kaitlyn Scott



**Your Click-N-Ship® shipping notification**

This ship notification is being sent to you by the U.S. Postal Service® at the request of DIGITAL INCOMESYSTEM. A package with a Click-N-Ship® label created on usps.com is scheduled to be shipped on 10/03/2019. If the "Shipped To" address information is not correct, please contact the Shipper.

# Level 1 = $500.00

**Click-N-Ship® Shipping Details**

**Shipped from:**
DIGITAL INCOMESYSTEM

**Shipped to:**
KAITLYN SCOTT

**Type of Service:** Priority Mail® 3-Day Flat Rate Envelope
**Label Number:** 9405                        51

Note To Recipient: L-1

Search transactions

**KAITLYN SCOTT: SAVINGS ACCOUNT 1 0 |**

\* ⬝ ⬝

Available                              $

Current **$5K DEPOSITED**

Details ▾

Tue, Oct 8

Wit̶h̶ ̶ ̶al      ̶08/2019      -$400.00

Shared branch Deposit / CAROLINA
TRUST FEDERAL CR 6011 (2019-10-08)        $3,000.00

Shared branch Deposit / CAROLINA
TRUST FEDERAL CR 6011 (2019-10-08)        $900.00

Sat, Oc̶t̶o̶

S̶                                  I0/05/2019      -$553.37
19:09 847927:

# Kaitlyn Scott



Wed, Oct 2

Search transactions

## KAITLYN SCOTT: CHECKING ACCOUNT 900 | *9

Available                          $

Current

Details ▾

Pending

-$510.00

ACH Deposit / PAYPAL PAYPALSD11
TRANSFER 191009 TRANSFER PPD
0910          1000

$1,000.00

Wed, Oct 9

091000018391347

-$100.00

Tue, Oct 8

# Kaitlyn Scott

### Mon, Oct 7

Card purchase
5944 (2019-10
0 ' ' '11

\*TOTALLYDAZZ
)357733 ON

-$19.06

POS Card purchase / MINUTEMAN FOOD

-$1.89



.ıl  AT&T 🛜                            4:39 PM                          @ 🔋 84% 🔋

‹ Inbox        **We have received your res...**   ∧   ∨

# ATTACHMENT  B

PX 23, pg. 13

**From:** Derek Jones <coachderek@digitalincomesystem.com>
**Date:** November 18, 2019 at 3:37:56 PM EST
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject: Attention DIS Join Instructions 3k Director**

Hey there!

It was great speaking to you today and **congratulations** on your decision to join the **Digital Income System**.

Member ID# 5729 ( Kaitlyn Scott)
will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level II** is: **$3,000.**

(Coach's Note: **Authorize Upgrade** to 5k Level: **DJ378S3U5**

——

Instructions to join Digital Income System at **Level II (Director):**

**Step 1)** Please get 1 cashiers check for the amount of $1,500 made payable to:

*Kaitlyn Scott*

**Step 2)** Get a 2nd cashiers check for the amount of $1,500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*


**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**


**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**


**\*Note:** Your referral ID # is: **5729 and** your coach's name is **Coach Derek\***

⎯⎯


Once our DIS administrators have received your completed order form and your payments, we will set up your marketing suite with your join bonus at the Professional **($5,000)** Level.

We will also email you login details which contain your own user ID. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.
--


Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

**PX 23, pg. 15**

# ATTACHMENT  C

PX 23, pg. 16



VOID VOID VOID VOID

**CASHIER'S CHECK**    6824003033

Office AU 2    11-84    (12/05)

Remitter:    JESSICA DLP
Operator I.D.:    s146834

PAY TO THE ORDER OF    ***DIGITAL INCOME SYSTEM INC.***    November 19, 2019

***One thousand five hundred dollars and no cents***    **$1,500.00**

Payee Address:
Miami

**WELLS FARGO BANK, N.A.**
1401 LOUCKS RD
YORK, PA 17408
FOR INQUIRIES CALL (480) 394-9122    VOID IF OVER US $  1,500.00

*Richard Long*
CONTROLLER

⑆6824003033⑆ ⑈121000248⑈4861 007955⑈



0224968467

**ENDORSE HERE**
PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
Digital Income System Inc
☐ CHECK HERE IF MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE



# PLAINTIFF'S EXHIBIT  24

# (PX 24)

# RESERVED

# PLAINTIFF'S EXHIBIT 25

# (PX  25)

Declaration of Julio Pantaleon

## DECLARATION OF JULIO PANTALEON

I, Julio Pantaleon, declare the following:

1. My name is Julio Pantaleon, and I am a United States citizen who is over the age of eighteen. I live in La Habra, California.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. I have a full-time job, but I was interested in earning some additional income. I had a contact on Facebook by the name of Victoria Scott. She told her viewers that there was a money-making opportunity with Digital Income System. She told us about the commission checks that she was getting with Digital Income and showed us checks of $500 or more that she was getting. She also told us that Digital Income System would do the all of the marketing for us if we didn't want to do it ourselves. I would have my own website that visitors looking for at-home work would see; they would put in their contact information and would be contacted by Digital Income System.

4. Victoria sent me an e-mail from her Digital Income System address that contained information about the Digital Income offering. It included a sales pitch that was very enticing. It described the return on investment for Digital Income and said the following:

No games. Let's talk ROI.

Return on Investment (ROI) is a serious subject.
Especially if you are a member of DIS.

Each DIS sale can bring in as much as $12,500 in profit.
That is net profit. Not gross revenue.

. . . . . . . . . . . . . . . .

You see? ROI for the Digital Income System is so high.

1

**PX 25, pg. 1**

Declaration of Julio Pantaleon

You can't afford NOT to do it.

So here is your chance.

Click the button below, and request a call back right now.
Time is wasting.  Money is waiting.

(Attachment A is a true and correct copy of the e-mail from Victoria Scott.)

5.  I was interested in Digital Income System, and I talked with Victoria Scott about it.  She gave me the number to call her coach, Derek.  I called Derek and left a message, and he called me back.  Derek told me about the ability to make money with Digital Income System.  I asked him if this was legit and whether it was true that I would make money.  He told me yes and that I just needed to send in two money orders and, within 90 days, I would have a few sales and would start making money.  I said to Derek, if I can make some sales within 90 days, that sounds reasonable.  Derek also told me that I did not have to do any marketing if I did not want to.  Digital Income System would give me my own website that would have my own unique personal ID number that would be used to keep track of the sales that Digital Income System made for me.  Derek told me that my name would automatically come up in a traffic rotator that was used by Digital Income System to generate leads for members.  The leads would then be called by the coaches at Digital Income to make sales.

6.  Derek then told me about the different levels that I could join at.  The higher the level, the more times my website would be put through the traffic rotater so that people would see my website.

7.  I was convinced by what Victoria Scott and Derek told me, so I decided to join at the first level, which was the $1000 level.  On August 27, 2019, I sent in two money orders, one for $500 made out to Digital Income System and one for $500 made out to Victoria Scott.

2

**PX 25, pg. 2**

Declaration of Julio Pantaleon

I mailed both checks to Digital Income System at a Florida address; I figured that they sent Victoria Scott's money order to her. (Attachment B is a true and correct copy of the money order that I made out to Digital Income System.)

8.  Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

9.  After I paid the money and my website was set up by Digital Income System, I tried to access my website. My e-mail address was my password to get into the website, but when I tried to review it, I could not get into my website. I could not tell if I was getting any contacts or not. I called Derek and told him about the problem. Derek told me that he would get his tech people to work on the problem. But nothing happened. I called Derek again and told him about the problem, and he said that they would look into it.

10. Again, nothing happened. I was not able to get into my website to see if anyone had accessed it. As a result, I could not see if there were any leads that were coming through my website. I was never able to get in touch with Derek again.

11. I never received any commission checks, although I had been told by Derek that I could expect them within 90 days.

12. I have lost $1000 to Digital Income System. If I had known that they were not going to

3

Declaration of Julio Pantaleon

get me leads and turn them into sales, as they promised they would do, I would never

have sent them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August __ 15, 2020.

Julio Pantaleon
La Habra, California

4

# ATTACHMENT A

**From:** Victoria Scott <2678@digitalincomesystem.com>
**To:** "julio███████████████████████
**Sent:** Tuesday, August 27, 2019, 05:29:05 PM PDT
**Subject:** Digital Income: Lets Talk ROI

# No games. Lets talk ROI.

Return on Investment (ROI) is a serious subject.
Especially if you are a member of DIS.

Each DIS sale can bring as much as $12,5000 in profit.
That's net profit. Not gross revenue.

In case you're new to business , that is **a LOT of profit** per sale, with a
very low overhead.


So lets do some math.
Lets pretend that you are doing a text message campaign.

*(I think we are supposed to do a disclaimer here about how prices and
commissions can vary.*
*Obviously, not everyone who starts a marketing campaign makes a bunch
of money.*
*Of course, some do. And we are pretty awesome at making sure those
someones are our clients.*
*ok... lets continue.)*

The average text message campaign costs about $150 bucks and reaches
about 2,000 people.

The average DIS sale? about $2,500 dollars in profit, per sale (a little
more, but lets estimate).

Since the number of sales per campaign varies, instead of calculating ROI
lets go BACKWARDS.

Lets take the average amount of profit, and figure out how many people
we can reach at the break even point.

$2,500 dollars, SMS campaign at $150 per 2,000 people is...

wait for it...

**33...
THOUSAND PEOPLE.**

33,334 people, to be exact.

Perspective: 33 thousand people is approximately the size of this entire
stadium.

So imagine this:

**Every... single...person... in the entire stadium.**

Watches a 20 minute presentation on the Digital Income System.

The every one who joins **pays you $2,500 dollars.**

**If you only get 1, you break even.**

At two you double your money.

If you get 12, you get $30,000.
And that assumes your leads don't buy a higher membership.

What if the commissions were $6,000 ($72,000)

**PX 25, pg. 7**

### What if they were $12,500?

You see? ROI for the Digital Income System is so high.
You can't afford NOT to do it.

So here is your chance.

Click the button below, and request a callback right now.
Time is wasting. Money is waiting.

Make a move.

### No Button?  Press Here

**Copyright Digital Income System Inc.**
All Rights Reserved.

6619 South Dixie Highway #329, Miami, FL 33143 United States

To stop receiving emails from us click here to unsubscribe

You are receiving this email because you subscribed to our mailing list on 08/27/19 at 8:29pm EDT by filling out the form at
http://digitalincomesystem.com/cp71.php?id=401. Your IP when you joined our list was 172.69.33.111. If you did not join our list OR you are receiving
excessive emails Click Here to Report Spam to the company that monitors our account.

# ATTACHMENT B

PX 25, pg. 9

UNITED STATES
POSTAL SERVICE

POSTAL MONEY ORDER

Serial Number

258928236B8

2019-09-27    906313    U.S. Dollars and Cents
**$500·00**

Five Hundred Dollars and 00/100 ************

Amount

Clerk    12

Pay to    Digital income System

Address    6619 South Dixie Highway #379    From    Julio Pantaleon

Miami Florida 33143    Address

Memo    V. Scott - D    La Habra, C.A.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800 2⑈    258928236B8⑈



MAXIMUM VALUE ONE THOUSAND DOLLARS

PAY TO THE ORDER OF
WELLS FARGO BANK, NA
FOR DEPOSIT ONLY
Digital Income System Inc
9836546873

WARNING—CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.
NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

# PLAINTIFF'S EXHIBIT 26

# (PX  26)

**DECLARATION OF DEBRA PEREZ**

I, Debra Perez, declare the following:

1. My name is Debra Perez.  I am a United States citizen who is over the age of eighteen, and I live in Greenville, South Carolina.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In the summer of 2019, I saw Facebook posts and online videos by Jennifer Hedrick, marketing a money-making opportunity through a company called Digital Income System.

4. Jennifer's posts explained that, by purchasing membership in Digital Income System, individuals obtained the right to sell Digital Income System membership to others for a 50% commission.

5. Jennifer explained that Digital Income System would do all of the marketing for its members.  She said that, once a participant purchased membership, he or she would receive access to a Digital Income System "capture page" associated with his or her member account.  The capture page included a place for interested individuals, or "leads," to enter their names and contact information to request a callback from a Digital Income System "coach."  Jennifer said that the coaches, who were experienced marketers, would then call each lead and attempt to sell Digital Income System on behalf of the member associated with the capture page.  She said that if a sale closed, that member would receive a 50% commission.  In sum, Jennifer described Digital Income System as an "autopilot" way to earn money.

6. Jennifer's posts included photographs of the commission checks she had received

1

**PX 26, pg. 1**

Declaration of Debra Perez

through Digital Income System. To the best of my recollection, some of these checks were for $500, some were for $2,500, and some were for more. At one point, she posted that she had made over $600,000 total in commissions. Jennifer's Facebook posts suggested that others could also earn substantial income by purchasing membership in Digital Income System.

7. Jennifer and I began to communicate with each other regarding Digital Income System through Facebook messenger. Jennifer then connected me to someone called Derek Jones, or Coach Derek, to learn more about Digital Income System.

8. Derek called me by telephone and told me the same information that Jennifer had told me about Digital Income System—that is, that Digital Income System would call all my leads and close sales for me, resulting in 50% commissions. Derek further explained that Digital Income System would advertise my capture page to viewers or "traffic." Depending on the membership level I purchased, my capture page would be "rotated" through traffic a certain number of times. The higher my membership level, the more the traffic I would receive. Derek described the entire process as "autopilot" and "hands-free." In fact, he said I could "be in a coma, wake up, and still have earned money." He guaranteed that I would earn a commission.

9. I was hesitant to purchase membership, given the price. However, based on my conversation with Derek, I believed I would recover the $1000 cost of membership and potentially make much more. I planned to use the proceeds to help support my daughter. As a result, I decided to purchase a $1000 membership.

10. I told Jennifer I could not afford to pay the full $1000, so she recommended that I take out a loan, pointing me to Lending Tree and OppLoans. She said "a lot of people" were

2

Declaration of Debra Perez

financing their purchase of Digital Income System membership.

11. She also gave me very specific advice, should I choose to pursue a loan with Lending Tree.  She said I should ask for a personal loan, advising me that a business loan would not be approved because I did not have an established business.  She said that, when asked to provide the reason for the loan, I should write "credit consolidation or remodeling a home."  She also advised me to ask for a $5,000 minimum.

12. She advised me that, alternatively, I could pursue a line of credit and that a credit card company might be "more lenient."  She then sent me a link to PayPal Extra Mastercard.

13. I ultimately decided to take out a loan from OppLoans for $900 at an annual interest rate of 199%.

14. Jennifer messaged me instructions explaining how to pay for my Digital Income System membership.  (Attachment A is a true and correct copy of the message that Jennifer sent to me.)

15. Pursuant to those instructions, I mailed two money orders—one for $500 made out to Jennifer Hedrick and one for $500 made out to Digital Income System—to the following address:

Digital Income System, Inc.
6619 South Dixie Highway #329
Miami, FL 33143

(Attachment B is a true and correct copy of the receipt for my money orders.  Attachment C is a true and correct copy of the money order that I made out and mailed to Digital Income System.)

16. Prior to mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and

3

Declaration of Debra Perez

what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

17. After I mailed my money orders to Digital Income System, I received credentials to a Digital Income System "backoffice" page.  My backoffice included a section that could show me the names and contact information of viewers, or "leads," who visited my capture page and asked to be contacted by Digital Income System.  The last time I checked on August 7, 2020, my backoffice listed only twelve such leads.

18. Ultimately, I obtained no sales.  As a result, I have made no money through Digital Income System.

19. If I had known that Digital Income System was not going to close any sales for me, as Jennifer and Derek promised it would, I would never have paid any money for this supposed business opportunity.  I lost $1000 to Digital Income System.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 8.   , 2020.

