# ATTACHMENT A

ROBERT G. CAREY  
ATTORNEY AT LAW  
4301 S FLAMINGO ROAD  
SUITE 106/111  
DAVIE, FLORIDA 33330  
ROBERT@ROBERTCAREYLAW.COM  
305.666.4663 (O)  
786.371.6816 (C)  

October 26, 2020

**VIA ELECTRONIC MAIL**

Mr. Harold Kirtz, Senior Litigator  
Federal Trade Commission  
Bureau of Consumer Protection  
225 Peachtree Street, Suite 1500  
Atlanta, Georgia 30303  
Tel: 404.656.1357 | Fax: 404.656.1379  
hkirtz@ftc.gov

    *Re: Potential Receivership Concerning Federal Trade Commission Matter*

Dear Mr. Kirtz:

    Pursuant to our recent discussion, I would be honored to serve as a court-appointed Receiver in any future enforcement action brought by the Federal Trade Commission ("FTC") in the Southern District of Florida. I am available to serve as a Receiver regarding the matter that the FTC intends to file in the Southern District of Florida in late November, 2020.

    My background is well-suited to serve as a court-appointed Receiver. A copy of my resume is attached for your consideration.

    For the past 18 years, I have focused my practice on Federal Court equity receiverships, primarily in South Florida. Much of my receivership experience has involved boiler rooms and deceptive telemarketing schemes, including acting as Deputy Receiver in several FTC cases filed in the Southern District of Florida: (1) *Student Debt Doctor, LLC* (a $14 million boiler room); (2) *American Precious Metals, LLC* (a $37 million precious metals boiler room); (3) *Timeshare Mega Media and Marketing Group, Inc.* (a timeshare boiler room); (4) *The Dolce Group Worldwide, LLC* (a $4 million boiler room); and (5) *Nationwide Connections, Inc.* (a $36 million cramming scheme).

    In addition to my receivership experience with boiler rooms, and during the past six years, I have served as Receiver's counsel in an ongoing Securities and Exchange Commission case styled *SEC v. JCS Enterprises, Inc., et al.*, Case Number 14-80468-CV-Middlebrooks (S.D. Fla. April 7, 2014), pending in the United States District Court for the Southern District of Florida. Specifically, *SEC v. JCS Enterprises, Inc.* involves an $80 million Ponzi scheme where, in parallel criminal proceedings, four defendants were criminally convicted for dozens of crimes. In this case, the Receiver has thus far collected millions of dollars − nearly thirty percent of investor losses − into the Receivership Estates' account for the benefit of the investor victims, and has also sued dozens of individual and corporate defendants in clawback cases nationwide.

    During the past four years, I have also served as a Court-appointed Receivership Consultant in a class action case styled *Brandon Leidel, individually, et al. v. Project Investors, Inc. d/b/a Cryptsy, et al.*, Case Number 16-CV-80060-Marra (S.D. Fla. February 22, 2016),

Mr. Harold Kirtz, Senior Litigator
October 26, 2020
Page 2 of 2

pending in the United States District Court for the Southern District of Florida. This case involves an online cryptocurrency exchange that allegedly defrauded customers around the world out of millions of dollars.

As a Receiver, my primary goals would be to gather, pursue, preserve, and (if asked by the FTC) distribute assets and funds to those rightly entitled to them as efficiently and economically as possible. As a recent example of my receivership recovery efforts, I successfully spearheaded and accomplished the collection by a Receivership Estate of hundreds of thousands of dollars in prepaid and overpaid taxes from various taxing authorities; such work was not an easy task and a good example of my creative and aggressive work to collect additional assets for the benefit of the Receivership Estate.

As my resume indicates, I have an educational and working background in accounting, finance and real estate which provides me with an understanding necessary to investigate transactions related to fraudulent activity underlying most receivership cases. I am cognizant of the need to carry out a Receiver's responsibilities and obligations in an expeditious, efficient, and cost-effective manner, while preserving evidence, both electronic and physical, for any potential criminal prosecution that may arise.

For legal services, if necessary, I would retain Sallah Astarita & Cox, LLC, which is principally located in Boca Raton, Florida and has offices in New Jersey and New York. The firm primarily focuses on securities-related matters in State and Federal Courts and has handled all types of Receiverships, as well as securities cases in administrative and self-regulatory fora. The firm's attorneys have acted as Receivers or Corporate Monitors themselves in several matters and/or as counsel for Receivers or Corporate Monitors. Copies of the resumes of James D. Sallah, Patrick J. Rengstl, and Jeffrey L. Cox from the firm and with whom I have worked for more than 12 years on several receivership cases are attached for your consideration.

For forensic accounting services, if necessary, I would retain KapilaMukamal, LLP, CPAs, forensic and insolvency advisors, a nationally-recognized accounting firm with substantial experience in forensic accounting, fraud examinations, and taxation concerning Receivership Estates. A copy of the resume of founding partner Soneet Kapila, with whom I have also worked for more than 17 years on multiple receiverships, is attached for your consideration.

If selected, I am prepared to work at the discounted hourly rate of $260.00. Administrative assistants and paralegals would bill at discounted hourly rates ranging from $50.00 to $100.00 depending on the task. In addition, my retained professionals would agree to discount their standard hourly rates for the benefit of the Receivership Estate and would be subject to separately-filed motions to employ and approve their retentions and discounted hourly rates.

Thank you again for contacting me and allowing me this opportunity to submit this proposal. I would be delighted to serve as a court-appointed Receiver in any future FTC enforcement action. Please do not hesitate to contact me with any questions or if you need additional information.

