# ATTACHMENT B

**Curtis B. Miner**
**COLSON HICKS EIDSON**
**255 Alhambra Circle, PH**
**Coral Gables, Florida 33134**
**Tel: (305) 476-7400**
E-mail: <u>curt@colson.com</u>

### 1. Qualifications

Mr. Miner is a 1990 graduate of Yale University and a 1994 graduate from Harvard Law School. After clerking on the U.S. Court of Appeals for the Ninth Circuit and working in private practice in New York City, Mr. Miner joined the U.S. Attorney's Office in Miami, Florida and served as an AUSA from 1999-2004. During that time, Mr. Miner tried over 20 cases and handled a number of high profile public corruption prosecutions. In 2003, THE AMERICAN LAWYER named him as one of the top young prosecutors in the country.

In 2004, Mr. Miner joined the law firm of Colson Hicks Eidson as a partner, where he concentrates on a diverse practice of complex commercial litigation. Among other accolades, Mr. Miner has received the DAILY BUSINESS REVIEW's "Most Effective Lawyers" award twice; has been selected for inclusion in FLORIDA SUPER LAWYERS, BEST LAWYERS IN AMERICA, FLORIDA TREND's "Legal Elite," and in CORPORATE COUNSEL'S "Top Lawyers"; and has been identified by CHAMBERS USA GUIDE as a *"future litigation star."* Mr. Miner was inducted into the International Academy of Trial Lawyers in 2017.

At Colson Hicks Eidson, Mr. Miner served as the lead counsel for the Receiver for Mutual Benefits Corporation (MBC), a viatical settlement Ponzi scheme and one of the largest receiverships ever initiated in Florida by the SEC (*SEC v. Mutual Benefits Corp., et al.*, Case No. 04-60573-Civ-Moreno). The victims of the MBC Ponzi scheme had in the vicinity of $750 million in losses. The Receivership involved exceedingly complex issues for the management and liquidation of assets, which included a portfolio of insurance policies with over $1 billion in face value. The Receivership also undertook extensive asset recovery and litigation efforts – including against the former principals, an outside accounting firm, an outside law firm, and numerous recipients of fraudulent transfers – that resulted in substantial recoveries for the estate. The assets pursued included homes and horse

farms. Information on the MBC receivership and its asset recovery successes can be found on the receivership website at www.mbcreceiver.com.

Mr. Miner has also served as special litigation counsel to the court-appointed receiver, Marty Steinberg of Hunton & Williams LLP, in the Lancer receivership in this District, and assisted the Receiver in pursuing fraudulent conveyance actions against foreign targets.

Mr. Miner has also served as a Court-appointed Receiver in the matter of *Federal Trade Commission v. Premier Precious Metals, Inc., Rushmore Consulting Group, Inc., et al.*, Case No. 12-60504-Civ-Scola. Premier Precious Metals (PPM) was a telemarketing operation in which the defendants promised consumers, many of whom were senior citizens and retirees, that the consumers could earn large profits quickly and safely by purchasing precious metals, such as gold, silver, platinum and palladium. In fact, a substantial portion of the consumers' investments were consumed by exorbitant brokerage, storage and other transaction fees. Mr. Miner oversaw the rapid wind-down of PPM's operations and the closing of customer accounts and return of their funds. The matter has been resolved with a consent order, and the distribution of assets for the benefit of the victim consumers has been completed. In the final Order approving the plan of distribution, the federal court made the following statements: "As a final note in this matter, the Court commends Curtis B. Miner for his work in this case. Acting as receiver, Miner was able to recover 70% of the investors' losses—a surprising and impressive amount in these types of cases. Equally as impressive was the fact that Miner was able to keep fees and costs strikingly low. This was a significant factor in ensuring the maximum possible return to the victimized investors."

### 2.   Names and Qualifications of Other Key Persons

If the size or complexity of the receivership warrants it, the law firm of Colson Hicks Eidson has a deep pool of experience in Receivership matters. Roberto Martínez served as the Receiver for Mutual Benefits Corp., which involved the collection and distribution of over $120 million in recoveries for victims. In the past, members of the firm have served as litigation counsel to the court-appointed receiver in the Oil & Gas receivership overseen by Judge Hoeveler in this District, and as lead class counsel for the investors working jointly with the court-appointed receiver in the Premium Sales receivership in this District.

If the Receivership requires the services of an accounting firm, Colson Hicks Eidson has relied in the past on the accountants at the firm of Berkowitz Pollack & Brandt, a firm with extensive experience in receivership matters.

## 3. Geographic Limitations

Colson Hicks Eidson is located in Coral Gables, Florida. We handle cases throughout the United States and have recently served as counsel in matters in Los Angeles and San Francisco, California, New Orleans, Louisiana, Chicago, Illinois and New York, among other places. We do not have any particular geographic limitations. The firm has a number of fluent Spanish-speaking lawyers and paralegals.

Mr. Miner is a member of the New York and Florida bars.

## 4. Customary Billing Rate

Mr. Miner's customary billing rate in private commercial litigation is $700 per hour. In previous Receivership matters, Mr. Miner has used a billing rate of $300 per hour with the ability to seek a "results accomplished" enhancement at the conclusion of the matter from the Court. The billing rate for senior paralegals at Colson Hicks Eidson is $180 per hour.