## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-CV-24721-UU

Plaintiff:
**FEDERAL TRADE COMMISSION**

vs.

Defendant:
**DIGITAL INCOME SYSTEM INC. et al.**

For:
Pro - Per

Received by HOT SHOT DELIVERY INC. on the 18th day of November, 2020 at 1:05 pm to be served on **Christopher Brandon Frye, 45156 W Zion Rd, Maricopa, AZ 85139.**

I, Christian Glover Badge No PN-201900004, being duly sworn, depose and say that on the **19th day of November, 2020 at 11:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Temporary Restraining Order, Complaint for Permanent Injunction and Other Equitable Relief, Plaintiff's Ex-Parte Motion, Certification and Declaration of Plaintiff's Counsel, Flash drive containing exhibits** to: **Christopher Brandon Frye** at the address: **45156 W Zion Rd, Maricopa, AZ 85139** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 30s, Sex: M, Race/Skin Color: White, Height: 6-0, Weight: 170, Hair: Brown, Glasses: N

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 27 day of November, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRIS TURNAGE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission #557819
Expires January 25, 2023

Christian Glover Badge No PN-201900004
Process Server

HOT SHOT DELIVERY INC.
236 East Pima Street
Suite 106
Phoenix, AZ 85004
(602) 277-4747

Our Job Serial Number: DEK-2020002661
Ref: FTC
Service Fee: $145.00

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n

