**Anthony Proietta & Associates Investigations, LLC**
1110 London Street Suite 101
Myrtle Beach, SC 29577

**INVOICE:** 5088855
Issued: Nov 20, 2020

**Federal Trade Commission**
Harold E. Kirtz,
225 Peachtree Street, NE Suite 1500
Atlanta, GA 30303

**PAY TO:**
**Anthony Proietta & Associates Investigations, LLC**
1110 London Street Suite 101
Myrtle Beach, SC 29577

| Case: | 20-CV-24821-UU | Plaintiff / Petitioner: | FEDERAL TRADE COMMISSION, |
|---|---|---|---|
| Job: | 5088855 | Defendant / Respondent: | DIGITAL INCOME SYSTEM, INC., ) a Florida corporation, ) ) DEREK JONES FOLEY, aka Derek ) Jones, individually and as an owner,) officer, and/or manager of ) Digital Income System, Inc., ) ) WILLIAM FOLEY, individually and ) as an owner, officer, and/or ) manager of Digital Income ) System, Inc. ) ) CHRISTOPHER BRANDON FRYE, ) Individually, ) ) JENNIFER HEDRICK, ) Individually, and ) ) KAITLYN SCOTT, ) Individually, |
| **Recipient Name / Address:** | KAITLYN SCOTT, Home: 1271 Hadley Cir, 3202, Myrtle Beach, SC 29577 | | |
| **Manner of Service:** | Personal/IndividualNov 20, 2020, 12:19 pm EST | | |
| **Documents:** | Summons with the date-stamped Complaint and signed TRO | | |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Bad Address - Summons with the date-stamped Complaint and signed TRO upon Kaitlyn Scott at 649 Tupelo Ln, Longs, SC 29568-8922 13 A, on 11/19/20 at 1pm. | $75.00 | 1 | $75.00 |
| Print Fee | 90 copies at .16 each | $0.16 | 90 | $14.40 |
| Skip Trace | Skip Trace | $125.00 | 1 | $125.00 |
| Process Service | Served - Summons with the date-stamped Complaint and signed TRO upon Kaitlyn Scott at 1271 Hadley Cir, 3202 Myrtle Beach, SC 29577 on 11/20/20 at 12:19pm. | $75.00 | 1 | $75.00 |

Thanks for your business. Please pay the "Balance Due" upon receipt.

Total: $289.40
Amount Paid: ($0.00)
**Balance Due: $289.40**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Khaitlyn Scott
was received by me on *(date)* November 20, 2020.

☑ I personally served the summons on the individual at *(place)* 1271 Hadley Cir 3202 Myrtle Beach, SC 29577 on *(date)* November 20, 2020; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-27-20

*Server's signature*

Adrienne Yates
*Printed name and title*

1110 LONDON ST STE 101
MYRTLE BEACH, SC 29577
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

| Case:<br>20-CV-24821-UU | Court:<br>United States District Court Southern District of Florida | County:<br>, FL | Job:<br>5088855 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>FEDERAL TRADE COMMISSION, | | **Defendant / Respondent:**<br>DIGITAL INCOME SYSTEM, INC., ) a Florida corporation, ) ) DEREK JONES FOLEY, aka Derek ) Jones, individually and as an owner,) officer, and/or manager of ) Digital Income System, Inc., ) ) WILLIAM FOLEY, individually and ) as an owner, officer, and/or ) manager of Digital Income ) System, Inc. ) ) CHRISTOPHER BRANDON FRYE, ) Individually, ) ) JENNIFER HEDRICK, ) Individually, and ) ) KAITLYN SCOTT, ) Individually, | |
| **Received by:**<br>Anthony Proietta & Associates Investigations, LLC | | **For:**<br>Federal Trade Commission | |
| **To be served upon:**<br>KAITLYN SCOTT | | | |

I, Adrienne Yates, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KAITLYN SCOTT, Home: 1271 Hadley Cir, 3202, Myrtle Beach, SC 29577
**Manner of Service:** Personal/Individual, Nov 20, 2020, 12:19 pm EST
**Documents:** Summons with the date-stamped Complaint and signed TRO

**Additional Comments:**
1) Unsuccessful Attempt: Nov 19, 2020, 1:05 pm EST at 649 Tupelo Ln, Longs, SC 29568-8922
Spoke with a black female in her 20s or 30s who stated it was the wrong address.

2) Unsuccessful Attempt: Nov 19, 2020, 9:07 pm EST at Home: 1271 Hadley Cir, 3202, Myrtle Beach, SC 29577
Knocked on door multiple times and no one answered. Does not appear to be any lights on from looking on the outside.

3) Unsuccessful Attempt: Nov 20, 2020, 10:21 am EST at Home: 1271 Hadley Cir, 3202, Myrtle Beach, SC 29577
Knocked on door multiple times. No one answered. Confirmed what I believe to be her vehicle is here.

4) Successful Attempt: Nov 20, 2020, 12:19 pm EST at Home: 1271 Hadley Cir, 3202, Myrtle Beach, SC 29577 received by KAITLYN SCOTT. Age: 30s; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'7"; Hair: Blond; Eyes: Blue; Other: White female in her 30s; Gave documents to white female who identified herself as Kaitlyn Scott.

_____   11-27-20
Adrienne Yates            Date
2097

Anthony Proietta & Associates Investigations, LLC
1110 London Street Suite 101
Myrtle Beach, SC 29577
8436989130

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
Date                      Commission Expires