UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24721-UU

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DIGITAL INCOME SYSTEM, INC., *et. al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on Magistrate Judge Lisette M. Reid's Report ant Recommendation ("Report"). D.E. 22. On November 17, 2020, this Court referred this matter to Magistrate Judge Reid for a hearing as to whether the Court should enter a preliminary injunction in this case. D.Es. 9, 12. After a show cause hearing on December 1, 2020, Magistrate Judge Reid issued the Report the same day, recommending that this Court issue a preliminary injunction enjoining all Defendants from the violations of law alleged in the Complaint, D.E. 1. Report at 2. No party filed any written objections within 14 days of the Report, and still have not done so as of the date of this Order. Magistrate Judge Reid appropriately warned the parties that failure to timely object would constitute a waiver of *de novo* review by this Court and as well as a waiver of a party's right to challenge on appeal any factual or legal conclusions. Report at 4 (citing 11th Cir. R. 3-1 (2016); 28 U.S.C.

§ 636(b)(1)(C).  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 22, is RATIFIED, ADOPTED, and AFFIRMED.  Motion, D.E. 23, is GRANTED.  It is further

ORDERED AND ADJUDGED that Plaintiff's Motion, D.E. 5, is MOOT.  It is further

ORDERED AND ADJUDGED that the substantive provisions of the Temporary Restraining Order, D.E. 12, will endure, and Defendants are enjoined from the violations of law alleged in the Complaint, Defendants' assets will stay frozen, and the receivership shall continue pending final ruling on the Complaint.

DONE AND ORDERED in Chambers in Miami, FL this 18th__ day of December 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record via CM/ECF