**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Civil No. 1:20-cv-24721-Ungaro/Reid**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DIGITAL INCOME SYSTEM, INC.,** | ) |
| a Florida corporation, | ) |
| | ) |
| **DEREK JONES FOLEY, aka Derek** | ) |
| Jones, individually and as an owner, | ) |
| officer, and/or manager of | ) |
| Digital Income System, Inc., | ) |
| | ) |
| **WILLIAM FOLEY, individually and** | ) |
| as an owner, officer, and/or | ) |
| manager of Digital Income | ) |
| System, Inc., | ) |
| | ) |
| **CHRISTOPHER BRANDON FRYE,** | ) |
| Individually, | ) |
| | ) |
| **JENNIFER HEDRICK,** | ) |
| Individually, and | ) |
| | ) |
| **KAITLYN SCOTT,** | ) |
| Individually, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF MEDIATOR**

Plaintiff, Federal Trade Commission, notifies the Court that the Plaintiff and the

Defendants have agreed to a mediator for this case.  Pamela Perry, one of the attorneys on the

Court's approved mediator list, has been selected.  Her address is 1501 Venera Avenue, Suite

300, Coral Gables, FL 33140; her phone number is 305-670-9800; her fax number is 305-670-

9933; and her e-mail address is pam@pamperrylaw.com.  The parties will work with the

mediator to determine the best date for the mediation, keeping in mind that the deadline the Court has established for completing the mediation is May 8, 2021.

Date: January 4, 2021                                    Respectfully submitted,

                                                        /s/ Harold E. Kirtz

                                                        HAROLD E. KIRTZ
                                                        Florida Special Bar Number A5500743
                                                        LARA TUMEH
                                                        Florida Special Bar Number A5502699
                                                        225 Peachtree Street, Suite 1500
                                                        Atlanta, Georgia 30303
                                                        770-789-9378 (Kirtz)
                                                        202-730-6470 (Tumeh)
                                                        hkirtz@ftc.gov
                                                        ltumeh@ftc.gov
                                                        Attorneys for Plaintiff
                                                        FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTIC OF MEDIATOR was served via CM/ECF system on January 4, 2021, upon all counsels of record listed below:

Julio Gutierrez, Esq.
The Law Offices of Julio Gutierrez, P.A.
2464 S.W. 137 Avenue Miami, Florida 33175
(305) 325-8600
(305) 553-9313 Fax
jgpa@msn.com

Joseph S. Rosenbaum, Esq.
Rosenbaum & Acevedo, L.L.P.
Courthouse Center
40 NW 3rd Street Suite 200
Miami, FL 33128-1839
Ph: (305) 446-6099
E-fax: (305) 675-6156
Email: jsr@rosenbaumacevedolaw.com

Edward Maldonado, Esq.
Founding Attorney Law Offices of Edward A. Maldonado PA
Maldonado Law Group
\305-477-7580 ex 214
2850 Douglas Road Suite 303
Coral Gables, 33134

and will be emailed on January 4, 2021, to:

Kaitlyn Scott
1271 Hadley Circle, #3202
Myrtle Beach, S.C. 29577
Kaitlynscott50@yahoo.com

Christopher Brandon Frye
45156 W. Zion Rd.
Maricopa, Arizona 85139
info@brandonfrye.biz

/s/ Harold E. Kirtz
HAROLD E. KIRTZ
Florida Special Bar Number A5500743
Federal Trade Commission

3

225 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30303
Telephone: 770-789-9378
Facsimile:  (404) 656-1379
E-mail: hkirtz@ftc.gov

Attorney for Plaintiff
**FEDERAL TRADE COMMISSION**