IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-cv-24721-UNGARO/REID

FEDERAL TRADE COMMISSSION,

    Plaintiff,

v.

DIGITAL INCOME SYSTEMS, INC.,
A Florida Corporation,
DERK JONES FOLEY, individually and
As an owner, officer, and/or manager of
Digital Income Systems, Inc., et.al.,

    Defendants.
_____/

**NOTICE OF SERVING SUPPLEMENTAL ANSWERS TO FTC FIRST REQUEST FOR PRODUCTION FROM DIS AND SUPPLEMENTAL ANSWERS TO**

**COMES NOW**, Defendant, DIGITAL INCOME SYSTEMS, INC.,by and through the undersigned counsel, has on March 7, 2021, served supplemental answers to the interrogatories and requests for production propounded to DIS by the Federal Trade Commission on January 13, 2021.

Respectfully submitted,

By: /s/ Julio Gutierrez
Julio Gutierrez
FBN 602426
jgpa@msn.com
Law Office of Julio Gutierrez, P.A.
2464 S.W. 137 Avenue
Miami, FL  33175
Tel: (305) 325-8600
Fax: (305) 553-9313
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 7th day of March, 2021, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel on record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Julio Gutierrez
FL Bar No. 602426

**Service List**

Harold E. Kirtz, Trial Counsel
Lara Tumeh, Trial Counsel
Federal Trade Commission
225 Peachtree Street, Suite l500
Atlanta, Georgia 30303
llkirtz@ftc.cov
ltumeh@ftc.gov

Curtis B. Miner, Esq.
COLSON HICKS EIDSON, P.A.
255 AlhambraCircle, Penthouse
Coral Gables, Florida 33134
curt@colson.com

Joseph S. Rosenbaum, Esquire
ROSENBAUM & ACEVEDO, LLP
40 NW 3rd Street, Suite 200
Miami, Florida 33128
jsr@rosenbaumacevedolaw.com

Edward Maldonado, Esq.
Maldonado Law Group
800 Douglas Road Suite 149
Coral Gables, FL 33134
Email: eam@maldonado-group.com

Christopher Brandon Frye, *Pro Se*
45156 West Zion Rd.
Maricopa, AZ 85139

Kaitlyn Scott, *Pro Se*
1271 Hadley Circle, 3202
Myrtle Beach, SC 29577