Debra Perez
Greenville, South Carolina

4

# ATTACHMENT  A

**PX 26, pg. 5**

lh

Instructions to join Digital Income System at **Level I**
**(Entrepreneur):**

**Step 1)**  Please get 1 cashiers check for the amount
of $500 made payable to:

*Jennifer Hedrick*

**Step 2)** Get a 2nd cashiers check for the amount of
$500 made payable to:



*Digital Income System Inc.*

**Step 3)** Mail all checks to:



Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS
Express mail*

**Step 4)**  Email me with the tracking number from your
Fed-Ex/UPS Overnight or USPS receipt.

**PX 26, pg. 6**

# ATTACHMENT B

**PX 26, pg. 7**

The image is mostly black and illegible.



PX 26, pg. 8

# ATTACHMENT  C

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number

26058326051

Year, Month, Day: 2019-11-30
Post Office: 296150
U.S. Dollars and Cents: $500.00

Five Hundred Dollars and 00/100

Pay to: Digital Irvae Sys

Address:

From: Debra Perez
Address: [redacted]
Greenville, SC [redacted]

Memo: J bed D

Clerk 26

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS.

⑆000000800 2⑆   26058326051⑈

**PX 26, pg. 10**

# PLAINTIFF'S EXHIBIT 27

# (PX  27)

Declaration of Sharon Thompson Pritchard

## DECLARATION OF SHARON THOMPSON PRITCHARD

I, Sharon Thompson Pritchard, declare the following:

1. My name is Sharon Thompson Pritchard, and I am a United States citizen who is over the age of eighteen. I live in Lanham, Maryland.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. One day last year, I was on Facebook where I follow a Facebook group of Kaitlyn Scott, who was advocating for others in the group to become members of a company called Digital Income System. Kaitlyn said that all we had to do is buy into the system and we would start making money. She said that the more you pay, the more you make. She posted videos almost every day showing the checks that she had coming to her.

4. Kaitlyn described the different levels at which someone could join: the $1000 Entrepreneur Level; the $3000 Director Level; the $5000 Professional Level; the $12,500 Ambassador Level; and the $25,000 Executive Level. I could only afford the $1000 level, and I told Kaitlyn so.

5. When I asked her how quickly I would be making money, Kaitlyn told me that one of her teammates made money in the first 48 hours and another made money in 5 days.

6. Kaitlyn then gave my phone number to Digital Income System. In October 2019, I got a call from Derek at Digital Income System. He said he was following up on the lead that he had received from Kaitlyn. He told me that I was guaranteed to make money with his system.

7. Kaitlyn and Derek had me thinking that I could make money at the $1000 level quickly.

8. The phone call from Derek led me through the process of joining Digital Income System

1

Declaration of Sharon Thompson Pritchard

as a $1000 member.

9.  Derek and Kaitlyn both told me that Digital Income System handles all leads, including leads that they would generate for me. They told me that I would not have to cold call anyone or bother anyone because the company does all the work for me.

10. Derek told me that Digital Income System would set up a website for me that included a landing page and a back office so that I could keep track of my leads that came in through my webpage's landing page. The deal was that everyone that was a lead attributed to me would result in me getting a check for $500; Digital Income System would get the remainder. If I increased my membership level, I could get larger commission checks.

11. Because Kaitlyn Scott and Derek Jones convinced me that I could make money from this opportunity, I decided to join at the $1000 level. After my phone call with Derek, he sent me an e-mail, telling me congratulations on the decision to join Digital Income System. (Attachment A is a true and correct copy of the e-mail that Derek Jones sent to me.) The e-mail told me that they wanted their money by either cashier's checks or money orders. On October 9, 2019, I sent a money order for $500 made out to Digital Income System and another $500 money order made out to Kaitlyn Scott. The Derek Jones e-mail told me to send both money orders, which I did, to Digital Income System's address at 6619 South Dixie Highway, #329, Miami, Florida 33143. (Attachment B is a true and correct copy of the money order that I sent to Digital Income System.)

12. Prior to mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a

2

Declaration of Sharon Thompson Pritchard

range of commissions. I also never received such documents after I paid for the
membership.

13. I saw in my back office a list of additional references to get additional leads. I thought
that I should buy additional marketing so that I could increase the number of leads that
were available to turn into memberships. I purchased for $422 a postcard campaign from
MSI Direct Response, one of the companies listed in my back office. (Attachment C is
the invoice from MSI Direct Response.)

14. The postcards had the same information that I was told by Derek before I paid my money
to Digital Income System – that Digital Income System closes all sales and that I would
get paid between $500 and $12,500 for each sale of a membership. The postcard states:
"Earn up to $12,500 Per Sale Just By Mailing This Cheap Little Postcard – No Selling –
No Talking -- No Rejection. . . . Everyone wants a simple way to earn money without
having to talk with anyone or sell anything. That is why we are breaking old sales
records every day. You do one simple step: Mail this Postcard. We take care of
everything else including making the sale for you. You get $500 - $12,500 per sale."
(Attachment D is a true and correct copy of the postcard.)

15. I also purchased sales leads/traffic from Desmond Akil Smith from an affiliate site called
Udimi. I paid Udimi $100 for 100 clicks. Each click is a consumer looking at my offer.

16. At the end of October, I told Kaitlyn that I had not gotten a penny yet. She told me that it
takes some time if you come in at the lowest level of membership. But that was not
something that she had told me before I bought.

17. I was very concerned that I was not getting any leads and results by the first of the year.
Kaitlyn had told me that she would get an e-mail every time that she would get a

3

Declaration of Sharon Thompson Pritchard

commission check, so I expected to get such an e-mail from Derek; but none ever came.

18. On January 10, 2020, and again on January 17, I told Kaitlyn that I still had not made a penny. I told her that there was no activity in my account and no money coming in. We talked about my ability to buy into a higher level of DIS membership, but I told her that I did not have the money to do it.

19. I tried to contact Derek, but he would not return my calls or messages. I texted him in January 2020, asking what was happening because I was not getting any activity.

20. On January 18, I texted Kaitlyn that I was having trouble getting Derek to contact me. She told me that she would ask Derek to contact me.

21. Derek finally called me and told me that DIS was a lifetime membership and that I would have to wait for sales to come. It was only after the fact that he told me that any sales might not be made right away. He told me that he would follow up with me, but nothing happened. I still had no sales made for my account.

22. On January 29, after I complained again, Kaitlyn told me that the more money that I would put in, the more likely I would make money.

23. As of this date, I have had no notification that a sale has been made, and have not received any commission check in the mail.

24. I have lost over $1800 to this Digital Income System business. If I had known that they were not going to get and convert leads into sales, as they promised they would do, I would never have sent them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25 , 2020.

Sharon Thompson Pritchard
Lanham, Maryland

4

# ATTACHMENT  A

PX 27, pg. 5

On Tuesday, October 8, 2019, 01:23:55 PM EDT, Derek Jones <coachderek@digitalincomesystem.com>
wrote:

Hey there Sharon!

**Congratulations** on your decision to join the **Digital Income System**.

Member ID# 5729 ( *Kaitlyn Scott* ) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level I** is: **$1,000.**

———

Instructions to join the Digital Income System at **Level I (Entrepreneur):**

**Step 1)** Please get 1 cashiers check (or money order) for the amount of $500 made payable to:

*Kaitlyn Scott*

**Step 2)** Get a 2nd cashiers check (or money order) for the amount of $500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*

**Step 4)** Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is: **coachderek@digitalincomesystem.com**

**PX 27, pg. 6**

**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**

**\*Note:** Your referral ID # is: **5729** and your coach's name is **Coach Derek** please make sure to enter **"Level 1 - Entrepreneur"** for the join level in the form.\*

Once our DIS administrators have received your your payments, we will set up your marketing suite at the **Entrepreneur ($1,000) Level** and email you login details which contain your own user ID.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.
--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952


--


Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

**PX 27, pg. 7**

# ATTACHMENT  B



# ATTACHMENT C

**MSIDR.COM LLC**
406 Orchid Ave, #852
Corona Del Mar, CA  92625
US
(949) 722-2524
info@msidr.com



**MSI**
**DIRECT RESPONSE**

**BILL TO**
Sharon Pritchard
█████████████

Lanham, MD ████

**SHIP TO**
Sharon Pritchard
█████████████

Lanham, MD ████

**INVOICE 74552**

**DATE** 10/22/2019   **TERMS** Due on receipt

| SHIP DATE | SHIP VIA | JOB TYPE | PROJECT | OFFER |
|---|---|---|---|---|
| 10/21/2019 | Post Office | LPM | DIZ1-Pritchard | Digital Income System |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Setup fee | 1 | 25.00 | 25.00 |
| List Rentals | 0.50 | 150.00 | 75.00 |
| Postcard Printing | 0.50 | 186.00 | 93.00 |
| Mailing Service | 0.50 | 158.00 | 79.00 |
| | | Subtotal: | 272.00 |
| Postal presorting | 0.50 | 28.98 | 14.49 |
| Mailing postage | 0.50 | 271.01 | 135.51 |

ALL SALES ARE FINAL.

| PAYMENT | 422.00 |
|---|---|
| **TOTAL DUE** | **$0.00** |

PAID

MSIRDR.COM does not own or control third party affiliate programs. We assume no liability related to the printed materials. We do not endorse any
program or company. It is your responsibility to make sure the claims in the postcard are true for the product or program you are promoting.

**PX 27, pg. 11**

# ATTACHMENT D

PX 27, pg. 12



https://digitalincomesystem.com/admin/traffics.php?id=5

Sales Volume:   **$0**

**How do I get started?**

**Contact Our Direct Mail Liason:**

**419-565-7963**  Cindy Bernard
printandmail@aol.com

## Our office hours are:
## 8:30am to 4:30pm EST - Monday to Friday

**Why Are These People So Happy**

Because They Just Got Paid Without Talking To Anyone

We Close ALL of Your Sales and You Got Paid
Between $500 and $12,500 Per Sale!

Visit The Website to Activate Your 24 Hour Bonus
www.DigitalincomeSystem.com/xxxx

Type here to search

# PLAINTIFF'S EXHIBIT 28

# (PX  28)

Declaration of Bill Rodgers

## DECLARATION OF BILL RODGERS

I, Bill Rodgers, declare the following:

1. My name is Bill Rodgers, and I am a United States citizen who is over the age of eighteen. I live in Hartsville, South Carolina.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In about June 2019, I received an e-mail from a guy named Brandon Frye about a new program called Digital Income System. He made it sound like the greatest thing in the world. I read over the information that he sent me, and the part that got me interested was where it said "Free High Converting Traffic for Life. . . and the Coaches Close All The Sales For You And Send You The Checks." Frye also told me that I did not need any computer skills to make money with Digital Income System.

4. I also saw the website of Digital Income System, which showed the ridiculous amounts of money that a couple of people were making.

5. The lowest level that I could join was at the $1000 Level. Frye told me that I would get 50% of that amount ($500) in every check for any new member that they closed for me.

6. I told Frye that the only way that I could afford to join was to get a cash advance on my credit card because I live on Social Security. I asked him if I would get at least two checks within the first two months, and he said that I should.

7. This sounded good to me. I figured if I could get just two checks within two months before the interest kicked in, I could pay back the credit card advance and would be ready to make a profit.

8. I next heard from the company, Digital Income System. Derek at the company told me

**PX 28, pg. 1**

Declaration of Bill Rodgers

the same things that Frye had told me about getting me leads and about the coaches

closing all of the sales for me.  I told Derek that I would join at the $1000 level.  I then

received an e-mail from Derek at Digital Income System, which told me how to send my

money in.  Derek told me that I needed to send in two money orders, one made out to

Digital Income System for $500 and one made out to Christopher (Brandon) Frye for

$500.  The e-mail told me to send both money orders to Digital Income's address in

Florida.  I sent the two orders.  (Attachment A is copies of the two money orders I sent on

June 27, 2019, one for Digital Income System and one for Christopher Frye.)

9. On July 10, 2019, I received another e-mail from Brandon Frye that had the same

   information that he had sent to me in June.  The information described the ability of

   people with Digital Income System to make money because of the "high converting

   traffic that is included for life," the fact that the company's "sales teams close all of the

   sales," and the fact that no skills, computer or otherwise, were needed to make money.

   (Attachment B is the e-mail from Frye with that information.)

10. Before mailing my payment to join Digital Income System, I never received a written

    disclosure document or a written earnings claim document that told me how many and

    what percentage of Digital Income System members earned specific commissions or a

    range of commissions.  I also never received such documents after I paid for the

    membership.

11. After I joined, I found out that I was required to pay for extra traffic to increase my

    chances of getting a check.  (Attachment C is an e-mail exchange with Brandon Frye on

    August 9, 2019, where he told me for the first time that I would have to drive my own

    traffic.)  If I had been told this up front, I would never have joined in the first place.  I

PX 28, pg. 2

Declaration of Bill Rodgers

don't have enough money left over after living expenses to buy expensive traffic. I am 72 years old and live on $770 per month SSI because of depression problems. After doing more research on Digital Income System, I realized that I had joined a money-making pyramid because the only way you can make money is to recruit other people into the program to make money off the money they invest because there are no real products. They claim that their product is the training information, which it turns out is supposed to just teach you how to make more money in this scam.

12. I had also been told by Brandon Frye that "No Computer Skills Needed." That was another lie. It is only after you join that you find out that you have to have computer skills to maneuver through your back office and be able to use their e-mail blaster among other complicated technical skills needed.

13. After I had been a member for almost two months, I had not received anything. I e-mailed Digital Income System to complain about what I thought was misleading information about getting free high-converting traffic and about the coaches closing all of the sales for the member. I told them that they were enticing people to join thinking all they had to do was join and just wait for the checks. But I never got a response from Digital Income System. (Attachment D is the e-mail that I sent to Digital Income System on August 16, 2019.)

14. At some point, I went to my website that Digital Income was supposed to find my leads for them to call. I saw 20 names, but there was no indication that they had been called or whether they had been sold. But I never received a check from Digital Income or from any lead.

15. I finally got hold of Derek and complained to him. I asked for a refund. His response

**Declaration of Bill Rodgers**

was to shut me out of my website.  I have been checking my e-mail, which was supposed to get notifications of any lead that went into my website, and have noticed that I am not receiving any more of that free traffic that I was told I would get for life == even though it was only a trickle of traffic here and there to begin with.

16. I lost $1000 to Digital Income System and Brandon Frye.  I never got any check from or through Digital Income.  If I had known that they were not going to send me checks from the sales that they were closing for me, as they told me that they would, I would never have paid them any money. (Attachment E is the complaint letter that I sent to the FTC.)

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on August _20_, 2020.

Bill Rodgers
Hartsville, South Carolina

# ATTACHMENT A

PX 28, pg. 5

**From Bill Rodgers**

**These are copies of the 2 money order receipts I sent to Digital Income System to join.**

---

**UNITED STATES POSTAL SERVICE.**   **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to Digital Income System | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|
| NOT NEGOTIABLE | Address | |

| Serial Number 26055787623 | Year, Month, Day 2019-06-27 | Post Office 295500 | Amount $500.00 | Clerk 03 |
|---|---|---|---|---|

---

**UNITED STATES POSTAL SERVICE.**   **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to ChRiSToPHeR FRye | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|
| NOT NEGOTIABLE | Address | |

| Serial Number 26055787634 | Year, Month, Day 2019-06-27 | Post Office 295500 | Amount $500.00 | Clerk 03 |
|---|---|---|---|---|

PX 28, pg. 6

# ATTACHMENT  B

PX 28, pg. 7

9/10/2019                                                    Gmail - Is MLM Dead?...

# M Gmail                                              Bill Rodgers ███████████████

**Is MLM Dead?...**
20 messages

**Brandon** <info@brandonfrye.biz>                         Wed, Jul 10, 2019 at 5:26 PM
Reply-To: Info@brandonfrye.biz
To: Bill Rodgers ███████████████

# In My Opinion it Might Be...

At least traditionally speaking. That's because now there's a MUCH
better (and easier) way.