Sincerely,


Robert G. Carey

encl: As described

# ROBERT G. CAREY
### 4301 SOUTH FLAMINGO ROAD, SUITE 106/111
### DAVIE, FLORIDA 33330
### (786) 371-6813
### ROBERT@ROBERTCAREYLAW.COM

## MEMBERSHIPS

Member of the State Bar of Florida

## REPRESENTATIVE CASES

- **FEDERAL TRADE COMMISSION V. STUDENT DEBT DOCTOR, LLC, ET AL., CASE NUMBER 17-CV-61973-DIMITROULEAS/SNOW.** Court Appointed Receiver in deceptive telemarketing scheme involving an estimated 30,000 consumers and losses estimated at $13 million.

- **STATE OF FLORIDA, ET AL. V. ABEO INVESTMENTS, LLC, ET AL., CASE NUMBER 2013-CA-001773-16-K, 18TH JUDICIAL CIR. OF FLORIDA.** Counsel to Receiver in $11 million dollar Ponzi scheme in claims process.

- **BRANDON LEIDEL, INDIVIDUALLY, ET AL. V. PROJECT INVESTORS, INC. D/B/A CRYPTSY, ET AL., CASE NUMBER 16-CV-80060-MARRA.** Court Appointed Deputy Receiver/Receivership Consultant in cryptocurrency fraud class action.

- **SECURITIES & EXCHANGE COMMISSION V. JCS ENTERPRISES ET AL., CASE No. 14-80468-CIV-MIDDLEBROOKS.** Counsel for Receiver James D. Sallah, Esq.  $80 million dollar Ponzi Scheme.

- **FEDERAL TRADE COMMISSION V. AMERICAN PRECIOUS METALS ET AL., CASE No. 11-61072-CIV-RNS.** Deputy Receiver for Receiver David R. Chase, Esq.  Deceptive telemarketing Scheme.

- **FEDERAL TRADE COMMISSION V. TIME SHARE MEGA MEDIA & MARKETING ET AL., CASE No. 10-62000-CIV-ZLOCK.** Deputy Receiver for Receiver David R. Chase.  Deceptive telemarketing scheme.

- **FEDERAL TRADE COMMISSION V. THE DOLCE GROUP WORLDWIDE, LLC ET AL., CASE No. 10-21788-CIV-COOKE/BANDSTRA.** Deputy Receiver for Receiver David R. Chase. Deceptive telemarketing scheme.

- **FEDERAL TRADE COMMISSION V. NATIONWIDE CONNECTIONS, INC. ET.,AL. CASE No. 06-80180-CIV-RYSKAMP/VITUNIC.** Deputy Receiver for Receiver David R. Chase. Cramming scheme.

- **BASSET V. PRIVATE INVESTMENT PARTNERS, LLP ET AL., CASE No. 2005 CA 011312 XXX B.** Deputy Custodian for Custodian David R. Chase. Theft by broker and brokerage firm.

- **FEDERAL TRADE COMMISSION V. USA BEVERAGES, INC. ET AL., CASE No. 05-61682-CIV-LENARD/KLEIN.** Deputy Receiver for Receiver David R. Chase.  Fraudulent business opportunities scheme.

- **SECURITIES AND EXCHANGE COMMISSION V. SPEAR AND JACKSON, INC., CASE No. 04-CIV-80354-CIV-LENARD.** Contractor performing forensic accounting for Corporate Monitor Soneet Kapila, Kapila & Co.  Illegal Sales of Securities.

- ♦ SECURITIES AND EXCHANGE COMMISSION V. WORLD CLASS LIMOUSINES, INC. ET AL., CASE NO. 01-7834-CIV-JORDON. Deputy Receiver for Receiver David R. Chase. Unregistered Offering of Securities.

- ♦ FEDERAL TRADE COMMISSION V. AMERITEL PAYPHONE DISTRIBUTORS, INC. ET AL., CASE NO. 00-514-CIV-GOLD/SIMONTON. Deputy Receiver for Receiver David R. Chase. Fraudulent business opportunities.

## OTHER EXPERIENCE

UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Miami, Florida. **Internship.** Aug. to Dec. 2000.
- ♦ Legal research, wrote memoranda, and analyzed documents for enforcement of violations of securities law.
- ♦ Researched 10(b)5 claims including fraudulent unregistered securities, sales practice fraud, and stock market manipulation.

HON. MALCOM F. MARSH, UNITED STATES DISTRICT COURT, Portland, Oregon. **Externship.** May to Jun. 2000
- ♦ Assisted law clerks in analyzing and researching critical issues for decisions
- ♦ Drafted opinion interpreting the Family Medical Leave Act

INDUSTRY MORTGAGE, LP, Tampa, Florida. **Accountant.** Apr. to Jun. 1996
- ♦ Performed accounting functions related to SEC filings and final external audit
- ♦ Analyzed and completed tax returns for limited partnership with multiple investors across the U.S.

MCCAW CORPORATION, Portland, Oregon. **Accountant.** Jul. 1992 to Dec. 1993
- ♦ Discovered and collected past due inventory rebates of over $90,000
- ♦ Reconciled general ledger accounts; created and implemented regional budget

NORRIS AND STEVENS, Portland, Oregon. **Manager.** May 1992 to Mar. 1994
- ♦ Responsible for managing, marketing, and leasing apartment complex

## EDUCATION

- University of Miami School of Law, Real Property Development Master of Laws, Dec. 2001
- University of Miami School of Law, Juris Doctor, Dec. 2000
- University of South Florida, Master of Accountancy, Aug. 1999
- University of Florida, Master of Real Estate, Aug. 1998
- University of Florida, Master of Business Administration, May 1997
- Portland State University, Bachelor of Science in Accounting, Finance & Psychology, Aug. 1994