People will constantly struggle with traditional MLM, Network Marketing,
Affiliate Marketing, etc. Some have even given up on that completely
and made their way into Forex and Crypto Trading...

*Yet they still struggle not to __lose their life savings!__*

It's really a sad cycle that people find themselves in. Which is why I'm
SO glad I found this new program that works for everyone.

I've got **HUGE commission checks** coming to my mailbox everyday
without speaking to a soul. Without any crazy time-intensive marketing.
Without using any special skills. — *LIE!*

Today alone was an $8,000 Day!! And again...
I didn't have to speak to A SOUL!!

9/10/2019 Gmail - Is MLM Dead?..



## What Makes This System Different?...

> • Sales Team Closes **ALL Sales**
> • High Converting **Traffic Included FOR LIFE!!** <
> • You Earn *$500 to $12,500 per Sale*
> • No Skills Required **AT ALL** — *LIE!*
> • **No Admin Fees** (or monthly costs) EVER!
> • Program **Built for Longevity**
> • **PLUS** I'm Providing **My Exact Marketing Formula** (and BONUS Traffic) to those who join with me!!

Check out the results of our team members below...
>> **Click Here** <<

Are you ready to let our sales team work for you?
Get all the details and **GET STARTED**. I'm sure glad I did!

# ATTACHMENT C

PX 28, pg. 10

8/10/2019                                                        Gmail - I Doubt This System Works for Newbies Though...

**Bill Rodgers** ███████████████████                                   Fri, Aug 9, 2019 at 6:26 AM
To: Brandon Frye ███████████

I would really like to know the truth about Digital Income Systems traffic generating. I just went to youtube to listen to people who are in DIS. All of them say the same thing. They keep saying that DIS furnishes all the traffic for life and closes all your sales for you, then they start talking about all the money they received in their first month. One woman says she got her first check in 2 days which I say is a lie and a couple of other guys said they received $25,000. $50,000. in their first month and this one guy said he received $109,000. in one month??????. I'm really getting pissed with this bullshit because I haven't seen one check and I have been in for over a month and plus I haven't seen any more of these supposedly hot leads being sent to my capture page anymore. Maybe I need to go see my lawyer about getting my money back since I seem to be the only one not getting anything. I don't have $2000. or more per month to drive traffic to my site like some of these rich guys that are making all the big money. I joined because of the misleading hype about DIS furnishing traffic for life and closing all my sales which I figured would help me out getting started since I live on a small social security check. If I started seeing some of that big money that's going to all the fat cats, maybe I could start buying some extra traffic. I was hoping for a couple of checks by now because at the first of this coming month, the interest starts piling up on the $1000. cash advance I took on my credit card which I wish I had never done.

[Quoted text hidden]

---

**Brandon Frye** ███████████████████                                   Fri, Aug 9, 2019 at 1:52 PM
To: Bill Rodgers ███████████

Hi Bill,  *"Proof oF how much money iT TAkes To succeed iN DIS."*

Sounds like you need to quit watching these videos. Every single person I've watched who posts videos (like you described) is spending a LOT of money on paid traffic, myself included. But there are no guarantees of income with DIS and you will certainly need to be patient if you're only depending on the company traffic for your sales. It's best to drive your own traffic if you wish to increase sales on the business side of things.

———————————————

9/11/2019



Gmail - I Doubt This System Works for Newbies Though...

phone: █████████
site: ████████████
email: ████████████



**Bill Rodgers** <████████████████████████                    Fri, Aug 9, 2019 at 6:43 PM
To: Brandon Frye

Before I joined, I told you that I was going to have to get a cash advance on my credit card to afford to join. You should
have known by that, that I didn't have the money to drive traffic to my site. I wish you had told me then that I shouldn't join
until I had the extra money needed to purchase traffic, then I wouldn't be in this financial mess I'm in trying to pay off a
credit card with no extra money coming in.
[Quoted text hidden]

**PX 28, pg. 12**

# ATTACHMENT D

**This is the first email I sent to  DIS.**
**I still haven't gotten a response**

**To Digital Income System**                                                                                 **Aug 16, 2019, 1:49 AM**

**Bill Rodgers** ◄▬▬▬▬▬▬▬▬

The 1st of this coming month, I will have been in DIS for 2 months without seeing one check. When Brandon Frye sent me information about DIS I looked it over and the part that made me decide to join was the part where it said "Free Traffic For Life and the coaches closes the sales for you and sends you a check". I figured this would get me a couple of checks so I could afford to pay back a cash advance on my credit card. I told Brandon that I didn't have the money to join so I was going to have to get a cash advance on my credit card because 72 years old and I live on a small monthly social security check that barely pays my bills. I told him I had 2 months to pay back the cash advance or the interest was going to skyrocket so I had to depend on DIS closing 2 sales for me within that time. I ask him if I would get at least 2 checks within 2 months so I could pay back the cash advance and he said I should. Only after I joined, I got more information that said I had to drive traffic to my site to increase my chances of getting a check. This information should have been up front before I joined. If I had known this, I wouldn't have joined because I don't have any extra money to pay for traffic. I started looking at youtube video's and other info that showed all these guys that made $25,000, up to $120,000. their first month because not only was DIS giving them the majority of all the good traffic, they already had plenty of money to drive their own traffic that helped them make that kind of money. I think DIS should spread the traffic more evenly to all the members because every member is what makes DIS survive. Now because of the misleading information that made me decide to join, I have decided that if I don't have my $1000. back at the 1st of September, I'm going to my lawyer to see if he can get my money back and plus I am going to contact the FTC and the State Attorney Generals and let them know about the misleading information that is probably enticing other people to join that don't have the extra money to drive a lot of traffic to their sites. It doesn't matter what I read or didn't read before joining. The FTC will be more concerned about the misleading upfront information that entices a person to join and think all they have to do is wait for the checks, and whether or not DIS is a money exchanging pyramid that requires members to recruit other members to be able to make money because there is no real products. When the FTC gets involved, they are known for shutting programs like this down. Bill Rodgers

PX 28, pg. 14

# ATTACHMENT E

PX 28, pg. 15

REF. 111344157   UPDATE 9-19-19
CREATED 9-10-19

RECEIVED SEP 18 2019 FTCR

To Federal Trade Commission,
My name is Bill Rodgers and I am 72 yrs old and I live on $770. per month SSI because of depression problems. A guy by the name of Brandon Frye sent me an email about a new program called Digital Income System. He made it sound like it was the greatest thing in the world so I read over the Information and the part that got me interested was where it said...Free High Converting Traffic For Life.. And The Coaches Close All The Sales For You And Send You The Checks.
The lowest level that you can join at is the $1,000. level and I would get 50% of that amount in every check they closed for me. This sounded good to me and I figured if I could get just two checks within two months before the interest kicked in, I could pay back a credit card advance and would be ready to make a profit.

I told him the only way I could Afford to join was to get a cash advance on my credit card and I ask him if I would get at least two checks within two months and he said I should. I joined on 6 / 27 / 2019 and have been in for two months and have not received anything. I emailed Digital Income System about this and told them about their misleading information about the "Free High Converting Traffic For Life" and the Coaches Close All The Sales For You" And Send You The Checks" and I told them that this misleading information was probably enticing a lot more people to join thinking that all they had to do was join and just wait for the checks, but I never got a response.

Then I found out only after joining that I was required to pay for extra traffic to increase my chances of getting a check. If I was told this up front, I would have never joined in the first place because I don't have enough money left over after living expenses to buy expensive traffic.

After doing some more research on Digital Income System, I realized I joined a money exchanging pyramid because the only way you can make any money is to recruit other people into the program to make money off of the money they invest because there are no real products. They claim their products is the training information that is supposed to teach you how to make more money in this scam.
I sent them an email and explained my situation and asked them for my money back because I couldn't afford to spend extra money on this program and so far I have not gotten any response on that request. I guess they figure they have my money and there is nothing I can do about it.

I sent them an email and told them that if didn't have my $1000. back by Sept.1st, I was going to report them to the FTC and the State Attorney Generals. I don't know if they have changed any of their wording since I told them this but I'm sure you can do a little research and find their first wording for this program.
Google Digital Income System Youtube and you will see a lot of videos of people telling you how easy it is to make a lot of money. I found out that these people that are making all that money joined at the top levels of $12,000. and $25,000. and are spending more than $2,000. per month on traffic and plus the coaches are giving them the biggest majority of the companies traffic for joining at the highest levels but only sending a trickle of traffic to the members on the lower levels of $1,000. and $3,000. If it were so easy as they say, then where is all that money I was supposed to get? Here is another big lie they tell you That I had to find out the hard way...
"No Computer Skills Needed" It's only after you join, you find you have to have computer skills to maneuver through your back office and be able to use their email blaster among other complicated technical skills needed. This whole program is nothing but a con game to get your money.
I have been checking my email and have noticed that I'm not receiving any more of that free traffic that I was told I would get for life even though it was only a trickle of traffic here and there.

And now for this final thought! Digital Income System has only been in business for 5 months and the coaches are very busy calling all the leads for the high ticket earners. How are they going to keep up when they are over saturated with hundreds of leads per day asking for a call back? Answer! They are not going to be able to keep up with the call backs and that's when new members are going to start losing money. This program needs to be shut down anyway since they only favor the high ticket earners that can afford to join at the $12,000. and $25,000. levels and spend $2,000. and more per month to drive more traffic to their sites. If this is the only levels they want to help the most, then they should have never started the lower levels to start with so low income people like me couldn't afford to join and end up losing money. Digital Income System is located in Miami Florida.
Digital Income System Inc. 6619 South Dixie Highway #329, Miami, Fla. 33143  Ph: 786-582-5093
     From: ( Bill Rodgers,                              Hartsville, SC.                    )

# PLAINTIFF'S EXHIBIT 29

# (PX  29)

Declaration of Victoria Rodriguez

## DECLARATION OF VICTORIA RODRIGUEZ

I, Victoria Rodriguez, declare the following:

1. My name is Victoria Rodriguez, and I am a United States citizen who is over the age of eighteen.  I live in West Palm Beach, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. I have a full-time job, but I was interested in earning some additional income.  I had a contact on Facebook by the name of Jennifer Hedrick.  I was familiar with Ms. Hedrick because of her motivational speaking online.  In 2019, I saw videos of Ms. Hedrick on Facebook in which she was showing a way to make some money.  She showed videos of thousands of dollars in money orders being sent to her through the mail from other people who were buying memberships in something called Digital Income System. She showed how she receives anywhere from $2,500 to $10,000 a day and showed deposit slips to prove the money she was making.  She described the trips, cars, expensive purses, and jewelry she was able to buy with the money she made through Digital Income System. She had these statements in her videos: **"ASK ME HOW I'M RECEIVING THESE HUGE CHECKS"** and **"Ask me how I'm receiving these HUGE checks on autopilot."**  (Attachment A is a true and correct copy of screenshots of Jennifer Hedrick's Facebook page.) Jennifer said that "You'll be making money within a few months.  You'll be making checks like these [showing checks of $2500 and $5000].  It is easy money."  Jennifer also said, "I am warning you, this pandemic will be here for weeks or months!! It's time YOU TAKE YOUR INCOME INTO YOUR OWN HANDS before it is too late!!"

1

**PX 29, pg. 1**

Declaration of Victoria Rodriguez

4. I looked at Digital Income System's website and heard the claims in the videos on that website. The other Digital Income members who put their stories into the website made the same claims as Jennifer Hedrick.

5. I contacted Jennifer Hedrick. She introduced me to her coach at the company, named Derek Jones. Both Derek and Jennifer asked me to send them money to sign up and become part of the system. They said that the system they were advertising was an online work-from-home business where referrals were all found and worked by the company. The company had its own marketing department that would work the leads that would come from the website that each person buying into the system would get from the company. They told me about the levels of membership, starting with $1000 and going up to $25,000.

6. Derek and Jennifer said that what they were selling was memberships. At one point, Derek said that what they were selling was internet platforms to companies to advertise their products. But I never saw any such platforms. That is not what I was trying to sell through Digital Income System.

7. Derek told me that they take care of everything. He and Jennifer Hedrick both stated that they handle all of the leads that would come through my website, which included the leads they generated. They said that I would not have to cold call anyone or bother anyone because the company does all the work for me. That was a very important feature for me, because I already have a full-time job that keeps me very busy. When I pressed Derek on how successful this would be, he told me that I would be making money within 4 to 6 months.

8. Derek and Jennifer told me that I would see leads in the back office that they were

2

Declaration of Victoria Rodriguez

building for me (a minimum of 2 per month) and that I would get full training on how to make money.  The deal was that, at the $1000 level, for everyone who was a lead attributed to my website and my landing page that signed up for a membership, I would get a check for $500; Digital Income would get the rest.

9.  Because Derek, Jennifer, and the Digital Income website convinced me that I could make money from this opportunity, I decided to join at the $1000 level.  I had to borrow the money to join.  Derek and Jennifer botrh sent me instructions on how to pay them to become a member.  He wanted the money sent with either cashier's checks or money orders.  In August 2019, I sent two money orders of $500 each, one made out to Digital Income System and one made out to Jennifer Hedrick.  Derek instructed me to send both money orders to Digital Income System's address, which I did.

10. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions.  I also never received such documents after I paid for the membership.

11. Since August 2019, I have received only two leads, and one of the leads was myself because I had looked at my own website that the company built for me.  I e-mailed the other lead, but never heard anything back from that person.

12. I was very concerned that I was not getting any leads and results.  I tried to contact Derek, but he would not return my calls or messages.  The more I tried to inquire, the more I was ignored.  Once he got my money, I hardly heard from him at all.

13. When I complained to Jennifer about not getting results, she told me that I should buy

3

Declaration of Victoria Rodriguez

more leads, which was the first time that I heard about needing to buy more leads.

14. I was also put into a Facebook group by Digital Income, but many people in the group had the same problems I was having and were complaining about the lack of progress. The Facebook group was finally taken down and deleted after complaints started coming into the Facebook site.

15. When Jennifer told me that I would have to buy additional leads, she sent me a video explaining how to advertise on Facebook.  But I did not want to spend time that I did not have on finding leads.  That was why I bought into Digital Income System – they said they would find and sell to the leads and I did not have to do that.  Both Derek and Jennifer had emphasized that the system was on auto-pilot to get sales.  But that was not the case.

16. I have lost $1000 to Digital Income System.  If I had known that they were not going to get and convert leads into sales, as they promised they would do, I would never have sent them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on August ____, 2020.

Victoria Rodriguez
West Palm Beach, Florida

4

**PX 29, pg. 4**

# ATTACHMENT  A













i just HAVE to tell you something

Omg what is it ?

i am shaking right now jennifer





Tell Me .... you have my worried

I just woke up and logged into my online office... I see it says $5,000 in Sales 😂😂😂 .... I AM IN SHOCK !!!.... I dont even know who this person is that paid, I guess a Coach spoke to him and did all the work for me 🖤 !!!......
All i know is im so excited for this check in the mail for $2,500 !!!... THANK YOU so freaking much! You are a life saver. this is going to help me take my kids on vaaction. we havent been on vacation in 5years.

Coach Share

oh nvm

thank u

Today 11:47 AM

PX 29, pg. 11

Its coach Shane with digital income system

Hi 👋

What's your venmo



Jennifer Hedrick

Sending you

Just got  a sale

Omg yayayayaya !!!! You're the best ☂

Sent





PX 29, pg. 14





## ☰USPS.COM

**Your Click-N-Ship® shipping notification**

This ship notification is being sent to you by the U.S. Postal Service® at the request of DIGITAL INCOMESYSTEM. A package with a Click-N-Ship® label created on usps .om is scheduled to be shipped on 02/12/2020  If the "Shipped To" address information is not correct, please contact the Shipper.

**Click-N-Ship® Shipping Details**

Shipped from:
DIGITAL INCOMESYSTEM

**$7,000**

Shipped to:
JENNIFER HEDRICK

6748

**Type of Service:** Priority Mail® 3-Day
Flat Rate Envelope
**Label Number:** 9405 5046 99

Note To Recipient: L

To check on the delivery status of your package, please go to Track and Confirm at www.usps.com.





8:57 ⌁                                     5GE

‹

Ship® label created on usps.com is scheduled
to be shipped on 09/11/2020. If the "Shipped To"
address information is not correct, please
contact the shipper.

**Ship® Shipping Details**

Shipped from:                    Shipped to:
DIGITAL INCOMESYSTEM             JENNIFER HEDRICK

**Type of Service:** Priority Mail® 3-Day
**Flat Rate Envelope**
**Label Number:** 9405 5036 99?

Note To Recipient:   ⬛ ⬛ ⬛ ⬛⬛  | L2 | ⬛ ⬛  | L3 |

To check on the delivery status of your package,
please go to Track and Confirm at www.usps.com.





# Jennifer Hedrick

 Follow Me

6 Figure Income Earner 

PowerCoach 💕

🔼 Top Leader

**💬 Message**   

 **Self-Employed**

 Married



11:09                    

# ‹ **Jennifer Hedrick**   🔍

 **Jennifer Hedrick**   •••
March 24 · 🌐

🌿Hold On‼️STOP 🛑 YOUR 🛑 SCROLL 🛑 🌿

YOU BETTER ❗ JUMP ON THIS ‼️‼️‼️
Anyone that Joins Me will get a ❗💯FREE WEBINAR CALL
with me for 1 Hour‼️ ‼️

💥ILL BE Giving ALL of My Tips & 🗒️ Tricks to HOW I've
become a MULTIPLE 6 FIGURE EARNER

I am WARNING ❗ YOU, this pandemic will
Be here for weeks or months !! It's time
YOU TAKE YOUR INCOME INTO YOUR OWN HANDS before
It's too late ‼️

No - you DONT Have to Stress over $$$, I'm
Here to help you LEARN HOW to Make Money From your
Cellphone 📱 ‼️‼️‼️

🐨Offer ends 3/29/20🐨

For all The people " worried " they won't succeed or "know
what to do " I GOT YOUR BACK !!!

This is Going AWAY 3/29/20 & will ✖️NEVER ✖️COME
BACK ‼️‼️‼️

**PX 29, pg. 22**

# PLAINTIFF'S EXHIBIT 30

# (PX 30)

Declaration of Inez Ruth

## DECLARATION OF INEZ RUTH

I, Inez Ruth, declare the following:

1. My name is Inez Ruth, and I am a United States citizen who is over the age of eighteen. I live in Chillicothe, Ohio.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In September 2019, I was looking at the Facebook posts of Kaitlyn Scott, who is someone I had been following on Facebook and who I was familiar with through a business opportunity called MyEcon. Kaitlyn was a woman who was all business. She shared with me another opportunity --- Digital Income System --- where she said there was money to be made. She said that members would make a 50% commission, up to the level at which we joined, on each sale that Digital Income would make for out account. Over Facebook, Kaitlyn was showing how much she was making with it, posting her earnings and showing proof of what she was making. She was showing how much she made for the day, for the week, and for the month. She was also showing the house and other items she was buying with what she was making with Digital Income. Kaitlyn implied that I would make money with Digital Income System.

4. Kaitlyn gave me the phone number for Derek Jones, who was her sponsor and coach. I called Derek Jones and talked with him. He sent me information that Digital Income System guaranteed that I would make back at least half of what I invested. Kaitlyn led me to believe that I would actually make even more than that.

5. I was also told through materials provided by Kaitlyn and Derek that Digital Income System was a fully automated system for generating online income. They told me that

1

Declaration of Inez Ruth

Digital Income would get the buyer fast results from their system. A buyer would get high-converting traffic for life.

6. Because of what I was told by Kaitlyn and Derek, I told Derek that I decided to join Digital Income System at the $1000 level. He sent me an e-mail congratulating me about my decision to join Digital Income and telling me how to send in my money. I was to make a money order for $500 in the name of Digital Income System and another one for $500 in the name of Kaitlyn Scott. I was instructed to send both money orders to the Digital Income address in Miami, Florida.

7. On September 30, 2019, I sent in two money orders for $500 each to Digital Income. (Attachment A is a true and correct copy of the money order that I sent to Digital Income System.) On October 1, 2019, at the directions of Digital Income, I filled out and sent in an Order Form. (Attachment B is a true and correct copy of this DIS Order Form.) Digital Income then sent me a letter giving me the directions to access my website and start getting leads from the DIS Automatic Traffic Rotator. (Attachment C is a true and correct copy of that e-mail.)

8. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

9. Soon after, Derek Jones told me that, if I paid more money, I would get more traffic. I decided to upgrade my membership to the next level so that I could get more traffic. I told Derek that I would upgrade. I next received an e-mail from Derek congratulating me

2

Declaration of Inez Ruth

on deciding to upgrade my membership and giving me instructions on how to send the additional money to them. (Attachment D is a true and correct copy of that e-mail from Derek Jones.)

10. On November 6, 2019, I upgraded to the $12,000 Ambassador Level. I sent in two cashier's checks, one for Kaitlyn Scott for $2750 and one for Digital Income System for $2750. (Attachment E is a true and correct copy of my cashier's check to Digital Income System to upgrade to the higher level.)

11. Kaitlyn and Derek told me that leads would pop up and that the Digital Income coaches would talk with the leads and get them to sign up.

12. One $1000 sale was made for my account in which I made a $500 commission. But that sale was one that I initiated because the buyer was a life-long friend of mine. No other sales were ever made for my account.

13. I talked with several people for whom Digital Income System did not work out either. They did not make any sales.

14. On July 31, 2020, I tried to log into my website, but it was closed. I then called Derek, who told me that the referral end of the business had been shut down for several months, since the economy bottomed out. He was expecting to reopen the referral side in December. He said that the markets should be better then. This is the first that I heard that leads were not being generated and followed up on; no one at Digital Income had informed me of that before.

15. I have lost $6500 to Digital Income System. If I had known that Digital Income System was not going to close more than one small sale and not send me commission checks over the lifetime of Digital Income System worth at least half of the amount I invested, which

3

Declaration of Inez Ruth

they had promised to do, I would never have paid them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 2, 2020.

Inez Ruth
Inez Ruth
Chillicothe, Ohio

4

# ATTACHMENT  A





# ATTACHMENT  B

PX 30, pg. 7

From: JotForm <noreply@jotform.com>
Date: 10/1/19 5:08 PM (GMT-05:00)
To: █████████████████
Subject: We have received your response for DIS Order Form



.⁷ DIS Order Form

| | |
|---|---|
| Name | Inez Ruth |
| Address | Street Address: ████████████ |
| | City: Chillicothe |
| | State / Province: Ohio |
| | Postal / Zip Code: █████ |
| | Country: United States |
| Phone Number | ████████████ |
| E-mail | █████████████com |
| Purchase Level | Level 1 - $1,000 - Entrepreneur |
| Referral ID # | 5729 |
| Type a question | 1Z470X310325270165 |
| Which Coach Did You Speak To? | Derek |
| Signature Req. | |

I agree to all of the Digital Income System's Terms and Conditions.

**PX 30, pg. 8**

# ATTACHMENT  C

From: Digital Income System Customer Support <customersupport@digitalincomesystem.com>

Date: 10/3/19 4:22 PM (GMT-05:00)

To: com

Subject: DIS Login info

Hello Inez ,

Welcome to the DigitalIncomeSystem!   Your personal Referral ID# is: 9722

Your Capture Page URL is:  http://digitalincomesystem.com/9722

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email to:    customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.

**PX 30, pg. 10**

You can log into your account here:  Login
link: https://digitalincomesystem.com/admin/login.php

Log in with this email:            ███████████████

And type in this password:         ████████

 (Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.

Welcome again from the DIS team, we look forward to working with you and to your continued success!

 -DIS Admin

# ATTACHMENT  D

From: Derek Jones <coachderek@digitalincomesystem.com>
Date: 11/1/19 5:55 PM (GMT-05:00)
To: ███████████████████com>
Subject: ATTN: DIS Upgrade Instructions (Coach Auth)

Hey there Inez!

**Congratulations** on your decision to upgrade your **Digital Income System**.

Member ID# 5729 ( *Kaitlyn Scott* ) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level III** is: $5,500 (Coach Note: Exempt Cost, Authorize Bonus DJf484591)

**Step 1)**  Please get 1 cashiers check (or money order) for the amount of $2750 made payable to:

*Kaitlyn Scott*

**Step 2)** Get a 2nd cashiers check (or money order) for the amount of $2750 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

**PX 30, pg. 13**

*Send funds via FedEx / UPS Overnight or USPS Express mail*

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**

Once our DIS administrators have received your your payments, we will set up your marketing suite at the **Ambassador ($12,000) Level** and email you login details which contain your own user ID.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.
--

Email:

# ATTACHMENT  E

PX 30, pg. 15



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**CASHIER'S CHECK**
The Huntington National Bank - Branch 031200
Columbus, Ohio 43219

**Huntington**

No. 2013585659

Remitter **INEZ RUTH**                                      Date **11/06/2019**

Pay    Two Thousand Seven Hundred Fifty Dollars & 00/100                $ ** 2,750.00 **

To the Order Of
**DIGITAL INCOME SYSTEM INC**

Drawer: The Huntington National Bank
Columbus, Ohio 43219

K·Scott·D

DRAWEE: The Huntington National Bank
Columbus, Ohio 43219

By _Pam Martin_
Authorized Signer

5743927024

PAY TO THE ORDER OF
WELLS FARGO BANK, NA
FOR DEPOSIT ONLY
Digital Income System Inc
9838948075

PX 30, pg. 16

# PLAINTIFF'S EXHIBIT 31

# (PX 31)

### DECLARATION OF NICHOLAS SCHULTZ

I, Nicholas Schultz, declare the following:

1. My name is Nicholas Schultz. I am a United States citizen and am over the age of eighteen. I live in Tampa, Florida.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In 2019, I saw a video online advertising a money-making opportunity through a company called Digital Income System or "DIS."

4. The video explained that, by purchasing membership in DIS, an individual could sell DIS membership to others for a 50% commission. The video stated that DIS offered different levels of membership, each for a different price. According to the video, DIS provided each member a website, called a "capture page," and marketed it to potential customers on the member's behalf. The higher a member's membership level, the more DIS would market the member's capture page. Potential purchasers, or "leads," who visited a member's capture page and wanted to learn more could enter their contact information and request a call from a DIS "coach." A DIS coach, who would be an experienced marketer, would then call each lead, advertise DIS to them, and then attempt to close a sale of membership. If the sale closed, the member would receive a 50% commission. The video described DIS as "autopilot" and "hands free." The video also included a temporary promotion, stating that, if I purchased a $3000 level membership by a certain deadline, I would be automatically upgraded to a $5000 level membership.

5. On August 7, 2019, I received an email from an individual named Johnny Melo,[1]

_____

[1] The "From:" line in Melo's emails to me sometimes listed his name as "Jone."

1

**PX 31, pg. 1**

Declaration of Nicholas Schultz

> advertising DIS and stating:

>> Your Invitation from the Digital Income System is awaiting your reply.

>> You have just 24 hours to reply and schedule a callback and lock in your 24 hour bonuses:

>> Free, lifetime traffic. PLUS..

>> A full upgrade to the next product level

>> Submit A callback request TODAY

>> https://clicks.aweber.com/y/ct/?l=PGozW&m=mGfZgDz6ya7rpoA&b=ciVXWT

>> RTAvK1OWRdMeOOzg

> (Attachment A is a true and correct copy of the August 7, 2019 email).

6. On August 8, 2019, I received another email from Melo, stating:

>> Digital Income. Simplified.

>> Our success system is fully-automated.

>> We utilize cutting edge technology, advanced marketing automation and a powerful sales force to close your leads and generate huge commissions checks paid directly to you.

>> We make the sales, you get paid.

>> Simple, right?

>> Your Bonus window is close to closing..

>> It's time to schedule your callback...

>> https://clicks.aweber.com/y/ct/?l=PGozW&m=lwkjkbgMya7rpoA&b=z1hDgQOo
>> 9KdkQea86GKmRA

>> Click the link above to schedule a call with a member of our team today.

>> Find out what we can do to help you get ahead.

> (Attachment B is a true and correct copy of the August 8, 2019 email).

Declaration of Nicholas Schultz

7. On August 9, 2019, I received another email from Melo, stating:

> Your Digital Income System bonuses have been successfully activated and we
>
> have sent a notification to our team for processing.
>
> However, We are still waiting on you to schedule your callback,
>
> So please make sure to schedule it at your earliest convenience.
>
> We do not want you to miss the crazy bonus we offer.
>
> Get together with one of our consultants:
>
> https://clicks.aweber.com/y/ct/?l=PGozW&m=laptozNcya7rpoA&b=4wiKsavgCJ
>
> _VNbAwA6ZujQ
>
> No pressure tactics - just a simple conversation about what YOU want.
>
> You should probably hurry, if you're seeing this your Bonus is about to go bye-
>
> bye.
>
> DIS Callback Mgr.

(Attachment C is a true and correct copy of the August 9, 2019 email).

8. On August 10, 2019, I received another email from Melo, which appeared to include a
copied and pasted message from "Bill," the "founder" of DIS. The email stated:

> Hey it's Bill, founder of the Digital Income System here to give you a quick
>
> warning!
>
> Beware of the number one.
>
> Why?
>
> Because if you only have one of something you are at risk.
>
> One (Income) from one source - your job.
>
> One bank account

3

Declaration of Nicholas Schultz

> One ad source
>
> One lead source
>
> One of anything related to your -Cash-Flow-
>
> The moment something happens to that one thing, you're left with NOTHING.
>
> I don't want this to happen to you.
>
> I started the Digital Income System to get you out of the Serious Danger of One.
>
> Go back to our website, watch the video again if you need to.
>
> https://clicks.aweber.com/y/ct/?l=PGozW&m=lEv1tL4sya7rpoA&b=xfr2s4NWZ
>
> bqyU7ELasdgEA
>
> Or you can go directly to our callback page and schedule a consultation with us.
>
> https://clicks.aweber.com/y/ct/?l=PGozW&m=lEv1tL4sya7rpoA&b=7U.mAD1Q
>
> AZHEht9KhcnCwA
>
> Don't fall prey to the danger of one..
>
> Bill
> DIS Founder

(Attachment D is a true and correct copy of the August 10, 2019 email).

9.  On August 11, 2019, I received another email from Melo, stating:

> Thanks again for checking out the Digital Income System!
>
> In case you forgot, here are the DIS details...
>
> 1) Professional Business Team to close all of your sales for you!
>
> 2) 50% Commissions from all your sales (No Gimmicks, No Skips, No Passups).
>
> 3) Automatic Traffic Built-in (included for FREE) for a lifetime of leads and sales!
>
> 4) FIVE Product Levels: $1k, $3k, $5k, $12k, and $25k with ZERO admin fees or recurring fees, ever!

4

Declaration of Nicholas Schultz

> 5) Checks sent directly to your mailbox! We ship Fed-Ex or USPS Priority so you get paid fast!
>
> Don't miss this chance to change your life and finances with our done-for-you system.
>
> Your future is waiting... Go Grab it..
>
> https://clicks.aweber.com/y/ct/?l=PGozW&m=ku.Bxio6ya7rpoA&b=k0Q_lS0t0a qQyJ1NJ3eYqg
>
> Your DIS Team

(Attachment E is a true and correct copy of the August 11, 2019 email).

10. I requested a callback from DIS and received a call from someone named Coach Elvis. Elvis repeated the information provided in the video, stating that DIS was a "turn-key" operation that would market my capture page, call all of my leads, close all of my sales, and provide 50% commissions.  He said a DIS website (he didn't say which one) received more viewers than Coca Cola's website.  Like the video, he said that the higher my membership level, the more DIS would market my capture page to potential purchasers.

11. Based on the video, the emails from Melo, and my conversation with Elvis, I believed I would make substantial income through DIS.

12. As a result, I decided to purchase a $3000 membership, which, with the promotion, would result in a membership worth $5000.

13. On August 13, 2019, I received an email from DIS with instructions on how to pay for my membership.  (Attachment F is a true and correct copy of the email.)

14. Pursuant to these instructions, that same day, I mailed two cashier's checks—one for $1500 made out to Johnny R. Melo and one for $1500 made out to DIS—to DIS's

5

Declaration of Nicholas Schultz

> address, located at 6619 South Dixie Highway #329, Miami, FL 33143. (Attachment G
> is a true and correct copy of the cashier's check that I made out to and mailed to Digital
> Income System.)

15. Prior to mailing my payment to join DIS, I never received a written disclosure document
    or a written earnings claim document that told me how many and what percentage of DIS
    members earned specific commissions or a range of commissions. I also never received
    such documents after I paid for the membership.

16. On August 15, 2019, I received a welcome email from DIS with credentials to my
    capture page and my account (also referred to as DIS's "backoffice"). (Attachment H is a
    true and correct copy of the August 15, 2019 welcome email.)

17. After I mailed my payment for DIS membership, I continued to receive emails from
    Johnny Melo advertising DIS throughout August 2019. (Attachments I through M are
    true and correct copies of these emails).

18. I subsequently purchased extra marketing from an internet marketer for approximately
    $3,000. The marketer created a website for me advertising DIS.

19. From August 2019 to January 2020, I received thirteen emails from DIS, stating that a
    "new lead has checked out" my capture page. (Attachment N is true and correct copies
    of these emails.)[2]

20. But no sales were closed. Meanwhile, my lead notification emails were becoming less
    and less frequent.

21. As a result, on January 28, 2020, I emailed DIS, stating, "Even though I am Tracking and

---

[2] One of those emails resulted when I myself requested a callback on my own capture page as a test. *See* Attachment N at 5. Some of the lead notification emails may also have resulted when the internet marketer I hired tested my DIS capture page.

Declaration of Nicholas Schultz

sending traffic to the site after hiring a different company to market the site, leads have stopped generating. . . I would like to talk with someone . . ." I received a response, stating, "I'll contact support on your behalf and make sure your site is working properly." I replied, "Can you give me a main number to contact support?" DIS replied, "Currently there is no number, but they work 24/7 and you can contact them directly from the Backoffice." (Attachment O is a true and correct copy of this email exchange with DIS). To the best of my recollection, DIS then messaged me through the backoffice and confirmed that my DIS capture page was functioning and sending the list of any callback requests to my backoffice. DIS did not, however, explain why no sales were resulting.

22. Ultimately, DIS closed no sales for me, and I made no money through DIS.

23. If I had known that DIS was not going to close any sales for me, as Johnny Melo and Elvis promised it would, I would never have paid any money for this supposed business opportunity. I lost $3000 to DIS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September _15_, 2020.

Nicholas Schultz
Tampa, Florida

7

# ATTACHMENT  A

From: **Jone** <████████████████>
Date: Wed, Aug 7, 2019, 8:45 PM
Subject: Don't miss your 24 hour bonus!
To: Nicholas Schultz <████████████████████>

Hey There ,

Your Invitation from the Digital Income System
is awaiting your reply.

You have just 24 hours to reply and schedule a callback
and lock in your 24 hour bonuses:

Free, lifetime traffic. PLUS..
A full upgrade to the next product level

Submit A callback request TODAY

https://clicks.aweber.com/y/ct/?l=PGozW&m=mGfZgDz6ya7rpoA&b=ciVXWTRTAvK1OWR
dMeOOzg

The DIS-Call Back Team is Standing By For You.


████████ FL █████
USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIzM

**PX 31, pg. 9**

# ATTACHMENT  B

PX 31, pg. 10

From: **Jone** <███████████████>
Date: Thu, Aug 8, 2019, 8:45 PM
Subject: Digital Income. Simplified.
To: Nicholas Schultz <███████████████████>

Hello again ,

Digital Income. Simplified.

Our success system is fully-automated.

We utilize cutting edge technology, advanced marketing automation
and a powerful sales force to close your leads and generate huge
commissions checks paid directly to you.

We make the sales, you get paid.

Simple, right?

Your Bonus window is close to closing..
It's time to schedule your callback...

https://clicks.aweber.com/y/ct/?l=PGozW&m=lwkjkbgMya7rpoA&b=z1hDgQOo9KdkQea86G
KmRA

Click the link above to schedule a call with a member of our team today.

Find out what we can do to help you get ahead.

Talk soon??

11                                                                      **PX 31, pg. 11**



FL
USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIws

**PX 31, pg. 12**

# ATTACHMENT  C

**PX 31, pg. 13**

From: **Jone** <███████████m>
Date: Fri, Aug 9, 2019, 8:47 PM
Subject: DIS Activation Successful
To: Nicholas Schultz <█████████████>

We have Great News.

Activation Successful! Congratulations!

Your Digital Income System bonuses have been
successfully activated and we have sent a
notification to our team for processing.

However, We are still waiting on you to schedule your callback,
So please make sure to schedule it at your earliest convenience.

We do not want you to miss the crazy bonus we offer.

Get together with one of our consultants:

https://clicks.aweber.com/y/ct/?l=PGozW&m=laptozNcya7rpoA&b=4wiKsavgCJ_VNbAwA6Z
ujQ

No pressure tactics - just a simple conversation about what YOU want.

You should probably hurry, if you're seeing this your Bonus is about to
go bye-bye.

DIS Callback Mgr

 FL ██

USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIys

14                                              **PX 31, pg. 14**

# ATTACHMENT  D

**PX 31, pg. 15**

From: **Jone** < ████████████ >
Date: Sat, Aug 10, 2019, 8:51 PM
Subject: One is the most dangerous number.
To: Nicholas Schultz < ██████████████████ >

Hey it's Bill, founder of the Digital Income System here to give you a quick warning!

Beware of the number one.

Why?

Because if you only have one of something you are at risk.

One (Income) from one source - your job.

One bank account

One ad source

One lead source

One of anything related to your -Cash-Flow-

The moment something happens to that one thing, you're left with NOTHING.

I don't want this to happen to you.

I started the Digital Income System to get you out of the Serious Danger of One.


Go back to our website, watch the video again if you need to.


https://clicks.aweber.com/y/ct/?l=PGozW&m=lEv1tL4sya7rpoA&b=xfr2s4NWZbqvU7ELasdg
EA


Or you can go directly to our callback page and schedule a consultation with us.


https://clicks.aweber.com/y/ct/?l=PGozW&m=lEv1tL4sya7rpoA&b=7U.mAD1QAZHEht9Khcn
CwA

**PX 31, pg. 16**

Don't fall prey to the danger of one..



Bill
DIS Founder


USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIxs

**PX 31, pg. 17**

# ATTACHMENT  E

From: **Jone** < ██████████████ >
Date: Sun, Aug 11, 2019, 8:50 PM
Subject: A few details about The Digital Income System
To: Nicholas Schultz < ████████████████ >

Hi

Thanks again for checking out the Digital Income System!

In case you forgot, here are the DIS details...

1) Professional Business Team to close all of your sales for you!

2) 50% Commissions from all your sales (No Gimmicks, No Skips, No Passups).

3) Automatic Traffic Built-in (included for FREE) for a lifetime of leads and sales!

4) FIVE Product Levels: $1k, $3k, $5k, $12k, and $25k with ZERO admin fees or recurring fees, ever!

5) Checks sent directly to your mailbox! We ship Fed-Ex or USPS Priority so you get paid fast!

Don't miss this chance to change your life and finances with our done-for-you system.

Your future is waiting... Go Grab it..

https://clicks.aweber.com/y/ct/?l=PGozW&m=ku.Bxio6ya7rpoA&b=k0Q_lS0t0aqQyJ1NJ3eYqg

Your DIS Team


USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIzs

**PX 31, pg. 19**

# ATTACHMENT  F

**PX 31, pg. 20**

From: **DIS Callback-Team** <callbackteam@digitalincomesystem.com>
Date: Tue, Aug 13, 2019, 12:57 PM
Subject: DIS 3K PURCHASE
To: <███████████████████████>

Hey there Nick,

It was great speaking to you today and **congratulations** on your decision to Purchase the **Digital Income System**. Member ID#8014(Johnny) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer  payments** and The total amount for **Level II** is: **$3,000**.

Instructions to Purchase Digital Income System at **Level II (Director):**

 **Step 1)**  Please get 1 cashiers check or money order in the amount of $1500 made payable to:

*Johnny R. Melo*

**Step 2)** Get a 2nd cashiers check or money order in the amount of $1500 made payable to:

 *Digital Income System Inc.*

**Step 3)** Send the checks or money orders via FedEx / UPS  Overnight  or  USPS Overnight Express  mail to:

Attention: Coach Elvis
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

**PX 31, pg. 21**

* Make sure to Send funds via FedEx / UPS Overnight or
USPS Overnight Express mail*

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **callbackteam@digitalincomesystem.com**

**Step 5:** Once you've sent the two payments to the address above, fill out the **order form** at:

http://digitalincomeform.com

**\*Note:** Your referral ID # is:**8014** and your coach's name is **Coach Elvis\***

Once our DIS administrators have received your completed order form and your mailed payments, we will set up your marketing suite at the Professional **($5,000)** Level.

We will also email you login details which contain your own user ID #. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me at 786-582-5093 with any questions during this process.

Looking forward to your success on our team.

Coach Elvis

**PX 31, pg. 22**

# ATTACHMENT  G



**PX 31, pg. 24**

# ATTACHMENT  H

**PX 31, pg. 25**

From: **Digital Income System Customer Support**
<customersupport@digitalincomesystem.com>
Date: Thu, Aug 15, 2019, 11:59 PM
Subject: DIS Log In
To: ◄▬▬▬▬▬▬▬▬▬▬►

Hello Nicholas ,

Welcome to the DigitalIncomeSystem!   Your personal Referral ID# is:   6821

Your Capture Page URL is:  http://digitalincomesystem.com/6821

 Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

 Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

 Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

 To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

 Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.


You can log into your account here:  Login
link: https://digitalincomesystem.com/admin/login.php


Log in with this email:                  ▬▬▬▬▬▬▬▬▬▬▬▬

**PX 31, pg. 26**

And type in this password:   ███████

 (Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.


Welcome again from the DIS team, we look forward to working with you and to your continued success!


 -DIS Admin

# ATTACHMENT  I

PX 31, pg. 28

From: **Jone** <████████████████>
Date: Tue, Aug 13, 2019, 8:46 PM
Subject: Digital Income Sys: Lets Talk ROI
To: Nicholas Schultz <████████████████>

Today it's time for the truth and the truth can take some time

Make Sure You Read This Entire Article

No games. Lets talk ROI.

ROI= Advertising Cost ÷ (Amount received - amount spent) x 100

Return on Investment (ROI) is a serious subject.
Especially if you are a member of DIS.

Each DIS sale can bring as much as $12,5000 in profit.
That's net profit. Not gross revenue.

In case you're new to business, that is a LOT of profit per sale, with a very low overhead.

So lets do some math.
Lets pretend that you are doing a text message campaign.

(I think we are supposed to do a disclaimer here about how prices and commissions can vary.
Obviously, not everyone who starts a marketing campaign makes a bunch of money.
Of course, some do. And we are pretty awesome at making sure those someones are our clients.
ok...lets continue.)

The average text message campaign costs about $150 bucks and reaches about 2,000 people.

The average DIS sale? about $2,500 dollars in profit, per sale (a little more, but lets estimate).

Since the number of sales per campaign varies, instead of calculating ROI lets go
BACKWARDS.

Lets take the average amount of profit, and figure out how many people we can reach at the
break even point.

**PX 31, pg. 29**

at $2,500 dollars with SMS campaigns costing $150 per 2,000 people is..

The break Even Point is.. wait for it...

33... THOUSAND PEOPLE.

33,334 people, to be exact.


So imagine this:

An entire stadium of people Watches a 20 minute presentation on
the Digital Income System.

Then every one who joins pays you $2,500 dollars.

If you only get 1, you break even.

At two you double your money.


If you get 12, you get $30,000.
And that assumes your leads don't buy a higher membership.

What if the commissions were $6,000 ($72,000)

What if they were $12,500?

You see? ROI for the Digital Income System is so high.
You can't afford NOT to do it.

So here is your chance.

Goo to the page you see below, and request a callback right now.
Time is wasting. Money is waiting.

Isn't time You made a move.

https://clicks.aweber.com/y/ct/?l=PGozW&m=kZ3M04VMya7rpoA&b=EADUam9NTI4eLzg5p
L09HQ



Thanks for reading

DIS Team

PS.  The example above is used only to illustrate the ROI potential
     OF DIS.  Advertising and promotion is an inexact science and no one
     not even the minds behind DIS can guarentee you will makes sales on
     any advertising campaigns - because income claims are agaisnt the law..

O


USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIwc

**PX 31, pg. 31**

# ATTACHMENT  J

**PX 31, pg. 32**

From: **Jone** <███████████████>
Date: Thu, Aug 15, 2019, 8:46 PM
Subject: It takes just 18 seconds to read this email!
To: Nicholas Schultz <█████████████████>

Yep, 18 seconds is all you need....

Ready? Set? GO!

(17 Seconds to go)

Listen, you need money and you don't have time to waste!

(14 seconds to go)

Digital Income System is the solution to all your money needs

(11 seconds to go)

We close the sales - you cash the checks

(8 seconds)

No gimmicks, just hands-free income.

(5 seconds)

hmmm... a few seconds to spare....

(2 seconds)

Request a callback ASAP! WE promise its fast!

https://clicks.aweber.com/y/ct/?l=PGozW&m=kD8W4SCcya7rpoA&b=NnmdAOPEp0fxXVRE
wHjejg

Whew, 18 seconds goes by fast.....

███████████████

**PX 31, pg. 33**

 FL ▮▮▮
USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjIyc

# ATTACHMENT  K

**PX 31, pg. 35**

From: **Jone** <████████████>
Date: Mon, Aug 19, 2019, 8:51 PM
Subject: Is The Dream Dead?
To: Nicholas Schultz <████████████████>

Hey, I have a serious question for you...

Is The Dream Dead?  It depends on what dream we're talking about!

Yes .. The dream of a full-time income in "MLM" or "network marketing"
is all but DEAD for the average person.

Think about that for a minute, let it sink in. Because that is the absolute truth.
And it doesn't give me any joy to be the one to break this to you.

Yes, at one time it was fairly simple to make a ton of money in an MLM - but those
days are over and here's why:

The Internet Killed MLM.

In the old days you had to..

Go after family and friends, 3 feet circles, hotels meetings etc… but you could build slowly
because there was a new deal to distract your team maybe once or twice a year.

Now you dont have to do any of that old school presenting and meetings
but it seems like there is a new deal to ditract people once or twice a day.

Too many companies and not enough people to go around and it's now too easy to jump ship
making
building the size team you need to make any real money almost impossible  .

So you may want to stop chasing a dead dream.

So what's the cure to a dead MLM industry? A high paying direct sale business with up to
$12,500 per sale.

Not $20 for some face cream, not 15 bucks for selling some wicker basket.

And pennies and peanuts on the sales volume of your team - you need more than

**PX 31, pg. 36**

pennies to survuve today.

You NEED Real commissions. BIG ONES.

We have just what you want to cure the dead MLM blues...

Contact us here for more info:

https://clicks.aweber.com/y/ct/?l=PGozW&m=nGbBe8poya7rpoA&b=Y3fTXwOxzEtpmPKtZtn
h3A

MLM may be dead but it doesn't have to take you down with it...

You CAN Rise up from the MLM asshes - You just need to be riding on the right Bird.

 FL

USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjEwM

# ATTACHMENT  L

**PX 31, pg. 38**

From: **Jone** <​████████████████​>
Date: Mon, Aug 26, 2019, 8:50 PM
Subject: LAST SHOT: You have ONE MORE CHANCE to CASH IN on our 24 hour SIGN UP
BONUS
To: Nicholas Schultz <​████████████████████████​>

Time is running out..

You've seen the videos...

You know that Digital Income System is the #1 doen for you business opportunity in the world
and that if you continue to sit on the sidelines you will miss out on the opportunity of a lifetime.

You know that we have the skills. You know that we have the system.
You know that we close your sales and that you cash the checks.

But we know something too. We know that you missed the bonus period and that you've
been waiting for a promotion to get back in.

Don't worry, your secret is safe with us.

Our bonuses aren't some ridiculous e-book that anybody can own.
It isn't some fake report, or a funded proposal masquerading as a training guide.

Its a lifetime of enhanced website traffic worth tens of thousands of dollars.
Its a real product upgrade that more than doubles your earning potential instantly.

That's power.

That's a real incentive that produces sales fast.

And even though we are serious about enforcing out 24 hour rule.
We are also serious about giving you the opportunity to sstart succeeding online.

We also do it Because the person who invited you to see DIS deserves the pleasure
of knowing they helped you out.

So we extend the bonus period to help our members - and you get the benefit

So this is our last offer.

**PX 31, pg. 39**

Go to the site below. And request a callback with one of our business specialists.

https://clicks.aweber.com/y/ct/?l=PGozW&m=mwgLiWX2ya7rpoA&b=b1wEzqwznXRx8lq7D
VMckw

Our emebrs love the help we've given them and We look forward to helping you too.

 FL

USA

To unsubscribe or change subscriber options, visit:
https://www.aweber.com/z/r/?rMyMHGwMLLTsTAxsHAxMDLRmtMxMjJwMjEyM

**PX 31, pg. 40**

# ATTACHMENT  M

From: **Jone** < ████████████ >
Date: Fri, Aug 30, 2019, 8:50 PM
Subject: If THIS doesn't bother you, then i don't know what will
To: Nicholas Schultz < ████████████ >



## Hello Nicholas,

**If THIS doesn't bother you, then
i don't know what will**

I remember back when I was
working my J.O.B and I couldn't
help but to
realize one thing.

I kept saying to myself:

"What in the heck am I doing
working this hard to barely make
over minimum
wage every hour and build
someone ELSE'S dream when I can
make so much more building my
own?"

Perhaps, you may have asked
yourself this at one point?

**PX 31, pg. 42**

Seriously, I just couldn't make
the connection.

I just couldn't stand the fact
that I was overworking myself.

Only to be underpaid.

It bothered me.

Those at the top of the
corporation get to kick their
feet up and get
themselves a big ole' slice of
the pie, while I get to take
home the crumbs.

It was at that point where I
told myself I was going to
succeed in internet
marketing no matter how much
effort I needed to put forth to
make it happen.

I pressed on.

I stayed FOCUSED.

And I got it done.

This is the same type of mindset
that you need to have.

Couple that with a sound plan of
action and you're good to go:

**PX 31, pg. 43**

==>  https://bit.ly/2YKvwom

Really sink your teeth into
this.

FOCUS!

And get it done.

To YOUR Success,



Johnny
melo
To your
success

P.S. Time is moneyed not waste
anymore, call  your Coach
now>>>>

https://bit.ly/2YKvwom



FL
USA

Unsubscribe | Change Subscriber Options

**PX 31, pg. 44**

# ATTACHMENT  N

**PX 31, pg. 45**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Tue, Aug 20, 2019, 9:41 AM
Subject: DIS New Lead Notification
To: <███████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
███████

Last Name

Email:
████████████████

Phone:
██████████

Congratulations!

**PX 31, pg. 46**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Wed, Aug 21, 2019, 2:32 PM
Subject: DIS New Lead Notification
To: ◄███████████████████►

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
████████

Last Name

Email:
█████████████████

Phone:
0

Congratulations!

**PX 31, pg. 47**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Thu, Aug 22, 2019, 8:49 PM
Subject: DIS New Lead Notification
To: < ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ >


Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
▇▇▇▇▇▇▇

Last Name


Email:
▇▇▇▇▇▇▇▇▇▇

Phone:
0

Congratulations!

**PX 31, pg. 48**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Mon, Aug 26, 2019, 4:16 PM
Subject: DIS New Lead Notification
To: <███████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:

████████

Last Name

Email:

██████████████

Phone:

███████████

Congratulations!

**PX 31, pg. 49**

From: **Digital Income System** <u>no-reply@digitalincomesystem.com</u>>
Date: Wed, Aug 28, 2019, 6:08 PM
Subject: DIS New Lead Notification
To: <████████████████████>


Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
Nicholas

Last Name

Email:
████████████████

Phone:
████████

Congratulations!

**PX 31, pg. 50**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Tue, Sep 3, 2019, 12:20 PM
Subject: DIS New Lead Notification
To: <████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
███

Last Name

Email:
██████████

Phone:
0

Congratulations!

**PX 31, pg. 51**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Sun, Sep 22, 2019, 6:58 PM
Subject: DIS New Lead Notification
To: <██████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
███████

Last Name

Email:
██████████████████████

Phone:
██████████

Congratulations!

**PX 31, pg. 52**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Tue, Sep 24, 2019, 7:12 PM
Subject: DIS New Lead Notification
To: <nicholasschultz911@gmail.com>


Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
█████████

Last Name

Email:
██████████████████████

Phone:
████████████

Congratulations!

**PX 31, pg. 53**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Mon, Nov 25, 2019, 10:20 PM
Subject: DIS New Lead Notification
To: <█████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
████

Last Name

Email:
████████████

Phone:
███████

Congratulations!

**PX 31, pg. 54**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Thu, Dec 5, 2019, 11:50 PM
Subject: DIS New Lead Notification
To: <███████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
████

Last Name

Email:
██████████████

Phone:
████████

Congratulations!

**PX 31, pg. 55**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Sat, Dec 7, 2019, 1:36 PM
Subject: DIS New Lead Notification
To: <█████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
████

Last Name

Email:
████████████████

Phone:
0

Congratulations!

56                                                    **PX 31, pg. 56**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Sun, Dec 8, 2019, 2:30 AM
Subject: DIS New Lead Notification
To: <██████████████████████>

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
██

Last Name

Email:
████████████████

Phone:
████████

Congratulations!

**PX 31, pg. 57**

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Tue, Jan 28, 2020, 5:43 PM
Subject: DIS New Lead Notification
To: ◄■■■■■■■■■■■■■►

Hi Nicholas

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
Fdf

Last Name


Email:
dfdfd!@dvfdhfb.com

Phone:
5555555555555

Congratulations!

# ATTACHMENT  O

**PX 31, pg. 59**

From: **DIS Callback-Team** <callbackteam@digitalincomesystem.com>
Date: Tue, Jan 28, 2020, 3:04 PM
Subject: Re: happy client
To: nick schultz <██████████████████>

Currently there is no number, but they work 24/7 and you can contact them directly from the Backoffice

On Tue, Jan 28, 2020 at 3:02 PM nick schultz <████████████████████> wrote:
Awesome, thank you so much!

Can you give me a main number to contact support?

If possible if like to coordinate a call between your CRM guy and my advertising company I have hired.

I don't have tech skills.  I rely on both of you guys doing your Job the right way.

Thank you

Nicholas Schultz
████████████████████

On Tue, Jan 28, 2020, 2:58 PM DIS Callback-Team <callbackteam@digitalincomesystem.com> wrote:
I'll contact support on your behalf and make sure your site is working properly

On Tue, Jan 28, 2020 at 2:41 PM nick schultz <████████████████> wrote:
*I have a $5000 membership.  There is a problem with my CRM.  Even though I am Tracking and sending traffic to the site after hiring a different company to market the site, leads have stopped generating.*

*Something is wrong with my CRM on your end and I would like to talk with someone that knows about websites and CRMs.*

**PX 31, pg. 60**

# PLAINTIFF'S EXHIBIT 32

# (PX  32)

## DECLARATION OF BARBARA STEVENS

I, Barbara Stevens, declare the following:

1. My name is Barbara Stevens, and I am a United States citizen who is over the age of eighteen. I live in Silver Spring, Maryland.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In late July 2019, I received a letter in the mail concerning Digital Income System. The letter was marketing the money-making opportunity of Digital Income System. The letter stated that one could make a lot of money on-line by buying into this opportunity. This letter told me that "this program works because (1) You never have to do any selling or telling, we do all of that for you; (2) We send you Free Traffic for life and show you exactly where to find BUYERS. You can start getting BIG CHECKS like the one above sent directly to you." (Attachment A is a true and correct copy of the letter concerning Digital Income System.)

4. The letter in Attachment A shows a sample check made out to me for $12,500, with the line "Discover How To Get Checks Like This, Visit: https://digitalincomesystem.com /9178 ."

5. I visited the website that was listed in the letter and was connected with someone who identified himself as Coach Derek. He told me that a lot of people make money from this opportunity by joining Digital Income System and it's possible to make money soon. Coach Derek told me that the company would set up a website for me through which new customers would contact the company. He told me that the coaches at Digital Income would contact the leads that showed up on my capture page and close all of my sales.

Coach Derek also told me that, with my purchase, I would be buying an automatic traffic rotator, which would automatically parcel out potential leads to the purchasers of the Digital Income System.

6. I looked on the Digital Income System website, which described that we would earn from $500 to $12,500 on each sale. The sales would be made by coaches who worked for Digital Income System. Because the coaches at Digital Income System would be the ones doing the selling to the new customers, Coach Derek told me that I would not have to sell to anyone myself, and in fact I would not have to talk with anyone. The coaches at the company would handle all of that.

7. Based on what I had seen and heard from Coach Derek and Digital Income System, I decided to buy into this business opportunity at the $3000 level. I was told by Coach Derek that if I bought into that level, I would be enrolled at the next higher level ($5,000 level). That would mean that I would get a higher commission for each sale from the leads. I told Coach Derek that I would join the System.

8. Coach Derek sent me an e-mail with the instructions on how to join. He told me to send two cashier's checks to him at the Digital Income System address at 6619 South Dixie Highway, #329, Miami, Florida 33143. He told me to make one check for $1500 made out to Digital Income System Inc. and one check made out to Paul Polson for $1500. (Attachment B is a true and correct copy of the first e-mail that Digital Income sent me.)

9. Coach Derek then told me that after I sent the two checks, I was to fill out the order form and that once Digital Income System received my checks and the order form, they would set up my marketing suite at the $5000 level. (Attachment C is true and correct copies of the order form that I filled out and of the two cashier's checks.)

10. Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

11. Two days later, I received an e-mail that told me that DIS Automatic Traffic Rotator was being set up for me and would be ready in a few days to start delivering new traffic to my website. (Attachment D is a true and correct copy of the August 8 e-mail.)

12. I paid an additional $7000 to another company called Top Advertising, which sent links to countries that had a lot of interest in business opportunities, set up a website for me, and linked that website up to my Digital Income website.

13. I received a few e-mails telling me that I had a new lead that was checking out my Digital Income System website. (Attachment E is a true and correct copy of the last e-mail that I received about a lead; I received it on December 6, 2019.) But none of those leads were ever turned into sales. No sales were ever made for me by the coaches at Digital Income System. And no more leads ever came to me after a short time.

14. After I paid my money, I was never able to reach Coach Derek again.

15. I have lost $3000 to Digital Income System. I have made no sales with the Digital Income System. I also lost over $7000 that I spent with another vendor for leads for the Digital Income System program. If I had known that Digital Income System was not

PX 32, pg. 3

going to make any sales for me, as they promised they would do, I would never have paid

them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August _221_, 2020.

Barbara Stevens
Silver Spring, Maryland

PX 32, pg. 4

# ATTACHMENT A

My capture page URL is http://digitalincomsystem.com/8017

24197

**Community Bank & Trust**
9192 Graceland Blvd.
Coral Gables, FL 33124

**Payment Account**
6619 South Dixie Hwy #329
Miami, FL 33143 USA

Derek 305-720-6952

```
*********** PAY EXACTLY $12,500.00 ***********
```

My personal refund # is 8017

DATE
07/22/2019

AMOUNT
** $12,500.00

PAY TO
THE
ORDER
OF

Barbara Stevens

▌▐▌▌▐▐▌▌▌▌▐▌▐▌▐▌▐▌▌▌▐▌▌▐▌▌▐▌▌▐▌▐▐▌▌▐▌▌▐▌▐▌▐▌▐▐▌

Discover How To Get Checks Like This, Visit:

https://digitalincomesystem.com/9178

**ATTENTION** Barbara Stevens:
## Serious Business Seekers Needed In Silver Spring...

Imagine Getting Checks Like This **Delivered Directly to You** Simply by Tapping into The Number One Thing
**EVERYONE** Looking to Start A Business Wants. Keep reading...

Dear Barbara,

There is no mistaking it. You can start receiving checks like the one above. REAL checks to deposit into your bank account by simply giving the millions of people looking for a way to make money what they really want. (Don't worry, we know exactly how to reach people just like you who want to make more money and we'll show you the easiest ways to get an endless supply of these buyers).

**Here's a Quick FACT:** There are around **175 Million people EVERY DAY** searching for "ways to make money."

## And We're Going to Share with You the Secret To
## Hands Free Income Delivered **Straight to Your Front Door**



## Imagine how you're going to feel when you get envelopes containing
## REAL Checks Worth Thousands of Dollars delivered directly to your front door.

My name is Anthony, and my associates and I have built an **income generating system** so simple and yet so powerful it allowed me to make enough money for my wife and I to pay off the $200,000+ debt that had been hanging over our heads for years. And let me tell you – getting that debt paid off felt like the weight of the world had been lifted off my shoulders.

When you see the Free Video I've made for you, you'll realize, maybe for the first time, that you actually can have all the money and the lifestyle you've been longing for all these years, because we have taken away the #1 reason people fail in their attempts to make money. We have put together something that allows complete novices all the way up to the most burned out business owner to make money with almost ZERO Effort. It's so simple You Have to **SEE IT to believe it** and understand why it's working for so many people everywhere.

Watch the FREE Video Now:   **https://digitalincomesystem.com/9178** PX 32, pg. 6

(see the reverse side for more) ⟶

**DO NOT DEPOSIT**
This 'mock' check has no cash value

**NOTE:** To find out how you can receive *REAL checks* like this, go to the website below and watch our free video.

I've been very fortunate. I've had great success in my business and about three years ago I decided to write down what I've learned over the years and make it available to the public. After several months I began to see that even though my methods are revolutionary and work like gangbusters, many people were still having difficulty succeeding. That didn't sit well with me, so I personally contacted a huge portion of my customers to find out the real problem they were having. After hundreds of hours of research, it became crystal clear what the problem was...

Fast forward to today and I have perfected my original strategies and added a Critical Update so that ordinary, average people can make an above average income from home without a steep learning curve and without picking up the telephone to talk to anyone. EVER!

### All You Do Is Plug into Our Method and WE DO THE REST

You already know there is No Stability in working for someone else and you know deep down that unless you change your financial direction today you will not have the funds you'll need for a decent retirement. Isn't Your best hope for a comfortable retirement to make a lot of money today? With our methods and our team this type of income is now possible for you.

What would an extra $2,500 a month do for you? How about an Extra $6,000? Or even $12,500 per month? And what if you found a team of highly qualified and experienced experts who would not only share what they know about income generation, but unlike everything else you've seen before THEY ACTUALLY DID ALL THE WORK FOR YOU?

Would you pay off your debt? Take an overdue luxury vacation? Buy a better car – or maybe even a new, bigger and better home? What you'll do with the money is totally up to you, and the possibilities are endless. But I want to make clear to you, this is NOT some fly-by-night, 'get rich quick' program, it's not an MLM, and there is no recruiting needed. You NEVER Talk to Anyone – EVER!

I know this may be hard to believe (you're probably used to working long, hard hours for your money) but all you need is an open mind, just like Dan did when he first got a letter just like the one you're reading right now. Here's what he has to say:

> **"I've made just over $43,500 in just a few weeks due to Anthony's done for us system. I've never had this kind of success before and I'll never forget the day I received a $12,500 cashier's check made out in my name. Thank you, Anthony, I can't begin to tell you how much this program has meant to me and my Family."**

IMPORTANT: For a LIMITED time only in addition to the 'Done for YOU' system using REAL People to Do ALL OF The Hard Work For YOU, we are offering FREE website traffic for life. But you need to act fast because the free traffic offer could be taken down at any time. Just visit the website below to get the details. My team and I look forward to hearing from you.

Here's to your success,

*Anthony Jones*

P.S. Remember, this program works because
1) You never have to do any selling or telling, we do all of that for you.
2) We send you Free Traffic for life and show you exactly where to find BUYERS.

**You can start getting BIG CHECKS like the one above sent directly to you. Get all the details by visiting the website:**

**https://digitalincomesystem.com/9178**

PX 32, pg. 7

# ATTACHMENT B

PX 32, pg. 8

From: **Derek Jones** <coachderek@digitalincomesystem.com>
Date: Tue, Aug 6, 2019 at 7:47 PM
Subject: ATTENTION: DIS Join Instructions 3k - Director (Authorize Upgrade to 5k -
Professional)
To: <███████████████████>

Hey there Barbara,

It was great speaking to you today and **congratulations** on your decision to join
the **Digital Income System**.

Member ID#  9178   (Paul Polson) will be very pleased to hear the good news.

The Digital Income System utilizes **direct peer-to-peer payments** for your
convenience.

The total amount for **Level II** is: **$3,000.**

(Coach's Note: **Authorize Upgrade** to 5k Level: **DJ376S3U5**)

───

Instructions to join Digital Income System at **Level II (Director):**

**Step 1)**  Please get 1 cashiers check for the amount of $1500 made payable to:

*Paul Polson*

**Step 2)** Get a 2nd cashiers check for the amount of $1500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek

**PX 32, pg. 9**

Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

*Send funds via FedEx / UPS Overnight or USPS Express mail*

**Step 4)** Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is: **coachderek@digitalincomesystem.com**

**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**

**\*Note:** Your referral ID # is:  9178   and your coach's name is **Coach Derek\***

____

Once our DIS administrators have received your completed order form and your payments, we will set up your marketing suite with your join bonus at the Professional **($5,000)** Level.

We will also email you login details which contain your own user ID. Typically this process takes less than 24 hours from the time we receive your payment.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.

--

Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

**PX 32, pg. 10**

# ATTACHMENT C



## ⁊  DIS Order Form

| | |
|---|---|
| Name | Barbara Stevens |
| Address | Street Address: ██████████████ |
| | Street Address Line 2 ████████ |
| | City: Silver Spring |
| | State / Province: Maryland |
| | Postal / Zip Code: 20902 |
| | Country: United States |
| Phone Number | ████████████ |
| E-mail | ████████████████ |
| Purchase Level | Level  2 - $3,000 - Director |
| Referral ID # | 9178 |
| Type a question | 1ZE40A480113506253 |
| Which Coach Did You Speak To? | Coach Derek |
| Signature Req. | |

*[signature]*

I agree to all of the Digital Income System's Terms and
Conditions.

Powered by 🟠 JotForm                    Create your own form today!

OFFICIAL CHECK

M&T Bank

501030127-1

DATE

TO THE ORDER OF

COPY - NOT NEGOTIABLE

OFFICIAL CHECK

M&T Bank

501030128-1

DATE

TO THE ORDER OF

COPY - NOT NEGOTIABLE

# ATTACHMENT D

From: **Digital Income System Customer Support**
<customersupport@digitalincomesystem.com>
Date: Thu, Aug 8, 2019 at 7:18 PM
Subject: DIS Login info
To: <█████████████████████>

Hello Barbara,

Welcome to the DigitalIncomeSystem!   Your personal Referral ID# is: 8017

Your Capture Page URL is:  http://digitalincomesystem.com/8017

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.   If you need assistance or have questions, please send an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.

You can log into your account here:  Login link: https://digitalincomesystem.com/admin/login.php

Log in with this email:              ██████████████████████

And type in this password:         support1

(Your login password can be changed in the account section, after your first login, if desired).

PX 32, pg. 16

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.

Welcome again from the DIS team, we look forward to working with you and to your continued success!

-DIS Admin
From: **Digital Income System Customer Support**
<customersupport@digitalincomesystem.com>
Date: Thu, Aug 8, 2019 at 7:18 PM
Subject: DIS Login info
To: <██████████████████████

Hello Barbara,

Welcome to the DigitalIncomeSystem!   Your personal Referral ID# is: 8017

Your Capture Page URL is:  http://digitalincomesystem.com/8017

Your system is already set up to receive traffic and our consultants are standing by, ready to engage your potential buyers.

Because we only purchase top-tier, live website traffic, the DIS Automatic Traffic Rotator may take a few days to start delivering new traffic to your website. Please remember that this traffic is a special bonus from our team to you, and is meant to supplement but not to replace your own traffic and efforts.

Our list of "Done For You" traffic sources is outlined in the back office. Simply click the button that says **"Get Traffic Here"** to access our exclusive traffic resources.

To be successful you have to be consistent with your advertising. The secret to success is filling up your pipeline with prospects and letting the system and our coaches work on your behalf.  If you need assistance or have questions, please send an email to:     customersupport@digitalincomesystem.com

Our DIS support team is always available to assist you technically, and if needed, to forward your request to a business consultant.

Because our consultants are engaged with your leads and spends most of their time on the phone with potential customers, please make sure you do not contact them directly until you have given our customer support staff a chance to resolve the issue for you.

You can log into your account here:  Login link: https://digitalincomesystem.com/admin/login.php

**PX 32, pg. 17**

Log in with this email:          ████████████████████

And type in this password:        support1

(Your login password can be changed in the account section, after your first login, if desired).

When you log in, be sure you watch the fast start video because it will show you how to navigate the back office,

how to access a few basic features, and most importantly, how to start your first marketing campaign.

Welcome again from the DIS team, we look forward to working with you and to your continued success!

-DIS Admin

# ATTACHMENT E

From: **Digital Income System** <no-reply@digitalincomesystem.com>
Date: Fri, Dec 6, 2019 at 5:59 AM
Subject: DIS New Lead Notification
To: <█████████████████████>

Hi Barbara

A new lead has checked out your Digital Income System website.
Below you can find their information:

First Name:
Bria

Last Name

Email:
████████████.com

Phone:
█████████

Congratulations!

**PX 32, pg. 20**

# PLAINTIFF'S EXHIBIT 33

# (PX  33)

## DECLARATION OF LORI THOMAS

I, Lori Thomas, declare the following:

1.  My name is Lori Thomas.  I am a United States citizen who is over the age of eighteen, and I live in Des Moines, Iowa.

2.  I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3.  In July 2019, I saw Facebook posts by Jennifer Hedrick, marketing a money-making opportunity through a company called Digital Income System or "DIS."

4.  Jennifer's posts explained that, by purchasing membership in DIS, individuals obtained the right to sell DIS membership to others for a 50% commission.

5.  Jennifer's posts included videos showing her opening packages of commission checks from Digital Income System.  To the best of my recollection, these checks were worth $500, $1500, $2500, and $5000.  At one point, she posted that she had generated over $300,000 in sales.  She showed photographs of mansions she was considering buying, cars she purchased, and expensive shopping sprees and family vacations she took, implying that her purchases were paid for through DIS commissions.  Jennifer's Facebook posts suggested that others could also earn substantial income if they purchased membership.

6.  Jennifer and I began to communicate with each other regarding DIS through Facebook messenger.

7.  Jennifer described DIS as an "autopilot" way to make money.  She explained that, once a participant purchased membership, he or she would receive access to a DIS "capture page" associated with his or her member account.  The capture page included a place for

1

Declaration of Lori Thomas

interested individuals, or "leads," to enter their names and contact information to receive a call from a Digital Income System "coach."

8. Jennifer indicated that DIS would advertise the member's capture page to viewers or "traffic."

9. According to Jennifer, DIS coaches, who were experienced marketers, would then call each lead who had requested a callback and attempt to close a sale.  If the sale closed, the member would receive a 50% commission.

10. In one voice message she left me on Facebook messenger, Jennifer said DIS did all the work for its members, from "literally getting your leads, closing your leads, closing your sales, answering questions, emailing people for you, texting people for you. . . they literally do everything."  She described the system as "perfect for . . . people who've tried working online, but . . . don't want to do videos, or . . . don't want to ask people, or don't want to post stuff on social media."  She said, "they're seriously doing all of the work for me . . . I am doing nothing."  She added that "the best part . . . is that anyone that joins my team actually gets the owner of the Company - and he's a 7 flippin' figure earner - to close the sales for you.  And he's the best of the best."  She referred to him as "Derek the owner."  She said, "if you get started with me, you will have him as your coach. . . . he will do all the work for you, too."

11. In December 2019, Jennifer said DIS's lowest level membership was currently $1000, but starting in January 2020, it would become $3000.  She said that if I purchased at the $1000 level by the end of 2019, my membership would be automatically upgraded to a $3000 membership starting in January 2020.

12. Jennifer also indicated that, if I couldn't afford to purchase membership, I could apply for

2

Declaration of Lori Thomas

financing with DIS. I applied but was rejected. Jennifer then advised me to apply for a

loan from Lending Tree and Avant, instructing me to apply for a minimum of $5000 from

each company. She later pointed me to OppLoans, PayPal Extras Mastercard, and then

OneMain Financial.

13. Ultimately, I was able to collect $1000 before the end of 2019 without taking out a loan.

I scrambled to obtain this money before the end of the year so that I could obtain the

promotional upgrade to a $3000 membership starting in January 2020.

14. I decided to purchase membership because, after practicing as a registered nurse for

thirty-seven years, I had injured my back on the job and was on unemployment. Given

my need for back surgery and my inability to continue my practice, I was looking for an

alternative form of income. Based on what Jennifer had represented to me, I believed

DIS could provide such income.

15. Jennifer messaged me payment instructions. (Attachment A is a true and correct copy of

the message that Jennifer sent to me.) Pursuant to Jennifer's instructions, I mailed two

money orders—one for $500 made out to her and one for $500 made out to DIS—to the

following address on or around December 16, 2019:

Attn: Coach Derek
Digital Income System, Inc.
6619 South Dixie Highway #329
Miami, FL 33143

(Attachment B is a true and correct copy of the money order that I made out and mailed

to DIS.)

16. Prior to mailing my payment to join DIS, I never received a written disclosure document

or a written earnings claim document that told me how many and what percentage of DIS

members earned specific commissions or a range of commissions. I also never received

3

Declaration of Lori Thomas

such documents after I paid for the membership.

17. After I mailed my money orders to DIS, I received credentials to a DIS "backoffice" page. My backoffice included a section that could show me the names and contact information of leads who visited my capture page and asked to be contacted by Digital Income System.

18. By January 22, 2020—over five weeks after I had purchased membership—my backoffice listed only 1 lead.

19. As a result, I sent Jennifer a message on Facebook Messenger on January 22, 2020, stating, "Jennifer, I'm confused. I have gotten 1 visit to my site since joining. Am I missing something in the definition of 'autopilot'?" She responded that same day that I was "not missing something" and that "Coach Derek explained that they don't send lead cycles in December." She said, "It's about to get Super Busy because tax season starts Friday so just have some patience love."

20. Later, sometime on or before February 3, 2020, I posted a message on Jennifer's Facebook site, which was visible to others, indicating that I was still waiting for a sale. In response, Jennifer left me two private voice messages on Facebook Messenger on February 3, saying, "Hey, there, if you could just do me a favor and not post things like that, um <sigh> comments on my page . . . if you were promoting on your page you wouldn't like it either if someone commented that…it just can look a little…it almost looks like the company's not real, or doesn't do what it's supposed to do, where we all know the company does do what it's supposed to do. It just takes time, everybody's timing is different." Jennifer said, "the more traffic that you have going to your website, the more odds are you're gonna get a sale. This isn't a 'get-rich-quick.' Yes, I'm making

4

Declaration of Lori Thomas

very good money, but I'm also promoting it. Actually, I've been promoting on my profile for several years now....I'm going to be making a lot more money than most people, BUT...the more traffic you draw, the more people will join." She said there were two ways to obtain more traffic. First, she could give me access to her online marketing training materials, which I could use to proactively market DIS and generate more traffic. But she didn't actually provide me the link to her training materials. Second, I could pay extra to order more traffic. She then stated, "I did remove the comment, uh... but if you could just refrain from commenting those things again, I would greatly appreciate it."

21. Jennifer's February 3 messages completely contradicted what she had told me about DIS before I purchased membership—that DIS worked on "autopilot," that "they literally do everything" and that "they're seriously doing all of the work for me . . . I am doing nothing." In contrast, her February 3 messages said that she had generated sales by proactively promoting DIS and that to obtain sales myself, I needed to either proactively market DIS, as she had, or pay extra for more traffic.

22. On March 5, 2020, I sent Jennifer two more messages on Facebook Messenger, asking "is there something I'm not doing that I should be doing? I haven't had any traffic to my website since I signed up in December. . . . I feel like I'm missing something about this being on 'autopilot.'" I then asked, "Where do I begin you[r] training? I love watching your success videos . . . and dream of the day when 'just getting by' is behind me, but I've never done anything like this before. I've been an RN x 37 years, but due to a back injury, can no longer do that. Please, help me."

23. On March 6, 2020, Jennifer responded with a link to her online training video, called "The Successful Momma," and a passcode. That same day, she left me two more voice

5

Declaration of Lori Thomas

messages on Facebook Messenger, saying, "This is so you can start marketing on
Facebook. . . I want you to go through this, take lots of notes, you may need to re-watch
some videos several times. I mean this is literally exactly everything I do, um...and have
done over the past several years to get me to where I am currently, so if there's something
in here that you think isn't morally correct, I'm sorry, you don't have to apply it. I'm not
stealing things from anybody, I just have little tricks to get more engagement. Take lots
of notes, apply everything in this training, and then go back and watch it again, if you
need to. You can access this 24/7. You may not share this code with anybody or I will
terminate you. . . . Usually people that get this training, they pay $600 by itself for this
training, and I'm including it with everybody for free if they join DIS. . . . Stay consistent
with this, there's no reason why you cannot have the same kind of following I have, or
more. I mean, I have someone that I trained in this and she makes more money than I
make right now. . . stay consistent, do everything that's in here, and  there's no reason
why you can't build a great following and have a great income online." She added in a
message, "I also contacted Coach Derek for you regarding your traffic & leads." She
then sent me a link advertising a new company she was promoting.

24. On April 19, I sent her another message on Facebook Messenger, saying, "I need to know
what's happened with DIS, too . . . My website has received no traffic, I have received
nothing from my $1,000 investment made in December. . . I scraped everything I had to
get in. I need to know if this is still viable potential income on autopilot."

25. On April 19, Jennifer responded, "they are updating the system. It will have email
notifications every time a lead is called, color coded, etc. Everything has slowed down
due to the virus but it will get busy again! This is another reason why I am promoting"

<div align="center">6</div>

Declaration of Lori Thomas

another program.  (Attachment C is a true and correct copy of my Facebook messages with Jennifer from January 22, 2020 to April 19, 2020.)

26. Ultimately, I decided not to proactively market DIS using Jennifer's training videos. Jennifer's messages from February 3 through April 19 completely contradicted what she and Derek had told me about DIS before I purchased membership—that DIS worked on "autopilot" and that it would do all the work for its members (i.e., generating leads, calling leads, and closing sales).  My main reason for purchasing DIS membership was to avoid having to do this work and to pay professional marketers to do it for me instead. Yet Jennifer was now telling me that I needed to market DIS myself or buy extra traffic in order to generate sales.

27. I decided not to purchase extra traffic—again because Jennifer's messages from February 3 through April 19 completely contradicted what she and Derek had told me about DIS before I purchased membership.  Before I purchased membership, they told me that my membership fee included traffic.  But now Jennifer was telling me that I needed to buy extra traffic in order to generate sales.  Beyond that, I didn't even have the money to purchase any extra traffic.  Again, I was on unemployment due to a back injury.

28. In short, I came to the distressing realization that Jennifer and Derek had been untruthful with me.  Having lost trust in Jennifer, Derek, and DIS, I decided not to invest any additional time or money in the system.

29. The last time I checked on August 10, 2020, my backoffice listed only eleven leads.

30. Ultimately, I obtained no sales.  As a result, I have made no money through Digital Income System.

31. If I had known that Digital Income System was not going to close any sales for me, as

7

Declaration of Lori Thomas

Jennifer and Derek promised it would, I would never have paid any money for this

supposed business opportunity. I lost $1000 to Digital Income System.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2020.

Lori Thomas
Des Moines, Iowa

8

# ATTACHMENT  A

**PX 33, pg. 9**

DEC 13, 2019 AT 9:57 AM

Instructions to join Digital Income System at **Level I**
**(Entrepreneur)**:

**Step 1)** Please get 1 cashiers check for the amount
of $500 made payable to:

*Jennifer Hedrick*

**Step 2)** Get a 2nd cashiers check for the amount of
$500 made payable to:

*Digital Income System Inc.*

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, Fl. 33143

"Send funds via FedEx / UPS Overnight or USPS
Express mail"

**Step 4)** Email me with the tracking number from your
Fed-Ex/UPS Overnight or USPS receipt.

9:41 ✓

< ▢ ▢ ▢ …

Step 3) Mail all checks to:
Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143
"Send funds via FedEx / UPS Overnight or USPS
Express mail"

Step 4) Email me with the tracking number from
your Fed-Ex/UPS Overnight or USPS receipt.
My email is: [redacted]

Step 5) Once you've sent the two payments to
the address above, I'll email the order form to
[redacted]

"Also, Your referral ID is: 0393 and your
coach's name is Coach Derek"

Once our DIS administrators have received your
completed order form and your mailed payments
we will set up your marketing suite with your user
name at the Ambassador ($35,000) level.
We will also email you your details which contain
your own user ID #. Typically this process takes
less than 24 hours from the time we receive your
payment.

Feel free to email or text message me with any
questions during this process.
Looking forward to your success on our team!

⌃ Reply ↪ Forward

Once it's sent, send me the
tracking number please and I'll
send you the order form to fill
out!  10

# ATTACHMENT  B

**PX 33, pg. 11**

**UNITED STATES POSTAL SERVICE®**

**POSTAL MONEY ORDER**

| Serial Number | Year Month Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 25519116262 | 2019 12 16 | 503567 | $500.00 |

Five Hundred Dollars and 00/100 ***************

Amount

Pay to: *Digital Income Systems Inc*

Address: *6619 South Dixie Hwy #329*

*Miami FL 33143*

From: *Lori L. Thomas*

Address: (redacted)

*Des Moines, Iowa*

Memo: *Thai D*

© 2009 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800 2⑆   25519116262⑈

# ATTACHMENT  C

**PX 33, pg. 13**

JAN 22 AT 9:06 AM

Jennifer, I'm confused.

I have gotten 1 visit to my site since joining. Am I missing something in the definition of "autopilot"?

I joined mid December.

JAN 22 AT 5:33 PM


No love, you're not missing something. Coach Derek explained that they don't send lead cycles in December. It's about to get Super Busy because tax season starts Friday so just have some patience love 😎😎

Ok...thank you! 🖤

JAN 23 AT 8:00 AM





FEB 3 AT 3:27 PM



**PX 33, pg. 14**

MAR 5 AT 12:40 PM

> Jennifer, is there something
> I'm not doing that I should
> be doing? I haven't had any
> traffic to my website since I
> signed up in December. I
> can't afford to order extra,
> but zero? I feel like I'm
> missing something about
> this being on 'autopilot'...

MAR 5 AT 5:53 PM

> Where do I begin you
> training? I love watching
> your success videos...and
> dream of the day when "just
> getting by" is behind me, but
> I've never done anything like
> this before.
> I've been an RN x 37 years,
> but due to a back injury, can
> no longer do that.
> Please, help me

15

**PX 33, pg. 15**

MAR 6 AT 8:37 AM

https://youtu.be/cE6sc-V6i7s

**www.youtube.com**
youtube.com

Dis back office tour 🎉

https://the-successful-momma
.teachable.com/purchase
?product_id=1261772 Use
Code: DIS To Access it for free

**The Successful Momma**
sso.teachable.com

0:59

0:56

Thanks so much Jennifer!!!

You're so very welcome!! I also
contacted coach Derek for you
regarding your traffic & leads
💕

Thank you!          you're
the best!

MAR 6 AT 8:46 AM

🖤 🖤 🖤 🖤

Seen

16



🔊Listen to that first pls 🙏!
30 Day Money Back
Guarantee🤛

Over 70k real Testimonials -
JOIN This Group🔹
https://www.facebook.com
/groups/460243097941103/
?ref=share

Link to join /order 🔹
www.bepicwithjennifer.com

(Let me know if you have any
specific questions in regards to
the product or compensation
after listening to this ⬆️ 🙂 ❤️🙏
👍)

**100% EPIC**
1 Friend · 76,400 Members
You are a member of this group

                    **VISIT GROUP**

**PX 33, pg. 17**

APR 19 AT 10:35 AM

Very interested, Jennifer! I WILL check this out.

I need to know what's happened with DIS, too.. My website has received no traffic, I have received nothing from my $1,000 investment made in December.. I scraped everything I had to get in. I need to know if this is a still viable potential income on autopilot...

APR 19 AT 10:35 AM

I'm regards to DIS, they are updating the system. It will have email notifications every time a lead is called, color coded, etc. Everything has slowed down due to the virus but it will get busy again! This is another reason why I am promoting something lower ticket. Plus, the products & commissions are Amazing! 

Very cool! Thanks for the update. I will check this out!

   Aa   

18

# PLAINTIFF'S EXHIBIT 34

# (PX  34)

Declaration of Karen Wells

## DECLARATION OF KAREN WELLS

I, Karen Wells, declare the following:

1.  My name is Karen Wells, and I am a United States citizen who is over the age of eighteen. I live in Summit, Mississippi.

2.  I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3.  In September 2019, I was following a Facebook acquaintance named Kaitlyn Scott, who had started advertising an at-home money-making opportunity. I am a retired senior citizen who has been looking for a way to make extra money from home. Ms. Scott seemed very real about her ability to make money. She was very encouraging about the ability to make money with Digital Income System. Ms. Scott said that she has never seen so much money being made as through the Digital Income System. She gave live webinars on how much money could be made using this system. She described how she had made a six-figure income in 3-4 months.

4.  Kaitlyn Scott told her Facebook followers that she had a great coach, Derek Jones. I saw how much money Ms. Scott was making so I was interested in doing the same. I used Ms. Scott's capture page to fill out the form requesting a phone call from Digital Income System.

5.  I then received a phone call from Derek Jones, who said that he worked for Digital Income System.

6.  Derek Jones told me that if I started out at the $1000 level, I would get a certain amount of traffic, a certain number of rotations a month. Derek also told me that I would not have to do any of the selling myself. He told me that Digital Income System had a team

1

Declaration of Karen Wells

of closers that would take the consumer's information from my website, would make a telephone call to the consumer, and finish the sale for each prospect. He described the membership as a turn-key opportunity. He told me that I would not have to sell anything or even talk with anyone. Digital Income System's closers were on call 24-7 and would call the prospects and sell them on the money-making opportunity. He told me that all I would have to do is sit back and watch the checks roll in. He described that once a new member joined under my Digital Income ID number, I would be getting a commission check.

7.   Because of what Derek Jones told me and what Kaitlyn Scott said about the success of Digital Income System, I decided to join Digital Income System at the $1000 level. Derek sent me an e-mail with instructions on how to send in my money to Digital Income System's address. I bought two money orders of $500 each. One money order was made out to Digital Income System, and one was made out to Kaitlyn Scott. I mailed both money orders to the Digital Income System address in Florida. (Attachment A is a true and correct copy of the money order that was made out to Digital Income System.)

8.   Before mailing my payment to join Digital Income System, I never received a written disclosure document or a written earnings claim document that told me how many and what percentage of Digital Income System members earned specific commissions or a range of commissions. I also never received such documents after I paid for the membership.

9.   After I sent in my money, Digital Income System made me my website, which included landing and capture pages so that anyone getting to my page could include their contact information to request a call from a coach at Digital Income System. The capture page

2

**PX 34, pg. 2**

Declaration of Karen Wells

asked the question: "What do These People Have That You Don't?" and gave the answer:

"The Secret To 100% Hands Free Income Delivered Straight To Your Front Door."

10. I did not see any inquiries in the first month.  Derek told me that if I increased my level
of membership, the amount of traffic that I would get through Digital Income System
would be increased substantially.  So I bumped up my membership to the $3000 level,
which automatically bumped me up to the $5000 level.  I paid the extra $2000 to Digital
Income System through Pay Pal.

11. But I did not see any increase in my traffic.

12. Every few weeks, I texted Derek to find out what was wrong and what could be done to
get more traffic and inquiries.  Most of the time, his response was "it will come, just sit
tight."  He always gave an excuse on why it had not come yet.

13. Early on, I saw one name in my back office, which was supposed to show what leads
were being generated by the system.  I have not seen any names since and I have made no
money through this program.

14. I have lost $3000 to Digital Income System.  If I had known that they were not going to
send me commission checks, as they promised that they would send me, I would never
have paid them any money.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.  Executed on August 21, 2020.

*Karen Q. Wells*

Karen Wells
Summit, Mississippi

3

**PX 34, pg. 3**

# ATTACHMENT  A

PX 34, pg. 4





5743926960



# PLAINTIFF'S EXHIBIT 35

# (PX  35)

## DECLARATION OF CONNIE ZIEMBA

I, Connie Ziemba, declare the following:

1. My name is Connie Ziemba. I am over the age of eighteen, and I live in Hockley, Texas.

2. I have personal knowledge of the facts stated in this declaration, and, if called to testify, I could and would testify competently to them.

3. In late 2019, I saw Facebook posts, including photographs and videos, by Whitney Maliea Caballero, marketing a money-making opportunity through a company called Digital Income System. In her Facebook posts, Whitney explained that, by purchasing membership in Digital Income System, I could sell Digital Income System membership to others for a commission.

4. Whitney explained that Digital Income System provided each member a website. Prospects, or "leads," who visited a member's website and wanted to learn more could enter their contact information and request a call from a Digital Income System "coach." Coaches would then call each lead, advertise Digital Income System to them, and then attempt to "close" the sale. Whitney said members would not be required to call a single lead. As Whitney said in one post, "You Don't Have to Do Anything If You Don't Want To!! The Coach Will Do All the Work for you!!!!" She said a participant who purchased membership at the $1000 level would receive $500 for each sale.

5. Whitney stated that she had made thousands of dollars in Digital Income System commissions. She posted photographs and videos of commission checks she had received through Digital Income System, many of which were for thousands of dollars.

6. Whitney indicated she had joined Digital Income System through her sponsor, Jennifer Hedrick. I also saw Facebook posts by Jennifer Hedrick, marketing Digital Income

1

**PX 35, pg. 1**

Declaration of Connie Ziemba

System.  Jennifer's posts included videos of her receiving commission checks worth thousands of dollars through Digital Income System.  Jennifer claimed she had made six figures through Digital Income System.

7.  Whitney's and Jennifer's Facebook pages also showed that other members had earned thousands of dollars through Digital Income System.

8.  To learn more, I contacted Whitney, who put me in touch with Derek Jones, or "Coach Derek."

9.  Coach Derek later called me to further discuss the opportunity.  Derek provided the same information that Jennifer had provided about Digital Income System.  Like Whitney, he told me that coaches would call each of my leads, and he claimed that I could make a lot of money through Digital Income System.

10. Based on my conversations with Whitney and Derek, I thought I would make substantial income through Digital Income System, just like Whitney and Jennifer had.

11. As a result, I decided to purchase a $1000 membership.  Unfortunately, I did not have $1000 in cash available.  I was a hostess at a restaurant, and my husband is unable to work due to ill health.  To pay for my Digital Income membership, I therefore took out a payday loan, which included approximately $1000 in interest payments, doubling the total cost of my membership.

12. Coach Derek emailed me instructions for how to pay for Digital Income System membership.  (Attachment A is a true and correct copy of Coach Derek's email.)

13. Pursuant to Coach Derek's instructions, I mailed Digital Income System two money orders in December 2019—one for $500 made out to Whitney and one for $500 made out to Digital Income System.  I mailed both to the following address:

2

Declaration of Connie Ziemba

Derek Jones
Digital Income System, Inc.
6619 South Dixie Highway #329
Miami, FL 33143

(Attachment B is a true and correct copy of the money order that I made out to and

mailed to Digital Income System.)

14. Prior to mailing my payment to join Digital Income System, I never received a written

disclosure document or a written earnings claim document that told me how many and

what percentage of Digital Income System members earned specific commissions or a

range of commissions.  I also never received such documents after I paid for the

membership.

15. I have made no money through Digital Income System.

16. If I had known that Digital Income System was not going to close any sales for me, as

Whitney and Derek promised it would, I would never have paid any money for this

supposed business opportunity.  I lost approximately $1000 to Digital Income System.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct.  Executed on August _31_, 2020.

Connie Ziemba
Hockley, Texas

3

**PX 35, pg. 3**

# ATTACHMENT  A

PX 35, pg. 4

From: Derek Jones <coachderek@digitalincomesystem.com>
Date: Saturday, December 7, 2019
Subject: ATTN: DIS Join Instructions 1K- Entrepreneur
To: connie.ziemba█████████████████

Hey there Connie!

**Congratulations** on your decision to join the **Digital Income System**.

Member ID# 0074 ( *Whitney Caballero* ) will be very pleased to hear the good news.


The Digital Income System utilizes **direct peer-to-peer payments** for your convenience.

The total amount for **Level I** is: **$1,000.**

──


Instructions to join the Digital Income System at **Level I (Entrepreneur):**


**Step 1)**  Please get 1 cashiers check (or money order) for the amount of $500 made payable to:

*Whitney Caballero*


**Step 2)** Get a 2nd cashiers check (or money order) for the amount of $500 made payable to:

*Digital Income System Inc.*

**PX 35, pg. 5**

**Step 3)** Mail all checks to:

Attention: Coach Derek
Digital Income System Inc.
6619 South Dixie Highway #329
Miami, FL 33143

\*Send funds via FedEx / UPS Overnight or USPS Express mail\*

**Step 4)**  Email me with the tracking number from your Fed-Ex/UPS Overnight or USPS receipt.

My email is:  **coachderek@digitalincomesystem.com**

**Step 5)** Once you've sent the two payments to the address above, fill out the **order form** at:

**http://digitalincomeform.com**

\*Note: Your referral ID # is: **0074** and your coach's name is **Coach Derek** please make sure to enter **"Level 1 - Entrepreneur"** for the join level in the form.\*

Once our DIS administrators have received your payment, we will set up your marketing suite at the **Entrepreneur ($1,000) Level** and email you login details which contain your own user ID.

Feel free to email or text message me with any questions during this process.

Looking forward to your success on our team.

--



Email: coachderek@digitalincomesystem.com
Phone: (305) 720-6952

**PX 35, pg. 6**

# ATTACHMENT  B

**PX 35, pg. 7**

**PX 35, pg. 8**